# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

City: 
County: Fairfax
Superseding Indictment: 
Same Defendant: 
Magistrate Judge Case No.: 
Search Warrant Case No.: 

Judge Assigned: 
Criminal No.: 
New Defendant: 
Arraignment Date: 
R. 20/R. 40 From: 

## Defendant Information:

Defendant Name: Paul J. Manafort, Jr.
Alias(es): 
☐ Juvenile  FBI No.: 

Address: [REDACTED] Alexandria, VA [REDACTED]
Employment: 

Birth Date: [REDACTED] 1949
SSN: [REDACTED] 1725
Sex: Male
Race: White/Caucasian
Nationality: American

Place of Birth: 
Height: 
Weight: 
Hair: 
Eyes: 
Scars/Tattoos: 

☐ Interpreter  Language/Dialect: English
Auto Description: 

## Location/Status:

Arrest Date: Oct 30, 2017
☐ Already in Federal Custody as of: ____ in: ____
☐ Already in State Custody  ☒ On Pretrial Release  ☒ Not in Custody
☐ Arrest Warrant Requested  ☐ Fugitive  ☒ Summons Requested
☐ Arrest Warrant Pending  ☐ Detention Sought  ☒ Bond

## Defense Counsel Information:

Name: Kevin M. Downing
☐ Court Appointed  Counsel Conflicts: 
Address: 601 New Jersey Ave NW, Suite 620, Wash, D.C. 20001  ☒ Retained
Phone: 202-754-1992  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

AUSA(s): Greg D. Andres
Phone: 202-616-0800
Bar No.: 

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 6 U.S.C. § 7206(1); 18 | Subscribing to False United States | 1-5 | Felony |
| Set 2: | 31 U.S.C. §§ 5314 and 5 | Failure To File Reports Of Foreign Ba | 6-9 | Felony |

Date: 2/13/18
AUSA Signature: [signature]
*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** _____

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. §§ 1349 and | Bank Fraud Conspiracy | 10 | Felony |
| Set 4: | 18 U.S.C. §§ 1344, 2, | Bank Fraud | 11 | Felony |
| Set 5: | 18 U.S.C. §§ 1349 and | Bank Fraud Conspiracy | 12 | Felony |
| Set 6: | 18 U.S.C. §§ 1344, 2, | Bank Fraud | 13 | Felony |
| Set 7: | 18 U.S.C. §§ 1349 and | Bank Fraud Conspiracy | 14 | Felony |
| Set 8: | 18 U.S.C. §§ 1349 and | Bank Fraud Conspiracy | 15 | Felony |
| Set 9: | 18 U.S.C. §§ 1344, 2, | Bank Fraud | 16 | Felony |
| Set 10: | 18 U.S.C. §§ 1349 and | Bank Fraud Conspiracy | 17 | Felony |
| Set 11: | 18 U.S.C. §§ 1344, 2, | Bank Fraud | 18 | Felony |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form         Reset Form