UNDER SEAL

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Paul J. Manafort, Jr. | ) Case No. 1:18CR83 |
| | ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 701 |
| --- | --- |
| | Date and Time: 2/23/18 @ 9:00 am |

This offense is briefly described as follows:

26 U.S.C. § 7206(1); 18 U.S.C. §§ 2 and 3551 et seq.: Subscribing to False United States Individual Income Tax Returns
31 U.S.C. §§ 5314 and 5322(a); 18 U.S.C. §§ 2 and 3551 et seq.: Failure To File Reports Of Foreign Bank And Financial Accounts
18 U.S.C. §§ 1349 and 3551 et seq.: Bank Fraud Conspiracy
18 U.S.C. §§ 1344, 2, and 3551 et seq.: Bank Fraud

COPY

Date: 02/13/2018

*Issuing officer's signature*
Kathy Roberts - Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*