# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** T.S. Ellis

City: 
Superseding Indictment: Yes
**Criminal No.** 1:18-cr-83

County: Fairfax
Same Defendant: Yes
New Defendant: No

Magistrate Judge Case No.
Arraignment Date:

Search Warrant Case No.
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Paul J. Manafort, Jr.
Alias(es):
☐ Juvenile   FBI No.

**Address:** [REDACTED] Alexandria, VA [REDACTED]

**Employment:**

**Birth Date:** [REDACTED] 1949   **SSN:** [REDACTED] 1725   **Sex:** Male   **Race:** White/Caucasian   **Nationality:** American

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:** English   Auto Description:

## Location/Status:

**Arrest Date:** Oct 30, 2017   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☒ On Pretrial Release   ☒ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☒ Bond

## Defense Counsel Information:

**Name:** Kevin M. Downing   ☐ Court Appointed   Counsel Conflicts:

**Address:** 601 New Jersey Ave NW, Suite 620, Wash, D.C. 20001   ☒ Retained

**Phone:** 202-754-1992   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Greg D. Andres   **Phone:** 202-616-0800   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 26 U.S.C. § 7206(1); 18 | Subscribing to False United States | 1–5 | Felony |
| Set 2: | 31 U.S.C. §§ 5314 and 5 | Failure To File Reports Of Foreign Ba | 11–14 | Felony |

**Date:**   **AUSA Signature:** [signature]   *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** T.S. Ellis

**City:**  
**Superseding Indictment:** Yes  
**Criminal No.** 1:18-cr-83

**County:** Fairfax  
**Same Defendant:** No  
**New Defendant:** Yes

**Magistrate Judge Case No.:**  
**Arraignment Date:**

**Search Warrant Case No.:**  
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Richard W. Gates III   **Alias(es):** Rick Gates   ☐ Juvenile   **FBI No.**

**Address:** ▓▓▓▓▓▓ Richmond, Virginia ▓▓▓

**Employment:**

**Birth Date:** ▓▓ 1972   **SSN:** ▓▓▓ 6598   **Sex:** Male   **Race:** White/Caucasian   **Nationality:** American

**Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**

☐ Interpreter   **Language/Dialect:** English   **Auto Description:**

## Location/Status:

**Arrest Date:** Oct 30, 2017   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☒ On Pretrial Release   ☒ Not in Custody  
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested  
☐ Arrest Warrant Pending   ☐ Detention Sought   ☒ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**  
**Address:**   ☐ Retained  
**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Greg D. Andres   **Phone:** 202-616-0800   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 26 U.S.C. § 7206(2); 18 | Assisting in the Preparation of False | 6–10 | Felony |
| Set 2: | 26 U.S.C. § 7206(1); 18 | Subscribing to False United States | 15–19 | Felony |

**Date:**   **AUSA Signature:** [signature]   *may be continued on reverse*