## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Griffith L. Green (EDVA Bar No. 38936)
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
Phone: (202) 736-8126
Fax: (202) 736-8711
Email: ggreen@sidley.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Kevin Downing
Law Office of Kevin Downing
601 New Jersey Avenue, N.W.
Suite 620
Washington, DC 20001
Phone: (202) 754-1992
Fax: None
Email: kevindowning@kdowninglaw.com

    /s/   *Greg D. Andres*
Greg D. Andres
Special Assistant United States Attorney
Senior Assistant Special Counsel
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: GDA@usdoj.gov

*Attorney for the United States of America*