```
Court Name: United States District Court
Division: 1
Receipt Number: 14683071358
Cashier ID: sbrown
Transaction Date: 03/08/2018
Payer Name: KEVIN M DOWNING
----------------------------------------
PRO HAC VICE
 For: KEVIN M DOWNING
 Case/Party: D-VAE-1-18-CR-PROHAC-001
 Amount:       $75.00
----------------------------------------
CREDIT CARD
 Amt Tendered: $75.00
----------------------------------------
Total Due:     $75.00
Total Tendered: $75.00
Change Amt:     $0.00

PROHAC
118CR083
```