FILED
MAR - 8 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:18 cr 83__, Case Name __United States v. Paul J. Manafort, Jr.__
Party Represented by Applicant: __Paul J. Manafort, Jr.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Kevin Mitchel Downing__
Bar Identification Number __1013984__ State __District of Columbia__
Firm Name __Law Office of Kevin Downing__
Firm Phone # __(202) 754-1992__ Direct Dial # _____ FAX # __None__
E-Mail Address __kevindowning@kdowninglaw.com__
Office Mailing Address __601 New Jersey Avenue, NW, Suite 620, Washington, DC 20001__

Name(s) of federal court(s) in which I have been admitted __District of Columbia and Maryland__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

__David G. Barger__ __3/8/2018__
(Signature) (Date)
__David G. Barger__ __21652__
(Typed or Printed Name) (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted __✓__

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
(Judge's Signature) T.S. Ellis, III __3/8/18__
United States District Judge (Date)