# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES - GENERAL

Date: 03/02/2018                                              Case No.:      1:18-CR-00083-TSE-1

Court Time: 01:41PM-02:36PM (00:55)

---

DOCKET ENTRY:   Arraignment

---

**UNITED STATES of AMERICA v. PAUL J. MANAFORT, JR.**

PRESENT:         Honorable **T.S. ELLIS, III**, U. S. District Judge

                COURTROOM DEPUTY:        Margaret Pham
                COURT REPORTER:              Tonia Harris
                SPECIAL PROSECUTOR:      Greg D. Andres & Andrew A. Weissmann
                COUNSEL FOR DEFT:          Kevin M. Downing & David G. Barger
                INTERPRETER:                      N/A

## **PROCEEDINGS:**

[  ] Defendant arraigned and specifically advised of rights.

[ X ] Defendant waived reading of Indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

[  ] Indictment/Information read

[ X ] Speedy Trial Waived – parties to submit signed and agreed order

MOTIONS to be filed by **04/30/2018** w/ RESPONSES DUE **(local rules to govern)** and

ARGUMENT on **FRIDAY, MAY 25, 2018 @ 9:00AM** CASE CONTINUED TO

**TUESDAY, JULY 10, 2018 @ 10:00AM** for **JURY TRIAL (govt estimates 8-10 days and 20-25 witnesses)**

[  ] Agreed Discovery Order filed and entered in open court

[  ] Protective Order filed and entered in open court

[  ] Waiver of Speedy Trial submitted by defendant

- Government argues defendant is a risk of flight; requests defendant be released on $10 million bond w/ electronic monitoring as he has significant ties abroad

- Defense argues combination of bond and monitoring far exceed conditions needed

- Defendant ordered to home confinement w/ electronic monitoring through EDVA USPO. Defendant may only leave for the following conditions: to consult or visit w/ counsel; medical emergencies/doctor's appointments; religious obligation days and service

- Proposed Jury Instructions/Voir Dire/Motions in Limine to be filed by June 22, 2018 COB - hearing set for **FRIDAY, JUNE 29, 2018 @ TBD**

- Order to follow