# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cr-83-TSE |
| Paul J. Manafort, Jr. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Paul J. Manafort, Jr. .

Date: March 21, 2018

/s/ Thomas E. Zehnle
*Attorney's signature*

Thomas E. Zehnle (VA Bar No. 27755)
*Printed name and bar number*
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001

*Address*

tezehnle@gmail.com
*E-mail address*

(202) 368-4668
*Telephone number*

*FAX number*