UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF RIGHTS PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(c)(1)

I acknowledge that I have been advised by the Court of my statutory right to have my trial commence within SEVENTY (70) DAYS of the filing date of the charges against me or from the date of my first appearance before a judicial officer, whichever occurred later, and after consultation with my attorney,

I hereby CONSENT to the commencement of my trial on a date which exceeds the statutory SEVENTY (70) DAY limit.

Dated: ___March 16, 2018___

_____
Defendant

_____
Counsel for Defendant

_____
Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
      GDA@usdoj.gov

 

/s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB # 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001
Telephone: (202)368-4668
Email: tezehnle@gmail.com

*Counsel for Defendant Paul J. Manafort, Jr.*