## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of March, 2018, I will electronically file the foregoing with

the Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Kevin Downing
Law Office of Kevin Downing
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
kevindowning@kdowninglaw.com

_/s/_   *Greg D. Andres*_____
Greg D. Andres
Special Assistant United States Attorney
Senior Assistant Special Counsel
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 616-0800
Fax: None
E-mail: GDA@usdoj.gov

*Attorney for the United States of America*