**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:18-cr-00083-TSE |
| v. ) | |
| ) | Judge T. S. Ellis, III |
| PAUL J. MANAFORT, JR., ) | **ORAL ARGUMENT REQUESTED** |
| ) | |
| *Defendant.* ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Paul J. Manafort, Jr., by and through counsel, hereby moves to dismiss the superseding indictment pursuant to Federal Rules of Criminal Procedure 12(b)(2) and 12(b)(3). The reasons supporting this motion are set forth in the accompanying memorandum of law.

Dated: March 27, 2018

Respectfully submitted,

/s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue, N.W.
Suite 620
Washington, D.C.  20001
Telephone: (202) 754-1992
Email: kevindowning@kdowninglaw.com

/s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB # 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W.
Suite 620
Washington, D.C.  20001
Telephone: (202) 368-4668
Email: tezehnle@gmail.com

*Counsel for Defendant Paul J. Manafort, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 27, 2018, I caused the foregoing Motion and accompanying memorandum of law to be served on all counsel of record for the United States (listed below) by filing the same with the Court's CM/ECF system.

Andrew A. Weissmann
Greg D. Andres
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530
Telephone:  (202) 616-0800
Email:  AAW@usdoj.gov
            GDA@usdoj.gov

/s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB # 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W.
Suite 620
Washington, D.C.  20001
Telephone: (202) 368-4668
Email: tezehnle@gmail.com

*Counsel for Defendant Paul J. Manafort, Jr.*