IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:18 Cr. 83 (TSE) |
| Paul J. Manafort, Jr., | |
| Defendant. | |

RECEIVED
2018 APR -6 P 3: 41
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia, in United States District Court at 10:00 o'clock a.m., on the 10th day of July, 2018, then and there to testify on behalf of the United States:

        70 Blank Subpoenas (35 Sets)

This 6th day of April, 2018.

Respectfully submitted,

Robert S. Mueller III
Special Counsel

By: /s/ Greg D. Andres
Greg D. Andres
Special Assistant United States Attorney

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Paul J. Manafort, Jr. | ) | Case No. 1:18 Cr. 83 (TSE) |
| *Defendant* | ) | |

RECEIVED
2018 APR -6 P 3: 41
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: Judge Ellis, 9th Floor |
|---|---|
| | Date and Time: July 10, 2018, 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _United States_
_____ , who requests this subpoena, are:

Greg D. Andres, Special Assistant United States Attorney
Department of Justice – Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-0522

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:18 Cr. 83 (TSE)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: