IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 1:18-cr-00083-TSE |
| v. | ) Judge T. S. Ellis, III |
| PAUL J. MANAFORT, JR., | ) |
| *Defendant.* | ) |

## NOTICE OF PROPOSED HEARING DATE FOR MOTION TO DISMISS

Defendant Paul J. Manafort, Jr., by and through counsel, and pursuant to Local Criminal Rule 47(E), hereby provides notice of a proposed hearing date for his motion to dismiss (Dkt. # 30). Defendant has been in contact with the Office of Special Counsel and the parties propose May 4, 2018, at 9:00 a.m. as the hearing date for oral argument regarding the pending motion to dismiss, subject to the Court's availability and concurrence.

Dated:  April 11, 2018

Respectfully submitted,

/s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB # 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W.
Suite 620
Washington, D.C.  20001
Telephone: (202) 368-4668
Email: tezehnle@gmail.com

          /s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue, N.W.
Suite 620
Washington, D.C. 20001
Telephone: (202) 754-1992
Email: kevindowning@kdowninglaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
       GDA@usdoj.gov

          /s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB # 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001
Telephone: (202)368-4668
Email: tezehnle@gmail.com

*Counsel for Defendant Paul J. Manafort, Jr.*