IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Case No. 1:18-cr-83 (TSE) |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby files this motion, pursuant to LCrR 49(A), (D), and (E), for leave to file under seal one exhibit to the Government's Response to Defendant Paul J. Manafort, Jr.'s Motion to Dismiss the Superseding Indictment. A proposed order, a non-confidential supporting memorandum, a confidential supporting memorandum, and the exhibit to be filed under seal accompany this motion.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: April 12, 2018     By:     /s/ Andrew Weissmann
Andrew Weissmann
Greg D. Andres
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

      /s/   *Andrew Weissmann*
Andrew Weissmann
Special Assistant United States Attorney
Senior Assistant Special Counsel
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 616-0800
Fax: None
E-mail: AAW@usdoj.gov

*Attorney for the United States of America*