**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>                         Defendant. | Case No. 1:18-cr-83 (TSE) |

**[Proposed] <u>ORDER</u>**

Upon consideration of the government's motion for leave to file exhibit under seal, it is hereby

ORDERED that the motion is **GRANTED**; and it is further

ORDERED that the Clerk shall file under seal the exhibit attached to the motion.

_____          _____
Date