**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Case No. 1:18-cr-83 (TSE) |

**NOTICE OF FILING OF GOVERNMENT'S MOTION TO SEAL**

The United States of America, by and through Special Counsel Robert S. Mueller, III, has this day filed the government's Motion For Leave To File Exhibit Under Seal, pursuant to Local Rule of Court 49(A), (D), and (E), Non-Confidential Memorandum in support thereof, and Proposed Order. The United States has also submitted a Confidential Memorandum, for in camera review, in support of its motion.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: April 12, 2018                By:    /s/ Andrew Weissmann
                                              Andrew Weissmann
                                              Greg D. Andres
                                              U.S. Department of Justice
                                              Special Counsel's Office
                                              950 Pennsylvania Avenue NW
                                              Washington, D.C. 20530
                                              Telephone: (202) 616-0800

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

       /s/   *Andrew Weissmann*
Andrew Weissmann
Special Assistant United States Attorney
Senior Assistant Special Counsel
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 616-0800
Fax: None
E-mail: AAW@usdoj.gov

*Attorney for the United States of America*