IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )  Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., | ) |
| Defendant. | ) |

## ORDER

The matter is before the Court on the special prosecutor's motion for leave to file an exhibit under seal. (Doc. 35.) The special prosecutor represents that the exhibit is classified[1] and otherwise contains sensitive law enforcement and investigative information. (Doc. 36.)

Accordingly,

It is hereby **ORDERED** that the special prosecutor's motion (Doc. 35) is **GRANTED**. The special prosecutor must take the steps to file the exhibit with the Court taking into account all appropriate security measures.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
April 12, 2018

                                              /s/
T. S. Ellis, III
United States District Judge

---

[1] If the exhibit is actually a classified document, then it cannot be filed electronically. The special prosecutor must take appropriate measures to have the document filed with the Court Information Security Officer at the Department of Justice.