## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 16, 2018, I caused the foregoing memorandum to be served on all counsel of record for the United States (listed below) by filing the same with the Court's CM/ECF system.

    Andrew A. Weissmann
    Greg D. Andres
    United States Department of Justice
    Special Counsel's Office
    950 Pennsylvania Ave., N.W.
    Washington, D.C.  20530
    Telephone: (202) 616-0800
    Email: AAW@usdoj.gov
          GDA@usdoj.gov

    /s/ Thomas E. Zehnle
    Thomas E. Zehnle (VSB # 27755)
    Law Office of Thomas E. Zehnle
    601 New Jersey Avenue, N.W.
    Suite 620
    Washington, D.C.  20001
    Telephone: (202) 368-4668
    Email: tezehnle@gmail.com

*Counsel for Defendant Paul J. Manafort, Jr.*