IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 1:18-cr-00083-TSE |
| v. | ) |
| | ) Judge T. S. Ellis, III |
| PAUL J. MANAFORT, JR., | ) |
| | ) ORAL ARGUMENT REQUESTED |
| Defendant. | ) May 25, 2018 @ 9:00 a.m. |

## DEFENDANT PAUL J. MANAFORT, JR.'S MOTION TO DISMISS COUNT ELEVEN OF THE SUPERSEDING INDICTMENT

Defendant Paul J. Manafort, Jr., by and through counsel, respectfully moves the Court pursuant to Fed. R. Crim. P. 12(b) to dismiss Count Eleven of the Superseding Indictment because it is barred by the statute of limitations. Pursuant to Local Criminal Rule 47(E), the defendant requests that oral argument be heard on May 25, 2018 @ 9:00 a.m., the date and time that the Court has previously set for a hearing on motions. The reasons supporting this motion are set forth in the accompanying memorandum of law.

Dated: April 30, 2018          Respectfully submitted,

                               s/ Kevin M. Downing
                               Kevin M. Downing (*pro hac vice*)
                               Law Office of Kevin M. Downing
                               601 New Jersey Avenue NW
                               Suite 620
                               Washington, DC 20001
                               (202) 754-1992
                               kevindowning@kdowninglaw.com

                    s/ Thomas E. Zehnle
                    Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

*Counsel for Defendant Paul J. Manafort, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
       GDA@usdoj.gov

                    /s/ Thomas E. Zehnle
                    Thomas E. Zehnle (VSB # 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001
Telephone: (202)368-4668
Email: tezehnle@gmail.com

*Counsel for Defendant*
*Paul J. Manafort, Jr.*