IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> PAUL J. MANAFORT, JR., ) <br> ) <br> ) <br> *Defendant.* ) <br> ) | Criminal No. 1:18-cr-00083-TSE <br><br> Judge T. S. Ellis, III <br><br> ORAL ARGUMENT REQUESTED <br> May 25, 2018 @ 9:00 a.m. |

## MOTION TO REQUIRE A HEARING REGARDING IMPROPER DISCLOSURES RELATING TO CONFIDENTIAL GRAND JURY INFORMATION AND POTENTIALLY CLASSIFIED MATERIALS

Defendant Paul J. Manafort, Jr., by and through counsel, respectfully moves this Court to require a hearing regarding improper disclosures of confidential grand jury information and potentially classified materials regarding the defendant that have been made to the press. The unauthorized disclosure of this information is in violation of Fed. R. Crim. P. 6(e)(2)(B) and the defendant's Fifth and Sixth Amendment rights. Pursuant to Local Criminal Rule 47(E), the defendant requests that oral argument be heard on May 25, 2018 @ 9:00 a.m., the date and time that the Court has previously set. A memorandum of law is submitted herewith.

Dated: April 30, 2018

Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

*Counsel for Defendant Paul J. Manafort, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
       GDA@usdoj.gov

/s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB # 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001
Telephone: (202)368-4668
Email: tezehnle@gmail.com

*Counsel for Defendant Paul J. Manafort, Jr.*

2