IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 1:18-cr-00083-TSE |
| v. | ) | |
| | ) | Judge T. S. Ellis, III |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | ORAL ARGUMENT REQUESTED |
| Defendant. | ) | May 25, 2018 @ 9:00 a.m. |

**DEFENDANT PAUL J. MANAFORT, JR.'S MOTION TO SUPPRESS EVIDENCE AND ALL FRUITS THEREOF RELATING TO THE GOVERNMENT'S SEARCH OF THE STORAGE UNIT LOCATED IN ALEXANDRIA, VIRGINIA**

Defendant Paul J. Manafort, Jr., by and through counsel, respectfully moves the Court pursuant to Rules 12(b)(3)(C) and 41(h) of the Federal Rules of Criminal Procedure to suppress evidence and all fruits thereof obtained by the government pursuant to a search warrant issued on May 27, 2017 for the storage unit located in Alexandria, Virginia. Pursuant to Local Criminal Rule 47(E), the defendant requests that oral argument be heard on May 25, 2018 @ 9:00 a.m., the date and time that the Court has previously set for a hearing on motions. The reasons supporting this motion are set forth in the accompanying memorandum of law.

Dated: April 30, 2018

Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

*Counsel for Defendant Paul J. Manafort, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
       GDA@usdoj.gov

/s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB # 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, NW
Suite 620
Washington, DC 20001
Telephone: (202)368-4668
Email: tezehnle@gmail.com

*Counsel for Defendant
Paul J. Manafort, Jr.*