IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:18-CR-83 (TSE) |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MANAFORT, Jr., | ) | |
| | ) | |
| Defendant | ) | |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Uzo Asonye, Assistant United States Attorney in the Eastern District of Virginia, as local counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

By:   /s/  Uzo Asonye
Uzo Asonye
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax:    (703) 299-3980
Email: uzo.asonye@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: _____/s/_____
Uzo Asonye
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax:    (703) 299-3980
Email: uzo.asonye@usdoj.gov