AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:18-cr-83-1 TSE |
| Paul J. Manafort, Jr., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                    .

Date:    May 3, 2018                                          /s/ Michael R. Dreeben
                                                                          *Attorney's signature*

                                                                          Michael R. Dreeben
                                                                          *Printed name and bar number*

                                                                          950 Pennsylvania Ave NW
                                                                          Washington, D.C. 20530
                                                                          *Address*

                                                                          MRD@usdoj.gov
                                                                          *E-mail address*

                                                                          (202) 616-0800
                                                                          *Telephone number*

                                                                          none
                                                                          *FAX number*