Date: 05/04/2018  Case #: 1:18-CR-00083-TSE-1
Time: 09:55AM-10:57AM (01:02)

Honorable **T. S. ELLIS, III**, United States District Judge, Presiding

Margaret Pham  Rhonda Montgomery
Courtroom Deputy  Court Reporter

**UNITED STATES OF AMERICA**

v.

**PAUL J. MANAFORT**  Deft appeared: ( X ) in person  ( ) failed to appear
 ( ) with Counsel  ( ) without Counsel
 ( ) through Counsel

THOMAS E. ZEHNLE  ANDREW A. WEISSMANN
KEVIN M. DOWNING  GREG D. ANDRES
**Counsel for Defendant**  MICHAEL R. DREEBEN
 UZO ASONYE
 **Counsel for Government**

**Matter called for:**
[ ] Arraignment  [ ] Pre-Indictment Plea  [ ] Change of Plea  [X] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Rule 35  [ ] Appeal (USMC)
[ ] Rule 20 & Plea  [ ] Setting Trial Date  [ ] Other:

**Filed in open court:**
[ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [ ] Waiver of Indict.  [ ] Discovery Order

**Rule 35:**

[ ] US Rule 35 motion for reduction of sentence  [ ] Granted  [ ] Denied

**Probation/Supervised Release Revocation Hearing:**

Defendant [ ] Admits Violations *AND/OR* [ ] Denies violations

**Court**: [ ] finds *-or-* [ ] does not find the defendant in violation of the conditions
- Matter comes on for Defendant's Motion [30] to Dismiss the Superseding Indictment
- Matter briefed, argued, and taken under advisement
- Government to file ex parte/under seal a complete copy of the August 2nd Memorandum within 2 weeks
- Order to follow

**Deft is:**
[ ] Remanded  [ ] Self Surrender  [ X ] Cont'd on same terms and conditions of release  [ ] In Custody