**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | )  **Case No. 1:18-cr-83** |
| **PAUL J. MANAFORT, JR.,** | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## ORDER

This matter came before the Court on defendant's Motion to Dismiss the Superseding Indictment (Doc. 30).  For the reasons stated from the Bench,

It is hereby **ORDERED** that defendant's Motion to Dismiss the Superseding Indictment (Doc. 30) is **TAKEN UNDER ADVISEMENT.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 4, 2018

/s/

T. S. Ellis, III
United States District Judge