AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-CR-00083-TSE |
| Paul J. Manafort, Jr. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Paul J. Manafort, Jr.                                                                          .

Date:   5/8/2018                                                s/ Jay R. Nanavati
                                                                       *Attorney's signature*

                                                        Jay R. Nanavati (Virginia State Bar Number 44391)
                                                                *Printed name and bar number*
                                                                    Kostelanetz & Fink LLP
                                                                   601 New Jersey Avenue NW
                                                                             Suite 620
                                                                      Washington, DC 20001
                                                                             *Address*

                                                                    jnanavati@kflaw.com
                                                                         *E-mail address*

                                                                         (202) 875-8000
                                                                       *Telephone number*

                                                                         (202) 844-3500
                                                                           *FAX number*