**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:18-cr-00083-TSE |
| | ) |
| | ) Judge T. S. Ellis, III |
| PAUL J. MANAFORT, JR., | ) |
| | ) |
| *Defendant.* | ) |

**DEFENDANT PAUL J. MANAFORT, JR.'S MOTION FOR LEAVE TO FILE EXHIBITS TO MOTIONS TO SUPPRESS UNDER SEAL PURSUANT TO LOCAL CRIMINAL RULE 49, SUBSECTIONS (D) AND (E)**

Defendant Paul J. Manafort, Jr., by and through counsel, respectfully moves the Court for leave to file the exhibits to his motions to suppress under seal permanently pursuant to Local Criminal Rule 49, subsections (D) and (E). A memorandum of law is submitted herewith.

Dated: May 11, 2018

Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

        s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
       GDA@usdoj.gov

        s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*