**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>*Defendant*. ) | Criminal No. 1:18-cr-00083-TSE<br><br>Judge T. S. Ellis, III |

**[Proposed] ORDER**

Upon consideration of Defendant Paul J. Manafort, Jr.'s motion for leave to file exhibits to motions to suppress under seal, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____          _____
                                                                                T.S. ELLIS, III
                                                                                Senior United States District Judge