IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Criminal No. 1:18-cr-00083-TSE |
| v. ) | |
| ) | Judge T. S. Ellis, III |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| ) | |
| *Defendant.* ) | |

**[Proposed] ORDER**

Upon consideration of Defendant Paul J. Manafort's motion to modify his conditions of release to attend his grandson's baptism ceremony and related family reception on May 19, 2018 from 9:00 a.m. to 5:00 p.m., it hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____                          _____
                                                                                            T.S. ELLIS, III
                                                                                            Senior United States District Judge