IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>Defendant. ) | Criminal No. 1:18-cr-00083-TSE<br><br>Judge T. S. Ellis, III |

## ORDER

Upon consideration of Defendant Paul J. Manafort's motion to modify his conditions of release to attend his grandson's baptism ceremony and related family reception on May 19, 2018 from 9:00 a.m. to 5:00 p.m., it hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: 5/11/18

T. S. Ellis, III
United States District Judge