IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Case No. 1:18-cr-83 (TSE) |

**MOTION FOR LEAVE TO FILE UNDER SEAL AN UNREDACTED VERSION OF THE GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT PAUL J. MANAFORT, JR.'S MOTION TO SUPPRESS EVIDENCE AND FRUITS FROM THE SEARCH OF HIS RESIDENCE**

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby files this motion, pursuant to LCrR 49(A), (D), and (E), for leave to file under seal an unredacted version of the government's memorandum in opposition to Manafort's motion to suppress evidence recovered from a search of his residence. A proposed order, a non-confidential supporting memorandum, and the pleading to be filed under seal accompany this motion.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: May 14, 2018

Uzo Asonye
Assistant United States Attorney
Eastern District of Virginia

/s/ Andrew Weissmann
Andrew Weissmann
Greg D. Andres
Scott A.C. Meisler
Special Counsel's Office

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

                                                /s/  *Andrew Weissmann*
                                                Andrew Weissmann
                                                Special Assistant United States Attorney
                                                Senior Assistant Special Counsel
                                                U.S. Department of Justice
                                                Special Counsel's Office
                                                950 Pennsylvania Avenue N.W.
                                                Washington, D.C. 20530
                                                Telephone: (202) 616-0800
                                                Fax: None
                                                E-mail: AAW@usdoj.gov

                                                *Attorney for the United States of America*