**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>                 Defendant | Case No. 1:18-cr-83 (TSE) |

**[Proposed] <u>ORDER</u>**

Upon consideration of the government's motion for leave to file under seal an unredacted version of its memorandum in opposition to defendant Manafort's motion to suppress evidence, it is hereby

ORDERED that the motion is **GRANTED**; and it is further

ORDERED that the Clerk shall file under seal the unredacted memorandum attached to the government's motion.

_____                              _____
Date