**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant | Case No. 1:18-cr-83 (TSE) |

## NOTICE OF FILING OF GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through Special Counsel Robert S. Mueller, III, has this day filed the government's Motion For Leave To File Under Seal An Unredacted Version Of The Government's Memorandum In Opposition to Paul J. Manafort, Jr.'s Motion To Suppress, pursuant to Local Rule of Court 49(A), (D), and (E), Non-Confidential Memorandum in support thereof, and Proposed Order.

                                                                         Respectfully submitted,

                                                                         ROBERT S. MUELLER, III
                                                                         Special Counsel

Dated: May 14, 2018                              */s/ Andrew Weissmann*
                                                                           Andrew Weissmann
Uzo Asonye                                                                                Greg D. Andres
Assistant United States Attorney                   Scott A.C. Meisler
Eastern District of Virginia                          Special Assistant United States Attorneys
                                                                                Special Counsel's Office

                                                                                U.S. Department of Justice
                                                                                950 Pennsylvania Avenue NW
                                                                                Washington, D.C. 20530
                                                                                Telephone: (202) 616-0800

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of May, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

       /s/ *Andrew Weissmann*
       Andrew Weissmann
       Special Assistant United States Attorney
       Senior Assistant Special Counsel
       U.S. Department of Justice
       Special Counsel's Office
       950 Pennsylvania Avenue N.W.
       Washington, D.C. 20530
       Telephone: (202) 616-0800
       Fax: None
       E-mail: AAW@usdoj.gov

       *Attorney for the United States of America*