# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE:  GRAND JURY INVESTIGATION | )  CASE NO. 14 GJ 1420 <br> )  GJ Empanelment No. 17-2 <br> ) <br> )  **Filed Under Seal** |

### *EX PARTE* ORDER REGARDING STATUTE OF LIMITATIONS

This matter comes on for the consideration of the United States' *Ex Parte* Application for Suspension of Running of Statute of Limitations pursuant to Title 18, United States Code, Section 3292.

The Court makes the following findings:

1. A grand jury impaneled in the Eastern District of Virginia has been conducting an investigation of the Russian government's efforts to interfere in the 2016 presidential election. As part of that investigation, the Special Counsel is investigating the flow of foreign monies to individuals (and affiliated entities) associated with the campaign of the Republican presidential candidate. Those individuals/entities include, but are not limited to: Paul J. Manafort, Richard W. Gates, DMP International LLC, Davis Manafort Partners, Inc., Smythson LLC, and Jesand Investment Corporation (hereinafter "the Subjects"), for offenses arising out of this District's grand jury investigation into potential violations of 31 U.S.C. §§ 5314, 5322(a) (Failure to File a Report of Foreign Bank and Financial Accounts), 22 U.S.C. § 611, *et. seq.* (Foreign Agents Registration Act), 26 U.S.C. § 7206(1) (Filing a False Tax Return), 18 U.S.C. §§ 1956, 1957 (Money Laundering), 18 U.S.C. §§ 1341, 1343, 1344, 1349 (Fraud), 18 U.S.C. § 1001 (false statements) and conspiracy and aiding and abetting the same.  No indictment has been returned.

2. The United States has filed an *ex parte* application for an order suspending the statute of limitations in accordance with the provisions of Title 18, United States Code, Section

3292.

3. It reasonably appears, based on a preponderance of evidence presented to the Court, that evidence of the offenses under investigation is located in Cyprus and other foreign nations.

4. It further appears, based on a preponderance of evidence presented to the Court, that on June 6, 2017, the United States, through the Office of International Affairs of the United States Department of Justice, made an official request, as defined in Title 18, United States Code, Section 3292(d), to an "authority of a foreign country," specifically Cyprus.

IT IS THEREFORE ORDERED that the Government's *ex parte* application for suspension of running of the statute of limitations is granted; and

IT IS FURTHER ORDERED that the running of the statute of limitations for the offenses set forth in the Government's *ex parte* application is hereby suspended for the period authorized by 18 U.S.C. § 3292(c).

Dated: June 27, 2017

*Claude M. Hilton*
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF VIRGINIA

2