# EXHIBIT A

FD-1087 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:** (U) Search of 370 Holland Lane, Unit 3013, Alexandria, Virginia

**Date:** [redacted]

**Approved By:** [redacted]

**Drafted By:** [redacted]

**Case ID #:** [redacted]

**Full Investigation Initiated:** [redacted]

**Collected From:** [redacted]
370 Holland Lane
Unit 3013
Alexandria, Virginia

**Receipt Given?:** Yes

**Holding Office:** WASHINGTON FIELD

**Details:**

On 5/27/2017, a search was conducted at 370 Holland Lane, Unit 3013, Alexandria, Virginia pursuant to a Federal Search and Seizure Warrant obtained in the Eastern District of Virginia.

| Item Type | Description |
|---|---|
| 1B General | (U) Documents/ Binders<br>Collected On:  05/27/2017 07:09 PM EDT<br>Receipt Number:  1<br>Seizing Individual: [redacted]<br>Collected By: [redacted]<br>Location Area:  Storage Unit 3013<br>Specific Location:  File Cabinet |

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**UNCLASSIFIED**

Title: (U) Search of 370 Holland Lane, Unit 3013, Alexandria, Virginia
Re: 205B-WF-6832812, 05/31/2017

```
1B General        (U) Documents
                  Collected On:  05/27/2017 07:09 PM EDT
                  Receipt Number:  2
                  Seizing Individual: ███████████████
                  Collected By: ███████████
                  Location Area:  Storage Unit 3013
                  Specific Location:  File Cabinet

1B General        (U) Documents
                  Collected On:  05/27/2017 07:09 PM EDT
                  Receipt Number:  3
                  Seizing Individual: ███████████████
                  Collected By: ███████████
                  Location Area:  Storage Unit 3013
                  Specific Location:  File Cabinet

1B General        (U) Documents
                  Collected On:  05/27/2017 07:09 PM EDT
                  Receipt Number:  4
                  Seizing Individual: ███████████████
                  Collected By: ███████████
                  Location Area:  Storage Unit 3013
                  Specific Location:  File Cabinet

1B General        (U) Documents
                  Collected On:  05/27/2017 07:09 PM EDT
                  Receipt Number:  5
                  Seizing Individual: ███████████████
                  Collected By: ███████████
                  Location Area:  Storage Unit 3013
                  Specific Location:  File Cabinet

1B General        (U) Documents
                  Collected On:  05/27/2017 07:09 PM EDT
                  Receipt Number:  6
                  Seizing Individual: ███████████████
                  Collected By: ███████████
                  Location Area:  Storage Unit 3013
                  Specific Location:  Bankers Boxes on Left Hand Side
                  of Unit
```

**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search of 370 Holland Lane, Unit 3013, Alexandria, Virginia
Re:  205B-WF-6832812, 05/31/2017

1B General         (U) Documents
                   Collected On:  05/27/2017 07:09 PM EDT
                   Receipt Number:  7
                   Seizing Individual: ▓▓▓▓▓▓▓▓▓▓
                   Collected By: ▓▓▓▓▓▓▓▓▓▓
                   Location Area:  Storage Unit 3013
                   Specific Location:  Bankers Boxes on Left Hand Side
                   of Unit

1B General         (U) Documents
                   Collected On:  05/27/2017 07:09 PM EDT
                   Receipt Number:  8
                   Seizing Individual: ▓▓▓▓▓▓▓▓▓▓
                   Collected By: ▓▓▓▓▓▓▓▓▓▓
                   Location Area:  Storage Unit 3013
                   Specific Location:  Boxes on Rear Wall

1B General         (U) Documents
                   Collected On:  05/27/2017 07:09 PM EDT
                   Receipt Number:  9
                   Seizing Individual: ▓▓▓▓▓▓▓▓▓▓
                   Collected By: ▓▓▓▓▓▓▓▓▓▓
                   Location Area:  Storage Unit 3013
                   Specific Location:  Boxes on Rear Wall

♦♦