Filed with Classified
Information Security Officer

CISO _Wes_

Date 5/17/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | Case No. 1:18-cr-83 (TSE) |
|---|---|
| v. | **IN CAMERA, EX PARTE** <br> **AND UNDER SEAL** |
| PAUL J. MANAFORT, JR., | **Filed with Classified Security Officer** |
| Defendant. | |

## GOVERNMENT'S NOTICE OF FILING OF UNREDACTED MEMORANDUM