# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 1:18-cr-83 |
| ) | |
| PAUL J. MANAFORT, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on defendant's Motion to Dismiss Count Eleven of the Superseding Indictment (Doc. 41), defendant's Motion for Hearing Regarding Government Leaks (Doc. 43), defendant's Motion to Suppress Evidence from Storage Unit (Doc. 45), and defendant's Motion to Suppress Evidence from Residence (Doc. 47).  To allow the Court sufficient time to consider the motions and to accommodate the Court's crowded docket, it is necessary to continue the hearing currently scheduled for Friday, May 25, 2018.

Accordingly, and for good cause,

It is hereby **ORDERED** that the hearing currently scheduled for **Friday, May 25, 2018 at 9:00 a.m.** is CONTINUED to **Friday, June 8, 2018 at 9:00 a.m.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 18, 2018

/s/
T. S. Ellis, III
United States District Judge