IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 1:18-cr-00083-TSE |
| | ) | |
| v. | ) | Judge T. S. Ellis, III |
| | ) | |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PAUL J. MANAFORT, JR.'S REPLY TO THE SPECIAL COUNSEL'S OPPOSITION TO HIS MOTION TO DISMISS COUNT ELEVEN OF THE SUPERSEDING INDICTMENT**

Defendant Paul J. Manafort, Jr., by and through counsel, submits his reply to the Special Counsel's opposition (Dkt. # 66) to his motion to dismiss Count Eleven of the Superseding Indictment (Dkt. #'s 41 & 42). The Special Counsel's response to the defendant's motion to dismiss indicates that the Special Counsel timely applied for, on an *ex parte* basis, and thereafter received, an order under 18 U.S.C. § 3292 suspending the running of the statute of limitations. (Dkt. # 66 at 2-3). The secret application by the Special Counsel was not disclosed to the defendant prior to moving to dismiss Count Eleven in the Superseding Indictment, nor was the district court's subsequent order. *Id*. at 4. Accordingly, with the Court's permission, the defendant will withdraw his *pretrial* motion to dismiss Count Eleven because of the newly disclosed information from the Special Counsel. The defendant expressly reserves all rights to challenge this particular count (and any other counts) in the Superseding Indictment in subsequent proceedings before this Court that were not required to be raised under Rule 12(b) of the Federal Rules

1

of Criminal Procedure, and/or for which the basis for such a motion was not reasonably available to the defendant to raise to the Court in a pretrial filing.  *See* Fed. R. Crim. P. 12(b)(3), 12(c)(3).

Dated: May 21, 2018                              Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman  
Greg D. Andres  
U.S. Department of Justice  
Special Counsel's Office  
950 Pennsylvania Avenue NW  
Washington, DC 20530  
Telephone: (202) 616-0800  
Email: AAW@usdoj.gov  
       GDA@usdoj.gov

                                         s/ Jay R. Nanavati  
                                         Jay R. Nanavati (VSB No. 44391)  
                                         Kostelanetz & Fink LLP  
                                         601 New Jersey Avenue NW  
                                         Suite 620  
                                         Washington, DC 20001  
                                         (202) 875-8000  
                                         jnanavati@kflaw.com

                                         *Counsel for Defendant Paul J. Manafort, Jr.*