# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 1:18-cr-83 |
| | ) |
| PAUL J. MANAFORT, | ) |
|     Defendant. | ) |

## ORDER

Owing to a family member's medical procedure, the Court cannot begin the jury trial on July 10, 2018 as currently scheduled. It is thus necessary to reset the trial.

Accordingly, and for good cause,

It is hereby **ORDERED** that the jury trial currently scheduled to begin on **Tuesday, July 10, 2018 at 10:00 a.m.** is **CONTINUED** to **Tuesday, July 24, 2018 at 10:00 a.m.** If counsels' schedules do not permit the trial at this time, the parties should confer as to trial dates when they are available and notify the Court.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 25, 2018

/s/
T. S. Ellis, III
United States District Judge