AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cr-83 TSE |
| Paul J. Manafort, Jr., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date:   05/29/2018

/s/ Adam C. Jed
*Attorney's signature*

Adam C. Jed
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, D.C. 20530
*Address*

ACJ@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*