IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER

Oral argument is currently scheduled for June 8, 2018, on the following motions: defendant's motion to dismiss count eleven of the Indictment (Doc. 41), defendant's motion for hearing regarding government leaks (Doc. 43), defendant's motion to suppress evidence seized from his storage unit (Doc. 45), and defendant's motion to suppress evidence seized from his home (Doc. 47). The Court is in the process of trying another criminal matter which will conflict with defendant's June 8th hearing. Because a motions hearing has already been scheduled in this case for June 29, 2018, defendant's pending motions will now be heard at that time along with any other motions defendant may raise.

Accordingly,

It is hereby **ORDERED** that the hearing on defendant's four pending motions is rescheduled to **Friday, June 29, 2018 at 9:00 a.m.**

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
June 1, 2018

/s/
T. S. Ellis, III
United States District Judge