**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Case No. 1:18-CR-83 (TSE) |

**GOVERNMENT'S STATUS REPORT REGARDING MOTION TO REVOKE OR
REVISE DEFENDANT PAUL J. MANAFORT, JR.'S CURRENT ORDER OF
<u>PRETRIAL RELEASE IN DISTRICT OF COLUMBIA</u>**

The United States of America, by and through Special Counsel Robert S. Mueller, III, submits this status report notifying the Court that the government filed a motion to revoke or revise the order in *United States v. Manafort,* 1:17-CR-201 (D.D.C.) (ABJ) (Doc. 9) authorizing the pretrial release of defendant Paul J. Manafort, Jr. (Manafort) to the high-intensity supervision program in the District of Columbia.  A copy of the government's filing is attached hereto as Exhibit 1.  *See Manafort,* 1:17-CR-201 (D.D.C.) (Doc. 315).

By way of background, on May 9, 2018, Manafort filed a renewed motion to reconsider the conditions of his release in the District of Columbia.  (Doc. 291).  In connection with this filing, the government filed Exhibit 1 as its supplemental response.  As described more fully in Exhibit 1, there is probable cause to believe that Manafort has violated 18 U.S.C. § 1512(b)(1) by attempting to tamper with potential witnesses in the District of Columbia case while on pretrial release.  The alleged obstructive conduct relates to allegations in the District of Columbia Superseding Indictment that Manafort violated the Foreign Agents Registration Act, 22 U.S.C. § 611 *et seq*., which is not part of the charged conduct in the Eastern District of Virginia.  The government,

however, provides this notice to the Court as the conduct may independently implicate Manafort's conditions of release in this district.[*]

                                                Respectfully submitted,

                                                ROBERT S. MUELLER III
                                                Special Counsel

Dated: June 4, 2018                     By:     /s/ Andrew Weissmann
                                                          Andrew Weissmann
Uzo Asonye                                               Greg D. Andres
Assistant United States Attorney        *Special Assistant United States Attorneys*
Eastern District of Virginia

                                                          U.S. Department of Justice
                                                          Special Counsel's Office
                                                          950 Pennsylvania Avenue NW
                                                          Washington, D.C. 20530
                                                          Telephone: (202) 616-0800

                                                          *Attorneys for the United States of America*

---

[*] "Defendant may not violate federal, state, or local law while on release." March 9, 2018 Order of Release, *United States v. Manafort*, 1:18CR83 (E.D. Va.) (TSE) (Doc. 25).

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

/s/ Andrew Weissmann
Andrew Weissmann
Special Assistant United States Attorney
Senior Assistant Special Counsel
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 616-0800
Fax: None
E-mail: AAW@usdoj.gov

*Attorney for the United States of America*