**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Crim. No. 1:18-CR-83 |

## MOTION TO CONTINUE TRIAL TO JULY 25, 2018

The United States of America, by and through Special Counsel Robert S. Mueller, III, writes in response to the Court's May 25, 2018 Order continuing the trial to Tuesday, July 24, 2018 and requesting the parties to confer regarding the parties' availability. Currently, both parties have a hearing scheduled before United States District Judge Amy Berman Jackson in the District of Columbia on July 24, 2018, at 9:30 a.m. in United States v. Manafort, 17-201-1 (ABJ). That hearing was scheduled by Judge Jackson on March 1, 2018, and included in the Scheduling Order issued by that Court. The government has consulted with defense counsel, and both parties are available to commence trial on Wednesday, July 25th in the Eastern District of Virginia.

The trial date in the District of Columbia prosecution is scheduled for September 17, 2018. There are several submissions due in the matter before Judge Jackson which are now scheduled during the course of the Eastern District of Virginia trial, although no appearances are scheduled. The parties are consulting about the possibility of seeking a brief adjournment of those deadlines from Judge Jackson, but do not believe that will require any delays in the trial before this Court.

Accordingly, the government moves for a one day continuance of the trial date to July 25, 2018. The defense counsel has authorized the government to note that it does not object to this motion but defers to the Court on scheduling. A proposed order is attached to this filing.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: June 8, 2018

Uzo Asonye
Assistant United States Attorney
Eastern District of Virginia

*/s/ Greg Andres*
Andrew Weissmann
Greg D. Andres
Special Assistant United States Attorneys
Special Counsel's Office

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

/s/ Greg Andres
Greg Andres
Special Assistant United States Attorney
Senior Assistant Special Counsel
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Telephone: (202) 616-0800
Fax: None
E-mail: GDA@usdoj.gov

*Attorney for the United States of America*