# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. No. 1:18-CR-83** |
| **PAUL J. MANAFORT, JR.,** | |
| **Defendant.** | |

## PROPOSED ORDER

Upon the motion of the United States and for good cause shown, it is hereby, ORDERED that trial in the above captioned matter for defendant Paul J. Manafort, Jr. is continued from July 24, 2018, to July 25, 2018.

_____

Date: _____
Alexandria, Virginia