Case 1:18-cr-00083-TSE   Document 84   Filed 06/11/18   Page 1 of 1 PageID# 1556

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Crim. No. 1:18-CR-83 |

### ORDER

Upon the motion of the United States and for good cause shown, it is hereby, ORDERED that trial in the above captioned matter for defendant Paul J. Manafort, Jr. is continued from July 24, 2018, to July 25, 2018.

Date: 6/11/18
Alexandria, Virginia

/s/
T. S. Ellis, III
United States District Judge