# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 1:18-cr-00083-TSE |
| | ) | |
| v. | ) | Judge T. S. Ellis, III |
| | ) | |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT PAUL J. MANAFORT, JR.'S NOTICE TO THE COURT REGARDING HEARING ON PRETRIAL RELEASE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Defendant Paul J. Manafort, Jr., by and through counsel, hereby notifies the Court that on June 8, 2018, he submitted his opposition to the Special Counsel's motion to revoke or revise the order of pretrial release in *United States v. Manafort*, 1:17-CR-201 (D.D.C.) (ABJ). The opposition and its exhibit are attached collectively as Exhibit A. The United States District Court for the District of Columbia will hold a hearing on the issue on June 15, 2018.  Defendant suggests that this Court's consideration of the allegations that are the basis for the pending motion to revoke or revise the order of pretrial release should take place following the completion of June 15, 2018, hearing.

Dated: June 12, 2018

Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

1

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com


s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 12th day of June, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
         GDA@usdoj.gov

<u>s/ Jay R. Nanavati</u>
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*