IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 1:18-CR-83 |
| v. | ) | |
| | ) | Trial Date: July 25, 2018 |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | The Honorable T. S. Ellis, III |
| | ) | |
| Defendant. | ) | |

## DEFENDANT PAUL J. MANAFORT, JR.'S PROPOSED JURY INSTRUCTIONS

Pursuant to Federal Rule of Criminal Procedure 30, defendant Paul J. Manafort, Jr. submits that he has no objections to the proposed jury instructions submitted by the Office of Special Counsel (Doc. 88), but reserves the right to file any other such instructions as may become appropriate during the course of trial.[1]

                                              Respectfully submitted,

                                              s/ Kevin M. Downing
                                              Kevin M. Downing (*pro hac vice*)
                                              Law Office of Kevin M. Downing
                                              601 New Jersey Avenue NW
                                              Suite 620
                                              Washington, DC 20001
                                              (202) 754-1992
                                              kevindowning@kdowninglaw.com

---

[1] Mr. Manafort is mindful of Local Criminal Rule 30 but does not wish to burden the Court with a submission that would be identical to the proposed jury instructions submitted by the Office of Special Counsel. Mr. Manafort will, however, submit a separate set of proposed jury instructions should the Court wish him to.

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*