IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:18-CR-83 |
| v. | ) | |
| | ) | Trial Date: July 25, 2018 |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | The Honorable T. S. Ellis, III |
| | ) | |
| Defendant. | ) | |

## DEFENDANT PAUL J. MANAFORT, JR.'S RESPONSE TO THE OFFICE OF SPECIAL COUNSEL'S MOTION FOR USE OF JUROR QUESTIONNAIRE

Defendant Paul J. Manafort, Jr. submits that he has no objections to the proposed juror questionnaire submitted by the Office of Special Counsel (Doc. 87), but reserves the right to file any other such questions for potential jurors as may become appropriate during the course of jury selection in this case.

Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com


s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*
