# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 1:18-cr-00083-TSE |
| | ) | |
| v. | ) | Trial Date: July 25, 2018 |
| | ) | |
| PAUL J. MANAFORT, JR., | ) | Judge T. S. Ellis, III |
| | ) | |
| Defendant. | ) | |

## DEFENDANT PAUL J. MANAFORT, JR.'S NOTICE OF WAIVER OF APPEARANCE AT JUNE 29, 2018, HEARING AND MOTION FOR ORDER THAT HE NOT BE TRANSPORTED

Paul J. Manafort, Jr., by and through counsel, hereby waives his right to appear at the motions hearing on June 29, 2018, pursuant to Fed. R. Crim. P. 43(b)(3), and moves the Court for an order that he not be transported to the hearing.

Mr. Manafort, having been advised of his right to be present at all stages of the proceedings, agrees that his interests shall be represented at the hearing by the presence of his attorneys. Mr. Manafort waives his right to appear because of the great time and distance involved in having the U.S. Marshals Service transport him to court from the Northern Neck Regional Jail. Attending the hearing would mean spending at least two hours in transit in each direction. The government has advised that it takes no position and defers to the Court on whether Mr. Manafort's waiver of appearance is appropriate. Mr. Manafort understands that the government has already requested Mr. Manafort's transport and respectfully requests that the Court order that transporting Mr. Manafort is no longer necessary.

WHEREFORE, Mr. Manafort waives his right to appear at the June 29, 2018, hearing and respectfully moves the Court for an order that he need not be transported to the hearing.

Dated: June 25, 2018                                        Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of June, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissmann
Greg D. Andres
Uzo Asonye

U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email:  AAW@usdoj.gov
        GDA@usdoj.gov
        Uzo.Asonye@usdoj.gov

                                              <u>s/ Jay R. Nanavati</u>
                                              Jay R. Nanavati (VSB No. 44391)
                                              Kostelanetz & Fink LLP
                                              601 New Jersey Avenue NW
                                              Suite 620
                                              Washington, DC 20001
                                              (202) 875-8000
                                              jnanavati@kflaw.com

                                              *Counsel for Defendant Paul J. Manafort, Jr.*