**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>)<br>*Defendant*. ) | Criminal No. 1:18-cr-00083-TSE<br><br>Judge T. S. Ellis, III |

**[Proposed] ORDER**

Upon consideration of Defendant Paul J. Manafort, Jr.'s Notice of Waiver of Appearance at June 29, 2018, Hearing and Motion for Order That He Not Be Transported, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____

_____
T.S. ELLIS, III
Senior United States District Judge