IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,               )
                                        )
                Plaintiff,              )
                                        )
        v.                              )      Criminal No. 1:18-cr-00083-TSE
                                        )
                                        )      Judge T. S. Ellis, III
PAUL J. MANAFORT, JR.,                  )
                                        )
                Defendant.              )

## ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s Notice of Waiver of Appearance

at June 29, 2018, Hearing and Motion for Order That He Not Be Transported, it is hereby

**ORDERED** that the motion is **GRANTED.**

**SO ORDERED.**

Dated: ___6/26/18___

_/s/_

T. S. Ellis, III
United States District Judge