THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 1:18-cr-83 |
| ) | |
| PAUL J. MANAFORT, ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, and for good cause shown,

It is hereby **ORDERED** that defendant's motion to dismiss the superseding indictment is **DENIED** (Doc. 30).

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
June 26, 2018

/s/
_____
T. S. Ellis, III
United States District Judge