# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | MOTION HEARING |
| PAUL J. MANAFORT JR | Case No. 1:18CR83 |

| | |
|---|---|
| HONORABLE T.S. ELLIS presiding | Time Called: 11:23 -11:55 |
| Proceeding Held: June 29, 2018 | Time Concluded: 12:42 – 1:32 |
| Deputy Clerk: Amanda | Court Reporter: T. Harris |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Scott Meisler, Uzo Asonye, Greg Andres |
| PAUL MANAFORT JR by: | Jay Nanavati, Thomas Zehnle, Kevin Downing |
| INTERPRETER: None | ☐ Interpreter Sworn |

[43] Defendant's Motion for Hearing Regarding Government Leaks
[45] Defendant's Motion to Suppress Evidence from Locker
[47] Defendant's Motion to Suppress Evidence from Search of Home
[83] Government's Motion for Discovery Order
[87] Government's Motion for Use of Juror Questionnaire

11:23 a.m. – Court opens. Court addresses counsel.
11:24 a.m. – Mr. Zehnle informs the Court that the motion to dismiss Count 11 has been withdrawn [41].
- Court will enter an order.

11:32 a.m. – Mr. Asonye calls witness Jeffrey Pheifer. Witness affirmed. Begin direct-exam.
11:54 a.m. – Mr. Zehnle requests time to review documents.
11:55 a.m. – Court recesses.
12:42 p.m. – Mr. Zehnle begins cross-exam of witness.
1:06 p.m. – Witness excused.
- Counsel does not put on evidence as to house search.

1:09 p.m. – Mr. Downing presents argument on [47] search of home.

- Court takes matters under advisement [45] and [47].
- Court denies [87].
- Court takes matter under advisement [43].

1:24 p.m. – Mr. Nanavati addresses the Court and requests supplemental briefing on the motion on the leaks. Briefs are due one week from today.
1:29 p.m. – Mr. Asonye informs the Court that the government now believes the trial will last 3 weeks instead of 2.
1:30 p.m. – Mr. Asonye addresses the request for discovery order.
- Defense counsel is to respond to the request for discovery order by the end of the day on Monday.