AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia

UNITED STATES OF AMERICA

V.

PAUL MANAFORT JR

## EXHIBIT AND WITNESS LIST

Case Number: 1:18CR83

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| T.S. Ellis, III | Asonye, Andres, Meisler | Nanavati, Downing, Zehnle |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/29/2018 | T. Harris | Amanda |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| JP1 | | 6/29/2018 | yes | yes | Search and Seizure Warrant |
| JP2 | | 6/29/2018 | yes | yes | Lease Agreement for Locker |
| JP3 | | 6/29/2018 | yes | yes | Occupant Information |
| JP4 | | 6/29/2018 | yes | yes | Insurance Addendum to Lease |
| JP5 | | 6/29/2018 | yes | yes | Customer Transaction Journal |
| JP6 | | 6/29/2018 | yes | yes | Consent to Search Form |
| | | | | | |
| | | | | | |
| | | | | | Government calls witness Scott Pfeifer |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages