THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,            )
                                     )
                                     )
         v.                          )      Criminal Action No. 1:18-cr-83
                                     )
PAUL J. MANAFORT,                    )
     Defendant.                      )
                                     )

## ORDER

This matter came before the Court on the government's Motion for Use of a Juror Questionnaire (Doc. 87) and defendant's Motion to Dismiss Count Eleven of the Superseding Indictment (Doc. 41), Motion for Hearing Regarding Government Leaks (Doc. 43), Motion to Suppress Evidence from Storage Unit (Doc. 45), and Motion to Suppress Evidence from Residence (Doc. 47).

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that the government's Motion for Use of a Juror Questionnaire (Doc. 87) is **DENIED**.

It is further **ORDERED** that defendant's Motion to Dismiss Count Eleven of the Superseding Indictment (Doc. 41) is **DENIED AS MOOT** given defendant's withdrawal of the motion at the hearing.

It is further **ORDERED** that defendant's Motion for Hearing Regarding Government Leaks (Doc. 43), Motion to Suppress Evidence from Storage Unit (Doc. 45), and Motion to Suppress Evidence from Residence (Doc. 47) are **TAKEN UNDER ADVISEMENT**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
June 29, 2018

T. S. Ellis, III
United States District Judge