**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 1:18-cr-00083-TSE |
| | ) | |
| v. | ) | Trial Date: July 25, 2018 |
| | ) | |
| PAUL J. MANAFORT, JR., | ) | Judge T. S. Ellis, III |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PAUL J. MANAFORT, JR.'S NOTICE OF WAIVER OF APPEARANCE
AND MOTION FOR ORDER THAT HE NOT BE TRANSPORTED**

Pursuant to Fed. R. Crim. P. 43(a), Paul J. Manafort, Jr., by and through counsel, hereby waives his right to appear in court other than for his trial and any potential sentencing and moves the Court for an order that he not be transported to court other than for his trial and any potential sentencing.

Mr. Manafort, having been advised of his right to be present at all stages of the proceedings, agrees that his interests shall be represented at the hearing by the presence of his attorneys. Mr. Manafort waives his right to appear because of the great time and distance involved in having the U.S. Marshals Service transport him to court from the Northern Neck Regional Jail. Appearing in court requires him to spend at least two hours in transit in each direction. The government has advised that it takes no position and defers to the Court on whether Mr. Manafort's waiver of appearance is appropriate.

WHEREFORE, Mr. Manafort waives his right to appear in court other than for his trial and any potential sentencing and moves the Court for an order that he not be transported to court other than for his trial and any potential sentencing.

Dated: July 6, 2018                          Respectfully submitted,

<div style="margin-left:50%">

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

</div>

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 6th day of July, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissmann
Greg D. Andres
Uzo Asonye

U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
   GDA@usdoj.gov
   Uzo.Asonye@usdoj.gov

                <u>s/ Jay R. Nanavati</u>
                Jay R. Nanavati (VSB No. 44391)
                Kostelanetz & Fink LLP
                601 New Jersey Avenue NW
                Suite 620
                Washington, DC 20001
                (202) 875-8000
                jnanavati@kflaw.com

                *Counsel for Defendant Paul J. Manafort, Jr.*