# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>)<br>*Defendant.* ) | Criminal No. 1:18-cr-00083-TSE<br><br>Judge T. S. Ellis, III |

### [Proposed] ORDER

Upon consideration of Defendant Paul J. Manafort, Jr.'s notice of waiver of appearance and motion for order that he not be transported other than for his trial and any potential sentencing, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____

_____
T.S. ELLIS, III
Senior United States District Judge