FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

Title: (U//FOUO) Meeting with AP Reporters.    Date: 05/11/2017

From:  CRIMINAL INVESTIGATIVE
         D6-ICU
       Contact: Karen A. Greenaway, ▮▮▮▮▮

Approved By: A/UC MAHONEY DEVON P

Drafted By: Karen A. Greenaway

Case ID #: ▮▮▮▮▮       

Synopsis: (U//FOUO) To document a meeting with AP reporters.

Full Investigation Initiated: ▮▮▮▮▮

Administrative Notes: (U//FOUO) This EC is in supplement to serial ▮▮

Enclosure(s): Enclosed are the following items:
1. (U//FOUO) Interview Notes
2. (U//FOUO) AP Reporter Business Cards
3. (U//FOUO) Fortunato &Venanzi
4. (U//FOUO) Oleg Deripaska Ad The Washington Post

Details:

On April 11, 2017, SSA Karen A. Greenaway, SSA George W. Mceachern, SA Jeffry Pfeiffer, Trial Attorney Ann Brickley, AUSA Ariel Shreve, EDNY, and Chief of the DOJ Fraud Section of the DOJ, Andrew Weissman, met with the following AP reporters: Chad Day, Jack Gillum, Ted Bridis, and Eric Tucker. The meeting was arranged by Andrew Weissman at 1400 New York Ave, Washington, DC.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title: (U//FOUO) Meeting with AP Reporters.
Re: ███████████████ 05/11/2017

The purpose of the meeting, as it was explained to SSA Greenaway, was to obtain documents from the AP reporters that were related to their investigative reports on Paul Manafort. However, after the meeting was started and it was explained to the reporters that there was nothing that the FBI could provide to them, the reporters opted to ask a series of questions to see if the FBI would provide clarification. No commitments were made to assist the reporters in their further investigation into the life and activities of Paul Manafort and the AP reporters understood that the meeting would be off the record.

The reporters advised that their next report, which was scheduled to come out in the next day or so after the meeting, would focus on confirming, to the extent that they could payments in the so called "black ledger" that were allegedly made to Manafort. The evidence that they were able to find confirmed that the NeoCom payments documented in the ledger which was a $455,249 + $1 payment were transferred into a Wachovia Account in the 2007 to 2009 time frame. They also mentioned the company Graten Alliance as being another company that was linked to funds sent to Manafort.

The AP reporters also discussed their interviews in Cyprus. They reiterated what they had written in their article, which was a response from the Cypriot Anti-Money Laundering Authority (MOKAS) that they had fully responded to Department of Treasury agents in response to their request. The AP reporters were interested in how this arrangement worked and if the U.S. had made a formal request. FBI/DOJ did not respond, but Andrew Weissman suggested that they ask the Cypriots if they had provided everything to which they had access or if they only provided what they were legally required to provide.

The AP reporters briefly discussed Manafort's relationship with Ukrainian Oligarch Rinaht Akhmetov. According to the AP reporters, Manafort had done work for Akhmetov back in the early years of his time as a political consultant in Ukraine. Based on their research, Akhmetov, who they described as running in the same circles as Oleg

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title: (U//FOUO) Meeting with AP Reporters.
Re: █████████████ 05/11/2017

Deripaska, was introduced to Manafort by a U.K. person named █████
███████ (Agent's Note - ████████████████████)

The AP reporters asked about FARA violations and they were generally told that they are enforceable.

The AP reporters then discussed Manafort's time in Ukraine. According to them, they had seen internal U.S. work product that had been sent to Ukraine. The product was described as an internal White House document. It was not clear if the document was classified. There was a note attached to the document that asked for limited distribution that was signed by Manafort.

The AP reporters asked if there had been any official requests to other countries. FBI/DOJ declined to discuss specifics, except to state that the Mutual Legal Assistance Treaty requests are negotiated by diplomats, so they should remain at that level.

The AP reporters advised that they had located a storage facility in Virginia that belonged to Manafort. They had developed information indicating that there were boxes of records that were from the 1990(s) potentially to the present. The records included his time working for the Party of Regions in Ukraine, as well as records and other materials from his "film career" where he made a film using Puerto Rican film tax credits. The film was called "Successful Vanquishing."

As far as they could determine, Manafort had not actually been in the storage locker for several years. Their understanding is that it was back in 2012 or 2013 when Manafort last accessed the locker. The code to the lock on the locker is 40944859. The reporters were aware of the Unit number and address, but they declined to share that information. Their information indicated that the payments for the locker were made from the DM Partners account that received money from the Party of Regions.

The impression that their sources give is that Manafort was not precise about his finances, specifically as it related to the "black

UNCLASSIFIED//FOUO

3

UNCLASSIFIED//FOUO

Title: (U//FOUO) Meeting with AP Reporters.
Re: ▆▆▆▆▆▆▆▆▆▆ 05/11/2017

ledger." The AP reporters calculated that he received $60 to $80 million from his work in Ukraine, during the time period the ledger was kept. According to their review of the ledger, it appears that there is a slightly lesser amount documented based on all of the entries. The AP reporters accessed a copy of the ledger on line, describing it as "public" document (Agent's note - the ledger has been published in its entirety by the National Anti-Corruption Bureau of Ukraine, after it was given to them by Sergei Leshenko, Ukrainian RADA member and investigative reporter.)

