FD-1057 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Meeting with Associated Press  **Date:** 05/05/2017

**From:** CRIMINAL INVESTIGATIVE
  ▮▮▮▮
  **Contact:** Jeffery Pfeiffer, ▮▮▮▮

**Approved By:** SSA MCEACHERN GEORGE W IV

**Drafted By:** Jeffery Pfeiffer

**Case ID #:** ▮▮▮▮     

**Synopsis:** (U) The Associated Press requested a meeting with DOJ to discuss the captioned investigation.

**Full Investigation Initiated:** 

**Details:**

On April 11, 2017, several members of the FBI and DOJ met with reporters from the Associated Press (AP) at the offices of the Department of Justice located at 1400 New York Avenue, Washington DC. AP reporters were advised everything discussed during the meeting is considered 'off the record'. With any questions regarding the existence or status of any investigation DOJ or FBI has, AP was issued no comment. The following individuals were present during the meeting:

FBI:

SSA George McEachern

SSA Karen Greenaway

SA Jeff Pfeiffer

UNCLASSIFIED

Case 1:18-cr-00083-TSE Document 108-4 Filed 07/06/18 Page 2 of 4 PageID# 1900

**UNCLASSIFIED**

Title: (U) Meeting with Associated Press
Re: ▮▮▮▮▮▮▮▮▮▮ 05/05/2017

DOJ:

Trial Attorney Ann Brickley.

Chief Andrew Weissmann, DOJ Fraud Section

AUSA Shreve Ariel of the Eastern District of New York.

AP:

Chad Day, Jack Gillum, Ted Bridis, and Eric Tucker.

The reporters are investigating Paul Manafort, and wanted to ascertain the existence or status of the government's case on Manafort. The reporters provided information regarding their investigation, which follows:

- Manafort received money from Sergii Leshchenko, as indicated in the ledger that has been made public. AP has documentation showing the money was routed through a company in Belize called Neocom Systems. The money then went into a Wachovia account. This money came from the Party of Regions.

- AP believes Manafort is in violation of the Foreign Agents Registration Act (FARA), in that Manafort send internal U.S. documents to officials in Ukraine. AP has documentation proving this, as well as Manafort noting his understanding doing so would get him into trouble.

- AP asked about the U.S. government charging Manafort with violating Title 18, section 1001 for lying to government officials, and have asked if the FBI has interviewed Manafort. FBI and DOJ had no comment on this question.

- AP asked about DOJ's and FBI's knowledge and status of investigating a storage unit owned by Manafort in Alexandria, VA since 2012. The gate code to access this storage unit is 4094489. This storage unit may have damning information regarding Manafort's work in Ukraine for

**UNCLASSIFIED**

2

**UNCLASSIFIED**

Title: (U) Meeting with Associated Press
Re: ███████████ 05/05/2017

the Party of Regions. AP obtained this information from a source they have. DOJ and FBI had no comment.

- AP asked about any investigation into tax violations with which Manafort may be involved. AP determined Manafort has received between $60 million to $80 million through shell companies on which he has most likely not paid taxes.

- AP has information Manafort used some of the money from shell companies to buy expensive suits.

- An individual named ███████████████████████ was named in a proposal from Manafort. ███████ would be someone the FBI could interview, and he may be cooperative. ███████ knows Oleg Deripaska. Deripaska made approximately $66 million on the sale of Black Sea Cable. AP spoke with the former owner of Black Sea Cable, and was advised there is no way the company was worth that much.

- AP asked about any MLAT the U.S. government has issued to Cypress. DOJ and FBI had no comment.

- AP asked about DOJ's and FBI's knowledge of LOAV Limited, and its dealings with the Black Sea Cable. Manafort has used LOAV for several years. DOJ and FBI had no comment.

- AP asked about any money laundering investigation the FBI has on Manafort, especially using shell companies established in Cyprus. Some of the shell companies the AP mentioned were Alltech Management, Neocorra, KKI Limited, and Berunview Partners. FBI and DOJ had no comment.

- AP had information on shell companies located in the Seychelles that were used as Ukrainian money laundering vehicles, specifically for two companies called Intrahold and Monohold.

**UNCLASSIFIED**

**UNCLASSIFIED**

Title: (U) Meeting with Associated Press
Re: ███████████ 05/05/2017

◆◆