# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
|  | ) |
| v. | )<br>) |
|  | ) |
| PAUL J. MANAFORT, JR., | )<br>) |
|  | ) |
| *Defendant.* | )<br>) |

Criminal No. 1:18-cr-00083-TSE

Trial Date: July 25, 2018

Judge T. S. Ellis, III

## <u>DEFENDANT PAUL J. MANAFORT JR.'S MOTION FOR A CONTINUANCE OF THE TRIAL CURRENTLY SCHEDULED FOR JULY 25, 2018</u>

Defendant Paul J. Manafort, Jr., by and through counsel, moves this Court for a continuance of the trial currently scheduled to commence on July 25, 2018. The reasons in support of this motion are set forth in the accompanying memorandum of law.

Dated: July 6, 2018                    Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of July, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
Uzo Asonye
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
      GDA@usdoj.gov
      UEA@usdoj.gov

                                 s/ Jay R. Nanavati
                                Jay R. Nanavati (VSB No. 44391)
                                Kostelanetz & Fink LLP
                                601 New Jersey Avenue NW
                                Suite 620
                                Washington, DC 20001
                                (202) 875-8000
                                jnanavati@kflaw.com

                                *Counsel for Defendant Paul J. Manafort, Jr.*