IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., | ) |
| Defendant. | ) |

## ORDER

The trial of this matter is currently scheduled to take place on July 25, 2018 at 10:00 a.m., in the Alexandria Division of the Eastern District of Virginia. Defendant has recently filed two motions which question the appropriateness of the July 25th trial date and the propriety of trying this matter in the Alexandria Division.

Given that trial is looming on the horizon,

It is hereby **ORDERED** that the government shall have until **Friday, July 13, 2018 at 5:00 p.m.** to respond to defendant's motion to transfer venue (Doc. 106) and motion to continue the trial (Doc. 109).

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
July 10, 2018

/s/
T. S. Ellis, III
United States District Judge