# THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, )<br>Defendant. )<br>) | Criminal Action No. 1:18-cr-83 |

## ORDER

This matter came before the Court on defendant's Motion to Suppress Evidence from Storage Unit (Doc. 45).

For the reasons stated in the accompanying Memorandum Opinion, and for good cause,

It is hereby **ORDERED** that defendant's Motion to Suppress Evidence from Storage Unit (Doc. 45) is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
July 9, 2018

/s/
T. S. Ellis, III
United States District Judge