## ATTACHMENT A

| Date of Production | Document Description | Document Total |
|---|---|---|
| 06/20/18 | Records from vendor | 1 |
| | Property-related records | 1 |
| | Documents related to FARA charges | 483 |
| | Imaged documents from Rick Gates's personal devices | N/A |
| | Financial records | 1 |
| | Government investigative records | 1 |
| 07/02/18 | Imaged documents from Rick Gates's personal laptop | 8,290 |
| | Bank records | 21 |
| | Bank records | 14 |
| | Bank records | 30 |
| | Secretary of State corporate records | 7 |
| | Bank records | 70 |
| | Bank records | 74 |
| | Bank records | 4 |
| | Financial records | 1 |
| | Bank records | 6 |
| 07/06/18 | Defendant's personal financial records (NKSFB) | 20,207 |
| | Documents related to FARA charges | 1 |
| 07/09/18 | Audio recordings of defendant Manafort's phone calls | 53 |
| 07/10/18 | Bank records | 271 |
| | Records from vendor | 1 |
| | Secretary of State corporate records | 32 |
| | Financial records | 3 |
| | Bank records | 1 |
| | Tax records | 2 |
| | Documents related to DMP International LLC | 2,968 |
| | Records from vendor | 1 |
| | TOTAL | 32,544 |