

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2018 JUL 10 P 2: 07

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

CASE NO. Criminal No.1:18-CR-83
CASE NAME: United States v. Paul Manafort, Jr.

TO: Northern Neck Regional Jail
3908 Richmond Road
Warsaw, VA 22572

YOU ARE HEREBY COMMANDED to surrender the body of: PAUL MANAFORT, JR., DOB: xx/xx/1949, Sex: Male, an un-sentenced prisoner, under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, or any other United States Marshal, at 401 Courthouse Square, Alexandria, Virginia, that his body will be before The Honorable T.S. Ellis, III, Judge of the United States District Court for the Eastern District of Virginia, at the Courtroom of said Court, in the City of Alexandria at 10:00 o'clock a.m., on the 25th day of July, 2018, then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

WITNESS
The Honorable Judge T.S. Ellis, III
United States District Judge
at Alexandria, Virginia

This 10th day of July, 2018

FERNANDO GALINDO
CLERK OF COURT

By: _____
Deputy Clerk