IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER

Pending before the Court are two motions: defendant's motion to transfer venue and defendant's motion to continue trial.

It is hereby **ORDERED** that the parties shall appear for oral argument on these two motions (Docs. 106 and 109) on **Tuesday, July 17, 2018 at 1:00 p.m.**

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
July 10, 2018

/s/
T. S. Ellis, III
United States District Judge