THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 1:18-cr-83 |
| ) | |
| PAUL J. MANAFORT, ) | |
| Defendant. ) | |

## ORDER

This matter came before the Court on defendant's Motion to Suppress Evidence from Residence (Doc. 47).

For the reasons stated in the accompanying Memorandum Opinion, and for good cause,

It is hereby **ORDERED** that defendant's Motion to Suppress Evidence from Residence (Doc. 47) is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
July 10, 2018

/s/
T. S. Ellis, III
United States District Judge