**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant | Case No. 1:18-cr-83 (TSE) |

## NOTICE OF FILING OF GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through Special Counsel Robert S. Mueller, III, has this day filed the government's Motion to Seal, Non-Confidential Memorandum in support thereof, and Proposed Sealing Order, pursuant to Local Criminal Rule 49(E).

                                        Respectfully submitted,

                                        ROBERT S. MUELLER, III
                                        Special Counsel

Dated: July 17, 2018                        */s/ Andrew Weissmann*
                                                        Andrew Weissmann
Uzo Asonye                                       Greg D. Andres
Assistant United States Attorney        Brandon L. Van Grack
Eastern District of Virginia             Special Assistant United States Attorneys
                                                        Special Counsel's Office

                                                        U.S. Department of Justice
                                                        950 Pennsylvania Avenue NW
                                                        Washington, D.C. 20530
                                                        Telephone: (202) 616-0800

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

                                                        /s/
                                          Uzo Asonye
                                          Assistant United States Attorney
                                          U.S. Attorney's Office
                                          Eastern District of Virginia
                                          2100 Jamieson Avenue
                                          Alexandria, VA 22314
                                          uzo.asonye@usdoj.gov
                                          Phone: (703) 299-3700
                                          Fax: (703) 299-3981

                                          *Attorney for the United States of America*