IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JUL 17 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 1:18-CR-83 |
| v. | ) | |
| | ) | Trial Date: July 25, 2018 |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | The Honorable T. S. Ellis, III |
| | ) | |
| Defendant. | ) | **UNDER SEAL, EX PARTE** |

## MOTION FOR USE IMMUNITY FOR TRIAL TESTIMONY

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby moves that this Court issue an order pursuant to Title 18, United States Code, Sections 6002 and 6003, compelling Donna Duggan to give testimony or provide other information, which Donna Duggan refuses to give or provide on the basis of her privilege against self-incrimination as to all matters about which Donna Duggan may be interrogated in the trial styled United States v. Manafort, Criminal No. 1:18-cr-83, or at any other proceeding ancillary to the above-styled matter, and respectfully alleges as follows:

1. Donna Duggan has been called to testify or provide other information before said trial.

2. In the judgment of the undersigned, the testimony or other information from said witness may be necessary to the public interest.

3. In the judgment of the undersigned, said witness has refused to testify or provide other information on the basis of her privilege against self-incrimination.

4. This application is made with the approval of Raymond Hulser, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority

vested in him by Title 18, United States Code, Section 6003 and Title 28, Code of Federal Regulations, Section 0.175. A copy of the letter from the Deputy Assistant Attorney General expressing such approval is attached hereto.

                                        Respectfully submitted,

                                        ROBERT S. MUELLER, III
                                        Special Counsel

By:       /s/

Uzo Asonye                              Andrew Weissmann
Assistant United States Attorney        Greg D. Andres
Eastern District of Virginia             Brandon L. Van Grack
                                        Special Assistant United States Attorneys
                                        Special Counsel's Office

                                        U.S. Department of Justice
                                        950 Pennsylvania Ave., NW
                                        Washington, DC 20530
                                        Phone: (202) 616-0800

# ATTACHMENT A



**U.S. Department of Justice**

Criminal Division

---

*Assistant Attorney General*           *Washington, D.C. 20530*

July 11, 2018

Robert S. Mueller, III
The Special Counsel
The Patrick Henry Building
601 D Street, N.W.
Washington, D.C. 20530

        Attention:    Brandon Van Grack
                        Special Counsel's Office

   Re:    *United States v. Paul J. Manafort, Jr.*: immunization of Donna Duggan

Dear Mr. Mueller:

      Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of Virginia for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Donna Duggan to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that she refuses to testify or provide information on the basis of the privilege against self-incrimination.

                                                            Sincerely,

                                                            Raymond N. Hulser
                                                            Deputy Assistant Attorney General