IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:18-CR-83 |
| v. | ) | |
| | ) | Trial Date:   July 25, 2018 |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | The Honorable T. S. Ellis, III |
| | ) | |
| Defendant. | ) | **UNDER SEAL, EX PARTE** |

MOTION FOR USE IMMUNITY FOR TRIAL TESTIMONY

The United States of America, by and through Special Counsel Robert S. Mueller, III,

hereby moves that this Court issue an order pursuant to Title 18, United States Code, Sections

6002 and 6003, compelling Conor O'Brien to give testimony or provide other information,

which Conor O'Brien refuses to give or provide on the basis of his privilege against self-

incrimination as to all matters about which Conor O'Brien may be interrogated in the trial styled

United States v. Manafort, Criminal No. 1:18-cr-83, or at any other proceeding ancillary to the

above-styled matter, and respectfully alleges as follows:

1.   Conor O'Brien has been called to testify or provide other information before said

trial.

2.   In the judgment of the undersigned, the testimony or other information from said

witness may be necessary to the public interest.

3.   In the judgment of the undersigned, said witness has refused to testify or provide

other information on the basis of his privilege against self-incrimination.

4.   This application is made with the approval of Raymond Hulser, Deputy Assistant

Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority

vested in him by Title 18, United States Code, Section 6003 and Title 28, Code of Federal

Regulations, Section 0.175. A copy of the letter from the Deputy Assistant Attorney General

expressing such approval is attached hereto.


Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

By: _____/s/_____

Uzo Asonye                                  Andrew Weissmann
Assistant United States Attorney            Greg D. Andres
Eastern District of Virginia                Brandon L. Van Grack
                                            Special Assistant United States Attorneys
                                            Special Counsel's Office

                                            U.S. Department of Justice
                                            950 Pennsylvania Ave., NW
                                            Washington, DC 20530
                                            Phone: (202) 616-0800

# ATTACHMENT A



**U.S. Department of Justice**

Criminal Division

*Assistant Attorney General*                                              *Washington, D.C.  20530*

July 3, 2018

Robert S. Mueller, III
The Special Counsel
The Patrick Henry Building
601 D Street, N.W.
Washington, D.C. 20530

     Attention: Brandon Van Grack
           Special Counsel's Office

  Re: *United States v. Paul J. Manafort, Jr.*: immunization of Conor O'Brien

Dear Mr. Mueller:

  Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of Virginia for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Conor Broderick O'Brien to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that he refuses to testify or provide information on the basis of the privilege against self-incrimination.

               Sincerely,

               Raymond N. Hulser
               Deputy Assistant Attorney General