IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JUL 17 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:18-CR-83 |
| v. | ) | |
| | ) | Trial Date: July 25, 2018 |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | The Honorable T. S. Ellis, III |
| | ) | |
| Defendant. | ) | **UNDER SEAL, EX PARTE** |

MOTION FOR USE IMMUNITY FOR TRIAL TESTIMONY

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby moves that this Court issue an order pursuant to Title 18, United States Code, Sections 6002 and 6003, compelling Dennis Raico to give testimony or provide other information, which Dennis Raico refuses to give or provide on the basis of his privilege against self-incrimination as to all matters about which Dennis Raico may be interrogated in the trial styled United States v. Manafort, Criminal No. 1:18-cr-83, or at any other proceeding ancillary to the above-styled matter, and respectfully alleges as follows:

1. Dennis Raico has been called to testify or provide other information before said trial.

2. In the judgment of the undersigned, the testimony or other information from said witness may be necessary to the public interest.

3. In the judgment of the undersigned, said witness has refused to testify or provide other information on the basis of his privilege against self-incrimination.

4. This application is made with the approval of Raymond Hulser, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by Title 18, United States Code, Section 6003 and Title 28, Code of Federal

Regulations, Section 0.175. A copy of the letter from the Deputy Assistant Attorney General expressing such approval is attached hereto.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

By: /s/

Uzo Asonye
Assistant United States Attorney
Eastern District of Virginia

Andrew Weissmann
Greg D. Andres
Brandon L. Van Grack
Special Assistant United States Attorneys
Special Counsel's Office

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Phone: (202) 616-0800

# ATTACHMENT A



**U.S. Department of Justice**

Criminal Division

_Assistant Attorney General_  _Washington, D.C. 20530_

July 11, 2018

Robert S. Mueller, III
The Special Counsel
The Patrick Henry Building
601 D Street, N.W.
Washington, D.C. 20530

      Attention:    Brandon Van Grack
                         Special Counsel's Office

    Re:    *United States v. Paul J. Manafort, Jr.*: immunization of Dennis Raico

Dear Mr. Mueller:

    Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of Virginia for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Dennis Raico to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that he refuses to testify or provide information on the basis of the privilege against self-incrimination.

                                                        Sincerely,

                                                          Raymond N. Hulser
                                                          Deputy Assistant Attorney General