IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:18-cr-00083-TSE__, Case Name __United States v. Paul J. Manafort, Jr.__
Party Represented by Applicant: __Defendant Paul J. Manafort, Jr.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Brian Patrick Ketcham__
Bar Identification Number __4741344__       State __New York__
Firm Name __Kostelanetz & Fink, LLP__
Firm Phone # __(202) 875-8000__   Direct Dial # __(202) 790-6992__   FAX # __(202) 844-3500__
E-Mail Address __bketcham@kflaw.com__
Office **Mailing** Address __601 New Jersey Avenue N.W., Suite 620, Washington, D.C. 20001__

Name(s) of federal court(s) in which I have been admitted __See attachment__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____       07/18/2018
(Signature)                            (Date)
Thomas E. Zehnle                       27755
(Typed or Printed Name)                (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____       _____
(Judge's Signature)                    (Date)

## Attachment to Pro Hac Vice Application
## List of Federal Court Admissions

United States Court of Appeals for the Second Circuit (2012)

United States Tax Court (2012)

United States District Court for the Southern District of New York (2011)

United States District Court for the Eastern District of New York (2011)