FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA VIRGINIA

2018 JUL 18 P 4: 10

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. __18-CR-83-TSE__ |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL J. MANAFORT, JR. | ) | |
| | ) | |

## TRIAL EXHIBIT CUSTODY FORM

Government/Defendant Exhibit(s) __1__ - __436__ were received on __July 18, 2018__.

_____
Signature of person receiving exhibits

------------------------------------------------------------------------------------------------

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed.

_____
Signature of person receiving exhibits