# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-CR-83 |
| PAUL J. MANAFORT, JR., ) | |
| Defendant. ) | |

## ORDER

The matter is before the Court on the government's motion to seal the government's motions for use immunity for the trial testimony of five potential witnesses, pursuant to Local Criminal Rule 49(E) (Doc. 130).

For the reasons stated from the bench, and for good cause shown,

It is hereby **ORDERED** that the government's motion to seal the government's motions for use immunity is **DENIED** (Doc. 130). The Clerk is directed to unseal docket entries 133, 134, 135, 136, and 137.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
July 23, 2018

/s/
T. S. Ellis, III
United States District Judge

1