# * UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 07/23/2018                                            Case #: 1:18-CR-00083-TSE-1
Time: 11:28AM-12:05PM (00:37)
      03:07PM-03:19PM (00:12)
      04:36PM-05:08PM (00:32)
      (01:21)

---

Honorable **T. S. ELLIS, III**, United States District Judge, Presiding

Margaret Pham                                 Tonia Harris
Courtroom Deputy                              Court Reporter

**UNITED STATES OF AMERICA**

v.

**PAUL J. MANAFORT, JR.**      Deft appeared: ( X )  in person         (  )  failed to appear
                                               ( X )  with Counsel       (  )  without Counsel
                                               (  )  through Counsel

THOMAS E. ZEHNLE                              GREG D. ANDRES
KEVIN M. DOWNING                              UZO ASONYE
JAY R. NANAVATI                               BRANDON L. VAN GRACK
RICHARD WESTLING
**Counsel for Defendant**                     **Counsel for Government**


**Matter called for:**
[ ] Arraignment          [ ] Pre-Indictment Plea    [ ] Change of Plea        [X] Motions
[ ] Sentencing           [ ] Revocation Hearing     [ ] Rule 35               [ ] Appeal (USMC)
[ ] Rule 20 & Plea       [ ] Setting Trial Date     [ ] Other:

**Filed in open court:**
[ ] Information   [ ] Plea Agreement   [ ] Statement of Facts   [ ] Waiver of Indict.   [ ] Discovery Order

---

**Rule 35:**

[ ] US Rule 35 motion for reduction of sentence          [ ] Granted   [ ] Denied

**Probation/Supervised Release Revocation Hearing:**

Defendant [ ] Admits Violations *AND/OR* [ ] Denies violations

**Court**:   [ ] finds *-or-*   [ ] does not find the defendant in violation of the conditions

- Matter comes on for Docket Call and Motions in Limine

- Seal to be lifted/removed and persons involved will be identified

- Government to file list of witnesses and exhibits and provide copy to defendant today

- Defendant Manafort excused and presence waived for afternoon hearing – waiver to be submitted in writing

- The Court postpones commencement of Jury trial to **TUESDAY, JULY 31, 2018 @ 10:00AM**

- Defendant given until COB Thursday for filings and Government given until Friday/Monday for response (depending on volume)

- Order to follow

**Deft is:**
[ X ] Remanded   [   ] Self Surrender   [   ] Cont'd on same terms and conditions of release   [   ] In Custody