## * UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 07/24/2018                                        Case #: 1:18-CR-00083-TSE-1
Time: 09:07AM-09:29AM (00:22)

---

Honorable **T. S. ELLIS, III**, United States District Judge, Presiding

Margaret Pham                                          Tonia Harris
Courtroom Deputy                                       Court Reporter

## UNITED STATES OF AMERICA

v.

**PAUL J. MANAFORT, JR.**          Deft appeared: ( X )   in person          (  )   failed to appear
                                                   (  )   with Counsel          (  )   without Counsel
                                                   (  )   through Counsel

THOMAS E. ZEHNLE                     GREG D. ANDRES
KEVIN M. DOWNING                     BRANDON L. VAN GRACK
JAY R. NANAVATI                      UZO ASONYE
RICHARD WESTLING                     **Counsel for Government**
**Counsel for Defendant**

**Matter called for:**
[  ] Arraignment          [  ] Pre-Indictment Plea     [  ] Change of Plea      [  ] Motions
[  ] Sentencing           [  ] Revocation Hearing      [  ] Rule 35             [  ] Appeal (USMC)
[  ] Rule 20 & Plea       [  ] Setting Trial Date      [ X ] Other: Status Conference

**Filed in open court:**
[  ] Information   [  ] Plea Agreement   [  ] Statement of Facts   [  ] Waiver of Indict.   [  ] Discovery Order

**Rule 35:**

[  ] US Rule 35 motion for reduction of sentence          [  ] Granted   [  ] Denied

**Probation/Supervised Release Revocation Hearing:**

Defendant [  ] Admits Violations *AND/OR* [  ] Denies violations

**Court**: [  ] finds *-or-*   [  ] does not find the defendant in violation of the conditions

- ▪ Matter comes on for Status Conference re: Jury Questionnaire
- ▪ Jurors appeared and instructed
- ▪ The Court represents matter to take no more than 3 weeks
- ▪ Lists to be made public by the end of this week
- ▪ Order to follow

**Deft is:**
[ X ] Remanded   [  ] Self Surrender   [  ] Cont'd on same terms and conditions of release   [  ] In Custody