IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

Eighty (80) prospective jurors were summoned to appear yesterday to begin the jury selection process in this case; however, only seventy-three (73) jurors actually appeared. These seventy-three prospective jurors appeared in open court and were instructed to complete the jury questionnaire. The jurors' responses to the questionnaire have been thoroughly reviewed by the Court and it appears that thirty (30) prospective jurors need to be excused or stricken for cause based on their responses to the questionnaire.

It appears that the following jurors should be excused:

| |
|---|
| 0001 |
| 0035 |
| 0051 |
| 0053 |
| 0064 |
| 0070 |
| 0074 |
| 0075 |
| 0078 |
| 0083 |
| 0086 |
| 0095 |
| 0111 |
| 0113 |
| 0139 |

These jurors have represented that they have obligations – including, but not limited to, prepaid travel and childcare responsibilities – that would preclude them from serving as jurors in this case.

It also appears that the following jurors should be stricken for cause:

| |
|---|
| 0011 |
| 0023 |
| 0033 |
| 0043 |
| 0044 |
| 0062 |
| 0065 |
| 0071 |
| 0079 |
| 0089 |
| 0107 |
| 0120 |
| 0121 |
| 0143 |
| 0154 |

These jurors, through their responses, have clearly demonstrated their inability to judge this case fairly and impartially based solely on the evidence presented at trial and the Court's instructions on the law.

As stated above, these thirty prospective jurors have been identified by the Court as jurors who should be excused or stricken. If the parties disagree with excusing or striking any of the thirty jurors identified by the Court, they must file written objections on or before **Thursday, July 26, 2018 at noon**.[1] If no objections are received, these jurors will be excused from further

---

[1] The parties are reminded that the venire list is confidential and under seal and must not be revealed pending further order of the Court. If the parties file objections, their pleadings should not reveal the identity of any prospective juror. The parties may use the four digit number assigned to each juror in their filing(s).

service in this case.

Additionally, the Court will issue summonses to an additional twenty-five (25) jurors to appear on **Friday, July 27, 2018 at 9:00 a.m.** to complete the jury questionnaire. These additional twenty-five (25) jurors will be told by the Court's jury clerks to complete the questionnaire in the Jury Assembly Room. These jurors will not be greeted in open court on Friday; however, the questionnaire's opening instructions will be modified to encompass the oral instruction given by the Court yesterday – namely, that the prospective jurors cannot discuss this case with anyone or permit anyone to discuss the case with them. Nor may the prospective jurors disclose their answers to the questionnaire unless and until the Court directs otherwise. However, these additional jurors will not be instructed on the substance or nature of the case until Tuesday during *voir dire* and the substance of the jury questionnaire will not be changed in any way.

The parties may obtain copies of these jurors' responses to the questionnaire from the Clerk's Office at 3:00 p.m. on Friday, July 27th. These twenty-five jurors will be added to the panel of prospective jurors if they are not excused or stricken based on their responses to the questionnaire.

*Voir dire* is still scheduled to begin at **10:00 a.m. on Tuesday, July 31, 2018**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
July 25, 2018

_____
T. S. Ellis, III
United States District Judge