IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Paul J. Manafort, Jr.,<br><br>Defendant. | Case No. 1:18-CR-83 (TSE) |

RECEIVED

2018 JUL 26 A 11: 57

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 31st day of July 2018, then and there to testify on behalf of the United States:

_____100 Blank Subpoenas (50 Sets)_____

This ___ day of July 2018.

Respectfully submitted,

Robert S. Mueller III
Special Counsel

By: _____
Greg D. Andres
Special Assistant United States Attorney

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:18-CR-83 (TSE) |
| Paul J. Manafort, Jr. | ) |
| Defendant | ) |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: Judge Ellis, 9th Floor |
|---|---|
| | Date and Time: July 31, 2018 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 07/26/2018

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___United States___ _____, who requests this subpoena, are:

Greg D. Andres, Special Assistant United States Attorney
Department of Justice - Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-0522