IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, Jr.,<br><br>Defendant. | Criminal No. 1:18 CR 83<br><br>The Honorable T.S. Ellis, III |

## STIPULATION REGARDING TAX RETURNS

The parties stipulate to the following:

1.   The federal tax returns listed below and attached as Exhibit A were each filed with the Internal Revenue Service:

- Form 1040 tax returns for Paul and Kathleen Manafort for years 2010 – 2014.
- Form 1120S tax returns for Davis Manafort Partners, Inc. for years 2010 – 2011.
- Form 1065 tax returns for DMP International LLC for years 2011 – 2014.
- Form 1065 tax returns for John Hannah for years 2010 – 2014.
- Form 1065 tax returns for MC Soho Holdings LLC for years 2015 – 2016.

2.   There were no tax returns filed with the Internal Revenue Service for MC Brooklyn Holdings LLC or Smythosson.

3.   There were no tax returns filed with the Internal Revenue Service for Davis Manafort Partners, Inc. for years 2012 – 2014.

1

4. There were no tax returns filed with the Internal Revenue Service for DMP International LLC for year 2010.

5. There were no tax returns filed with the Internal Revenue Service for MC Soho Holdings LLC for years 2013-2014.

6. The federal tax returns and certifications attached as Exhibit A constitute public records and/or reports and are therefore self-authenticating under Federal Rules of Evidence 803(6), 803(8), 803(10), and 902, without requiring further authentication, certification, witness testimony, or the testimony of a custodian of records.

We ask for this:

Paul J. Manafort, Jr.,
Defendant

By: _____
Kevin Downing, Esq.
Tom Zehnle, Esq.
Jay Nanavati, Esq.
Counsel for Defendant

ROBERT S. MUELLER, III
Special Counsel

By: _____
Andrew Weissmann
Greg D. Andres
Brandon L. Van Grack
Special Assistant United States Attorneys
Uzo Asonye
Assistant United States Attorney