IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:18 CR 83 |
| PAUL J. MANAFORT, Jr., | The Honorable T.S. Ellis, III |
| Defendant. | |

## STIPULATION REGARDING EMAIL

The parties stipulate to the following facts:

1. The defendant, Paul J. Manafort, Jr., was the person who was the assigned subscriber of the following email accounts: pmanafort@dmpint.com, pm22314@gmail.com, and pmanafort@davismanafort.com.

2. With respect to all emails introduced at trial, which had previously been produced by the United States to the defense as part of the discovery process:

   a. The emails are authentic and no further testimony is necessary to establish their authenticity.

   b. The emails were authored and sent from the email account listed on the particular emails.

   c. The emails were received by the recipient(s) on the particular emails.

   d. The emails were sent on the date listed on the emails.

|  |  |
|---|---|
|  | We ask for this: |
| Paul J. Manafort, Jr., Defendant | ROBERT S. MUELLER, III Special Counsel |
| By: _____/s/_____ Kevin Downing, Esq. Tom Zehnle, Esq. Jay Nanavati, Esq. Counsel for Defendant | By: _____/s/_____ Andrew Weissmann Greg D. Andres Brandon L. Van Grack Special Assistant United States Attorneys Uzo Asonye Assistant United States Attorney |