IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:18 CR 83 |
| PAUL J. MANAFORT, Jr., | The Honorable T.S. Ellis, III |
| Defendant | |

## STIPULATION REGARDING FDIC INSURED STATUS

The parties stipulate to the following facts:

At all times relevant to the Superseding Indictment, Citizens Bank (Lender B), Banc of California (Lender C), and The Federal Savings Bank (Lender D), were all financial institutions as defined by Title 18, United States Code, Section 20, whose accounts were insured by the Federal Deposit Insurance Corporation.

We ask for this:

Paul J. Manafort, Jr.,
Defendant

By: _____
Kevin Downing, Esq.
Tom Zehnle, Esq.
Jay Nanavati, Esq.
Counsel for Defendant

ROBERT S. MUELLER, III
Special Counsel

By: _____
Andrew Weissmann
Greg D. Andres
Brandon L. Van Grack
Special Assistant United States Attorneys
Uzo Asonye
Assistant United States Attorney