IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:18 CR 83 |
| PAUL J. MANAFORT, Jr., | The Honorable T.S. Ellis, III |
| Defendant. | |

## STIPULATION REGARDING BUSINESS RECORDS OF FINANCIAL INSTITUTIONS

The parties stipulate to the authenticity of the categories of records listed below in numbered paragraphs 1 and 2, which had previously been produced by the United States to the defense as part of the discovery process, and further agree that they constitute records of a regularly conduct business activity pursuant to Rule 803(6) of the Federal Rules of evidence, without requiring further authentication, certification, witness testimony, or the testimony of a custodian of records.

1. Records of American Express, Anchor Commercial Bank, Bank of America, Barclays, Banc of California, BB&T, Bridgehampton National Bank, Burke & Herbert Bank, Capital One, Charles Schwab, Citibank, Citigroup, Citizens Bank, City National Bank, Clearing House Interbank Payments System, Colony Northstar, Inc., Deutsche Bank, Eagle Bank, Fedwire, First Republic Bank, First Republic Investment Management, Genesis Capital LLC, Goldman Sachs, HSBC Bank USA, Hudson City Savings Bank, JPMorgan Chase Bank, M&T Bank, Merrill

Lynch, Metropolitan Commercial Bank, Morgan Stanley, Northwestern Mutual, People's United Bank, Pershing LLC, PNC Bank, Seacoast Bank, SIII Capital Group, Standard Chartered Bank, SunTrust Bank, TD Bank, The Federal Savings Bank, UBS Financial Services Inc., United Bank, Wachovia Bank, Wells Fargo Bank.

2. The records referenced in paragraph 1 include, but are not limited to, emails, account statements, checks, wire transfers, loan files, credit files, credit reports, transactions forms, underwriting records, applications, closing files, signature cards, invoices, agreements, deposits slips and corresponding offsets, and correspondence.

We ask for this:

Paul J. Manafort, Jr.,
Defendant

ROBERT S. MUELLER, III
Special Counsel

By: _____
Kevin Downing, Esq.
Tom Zehnle, Esq.
Jay Nanavati, Esq.
Counsel for Defendant

By: _____
Andrew Weissmann
Greg D. Andres
Brandon L. Van Grack
Special Assistant United States Attorneys
Uzo Asonye
Assistant United States Attorney