| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2013010300324001001E70CB |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE    PAGE 1 OF 4

**Document ID:** 2013010300324001  **Document Date:** 12-28-2012  **Preparation Date:** 01-03-2013
**Document Type:** DEED
**Document Page Count:** 3

| **PRESENTER:**<br>AIS RECORDINGS - RICHMOND EX W/P/U REJECTIONS<br>    MARCUS AVENUE<br>FN10068NY<br>LAKE SUCCESS, NY  11042 | **RETURN TO:**<br>FIRST NATIONWIDE TITLE AGENCY LLC<br>    EAST 42ND STREET<br>NEW YORK, NY  10017 |
|---|---|

### PROPERTY DATA
| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 429 | 65 | Entire Lot | 377 UNION STREET |

**Property Type:** DWELLING ONLY - 3 FAMILY

### CROSS REFERENCE DATA
CRFN_____  or Document ID_____  or _____  Year_____  Reel ___  Page _____  or File Number_____

### PARTIES
| **GRANTOR/SELLER:**<br>PAMELA PETERSON<br>377 UNION STREET<br>BROOKLYN, NY  11231 | **GRANTEE/BUYER:**<br>MC BROOKLYN HOLDINGS, LLC<br>174 JOBS LANE<br>BRIDGEHAMPTON, NY  11932 |
|---|---|

### FEES AND TAXES
| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 42,678.75 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $11,980.00 + $29,950.00 = $ | 41,930.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    01-15-2013 15:15
City Register File No.(CRFN):
2013000020434

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2013010300324001001E70CB |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 4 |
|---|---|

**Document ID:** 2013010300324001  **Document Date:** 12-28-2012  **Preparation Date:** 01-03-2013
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| AIS RECORDINGS - RICHMOND EX W/P/U<br>REJECTIONS<br> MARCUS AVENUE<br>FN10068NY<br>LAKE SUCCESS, NY  11042 | FIRST NATIONWIDE TITLE AGENCY LLC<br> EAST 42ND STREET<br>NEW YORK, NY  10017 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 429 | 65  Entire Lot | | 377 UNION STREET |

Property Type: DWELLING ONLY - 3 FAMILY

### CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year_____ Reel___ Page____ *or* File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| PAMELA PETERSON<br>377 UNION STREET<br>BROOKLYN, NY  11231 | MC BROOKLYN HOLDINGS, LLC<br>174 JOBS LANE<br>BRIDGEHAMPTON, NY  11932 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 42,678.75 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $11,980.00 + $29,950.00 = $ | 41,930.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE,** made the 28th day of December, in the year 2012

**BETWEEN** PAMELA PETERSON, residing at 377 Union Street, Brooklyn, NY 11231

party of the first part, and MC Brooklyn Holdings, LLC with address at 174 Jobs Lane, Bridgehampton, NY 11932
party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of

Ten $10.00 dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York as more particularly described on attached Schedule A

Said premises being known as and by street address 377 Union Street, Brooklyn, NY 11231

Grantor herein is the same person named as grantee in deed dated February 7, 2011 and recorded on March 3, 2011 in CRFN 2011000079079 at the Kings County Recording Office.

$\frac{B}{429}$

$\frac{L}{65}$

## Schedule "A"

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of Union Street (Bergen Place) distant 224 feet easterly from the corner formed by the intersection of the northerly side of Union Street with the easterly side of Smith Street;

RUNNING THENCE northerly parallel with Smith Street and part of the distance through a party wall 90 feet;

THENCE easterly parallel with Union Street 22 feet;

THENCE southerly parallel with Smith Street and part of the distance through a party wall 90 feet to the northerly side of Union Street;

THENCE westerly along the northerly side of Union Street 22 feet to the point or place of BEGINNING.

Said premises known as and by street address 377 Union Street, Brooklyn, New York.

