IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:18 CR 83 |
| PAUL J. MANAFORT, Jr., | The Honorable T.S. Ellis, III |
| Defendant. | |

## STIPULATION REGARDING ORIENTAL RUG PURCHASES

The parties stipulate to the following facts:

1. Joshua Nabatkhorian is an owner of J&J Oriental Rug Gallery, which sells and repairs oriental rugs, and is located in Alexandria, Virginia.

2. On March 19, 2010, J&J Oriental Rug Gallery submitted to Paul J. Manafort, Jr., invoice 25819 in the amount of $160,000 for two silk rugs.

3. On March 31, 2010, a wire transfer from Yiakora Ventures Limited in the amount of $140,000 drawn on a bank account at the Bank of Cyprus in Nicosia, Cyprus was sent to J&J Oriental Rug Gallery.

4. On June 10, 2010, J&J Oriental Rug Gallery and Jesand Investment Corporation, through Mr. Manafort, entered into a loan agreement. Jesand Investment Corporation agreed to loan J&J Oriental Rug Gallery $250,000 for investment in oriental rugs in exchange for 40% of the profit on any sale of rugs and $500,000 of oriental rugs as collateral.

5. On June 16, 2010, a wire transfer from Global Highway Limited in the amount of $250,000 drawn on a bank account at Marfin Laiki Bank in Nicosia, Cyprus was sent to J&J Oriental Rug Gallery.

6. In or around February 2012, Nabatkhorian called Mr. Manafort to request that Mr. Manafort pay all of his outstanding invoices with J&J Oriental Rug Gallery. Mr. Manafort offered $100,000 as payment in full for all outstanding invoices, which Nabatkhorian accepted.

7. On February 28, 2012, a wire transfer from Global Highway Limited in the amount of $100,000 drawn on a bank account at Marfin Laiki Bank in Nicosia, Cyprus was sent to Natalie Nabatkhorian, who is Nabatkhorian's wife.

8. The records attached to this stipulation as Exhibits A through B are records of J&J Oriental Rug Gallery and constitute records of a regularly conducted business activity pursuant to Rule 803(6) of the Federal Rules of Evidence, without requiring further authentication, certification, witness testimony, or the testimony of a custodian of records.

   a. Exhibit A is a copy of invoice 25819 in the amount of $160,000 for two silk rugs.

   b. Exhibit B is a copy of the loan agreement dated June 10, 2010.

We ask for this:

| | |
|---|---|
| Paul J. Manafort, Jr., Defendant | ROBERT S. MUELLER, III Special Counsel |

By: _____  By: _____

Kevin Downing, Esq.  
Tom Zehnle, Esq.  
Jay Nanavati, Esq.  
Counsel for Defendant

Andrew Weissmann  
Greg D. Andres  
Brandon L. Van Grack  
Special Assistant United States Attorneys  
Uzo Asonye  
Assistant United States Attorney