3-02

No 25819

## J&J ORIENTAL RUG GALLERY
ESTABLISHED 1948

█████ King Street
Alexandria, VA 22314
█████ or █████

Importer of
Fine Oriental Rugs

\* must pick up 9⁴ₓ12² To Trim FRINGES \*
⅙ DELIVE 2 PADS NEED WEEK.
⅙ SEND 2 APPRAISAL

CONSIGNED
SOLD TO: PAUL MONAFORT ███████

| DATE | YOUR ORDER NO. | | SHIPPED VIA | | TERMS |
|------|----------------|---|-------------|---|-------|
| 3-19-2010 | | | | | |

| RUG NO. | DESCRIPTION AND SIZE | STOCK NO. | @ | | AMOUNT |
|---------|---------------------|-----------|---|---|--------|
| 13643 | 8²x10 Very Fine Silk Qum | | R | | 95000 |
| 13645 | 609 Very Fine Silk Tabriz | | | | 55000 |
| 13517 | 10'x10² All Silk Kashan | | R | | 45000 |
| 13644 | 9⁴x12² All silk Qum, Master Piece | | | | 126000 |
| | | | | | 321000 |
| | | | | ₭ | 181,000 |
| | JeJ ORIENTAL RUGS | | | ₮₮ | 161,0000 |
| | BURKE & HER BEAT RD NW | | | | |
| | ALEXANDRIA VA 22314 | | | | |
| | Acct # ██████ | | | | |
| | Routing # ██████ | | | - | 140,000 |
| | 4-1-10 PAID BY WIRE | | | BALANCE | 20,000 |

1B044-J AND J - J AND J LOAN-000022