# **LOAN AGREEMENT**

This loan agreement is made of 10th day of June 2010 by and between J&J Oriental Rug Gallery Inc, ▇ King Street Alexandria VA 22314 ("J&J") AND

Jesand Investment Corp. A Virginia Corporation ("Jesand")

1. Jesand agrees to loan J&J the sum of two hundred and fifty thousand dollars ($250,000)(The "Loan"), which loan shall be repaid by June 9th 2011
2. J&J agrees to invest the loan amount in Oriental Rugs
3. Jesand will receive 40 percent profit of sales of any rugs
4. J&J will provide $500,000 (five hundred thousand) worth of Oriental Rugs as collateral to Jesand Investment Corp.
5. In the event of a default including failure by J&J to make payment according to the schedule set forth in paragraph one or any other default by J&J, Jesand agrees as his sole and complete remedy and in lieu of any claim to any other type of damage to take ownership of the collateral in complete satisfaction of J&J's obligation to Jesand under this agreement

SO AGREED:

_____          _____
J&J OREINTAL RUG GALLERY INC       JESAND CORP

BY: JOSHUA NABATKHORIAN            BY: PAUL MANAFORT