IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, Jr.,<br><br>Defendant. | Criminal No. 1:18 CR 83<br><br>The Honorable T.S. Ellis, III |

### STIPULATON REGARDING PURCHASE OF 29 HOWARD STREET #4, NEW YORK, NEW YORK ("HOWARD STREET")

The parties stipulate to the following facts:

1. On January 26, 2012, Jessica Manafort, Kathleen Manafort, and Paul J. Manafort, Jr., entered into a contract of sale for the purchase of real property known as 29 Howard Street. The purchase price was $2,850,000. On January 24, 2012, a wire transfer in the amount of $285,000, representing the down payment for 29 Howard Street, was sent from Paul and Kathleen Manafort's account at First Republic Bank to the seller's attorney.

2. On February 14, 2012, Kensington Vanguard National Land Services of New York, LLC ("Kensington Vanguard") conducted the settlement, that is the sale, of Howard Street to MC Soho Holdings, LLC.

3. As payment for the purchase of Howard Street, on February 10, 2012, MC Soho Holdings, LLC transferred $2,650,000 to Kensington Vanguard.

4. MC Soho Holdings, LLC was a Florida Limited Liability Company formed on January 15, 2012. The registered agent and managing member of MC Soho Holdings, LLC was Paul Manafort

5. The records attached to this stipulation as Exhibits A through F are records of Kensington Vanguard and constitute records of a regularly conducted business activity pursuant to Rule 803(6) of the Federal Rules of Evidence, without requiring further authentication, certification, witness testimony, or the testimony of a custodian of records.

    a. Exhibit A is a copy of the contract of sale for 29 Howard Street dated January 26, 2012.

    b. Exhibit B is a copy of the wire transfer in the amount of $285,000 from Paul and Kathleen Manafort to the seller's attorney on January 24, 2012.

    c. Exhibit C is a copy of the real property transfer for 29 Howard Street dated February 14, 2012.

    d. Exhibit D is a copy of the ledger balance report reflecting the transfer of $2,650,000 from MC Soho Holdings, LLC to Kensington Vanguard.

    e. Exhibit E is a copy of the Electronic Articles of Organization for MC Soho Holdings, LLC.

    f. Exhibit F is a copy of an email chain dated February 13, 2012, concerning the wiring of funds for the sale of 29 Howard Street.

We ask for this:

Paul J. Manafort, Jr., 
Defendant

ROBERT S. MUELLER, III
Special Counsel

By: _____  By: _____
Kevin Downing, Esq.          Andrew Weissmann
Tom Zehnle, Esq.             Greg D. Andres
Jay Nanavati, Esq.           Brandon L. Van Grack
Counsel for Defendant        Special Assistant United States Attorneys
                             Uzo Asonye
                             Assistant United States Attorney

3