| | | |
|---|---|---|
| From: TD Bank | To: █████ | Tuesday, January 24, 15:59:19 2012 |

Dear: ZIMMERMAN MARYANOV

This facsimile serves as notification of the following Incoming Wire Transfer credited to your account number **********1692 on 2012-01-24. If you have any questions, please contact your nearest TD Bank Branch or call 1-800-YES-2000.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~   Incoming Wire Transfer Information   ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

Amount:            $285,000.00
Beneficiary:       ZIMMERMAN & MARYANNOV IOLA TRUST AC
Account Number:    **********1692
Address:

Sender:
Bank Name:         FIRST REPUBLIC BAN
ABA Number:        321081669
Reference Number:  120124125709H800
Originator Bank:
Address:
By Order Of:       PAUL J MANAFORT
Address:           OR KATHLEEN B MANAFORT            ALEXANDRIA, VA 22309-

Receiver Bank Name:         TD BANK, NA
ABA Number:        026013673
FRB Incoming Confirmation Number:    20120124C1B76E1C00381501241559FT03

Reference for Beneficiary:
Originator to Beneficiary:     REF: PAUL MANAFORT
Bank to Bank Information:
Miscellaneous Information:
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~   END Wire Transfer Information   ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

THANK YOU FOR CHOOSING TD BANK.