| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2012022700449002001E44CB |
|---|---|

| **RECORDING AND ENDORSEMENT COVER PAGE** | **PAGE 1 OF 5** |
|---|---|

**Document ID:** 2012022700449002  **Document Date:** 02-14-2012  **Preparation Date:** 02-27-2012
**Document Type:** DEED
**Document Page Count:** 4

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| KENSINGTON VANGUARD NATIONAL LAND<br>WEST 37TH STREET,<br>HOLD FOR PICKUP / SEARCH NY 809125<br>NEW YORK, NY 10018 | BRUCE BALDINGER<br>WALL STREET,<br>NEW YORK, NY 10005 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 209 | 1104 Entire Lot | 29-4 | 27 HOWARD STREET |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

**CROSS REFERENCE DATA**

CRFN _____ or Document ID _____ or _____ Year _____ Reel ___ Page ____ or File Number _____

**PARTIES**

| **GRANTOR/SELLER:** | **GRANTEE/BUYER:** |
|---|---|
| KARL HERMANNS<br><br>LONDON W2 5SE<br>LONDON, ENGLAND<br>UNITED KINGDOM | MCSOHO HOLDINGS LLC<br>C/O BRUCE BALDINGER,  SOUTH STREET<br>MORRISTOWN, NJ 07960 |

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 40,612.50 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $11,400.00 + $28,500.00 = $ | 39,900.00 |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| TASF: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| MTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| NYCTA: | $ | 0.00 | Recorded/Filed  03-12-2012 10:19 | |
| Additional MRT: | $ | 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ | 0.00 | 2012000098146 | |
| Recording Fee: | $ | 57.00 | | |
| Affidavit Fee: | $ | 0.00 | *City Register Official Signature* | |

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE**, made the __14__ day of FEBRUARY, in the year 2012

**BETWEEN KARL HERMANNS,** ██████████████████████ London W2 5SE, England, UK

party of the first part, and

MC SOHO HOLDINGS, LLC, c/o *Bruce Baldinger*, ██ South St. Morristown NJ 07960

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of

TEN DOLLARS and other good and valuable consideration 00/00 dollars paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the SEE ANNEXED SCHEDULE A.

SAID PREMISES BEING THE SAME PREMISES CONVEYED TO GRANTOR BY DEED MADE BY 29 HOWARD LLC, DATED JULY 29, 2003 AND RECORDED AUGUST 27, 2003 AS CRFN2003000311936 IN THE OFFICE OF THE REGISTER OF NEW YORK COUNTY.

SAID PREMISES BEING INTENDED FOR RESIDENTIAL PURPOSES.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

*by his/her agent*

KARL HERMANNS by his agent LINDA MARYANOV

Stewart Title Insurance Company

Title Number: 809125(S-NY-RP-SN)

## SCHEDULE A
## DESCRIPTION

The land referred to in this Certificate of Title is described as follows:

The Condominium Unit (hereinafter referred to as the "Unit") in the building (hereinafter referred to as the "Building") known as The 29 Howard Street Condominium and by the street number 29 Howard Street, Borough of Manhattan, County of New York and City and State of New York, said Unit being designated and described as Unit No. 4 in a certain declaration dated December 16, 2002, made by the Sponsor pursuant to Article 9-B of the Real Property Law of the State of New York (hereinafter referred to as the "Condominium Act") establishing a plan for condominium ownership of the building and land (hereinafter referred to as the "Land") upon which the Building is situate (which Land is more particularly described below and by this reference made a part hereof), which declaration was recorded in the New York County Office of the Register of The City of New York on January 22, 2003 as CRFN 2003000003859 as amended by the Amendment to the Declaration dated April 22, 2003 and recorded June 4,2003 as CRFN 2003000154620, (which declaration and amendments thereto are hereinafter collectively referred to as the "Declaration"). This Unit is also designated as Tax Lot 1104 in Block 209 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York and on the floor Plans of the Building filed with said Assessment Department as Condominium Plan No. 1283 and also filed in the City Register's Office on January 22, 2003 as CRFN 2003000003860.

