## Single Ledger Balance Report - Sorted By Ref/Ck Number

Selection Criteria

| | |
|---|---|
| Trust Account: *KVNY* | Trust Account Description: *5495* |
| File ID: *809125(S-NY-RP-SN)* | Client / Matter: *Manafort, Jessica A./Manafort, Kathleen B.* |
| Responsible Party: *Jim Hunter* | Ledger Comment: |
| Settlement Date: *02/14/12* | Property: *29 Howard Street, Unit 4/New York NY* |
| Starting Date: | Ending Date: |

| Ref/Ck No. | Transaction Date | Payee Name Memo | Cleared Medium | Date | Amount |
|---|---|---|---|---|---|
| | | | **Beginning Balance:** | | **$0.00** |
| **Deposits** | | | | | |
| | 02/14/12 | ProForm generated incoming funds Real Estate Closing | | | $2,650,000.00 |
| | | | **Total of 1 Deposit** | | **$2,650,000.00** |
| **Checks** | | | | | |
| 10362 | 02/13/12 | Kensington Vanguard National Land Services of N 809125 | | | $43,721.89 |
| | | | **Total of 1 Check** | | **$43,721.89** |
| **Miscellaneous** | | | | | |
| | 02/13/12 | Certified checks | | | $2,593,500.00 |
| | | | **Total of 1 Miscellaneous item** | | **$2,593,500.00** |
| | | | **Balance:** | | **$12,778.11** |
| **Report Totals:** | | | **Ending Balance:** | | **$12,778.11** |

Approved:  _____    _____

_____    _____

Date of Report:  *2/13/12*
Time of Report:  *04.44.28PM*
Report By:  *dcallan*