# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L12000005081
FILED 8:00 AM
January 11, 2012
Sec. Of State
jbryan

## Article I
The name of the Limited Liability Company is:
    MC SOHO HOLDINGS, LLC

## Article II
The street address of the principal office of the Limited Liability Company is:
    █ ST. JAMES DR.
    PALM BEACH GARDENS, FL. 33418

The mailing address of the Limited Liability Company is:
    █ ST. JAMES DR.
    PALM BEACH GARDENS, FL. 33418

## Article III
The purpose for which this Limited Liability Company is organized is:
    ANY AND ALL LAWFUL BUSINESS.

## Article IV
The name and Florida street address of the registered agent is:
    PAUL J MANAFORT
    █ SAINT JAMES DR.
    PALM BEACH GARDENS, FL. 33418

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: PAUL J. MANAFORT

## Article V

The name and address of managing members/managers are:

Title: MGRM
PAUL J MANAFORT
███ ST. JAMES DR.
PALM BEACH GARDENS, FL. 33418

L12000005081
FILED 8:00 AM
January 11, 2012
Sec. Of State
jbryan

## Article VI

The effective date for this Limited Liability Company shall be:

01/15/2012

Signature of member or an authorized representative of a member

Electronic Signature: BRUCE BALDINGER

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.