## FW: Certified/official bank check instructions-Manafort from Hermanns-29Howard-#4- 809125

**From:** Larry Boes
**To:** Dawnmarie Callan
**Cc:** Paul Norcia                              , Anthony Romano

**Date:** Mon, 13 Feb 2012 12:54:06 -0500

Hi- For file 809125 closing tomorrow, we received $2,650,000 in escrow by wire (came into operating acct- not sure how). We need by later this afternoon, certified checks made to:

| | |
|---|---|
| $ 801,160.00 | HSBC Bank, USA |
| 1,763,840.00 | Karl Hermanns |
| $28,500.00 | Bruce Baldinger, Esq. |

Plus, the $43,721.89

Anthony will collect the checks for Jim Hunter. I will get wiring instructions for any overage to be refunded back.

Thanks.

Larry

---

**From:** Bruce Baldinger
**Sent:** Friday, February 10, 2012 3:53 PM
**To:** Larry Boes; Paul Manafort
**Subject:** Fwd: Certified/official bank check instructions-Manafort from Hermanns-29Howard-#4

Larry, please have these adjustments noted. I believe that the supplement that Paul sent should more than cover any adjustment.

---------- Forwarded message ----------
From:
Date: Fri, Feb 10, 2012 at 3:48 PM
Subject: Certified/official bank check instructions-Manafort from Hermanns-29Howard-#4
To:
Cc:

**PLEASE REPLY TO CONFIRM RECEIPT OF THESE INSTRUCTIONS.**

This will confirm our closing is scheduling for Tuesday, Feb 14, 2012 @ 2 pm @ my office. The entrance to my office is

The sales price is $2,850,000.00; the contract deposit is $285,000.00. The balance due, without adjustments, is $2,565,000.00.

Tentative adjustments:

1) 2011-2012 real estate taxes
   $2,322.84 - 3rd quarter
   $2,322.84 / 91.25 days = $25.45578/ day x 46 days =  $1,170.97

Seller's credit for taxes paid thru March 31, 2012     $1,170.97

2) February common charges - paid by seller
$529.37 / 29 = $18.2541/ day x 15 days = $273.81

Seller's credit for balance of February     $273.81

3. Air conditioning credit for repairs-   ???? - to be determined Monday

    Seller's debit              $

    Seller's net debit/credit   $  ?????

Balance of purchase price $2,565,00.00 be paid **with certified or official bank checks, only, drawn on a bank that accepts deposits in New York State,** as follows:

$ 801,160.00     HSBC Bank, USA
1,763,840.00     Karl Hermanns

**Net adjustment may be in your clients' favor, depending on the end result of the HVAC credit; an IOLA escrow check will be tendered.**

Your clients are also responsible for the "mansion" tax $28,500.00, as well as the other purchasers' title charges per the estimated title insurance invoice forwarded today by KV.

Linda G. Maryanov, Esq.
Zimmerman and Maryanov
█ Park Av South ███
New York, N.Y. 10010
phone ███
fax ███