# LAND ROVER ALEXANDRIA

DUKE STREET • ALEXANDRIA, VA 22314
• FAX

CUSTOMER NUMBER 104563 DEAL NUMBER 33548

SOLD TO: ANDREA LYNN MANAFORT
ADDRESS: BAXTER ST
NEW YORK NY 10013

| YEAR | MAKE | MODEL | COLOR | NEW OR USED | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|---|---|---|
| 2012 | LAND ROVER | RANGE ROVER | | NEW | |

SALESMAN: AMANDA HAIGHT

**INSURANCE COVERAGE INCLUDES**

FIRE & THEFT ☐    PUBLIC LIABILITY - AMT.
COLLISION - AMT. DEDUCTIBLE ☐    PROPERTY DAMAGE - AMT.

| GROUP | DESCRIPTION | PRICE |
|---|---|---|

**- NO LIABILITY INSURANCE INCLUDED**

**USED CAR TRADED**

| YEAR | MAKE | MODEL | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|---|
| 006 | LAND ROVER | RANGE ROVER | |

BODY COLOR: BLACK

16500.00  5900P

---

| DATE | INVOICE NO. | STOCK NO. |
|---|---|---|
| 04/11/2012 | 13747 | 12150L |

SALESMAN NUMBER

| DESCRIPTION | SALE |
|---|---|
| NEW CAR | 90568.00 |
| | N/A |
| PAINTLESS DENT | 549.00 |
| TIRE AND WHEEL | 1215.00 |
| | N/A |
| | N/A |
| | N/A |
| INVENTORY - NEW CARS | |
| USED CARS - RETAIL | |
| - WHOLESALE | |
| USED TRUCKS - RETAIL | |
| - WHOLESALE | |
| SALES TAX | 6661.74 |
| LICENSE AND TITLE | 846.00 |
| GROSS RECEIPTS LICENSE TAX APPLICABLE TO SALE (VA. CODE §58-226.1.G.) | 185.42 |
| **TOTAL CASH PRICE** | 100025.16 |
| FINANCING | N/A |
| INSURANCE | N/A |
| **TOTAL TIME PRICE** | 100025.16 |
| DEPOSIT | N/A |
| CASH ON DELIVERY | N/A |
| REBATE | N/A |
| USED CAR ALLOWANCE | 16500.00 |
| PAYMENTS MONTHS DOLLARS | |
| 183525.16  PER MONTH | 83525.16 |
| **TOTAL** | 100025.16 |

*Always Bring Your Car Here For Factory Authorized Service*

Name: manafort paul
Location:
Original Source: Finance - Dealer.Com Website
Created: 04/11/2012
Contact Me: via
Mobile Phone:
Home Phone: [redacted]
Work Phone:
Email: [redacted]
Additional Email:

**Finance Lead**

Source: Finance - Dealer.Com Website
Email: [redacted]
IP: 24.249.249.220
Subcategory: 04/11/2012
Share Public Info:

| Applicant: | Co-Applicant: |
|---|---|
| Name: manafort amanda paul | Name: |
| Email: [redacted] | Email: |
| Home Phone: [redacted] | Home Phone: |
| Work Phone: | Work Phone: |
| SSN: [redacted] | SSN: |
| Date of Birth: [redacted] | Date of Birth: |
| Bankruptcy: | Bankruptcy: |
| Net Salary: $1.00 | Net Salary: |
| Gross Salary: $0.00 | Gross Salary: |
| Other Salary: $0.00 | Other Salary: |
| Child Support: | Child Support: |
| Child Support Monthly Payment: $0.00 | Child Support Monthly Payment: |
| | |
| Current Residence Information: | Current Residence Information: |
| Address: [redacted] Mt Vernon Cir alexandria VA 22309 | Address: |
| Type: own | Type: |
| Holder: | Holder: |
| Time at Residence: 10 years, 0 months | Time at Residence: |
| Monthly Payment: $0.00 | Monthly Payment: |
| | |
| Previous Residence Information: | Previous Residence Information: |
| Address: | Address: |
| Type: rent | Type: |
| Holder: | Holder: |
| Time at Residence: | Time at Residence: |
| Monthly Payment: $0.00 | Monthly Payment: |
| | |
| Current Employment Information: | Current Employment Information: |
| Occupation: attorney | Occupation: |
| Employer: DMP | Employer: |
| Employer Telephone: [redacted] | Employer Telephone: |
| Time Employed: 10 years, 0 months | Time Employed: |

Comments:

Page 1 of 1



Don Beyer Motors Mail - MyFax Delivery from LANDROVER

2012-06-06 13:18 LANDROVER >> 7033706566 FAX P 1/2

Reference Copy



866 374 8735

**Vehicle ID Card**

CHUBB

**Name and address of insured**

PAUL J. MANAFORT, JR. AND
KATHLEEN B. MANAFORT
▮▮▮▮ MOUNT VERNON CIRCLE
ALEXANDRIA, VA 22309-3218

Effective Date 4/11/12
Policy no. 11592937-10
Issued by Great Northern Insurance Company
a stock insurance company
incorporated in Indiana
Policy period 7/3/11 to 7/3/12

If you have any questions, please contact
MOODY AND ASSOCIATES, INC.
▮▮▮▮ CENTURY BLVD. #425
GERMANTOWN, MD 20874



ID CARD   ID CARD   ID CARD   ID CARD

To our Valued Customer:

We are pleased to have the opportunity of providing your vehicle insurance. We have attached your new vehicle insurance ID card at the bottom of this letter. As required by New York law, please keep this card in the insured vehicle at all times.

