# LAND ROVER ALEXANDRIA
DUKE STREET • ALEXANDRIA, VA 22314

| DATE | INVOICE NO. | STOCK NO. |
|---|---|---|
| 06/28/2012 | 13918 | 12274L |
| | SALESMAN NUMBER | |

CUSTOMER NUMBER 8920  DEAL NUMBER 33986

SOLD TO: JOHN HANNAH, LLC  PAUL & KATHLEEN MANAFORT

ADDRESS: 5TH AVENUE
NEW YORK NY 10022

| YEAR | MAKE | MODEL | COLOR | NEW OR USED | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|---|---|---|
| 2012 | LAND ROVER | LR4 | | NEW | |

SALESMAN: WAYNE HOOK

### INSURANCE COVERAGE INCLUDES
- FIRE & THEFT ☐
- COLLISION - AMT. DEDUCTIBLE ☐
- PUBLIC LIABILITY - AMT. ☐
- PROPERTY DAMAGE - AMT. ☐

| GROUP | DESCRIPTION | PRICE |
|---|---|---|

### PRICE OF CAR

| DESCRIPTION | SALE |
|---|---|
| NEW CAR | 59949.00 |
| ZURICH SHIELD | 699.00 |
| PAINTLESS DENT | 650.00 |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| INVENTORY - NEW CARS | |
| USED CARS - RETAIL | |
| - WHOLESALE | |
| USED TRUCKS - RETAIL | |
| - WHOLESALE | |
| SALES TAX | 5387.92 |
| LICENSE AND TITLE | 845.73 |
| GROSS RECEIPTS LICENSE TAX APPLICABLE TO SALE (VA CODE §58-226.1.G.) | 123.35 |
| **TOTAL CASH PRICE** | **67655.00** |
| FINANCING | N/A |
| INSURANCE | N/A |
| **TOTAL TIME PRICE** | **67655.00** |

### SETTLEMENT

| | |
|---|---|
| DEPOSIT | N/A |
| CASH ON DELIVERY | N/A |
| REBATE | N/A |
| USED CAR ALLOWANCE | N/A |
| PAYMENTS MONTHS DOLLARS | |
| 167655.00 PER MONTH | 67655.00 |
| **TOTAL** | **67655.00** |

*Always Bring Your Car Here For Factory Authorized Service*

**NO LIABILITY INSURANCE INCLUDED**

### USED CAR TRADED

| YEAR | MAKE | MODEL | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|---|

BODY COLOR: N/A

Mar 21, 2012

**PAUL MANAFORT**
**KATHLEEN MANAFORT**

*Customer Bill*

███ MOUNT VERNON CIR
ALEXANDRIA, VA 22309

**Dominion**

## Billing and Payment Summary

| | |
|---|---|
| Account # ███0000 | Due Date: Apr. 13, 2012 |
| **Total Amount Due:** | **$ 441.93** |

To avoid a Late Payment Charge of 1.5% please pay by Apr 13, 2012.

| | | |
|---|---|---|
| Previous Amount Due: | $ | 451.28 |
| Payments as of Mar 21: | $ | 451.28CR |

For service emergencies and power outages please call
1-866-DOM-HELP (1-866-366-4357). Visit us at www.dom.com.

### Meter and Usage

Current Billing Days: 31

| | | |
|---|---|---|
| Billable Usage | | |
| Schedule 1 | 02/17-03/19 | |
| Total kWh | | 4870 |
| | | |
| Measured Usage | | |
| Meter: 0165275925 | 02/17-03/19 | |
| Current Reading | | 1494 |
| Previous Reading | | 96624 |
| Total kWh | | 4870 |

### Usage History

| Mo | Yr | kWh |
|---|---|---|
| Mar | 11 | 3830 |
| Apr | 11 | 4205 |
| May | 11 | 6520 |
| Jun | 11 | 9738 |
| Jul | 11 | 10838 |
| Aug | 11 | 11155 |
| Sep | 11 | 9050 |
| Oct | 11 | 6461 |
| Nov | 11 | 3952 |
| Dec | 11 | 5933 |
| Jan | 12 | 7396 |
| Feb | 12 | 4974 |
| Mar | 12 | 4870 |

### Explanation of Bill Detail

Customer Service   1-866-DOM-HELP (1-866-366-4357)

| | |
|---|---|
| Previous Balance | 451.28 |
| Payment Received | 451.28CR |
| Balance Forward | 0.00 |

Residential Service (Schedule 1 )   02/17-03/19

| | |
|---|---|
| Distribution Service | 77.90 |
| Electricity Supply Svc (ESS) | |
| Generation | 168.34 |
| Transmission | 47.24 |
| Fuel | 160.17 |
| Sales and Use Surcharge | 2.44 |
| State/Local Consumption Tax | 6.10 |
| FAIRFAX Utility Tax | 4.00 |
| Biennial Review Credit | 24.26CR |
| **Total Current Charges** | **441.93** |
| | |
| **Total Account Balance** | **441.93** |

View payment options, request service changes and enroll in eBill at www.dom.com, search: Manage Your Account

**RECEIVED**
MAR 27 2012

### Important Customer Information from Dominion Virginia Power

Your bill this month reflects a credit ordered by the Virginia State Corporation Commission during its 2011 Biennial Review of Dominion Virginia Power's costs and earnings. Please visit www.dom.com/biennial for more information.

