IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, Jr.,<br><br><br>Defendant. | Criminal No. 1:18 CR 83<br><br>The Honorable T.S. Ellis, III |

## STIPULATION REGARDING PURCHASE OF 1046 N. EDGEWOOD STREET, ARLINGTON, VA ("EDGEWOOD")

The parties stipulate to the following facts:

1. Land, Carroll & Blair, P.C., is a law firm specializing in, among other things, real estate and land use. On August 21, 2012, Andrea Manafort entered into a sales contract for the purchase of real property know as Edgewood. The purchase price was $1,899,000. The same day Andrea Manafort wrote a $50,000 check to her realtor as earnest money deposit for Edgewood.

2. On September 10, 2012, Andrea Manafort purchased Edgewood.

3. To pay for Edgewood, on August 31, 2012, a wire transfer in the amount of $1,900,000 was sent from Lucicle Consultants Limited's bank account at Marfin Laiki Bank in Nicosia, Cyprus to an account of Land, Carroll & Blair, P.C.

4. According to instructions from Paul J. Manafort, Jr., at closing the settlement company issued a $23,001.36 check to Andrea Manafort representing excess funds from the $1,900,000 wire transfer.

5. The records attached to this stipulation as Exhibits A through D are records of Land, Carroll & Blair, P.C. and constitute records of a regularly conducted business activity pursuant to Rule 803(6) of the Federal Rules of Evidence, without requiring further authentication, certification, witness testimony, or the testimony of a custodian of records.

   a. Exhibit A is a copy of the Edgewood sales contract dated August 21, 2012.
   b. Exhibits B and C are a copy of the Edgewood HUD-1 settlement statement and the real property transfer dated September 11, 2012.
   c. Exhibit D is a copy of the Edgewood disbursement statement.

We ask for this:

Paul J. Manafort, Jr., 
Defendant

ROBERT S. MUELLER III
Special Counsel

By: _____  By: _____
Kevin Downing, Esq.               Andrew Weissmann
Tom Zehnle, Esq.                  Greg D. Andres
Jay Nanavati, Esq.                Brandon L. Van Grack
Counsel for Defendant             Special Assistant United States Attorneys
                                  Uzo Asonye
                                  Assistant United States Attorney