| A. Settlement Statement | U.S. Department of Housing and Urban Development | | OMB Approval No. 2502-0265  |
|---|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | 12-180 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Andrea Manafort<br>1046 N. Edgewood Street<br>Arlington, VA 22201 | Donald Michael Abrashoff<br>Bruce A. Carter<br>■ W. 22nd Street<br>Miami Beach, FL 33140 | |

| G. Property Location | H. Settlement Agent |
|---|---|
| 1046 N. Edgewood Street<br>Arlington, VA 22201 | Land, Carroll & Blair PC |

| Place of Settlement | I. Settlement Date |
|---|---|
| ■ King Street<br>Alexandria, VA 22314 | 09/10/12 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 1,899,000.00 | 401. Contract sales price | 1,899,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 11,728.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes   09/10  to 12/31 | 3,735.64 | 407. County taxes   09/10  to 12/31 | 3,735.64 |
| 108. Assessments             to | | 408. Assessments             to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 1,914,463.64 | **420. GROSS AMOUNT DUE TO SELLER** | 1,902,735.64 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 50,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 107,394.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 1,271,469.14 |
| | | Wells Fargo Bank | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes         to | | 510. City/town taxes          to | |
| 211. County taxes            to | | 511. County taxes             to | |
| 212. Assessments             to | | 512. Assessments              to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 50,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 1,378,863.14 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 1,914,463.64 | 601. Gross amount due to seller (line 420) | 1,902,735.64 |
| 302. Less amounts paid by/for borrower (line 220) | 50,000.00 | 602. Less reduction amount due to seller (line 520) | 1,378,863.14 |
| **303. CASH    FROM    BORROWER** | 1,864,463.64 | **603. CASH         TO         SELLER** | 523,872.50 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on Line 401 above constitutes the Gross Proceeds of this transaction.

SELLER INSTRUCTIONS: To determine if you have to report the sale or exchange of your primary residence on your tax return, see the Schedule D (Form 1040) instructions. If the real estate was not your primary residence, complete the applicable parts of Form 4797, Form 6252, and /or Schedule D (Form 1040).

You are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN#                                                          Donald Michael Abrashoff

form HUD-1 (3/86) ref Handbook 4305.2

0.7.4249.397967.pdf                                                                                                                                               DOJSCO-400011645

| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | SETTLEMENT STATEMENT | | PAGE 2 | |
|---|---|---|---|---|---|
| **L. SETTLEMENT CHARGES:** | | File Number: 12-180 | | **PAID FROM BORROWER'S FUNDS AT SETTLEMENT** | **PAID FROM SELLER'S FUNDS AT SETTLEMENT** |
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ | | 1,899,000.00 @ = | 104,790.00 | | |
| Division of commission (line 700) as follows: | | | | | |
| 701. $ 57,180.00 to McEnearney Associates | | (56,970.00 Plus 210.00) | | | |
| 702. $ 47,820.00 to Long & Foster Realtors | | | | | |
| 703. Commission paid at Settlement | | | | 210.00 | 104,790.00 |
| 704. | | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | P.O.C. | | |
| 801. Loan Origination Fee | % | | | | |
| 802. Loan Discount | % | | | | |
| 803. Appraisal Fee | to | | | | |
| 804. Credit Report | to | | | | |
| 805. Lender's Inspection Fee | to | | | | |
| 806. Tax Service Fee | to | | | | |
| 807. Flood Cert. | to | | | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |
| 812. | | | | | |
| 813. | | | | | |
| 814. | | | | | |
| 815. | | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | |
| 901. Interest from to | @$ | /day | | | |
| 902. Mortgage Insurance Premium | to | | | | |
| 903. Hazard Insurance Premium | yrs. to | | | | |
| 904. | | | | | |
| 905. | | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | | | |
| 1001. Hazard Insurance | mo. @$ | / mo. | | | |
| 1002. Mortgage Insurance | mo. @$ | / mo. | | | |
| 1003. City property taxes | mo. @$ | / mo. | | | |
| 1004. County property taxes | mo. @$ | / mo. | | | |
| 1005. Annual Assessments | mo. @$ | / mo. | | | |
| 1006. | mo. @$ | / mo. | | | |
| 1007. | mo. @$ | / mo. | | | |
| 1008. Aggregate Reserve for Hazard/Flood Ins, City/Count | | | | | |
| **1100. TITLE CHARGES** | | | | | |
| 1101. Settlement or closing fee | to Land, Carroll & Blair PC | | | 295.00 | 295.00 |
| 1102. Abstract or title search | to | | | | |
| 1103. Title examination | to Davis Title/LCB | | | 200.00 | |
| 1104. Title insurance binder | to Cameron Title Agency | | | 80.00 | |
| 1105. Document preparation | to Land, Carroll & Blair PC | | | | 175.00 |
| 1106. Notary fees | to | | | | |
| 1107. Attorney's fees | to | | | | |
| (Includes above item No: | ) | | | | |
| 1108. Title insurance | to Cameron Title Agency | | | 4,500.00 | |
| (Includes above item No: | ) | | | | |
| 1109. Lender's coverage | | | | | |
| 1110. Owner's coverage | 1,899,000.00 --- 4,500.00 | | | | |
| 1111. Insured Closing Letter | Chicago Title Insurance Comapny | | | 20.00 | |
| 1112. Release Fee | Land, Carroll & Blair PC | | | | 100.00 |
| 1113. Verify Release | Land, Carroll & Blair PC | | | | 50.00 |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | | |
| 1201. Recording fees Deed $ 43.00 ; Mortgage $ | | ; Releases $ | | 43.00 | |
| 1202. City/county/stamps Deed $ 1,582.50 ; Mortgage $ | | | | 1,582.50 | |
| 1203. State tax/stamps Deed $ 4,747.50 ; Mortgage $ | | | | 4,747.50 | |
| 1204. Grantor's Tax Deed $ 1,899.00 ; Mortgage $ | | | | | 1,899.00 |
| 1205. | | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | | |
| 1301. Survey | to Superior Pest Management | | | | 35.00 |
| 1302. Pest Inspection | to | | | | |
| 1303. FedEx/Wire Fee | Land, Carroll & Blair PC | | | 50.00 | 50.00 |
| 1304. | | | | | |
| 1305. | | | | | |
| 1306. | | | | | |
| 1307. | | | | | |
| 1308. | | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** | (enter on lines 103 and 502, Sections J and K) | | | 11,728.00 | 107,394.00 |

0.7.4249.397967.pdf

DOJSCO-400011646

## ADDENDUM TO HUD-1 SETTLEMENT STATEMENT

TAX ADJUSTMENTS: If proration of taxes and assessments was made on estimates prior to receipt of actual bills, the parties hereto agree to adjust the prorations shown hereon when the actual bills are received. Payments of outstanding real estate taxes not paid at settlement are assumed by the purchaser.

SUBJECT TO FINAL AUDIT: All computations are subject to final audit. Any error discovered may be corrected by the Company in which event the parties hereto agree to immediately reimburse the Company for any error made in their favor, and for the cost of the collection of same, if necessary, including reasonable attorney's fees.

EXISTING LIENS: The Sellers certify that there are no bankruptcy proceedings, Deeds of Trusts, Mortgages, Special Assessments, or HOA Dues, levied or pending, or other liens affecting the property other than those shown on page 1 of hereof, and if there are such liens, the Sellers hereby guarantee payment and release of same.

The undersigned, for and in consideration of the Company's preparation of closing documents and the conducting of closing, agree, that if requested, they will fully cooperate, adjust and correct all TYPOGRAPHICAL OR CLERICAL ERRORS discovered in any or all of the closing documents executed by the undersigned at settlement. The undersigned appoint the Company and its designees as their attorney-in-fact to correct any such errors, place our initials on documents where changes are made, and/or sign our names to and acknowledge any document or form adjusting or correcting such errors.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower **Andrea Manafort**

Borrower

Seller **Donald Michael Abrashoff**

Seller **Bruce A. Carter**

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

**Land, Carroll & Blair PC**

SETTLEMENT AGENT

CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL SETTLEMENT STATEMENT CONSISTING OF 3 PAGES. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.