



1696165

```
              Deeds Document
            Received and Recorded
             In the Office of the
          Clerk of the Circuit Court
         of Arlington County, Virginia
```

## File Information

Document #: 2012255154    Book / Page: 4600 / 842    Recorded: 9/11/2012 1:14:32 PM    Clerk ID: ytilahun

## Document Type

Document Type: BARGAIN AND SALE

## Document Information

| | |
|---|---|
| Text Pages: 2 | Taxable Consideration: |
| Plat Pages: 0 | Actual Consideration: $1,899,000.00 |
| Document Date: 09/05/2012 | Assumption Balance: |
| Received Of: LAND CARROLL & BLAIR | Original Amount: |
| Grantor: ABRASHOFF | New Amount: |
| Tax Exempt Code: None | County: ARLINGTON |

## Fees

| | |
|---|---|
| (038) State Grantor: $949.50 | (212) Arlington Co. Tariff: $1.00 |
| (039) State Tax: $4,747.50 | (220) Arlington Grantor: $949.50 |
| (145) State Library: $1.50 | (214) Falls Church Tax: $0.00 |
| (301) Clerk's Fee: $14.50 | (222) Falls Church Tariff: $0.00 |
| (106) Technology Fee: $5.00 | (223) Falls Church Grantor: $0.00 |
| (035) Open Air Preservation Fee: $1.00 | (414) Arlington Co. Regional Congestion Relief Fee: $0.00 |
| (036) Processing Fee: $20.00 | (416) Falls Church Regional Congestion Relief Fee: $0.00 |
| (213) Arlington Co. Tax: $1,582.50 | |

## Total

Document Total: $8,272.00

```
Arlington County, Virginia
Clerk of the Court's Office

This certificate annexed constitutes    IMPORTANT:
the Clerk's endorsement required by     DO NOT DETACH
sections 17-59, 17-79 and 58.1-802      THIS PAGE FROM
of the code of Virginia.                THE DOCUMENT!

Paul Ferguson
Clerk
```

Cover Sheet Required for document processing DO NOT REMOVE

DOJSCO-400011676

Prepared By & Return to:
Land, Carroll & Blair PC
524 King Street
Alexandria, VA 22314

## DEED OF BARGAIN AND SALE

THIS DEED, made this _5TH_ day of September, 2012 by and between DONALD MICHAEL

ABRASHOFF, unmarried, and BRUCE A. CARTER, unmarried, Grantors, and ANDREA

MANAFORT, unmarried, Grantee;

### WITNESSETH:

That, for and in consideration of the sum of Ten Dollars ($10.00), cash in hand paid by

Grantee and other good and valuable consideration, the receipt whereof is hereby acknowledged,

Grantors do hereby grant, bargain, sell and convey, with General Warranty of Title, to Grantee, all

of that certain land situated in the County of Arlington, Virginia, and more particularly described as

follows:

> Lot 102A, Section 1, MOORE'S ADDITION TO CLARENDON, as
> more particularly shown and described on the Plat attached to and
> made apart of that Deed of Resubdivision dated June 30, 2008 and
> recorded July 3, 2008, in Deed Book 4201 at Page 2210, among the
> land records of Arlington, Virginia.

> AND BEING the same property acquired by Grantors by deed dated
> June 1, 2012 and recorded in Deed book 4567 Page 730 among the
> aforesaid land records.

This conveyance is made subject to any easements, reservations, restrictive covenants,

(excepting any restrictive covenant that discriminates on the basis of race, color, sex, religion,

ancestry, national origin, familial status, age, sexual orientation or disability) or rights of way of

record.

Grantee's Address:                                    1
1046 N. Edgewood Street
Arlington, VA 22201
Consideration: $1,899,000.00
Assessed Value: $ 1,252,900.00

RPC No. 18024023
LCB NO. 12-180



DOJSCO-400011677

Grantors covenant that Grantors have the right to convey the said land to the said Grantee, that there are no encumbrances against the said property; that Grantee shall have quiet and peaceable possession of said land, free from claim of all persons whosoever; and the Grantors will execute such further assurances of title as may be requisite and necessary.

WITNESS the following signatures and seals:

_(Seal)_
DONALD MICHAEL ABRASHOFF

_(Seal)_
BRUCE A. CARTER

STATE OF _Virginia_ :
CITY/COUNTY OF _Alexandria_ , to-wit;

I, the undersigned Notary Public, in and for the City and State aforesaid, do hereby certify that, DONALD MICHAEL ABRASHOFF and BRUCE A. CARTER  whose names are signed to the foregoing Deed dated September _5_ , 2012, have acknowledged the same before me.

Given under my hand and seal this _5th_ day of September, 2012.

_(Seal)_
Notary Public

My Commission expires: _Aug 31, 2013_
Registration No.: _177859_

c:\wp50\docs\deeds\manafort0910012

LYNDA L. FLYNN
COMMONWEALTH
# 177859
COMMISSION
EXPIRES
09/31/2015
OF VIRGINIA
NOTARY PUBLIC

2

0.7.4249.397971.pdf

DOJSCO-400011678