## LANDTECH RECEIPT/CHECK DISBURSEMENT STATEMENT

BANK: Burke & Herbert New Account -- ▮▮▮▮ -- Old Town Alexandria

Page Number: 1          Date: 09/14/2017          Time: 03:53 PM

File Number: 12-180

Seller(s): Donald Michael Abrashoff and Bruce A. Carter

Buyer(s): Andrea Manafort

Property Location: 1046 N. Edgewood Street, Arlington, VA  22201

| RECEIPT # | DATE | TYPE | NAME | AMOUNT |
|---|---|---|---|---|
| 87182R | 08/31/12 | RC | Andrea Manafort | 1,900,000.00 |
| | | | **TOTAL DEPOSITS** | **1,900,000.00** |

| CHECK # | DATE | TYPE | NAME | AMOUNT |
|---|---|---|---|---|
| ▮ | 09/10/12 | CL | Donald Michael Abrashoff and Bruce A. Ca | 523,887.50 |
| ▮ | 09/11/12 | CL | McEnearney Associates | 7,180.00 |
| ▮ | 09/11/12 | CL | Long & Foster Realtors | 47,820.00 |
| ▮ | 09/11/12 | CL | Land, Carroll & Blair PC | 1,055.00 |
| ▮ | 09/11/12 | CL | Cameron Title Agency | 4,500.00 |
| ▮ | 09/11/12 | CL | Steven L. Davis | 100.00 |
| ▮ | 09/11/12 | CL | Cameron Title Agency | 80.00 |
| ▮ | 09/11/12 | CL | Chicago Title Insurance Comapny | 20.00 |
| ▮ | 09/11/12 | CL | Superior Pest Management | 35.00 |
| ▮ | 09/11/12 | CL | Clerk of Court | 8,272.00 |
| ▮ | 09/10/12 | CL | Wells Fargo Bank | 1,271,484.14 |
| ▮ | 09/10/12 | CL | Bruce A. Carter | 12,565.00 |
| ▮ | 09/10/12 | CL | Andrea Manafort | 23,001.36 |
| | | | **TOTAL DISBURSEMENT** | **1,900,000.00** |

DIFFERENCE          0.00