**From:** Marc Baldinger
**Sent:** Wednesday, September 04, 2013 12:12 PM
**To:** 'Paul Manafort'
**Cc:** Rob Clarke <
**Subject:** RE: Wire instructions

Paul

Received

I will wire the funds to Halen today.

**Marc H. Baldinger**
SE Osceola Street

Stuart, Florida  34994

---

**From:** Paul Manafort
**Sent:** Wednesday, September 04, 2013 10:44 AM
**To:** Marc Baldinger
**Subject:** Re: Wire instructions

They should be in your account today. Coming from global endeavor LTD

Sent from my iPhone

On Sep 4, 2013, at 10:43 AM, "Marc Baldinger"                          wrote:

> Paul
>
> Please let me know when you have attempted to wire the funds and I will look out for it.
>
> Marc
>
> **Marc H. Baldinger**
> SE Osceola Street
>
> Stuart, Florida  34994
>
> **From:** Paul Manafort
> **Sent:** Friday, August 30, 2013 3:35 PM

SCO-AEGIS-000014

**To:** Marc Baldringer
**Subject:** Wire instructions

Pls send me your wire instructions today. This way you will have the funds in your account first thing on Tuesday morning.
Paul

SCO-AEGIS-000015