The AP reporters discussed several entries or individuals that they felt should be followed up on:

1) A $50,000 payment to ▆▆▆▆▆▆ and ▆▆▆▆▆▆ (Agent's Note - See attached D&B registration and Leagle entry.) According to what they could determine, the store is now closed and there are several lawsuits pending against it. In addition, it is not the type of men's store where you could spend that much money on men's clothing.

2) ▆▆▆▆▆▆ and his relationship to both Deripaska and ▆▆▆▆▆▆ (▆▆ allegedly met ▆▆▆▆▆▆ in December 2006.) According to their sources, ▆▆▆▆▆▆ introduced Manafort to Deripaska in 2007, on a yacht off the coast of Montenegro. During the meeting, Deripaska allegedly contracted or engaged Manafort to assist the Montenegrin politicians with their independence from Serbia, including supporting the former Prime Minister/President who was leading the secession campaign. Deripaska's interest was in the aluminum factory that was in Montenegro. Allegedly, Deripaska also contracted or facilitated Manafort's work in Ukraine. The meeting on the Yacht was a negotiation to decide who would be paying for what.

As an aside, the AP reporters advised that Deripaska's current lawyer is threatening to sue them over their article about his relationship with Manafort. His lawyer is a NFI Schiller from Schiller, Boies (Agent's note - Boies, Schiller, Flexner's main office is New York, NY.) Prior to the conversation with the lawyer, Deripaska took out a

UNCLASSIFIED//FOUO

4

UNCLASSIFIED//FOUO

Title: (U//FOUO) Meeting with AP Reporters.
Re: ███████████████ 05/11/2017

quarter page ad in *The Washington Post*, denying the AP report. (Agent's note - a copy of the denial is attached to this EC.) After they spoke to the lawyer, he took out a full page ad denying his relationship with Manafort.

3) The AP reporters suggested that ███████████ a Manafort employee in Ukraine, may have knowledge about the payments in the ledger. Allegedly, Manafort turned over everything to him when he left.

4) Loav Ltd., which is listed in the "black ledger," was incorporated in Delaware in 1992, possibly by Manafort.

5) NeoCom - The AP reporters questioned whether this company was incorporated solely to cover up money laundering, since their investigation had determined that the source of the computers was fictitious, although they did not provide any evidence to confirm this statement.

6) Kypros Chrysostomides from Cyprus - He is listed as owner or shareholder of some of the Manafort linked companies that they have been able to identify, including the some of the following: All Tech, Global, Yiakora, Leviathon Advisors, KKI Ltd. (Camans), Vernon View, Tignes Ltd., and Antes Management. As a result of the International Consortium of Investigative Journalists' (ICIJ) Panama Papers investigation, they determined that Deripaska also had companies that were incorporated by Chrysostomides and linked to Sperbank.

7) Seychelles FIU - They are investigating two companies linked to former President Victor Yanukovych. The companies are called Inter-Hold and Mono-Hold and they were also connected to Manafort, specifically as it related to Black Sea Cable.

8) Kyrgyzstan - Any relationship that Manafort may have had to Kyrgyzstan.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title:   (U//FOUO) Meeting with AP Reporters.
Re:  ▮▮▮▮▮▮▮▮▮▮   05/11/2017

9) Montenegrin Independence Campaign - The company Basic Element (Agent's Note - Basic Element is Deripaska's company.) may have provided some or all of the private equity that funded the Montenegrin Independence Campaign.

10) Black Sea Cable - The AP reporters did some investigation of this deal and in their opinion, the deal did not make good business sense. The company that they were buying, Black Sea Cable, was a very small operation in Odessa, Ukraine that was supposed to be the entree into the cable market for the region. The original investment was around 19-20 million dollars, which was then supposed to make Deripaska and Manafort a 60 million dollars NET gain. In their opinion this deal was likely not legitimate, since the original operation was not a good first investment platform because it lacked infrastructure or possibilities for expansion. They said that the estimate of the value was off by a value of ten, according to a source that they spoke to who was familiar with the company. They also said that the companies Inter-Hold and Mono-Hold were a part of the deal.

In their opinion, Manafort often promised more than he could deliver. Allegedly, when the Black Sea Cable deal fell through, Deripaska wanted to go after Manafort in court, but Yanukovych prevented him from pursuing any legal options against Manafort. Once Yanukovych was out of office, Deripaska filed suit against Manafort over this deal.

Allegedly, Manafort also over promised Deripaska when he signed his contract with him back in 2006 time frame. The contract, which they did not produce, allegedly included assistance with investments, as well as political advice, for proposed future work in the U.S. There is no indication that the AP reporters could find that Manafort facilitated any U.S. investments for Deripaska.

11) Konstantin Klimnic - Klimnic was one of Manafort's Ukrainian operatives/employees. He is allegedly associated with the Russian Intelligence Services.

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title: (U//FOUO) Meeting with AP Reporters.
Re: ████████████ 05/11/2017

At the conclusion of the meeting, the AP reporters asked if we would be willing to tell them if they were off based or on the wrong traack and they were advised that they appeared to have a good understanding of Manafort's business dealings.

♦♦