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of New York, ss:

On the 28th day of December in the year 2012, before me, the undersigned, personally appeared PAMELA PETERSON

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*[signature]*

**DONNELLY CHRISTOPHER M**
Notary Public
State of New York
Qualified in New York County
NO. 01D06216691
Commission Expires 01/25/20 14

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of      , ss:

On the    day of    in the year    , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

SEAL

## ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of    , ss:

On the    day of    in the year    , before me, the undersigned, a Notary Public in and for said State, personally appeared    , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed

## ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of    , County of    , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the    day of    in the year    , before me    the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

*[upside-down text at bottom right:]*
First Manhattan Title Agency, LLC
220 East 42nd Street, Suite 3105
New York, NY 10017
T: 212.400.0100 F: 212.400.0200

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2013010300324001001SBE4A

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2013010300324001    Document Date: 12-28-2012    Preparation Date: 01-03-2013
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2012122500007

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| MISCELLANEOUS | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |

**REMARKS:**
POWER OF ATTORNEY



The City of New York
**Department of Environmental Protection**
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

( www.nyc.gov/dep )

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1) Property receiving service: BOROUGH: BROOKLYN     BLOCK: 429     LOT: 65

(2) Property Address: 377 UNION STREET, BROOKLYN, NY 11231

(3) Owner's Name:    MC BROOKLYN HOLDINGS, LLC

  Additional Name:

### Affirmation:

 Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _____
Signature: _____   _____ 12/28/12  Date (mm/dd/yyyy)
Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2

2012122500007101

# REAL PROPERTY TRANSFER REPORT
### STATE OF NEW YORK
### STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded (Month / Day / Year)
- C3. Book
- C4. Page
- C5. CRFN

## PROPERTY INFORMATION

**1. Property Location:** 377 UNION STREET — BROOKLYN — 11231
(STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE)

**2. Buyer Name:** MC BROOKLYN HOLDINGS, LLC
(LAST NAME / COMPANY — FIRST NAME)

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels OR Part of a Parcel

- 4A. Planning Board Approval - N/A for NYC
- 4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** X (FRONT FEET × DEPTH) OR ACRES

Check the boxes below as they apply:
- 6. Ownership Type is Condominium
- 7. New Construction on Vacant Land

**8. Seller Name:** PETERSON — PAMELA
(LAST NAME / COMPANY — FIRST NAME)

**9. Check the box below which most accurately describes the use of the property at the time of sale:**
- A. One Family Residential
- B. ✓ 2 or 3 Family Residential
- C. Residential Vacant Land
- D. Non-Residential Vacant Land
- E. Commercial
- F. Apartment
- G. Entertainment / Amusement
- H. Community Service
- I. Industrial
- J. Public Service

## SALE INFORMATION

**10. Sale Contract Date:** 11 / 14 / 2012

**11. Date of Sale / Transfer:** 12 / 28 / 2012

**12. Full Sale Price:** $ 2,995,000
(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**
- A. Sale Between Relatives or Former Relatives
- B. Sale Between Related Companies or Partners in Business
- C. One of the Buyers is also a Seller
- D. Buyer or Seller is Government Agency or Lending Institution
- E. Deed Type not Warranty or Bargain and Sale (Specify Below)
- F. Sale of Fractional or Less than Fee Interest (Specify Below)
- G. Significant Change in Property Between Taxable Status and Sale Dates
- H. Sale of Business is Included in Sale Price
- I. Other Unusual Factors Affecting Sale Price (Specify Below)
- J. ✓ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** C 0

**16. Total Assessed Value (of all parcels in transfer):** 32,163

**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))

BROOKLYN 429 65

CITY REGISTER

JAN 09 2013

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | | | BUYER'S ATTORNEY |
|---|---|---|---|
| | | | BRUCE BALDINGER, ESQ. |

| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |
|---|---|---|---|
| | | 908 | |