TOGETHER with an undivided 14.3688% interest in the Common Elements (as such term is defined in the Declaration).

The Land on which the Building containing said Unit is more particularly bounded and described as follows:

Parcel 1: Lot 10

Parcel A:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of New York, City and State of New York, distinguished on the Map of Bayards's East Farm by Lot No. 663 and known as 29 Howard Street, said lot being bounded and contained as follows:

Northerly in front by Howard Street, 25 feet;

Easterly by Lot No. 664 on said Map, 100 feet;

Westerly by Lot No. 662 on said map, and being 25 feet in width in the rear thereof and also certain strip of land;

ALSO

Parcel B:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of New York, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Howard Street, at the center of a party wall standing upon Lots 29 and 31 Howard Street;

**SCHEDULE A
DESCRIPTION
(Continued)**

Title Number: 809125(S-NY-RP-SN)

RUNNING THENCE southerly along the center line of said wall and the prolongation of said line to the rear of said Lot 31 Howard Street;

THENCE easterly along the rear line of said Lot 31, 8 inches to the westerly line of said Lot 29, Howard Street;

THENCE northerly along said westerly line of said Lot 29 and the easterly side of said wall to the northerly lien of said Lot 29;

THENCE westerly along the northerly line of said Lot 31, 8 inches to the BEGINNING.

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of NEW YORK, ss: | State of New York, County of       , ss: |
| On the **14** day of FEBRUARY in the year 2012, before me, the undersigned, personally appeared KARL HERMANNS by his agent, LINDA MARYANOV | On the    day of    in the year    , before me, the undersigned, personally appeared |
| , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |

*[Signature]*
JAMES J. HUNTER
Notary Public, State of New York
No. 01HU5006744
Qualified in Nassau County
Commission Expires December 14, 20**14**

[SEAL]

### ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of       , ss:

On the    day of    in the year    , before me, the undersigned, a Notary Public in and for said State, personally appeared       , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

### ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of       , County of       , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the    day of    in the year    , before me    the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

## Bargain and Sale Deed
## With Covenants

Title No. **809125**

KARL HERMANNS
TO
M C Soho Holdings LLC


DISTRIBUTED BY
YOUR TITLE EXPERTS
The Judicial Title Insurance Agency LLC
800-281-TITLE (8485)  FAX: 800-FAX-9396

SECTION:
BLOCK: 209
LOT: 1104
COUNTY OR TOWN: NEW YORK, N.Y.

**RETURN BY MAIL TO:**

BRUCE BALDINGER, ESQ.
███ WALL STREET, ███
NEW YORK, N.Y. 10005

CITY REGISTER

FEB 28 2012

| FOR CITY USE ONLY | | **REAL PROPERTY TRANSFER REPORT** |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded __/__/__ Month Day Year | **STATE OF NEW YORK** |
| C3. Book OR C5. CRFN | C4. Page | **STATE BOARD OF REAL PROPERTY SERVICES** |
| | | **RP - 5217NYC** |

### PROPERTY INFORMATION

| 1. Property Location | 27 | HOWARD STREET 29-4 | | MANHATTAN | 10013 |
|---|---|---|---|---|---|
| | STREET NUMBER | STREET NAME | | BOROUGH | ZIP CODE |

| 2. Buyer Name | MCSOHO HOLDINGS LLC | |
|---|---|---|
| | LAST NAME / COMPANY | FIRST NAME |
| | LAST NAME / COMPANY | FIRST NAME |

3. Tax Billing Address — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

LAST NAME / COMPANY | FIRST NAME
STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: **1** # of Parcels OR [ ] Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: _____ FRONT FEET X _____ DEPTH OR _____ ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium [ ]
7. New Construction on Vacant Land [ ]

| 8. Seller Name | HERMANNS | KARL |
|---|---|---|
| | LAST NAME / COMPANY | FIRST NAME |
| | LAST NAME / COMPANY | FIRST NAME |