The N.Y. State Department of Motor Vehicles and the N.Y. State Insurance Department use the Insurance Information and Enforcement System to identify uninsured motor vehicles and eliminate insurance ID card fraud. Therefore, please make sure that the information on the ID card matches your New York Motor Vehicle registration *exactly*.

If you have any questions or would like to correct any information on your ID card, please contact your agent or broker at the telephone number listed above.

In a world of choices, thank you for insuring through Chubb.

Chubb & Son
Chubb Personal Insurance

(SEPARATE CARD AT PERFORATION)

**THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE
FOR PRODUCTION UPON DEMAND**

WARNING: Any person who issues or produces an ID card knowing that an Owner's Policy of Insurance is not in effect may be committing a misdemeanor. In addition, a person who presents an ID card if insurance is not in effect may be committing a misdemeanor.

The name of the registrant and the name of the insured must coincide.

REPLACEMENT VEHICLE NOTATION: DMV WILL ONLY PROCESS A VEHICLE CHANGE
(RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.

DO THIS - IN CASE OF ACCIDENT

1. STOP AND INVESTIGATE.
2. SECURE MEDICAL AID IF NECESSARY.
3. NOTIFY POLICE.
4. REPORT ALL ACCIDENTS IMMEDIATELY TO YOUR AGENT OR BROKER. IF YOU ARE INSURED UNDER A PAYROLL DEDUCTION

5. PERSONAL INSURANCE PLAN, CONTACT THE NEAREST CLAIM OFFICE.
6. OBTAIN NAMES AND ADDRESSES OF WITNESSES.
7. DO NOT ADMIT LIABILITY.
8. DISCUSS ACCIDENT ONLY WITH POLICE OR YOUR COMPANY REPRESENTATIVE.

AT ANY TIME
IN CASE OF EMERGENCY
CALL THIS NUMBER
1-800-252-4670

https://mail.google.com/mail/u/0/?ui=2&ik=f5d50b59ba&view=pt&search=inbox&th=137c...   6/7/2012

Thank you for using MyFax. Try our other products: www.protus.com/try.



# Customer information sheet

**ZURICH**

Customer name: Manafort         Date: 4/11/12

### Review of purchase agreement/buyer's order

1. How do you want your name(s) to appear on the title? Do you want the primary driver listed first?
   Buyer No. 1: Andrea         Buyer No. 2:
2. We have your address as......is that correct? ✓
3. These are the figures we have agreed to....(state figures) ✓
4. You're trading in a (state the year, make, and model). Do you owe money on your trade? Yes ○ No ☒
   If yes, how much? $
5. Your vehicle comes with a manufacturer's limited warranty of ( 4 ) years / ( 50,000 ) miles.
   This limited warranty covers defects in material and workmanship. There is no coverage for such items as oil change, wiper blades, and batteries. These are considered to be normal maintenance. Also there is no coverage for tires and wheels if damaged by any kind of road hazard or your windshield if it is damaged by rocks or other types of debris. Environmental damage to paint, such as tree sap, bird waste and insects and, of course, physical damage such as dents or dings is not covered by your manufacturer's warranty.
6. How many miles per year do you usually drive? ___ miles
   How long do you usually keep vehicles for? ___ years
   Are you planning to use your vehicle for business or pleasure? Business ○ Personal ○
   If business, what type of use? (normal driving, delivery, livery, etc.)
7. Dealership Survey Question: If the factory eliminated the limited warranty, how much would they need to reduce the vehicle price in order to still earn your business? $
8. Will you be servicing your vehicle with us?       Yes ○ No ○
   If not, would you service it here if it were cost effective to you? Yes ○ No ○
9. Do you have financing arranged yet? Yes ○ No ☒    If yes, where? Cash

### Review of credit application

Your Employer is   N/A                Annual Income
11. Does this include any bonuses or additional income you may have? Yes ○ No ○
12. Do you expect any raises or advancements?      Yes ○ No ○
    If yes, what is the amount? $
13. If the lender needs additional down payment, how much would you be able to come up with? $
14. If your car were stolen or totaled and the insurance settlement didn't pay off your loan, how would you pay the remaining balance due?