Be safe. Always look for overhead power lines before extending ladders or trimming trees.

Visit 'Manage Your Account' on www.dom.com or call us to join our Budget Billing and Automatic Bank Draft Plans. They are free services.

Mailed on Mar 22, 2012
Please detach and return this payment coupon with your check made payable to Dominion Virginia Power. Please see reverse side for mailing address change instructions.

**Payment Coupon**

| | |
|---|---|
| Bill Date  Mar 21 12 | |
| Please Pay by 04/13 | |
| $ 441.93 | |

Amount Enclosed

Account No. 1956020000

029690 1 MB 0.401   TB000107
PAUL MANAFORT
KATHLEEN MANAFORT
PO BOX ███
IRVINE CA 92619-4086

Send Payment to:

DOMINION VIRGINIA POWER
P O BOX 26543
RICHMOND VA 23290-0001

888   1956020000 1000044193 1000044193 91

1956020000 PAGE 1 OF 1 31174 M

0.7.4249.397955.pdf

DOJSCO-400011570

# WE OWE

NAME PAUL & KATHLEEN MANAFORT    STK NO. 12274L    NEW **X**   USED ___

ADDRESS ▮ 5TH AVE APT ▮    YEAR 2012    MAKE LAND ROVER

CITY NEW YORK    STATE NY    ZIP 10022    MODEL LR4

E-MAIL ▮    SERIAL NO. ▮

PHONE - HOME NO. ▮    WORK NO. ▮    CELL NO. ▮

SALESPERSON Wayne Hook    DEL. DATE 06/30/2012

| QTY. | NAME OF ITEM | PART | LABOR |
|---|---|---|---|
| | FULL LENGTH ROOF RAILS-BLACK | | |
| | CROSSBARS - BLACK | | |
| | RUBBER MATS | | |
| | ZURICH SHIELD PAINT AND LEATHER PROTECTANT | | |
| | | | |
| | | | |

For any repairs not listed above, see your Buyers Guide.

No verbal promises or representations have been made except __NOTHING__

I hereby accept this WE-OWE with the understanding that it is valid for only (30) THIRTY DAYS FROM DATE OF ISSUANCE, and that I must make an ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT before the above work can be performed.

**(FOR APPOINTMENT CALL SERVICE DEPT.)**

# YOU OWE

| YOU OWE | TO BE RECEIVED DATE | TIME | YOU OWE | TO BE RECEIVED DATE | TIME |
|---|---|---|---|---|---|
| 1) Title to Trade In Vehicle | | | 4) Other | | |
| 2) All Monies | | | 5) Other | | |
| 3) Valid Insurance Card | | | 6) Other | | |

I hereby agree to provide such items in a timely manner

PAUL CUSTOMER X _[signature]_    DATE 06/28/2012    APPROVED _[signature]_ MANAGER

KATHLEEN → _[signature: Kathleen Manafort]_

743: EntId: 109078 / EvtId: 467209    Generated by DealerSocket®    6/28/2012 9:51:31 AM

https://my.dealersocket.com/CRM/Sockets/Standard/WeOwe/wo011_WeOwe_STD.aspx?... 6/28/2012

0.7.4249.397955.pdf    DOJSCO-400011578

# LAND ROVER ALEXANDRIA

| YEAR | MAKE | MODEL | VIN NUMBER |
|---|---|---|---|
| 2012 | LAND ROVER | LR4 | [redacted] |

I ACKNOWLEDGE THAT THE ABOVE MENTIONED VEHICLE IS PURCHASED FOR **_PERSONAL USE AND WILL NOT BE EXPORTED._**

X _____  X Kathleen B Manafort
BUYER  PAUL MANAFORT         KATHLEEN                     DATE