174 JOBS LANE

| STREET NUMBER | STREET NAME (AFTER SALE) | AREA CODE | TELEPHONE NUMBER |
|---|---|---|---|

**SELLER**

BRIDGEHAMPTON

| | NY | 11932 | | |
|---|---|---|---|---|
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |

2012122500007201

0.7.4249.398072.pdf

DOJSCO-400761507

# REAL PROPERTY TRANSFER REPORT
## STATE OF NEW YORK
### STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded (Month / Day / Year)
- C3. Book
- C4. Page
- C5. CRFN

## PROPERTY INFORMATION

**1. Property Location:** 377 UNION STREET, BROOKLYN, 11231

**2. Buyer Name:** MC BROOKLYN HOLDINGS, LLC

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels

- 4A. Planning Board Approval - N/A for NYC
- 4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** X (Front Feet x Depth) OR (Acres)

Check the boxes below as they apply:
- 6. Ownership Type is Condominium
- 7. New Construction on Vacant Land

**8. Seller Name:** PETERSON, PAMELA

**9. Check the box below which most accurately describes the use of the property at the time of sale:**
- A. One Family Residential
- B. ✓ 2 or 3 Family Residential
- C. Residential Vacant Land
- D. Non-Residential Vacant Land
- E. Commercial
- F. Apartment
- G. Entertainment / Amusement
- H. Community Service
- I. Industrial
- J. Public Service

## SALE INFORMATION

**10. Sale Contract Date:** 12 / 14 / 2012

**11. Date of Sale / Transfer:** 12 / 28 / 2012

**12. Full Sale Price:** $2,995,000

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale:**

**14. Check one or more of these conditions as applicable to transfer:**
- A. Sale Between Relatives or Former Relatives
- B. Sale Between Related Companies or Partners in Business
- C. One of the Buyers is also a Seller
- D. Buyer or Seller is Government Agency or Lending Institution
- E. Deed Type not Warranty or Bargain and Sale (Specify Below)
- F. Sale of Fractional or Less than Fee Interest (Specify Below)
- G. Significant Change In Property Between Taxable Status and Sale Dates
- H. Sale of Business is Included in Sale Price
- I. Other Unusual Factors Affecting Sale Price (Specify Below)
- J. ✓ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** C, 0

**16. Total Assessed Value (of all parcels in transfer):** 32,163

**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))

BROOKLYN 429 65

**CITY REGISTER**

JAN 09 2013

201212250000720102

0.7.4249.398072.pdf

DOJSCO-400761508

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | | BUYER'S ATTORNEY |
|---|---|---|
| *[signature]* Atty in fact | 12/28/12 | BRUCE BALDINGER, ESQ. |
| BUYER SIGNATURE | DATE | LAST NAME — FIRST NAME |
| 174 JOBS LANE | | 908 ▮ |
| STREET NUMBER — STREET NAME (AFTER SALE) | | AREA CODE — TELEPHONE NUMBER |
| | | SELLER |
| BRIDGEHAMPTON | NY | 11932 | *[signature]* | 12/28/12 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |

201212250007201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York )
) SS.:
County of )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 377 UNION STREET | | | | |
|---|---|---|---|---|
| Street Address | | | | Unit/Apt. |
| BROOKLYN | New York, | 429 | 65 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

_Pamela Peterson_
Name of Grantor (Type or Print)

_Bruce E. Baldinger, Atty in fact_
Name of Grantee (Type or Print)

_[signature]_
Signature of Grantor

_[signature]_
Signature of Grantee

Sworn to before me
this _25TH_ date of _December_ 20/2
DONNELLY CHRISTOPHER M
Notary Public
State of New York
Qualified in New York County
NO. 01D06216691
Commission Expires 01/25/20_14_

Sworn to before me
this _25TH_ date of _December_ 20/2
DONNELLY CHRISTOPHER M
Notary Public
State of New York
Qualified in New York County
NO. 01D06216691
Commission Expires 01/25/20_14_

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.

1

201212250007101