9. Check the box below which most accurately describes the use of the property at the time of sale:

| A ✓ | One Family Residential | C | Residential Vacant Land | E | Commercial | G | Entertainment / Amusement | I | Industrial |
|---|---|---|---|---|---|---|---|---|---|
| B | 2 or 3 Family Residential | D | Non-Residential Vacant Land | F | Apartment | H | Community Service | J | Public Service |

### SALE INFORMATION

10. Sale Contract Date: **1 / 26 / 2012**

11. Date of Sale / Transfer: **2 / 14 / 2012**

12. Full Sale Price $ **2,850,000**

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale: _____

14. Check one or more of these conditions as applicable to transfer:
A [ ] Sale Between Relatives or Former Relatives
B [ ] Sale Between Related Companies or Partners in Business
C [ ] One of the Buyers is also a Seller
D [ ] Buyer or Seller is Government Agency or Lending Institution
E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below)
F [ ] Sale of Fractional or Less than Fee Interest (Specify Below)
G [ ] Significant Change in Property Between Taxable Status and Sale Dates
H [ ] Sale of Business is Included in Sale Price
I [ ] Other Unusual Factors Affecting Sale Price (Specify Below)
J [✓] None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: **R 1**    16. Total Assessed Value (of all parcels in transfer): **71,019**

17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s))

MANHATTAN 209 1104

201202100004120102

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. Bruce Baldinger, Esq. |
|---|---|

| BUYER | BALDINGER / BUYER'S ATTORNEY |
|---|---|
| *signature* 2/14/12 | BRUCE ~~BALDINGER ESQ~~ Baldinger |
| BUYER SIGNATURE / DATE | LAST NAME / FIRST NAME |
| MT VERNON CIRCLE | 212 |
| STREET NUMBER / STREET NAME (AFTER SALE) | AREA CODE / TELEPHONE NUMBER |
| ALEXANDRIA | Paul Manafort |
| VA | 22309 | by his/her agent 2/14/12 |
| CITY OR TOWN / STATE / ZIP CODE | SELLER SIGNATURE / DATE |

2012021000041201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  )
                   ) SS.:
County of New York )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 27 HOWARD STREET | | | 29-4 |
| --- | --- | --- | --- |
| Street Address | | | Unit/Apt. |
| MANHATTAN | New York, 209 | 1104 | (the "Premises"); |
| Borough | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Karl Heumanns / Bevan Bildiya, MC Soho Holdings, LLC

Name of Grantor (Type or Print) / Name of Grantee (Type or Print)

by his/her agent

Signature of Grantor / Signature of Grantee

Sworn to before me this 17 date of February 2012

Sworn to before me this 14 date of February 2012

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

JAMES J. HUNTER
Notary Public, State of New York
No. 01HU5005744
Qualified in Nassau County
Commission Expires December 14, 20 17

1

JAMES J. HUNTER
Notary Public, State of New York
No. 01HU5005744
Qualified in Nassau County
Commission Expires December 14, 20 17

2012021000041101

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2012022700449003002E74F6 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**          PAGE 1 OF 3

**Document ID:** 2012022700449003   Document Date: 02-14-2012   Preparation Date: 02-27-2012
Document Type: POWER OF ATTORNEY
Document Page Count: 2

| **PRESENTER:**<br>KENSINGTON VANGUARD NATIONAL LAND<br>WEST 37TH STREET<br>HOLD FOR PICKUP / SEARCH NY 809125<br>NEW YORK, NY 10018 | **RETURN TO:**<br>MC SOHO HOLDINGS, LLC<br>29 HOWARD STREET<br>NEW YORK, NY 10013 |
|---|---|

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 209 | 1104 Entire Lot | 29-4 | 27 HOWARD STREET |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

**CROSS REFERENCE DATA**

CRFN_____ or Document ID_____ or _____ Year____ Reel ___ Page _____ or File Number_____

**PARTIES**

| **PARTY ONE:**<br>MC SOHO HOLDINGS LLC<br>29 HOWARD STREET<br>NEW YORK, NY 10013 | **PARTY TWO:**<br>29 HOWARD STREET CONDOMINIUM<br>29 HOWARD STREET<br>NEW YORK, NY 10013 |
|---|---|