LAND ROVER ALEXANDRIA
2712 DUKE STREET • ALEXANDRIA, VA 22314 • 703/370-6565 • FAX 703/370-6566 • E-MAIL: LRALEX@aol.com

PRINTED ON RECYCLED PAPER

Land Rover Alexandria - Sales Worksheet    Page 1 of 1

# LAND ROVER ALEXANDRIA
## SALES WORKSHEET

**DATE:** 6/28/12

**SALESPERSON:** Wayne

### CUSTOMER INFORMATION

**NAME:** John Hannah, LLC / Paul + Kathleen Manafort
**ADDRESS:** 721 5th Ave
**CITY:** NY  **STATE:** NY  **ZIP:** 10022

| HOME PHONE | WORK PHONE |
| --- | --- |
| CELL PHONE | EMAIL ADDRESS |
| SS# | DATE OF BIRTH |
| SS# | DATE OF BIRTH |

### TRADE INFORMATION

(crossed out with X)

| YEAR | MAKE | MODEL |
| --- | --- | --- |
| COLOR | | MILEAGE |
| ACCOUNT NUMBER | | CURRENT PAYMENT |
| LIENHOLDER | | PHONE NUMBER |
| PAYOFF | | GOOD THRU |
| GIVEN BY | | VERIFIED |

### VEHICLE OF INTEREST

**Stock #:** 12274L  **Year:** ___  **Make:** ___  **Model:** ___
**Miles:** ___  **VIN:** ___

X _____ Customer Approval

---

**Trade-In $** none

**Selling Price $**
Lux LR4 + Roof Rails + Crossbars + Rubber Mats Zurich Shield + Gap

**Cash Down $** (signature)
NY plates + Reg
NY taxes
8.875%

**Monthly Payment $** 67,655 OTD
will pay cash
will wire funds

**SALES MANAGER** (signature)
**FINANCE MANAGER**

743: EntId: 109078 / EvtId: 467209    Generated by DealerSocket®    6/27/2012 6:47:49 PM

https://my.dealersocket.com/CRM/Sockets/Site743/Forms/cd_sales_print_4square.aspx??S...  6/27/2012

0.7.4249.397955.pdf                                                        DOJSCO-400011587

**BEYER AUTOMOTIVE GROUP**

Celia Hairston <​███>

## Fwd: John Hannah organization docs
1 message

**Amanda Haight** ███  
To: Celia Hairston ███

Thu, Jul 12, 2012 at 10:44 AM

---------- Forwarded message ----------  
From: **Paul Manafort** ███  
Date: Tue, Jul 10, 2012 at 2:14 PM  
Subject: John Hannah organization docs  
To: Amanda Haight ███

Amanda  
Attached are the certificate of organization, and the articles of incorporation for JH. Below is the EIN. Let me know if you need anything else.

John Hannah, LLC  
EIN: ███

Paul

---

**Click Here For Easy Directions to Landrover Alexandria**

**Amanda L. Haight**  
**Sales Manager**  
███

**Landrover Alexandria**  
███ Duke Street  
Alexandria, Virginia 22314

**Direct** ███

**Fax** ███

2 attachments

- John Hannah Articles of Org.Conversion to LLC.pdf
  60K

- John Hannah LLC VA 4.06.06 certificate of Organization.pdf
  43K

## ARTICLES OF ORGANIZATION
## FOR CONVERSION OF A DOMESTIC LIMITED PARTNERSHIP TO A
## LIMITED LIABILITY COMPANY

Pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, the undersigned on behalf of the limited partnership set forth below, states as follows:

1. The name of the former limited partnership is JOHN HANNAH, LP.

2. The date and place of filing of the initial Limited Partnership Certificate was February 12, 1990 in Richmond, Virginia.

3. The name of the Limited Liability Company upon conversion is:

**JOHN HANNAH LLC**

4. The name of the Limited Liability Company's initial Registered Agent is Kathleen M. McDermott, Esq., who is an individual who is a Virginia Resident and a member of the Virginia State Bar.

5. The initial registered office address is ▮▮ Evergreen Lane, ▮▮ Annandale VA 22003, which is identical to the business office of the initial registered agent and which is located in the County of Fairfax.

6. The principal office address of JOHN HANNAH LLC is ▮▮. Union Street, ▮▮ Alexandria VA 22314.

7. The terms and conditions of this conversion were approved by the partners in a manner provided in the partnership's agreement for amendments to the partnership agreement or by all the partners.

8. Signed on behalf of the limited partnership:

JOHN HANNAH, LP

BY ~~JOHN HANNAH, INC.~~, its sole General Partner

By: _[signature]_
Richard H. Davis, Vice President and Secretary

Date: March 9, 2006

DOJSCO-400011602

0.7.4249.397955.pdf



# Commonwealth of Virginia

## STATE CORPORATION COMMISSION

Richmond, April 6, 2006

This is to certify that the certificate of organization of

**JOHN HANNAH LLC**

was this day issued and admitted to record in this office and that the said limited liability company is authorized to transact its business subject to all Virginia laws applicable to the company and its business. Effective date: April 6, 2006



State Corporation Commission
Attest:

*Joel H. Peck*
Clerk of the Commission

CIS0436