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| TASF: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| MTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| NYCTA: | $ | 0.00 | Recorded/Filed | 03-12-2012 10:19 |
| Additional MRT: | $ | 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ | 0.00 | | 2012000098147 |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

*City Register Official Signature*

809125

# POWER OF ATTORNEY

Any terms used in this Unit Owner's Power of Attorney that are used (a) in the Declaration establishing a plan for condominium ownership of The 29 Howard Street Condominium, 29 Howard Street, New York, NY 10013, under Article 9-B of the Real Property Law of the State of New York, dated December 16, 2002, and recorded in the Office of the Register of the City of New York in the County of New York on January 22, 2003 in CRFN: 2003000003859 (hereinafter referred to as the "Declaration"), or (b) in the By-Laws of 29 Howard Street Condominium (hereinafter referred to as the "By-Laws") attached to, and recorded together with, the Declaration, shall have the same meanings in this Unit Owner's Power of Attorney as in the Declaration or By-Laws.

Block: 209
Lot: 1104

I (We) MC SOHO HOLDINGER, LLC   10013
having an address at 29 Howard Street New York, New York, the owner(s) of Condominium Unit No. 4 in the Condominium known as The 29 Howard Street Condominium, the address of which is 29 Howard Street, New York, NY, do hereby nominate, constitute and appoint the members of the Board of Managers of 29 Howard Street Condominium and their successors, my true and lawful attorneys-in-fact coupled with an interest and with power of substitution, in my name and on my (our) behalf, in their own name or in the name of their designee on behalf of all owners of Condominium Units in said property: (i) to acquire or lease any Unit from any Unit Owner desiring to sell or lease same, or (ii) to acquire any Condominium Unit whose owner desires to abandon the same, or which shall be the subject of a foreclosure sale or a deed in lieu of a foreclosure sale; at such price and on such terms as my attorneys-in-fact may in their sole discretion determine, granting to my said attorneys-in-fact the power to do all things in the said premises which I could do if I were personally present.

I (We) do hereby further irrevocably nominate, constitute and appoint the members of such Board, and their successors, my (our) true and lawful attorneys-in-fact coupled with an interest and with power of substitution, in my (our) name and on my (our) behalf to vote in any Unit Owners' meeting for, and to file an amendment to the Declaration of the Condominium amending such Declaration to create any utility easements or to carry out any of the provisions of the Offering Plan of such Condominium.

The acts of a majority of such persons constituting the Board shall constitute the acts of such attorneys-in-fact.

I (We) do hereby further irrevocably nominate, constitute and appoint Charles Dunne having offices at 29 Howard Street, New York, New York 10013, or either one singly if the other one is no longer an owner of a condominium unit in the 29 Howard Street Condominium, as attorney-in-fact for the undersigned, coupled with an interest, with power of substitution, to amend from time to time such Declaration, By-Laws and the Rules and Regulations of such Condominium, or any of such documents, when such amendment will be required to reflect any changes in Unsold Units and/or the reapportionment of the Common Interests of the affected Unsold Units resulting

therefrom made by Sponsor or its designee in accordance with Article 19 of the Declaration, or otherwise to evidence or enforce a right granted to Sponsor or its designee under the Plan, Declaration and By-Laws. The terms, covenants and conditions contained in, and the powers granted pursuant to, this paragraph will remain in full force and effect until such time as the Sponsor or its designees cease to own any Unit in 29 Howard Street Condominium. Each and any of may act singly as such attorney-in-fact.

This power of attorney shall be irrevocable.

IN WITNESS WHEREOF, I (We) have hereunto set my (our) hand(s) and seal(s) this __14__ day of February, 2012.

_____
Bruce E. Baldinge, Member

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

On the __14__ day of February in the year 2012 before me, the undersigned, personally appeared Bruce E. Baldinger personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individuals(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

JAMES J. HUNTER
Notary Public, State of New York
No. 01HU5005744
Qualified in Nassau County
Commission Expires December 14, 20__14__

[SEAL]