```
TRN REF #: 20121005-00002360
--------------------------------------------------------------------------

    **** MESSAGE ENVELOPE ****                    ( BANK : 175 )

                                            SND DATE: 12/10/05
SRC:FED CALLER:                             EXT:

RPT#          AMT:62,750.00           CUR:USD                    TRDR#
TEST:  DUE:                       TYP:FTR/   FNDS:S CHG:DB:N CD:A COM:N CBL:N

--------------------------------------------------------------------------

*DBT A/    00021                      CDT *D          4686           ADV:LTR

DEBIT VAL: 12/10/05                   CREDIT VAL: 12/10/05
DEPT:175                              DEPT:175
JPMORGAN CHASE BANK, NA               AMER SERV CENTER ASSOC OF ALEX LLC
NEW YORK, NY                          MERCEDES-BENZ OF ALEXANDRIA
                                      200 S PICKETT ST
COUNTRY OF RESIDENCY: US              ALEXANDRIA VA 22304-4702
SEND:S/LIKICY2N                       BNF:           4686         CHG:  BK?N

MARFIN POPULAR BANK PUBLIC CO LTD     AMERICAN SERVICE CENTER ASSOCIATES
CYPRUS                                OF ALEXANDRIA


COUNTRY OF RESIDENCY: CY

SNDR REF NUM:           79FS
ORDERING BNK:S         N001
CYPRUS POPULAR BANK PUBLIC CO LTD
39 ARCH. MAKARIOS III AVENUE
NICOSIA (LEFKOSIA) CYPRUS 2081
ORIG:/                        9823
LUCICLE CONSULTANTS LIMITED
001 LAMPOUSAS
1095 NICOSIA
REF NUM:INVESTMENT
```

## Mercedes-Benz of Alexandria

ALEXANDRIA, VA 22304
www.MercedesAlexandria.com

**DEAL #:** (redacted)
**BUYER'S ORDER**
**SALESMAN:** (redacted)
**DATE:** 10/01/2012
**E-MAIL:** (redacted)

**Name:** KATHLEEN BOND MANAFORT
**Address:** 9357 MOUNT VERNON CIR
**City, State, Zip:** ALEXANDRIA VA 22309-3218
**License No:** B66127707
**D.O.B.:** 12/09/52

### Vehicle

| Field | Value |
|---|---|
| YEAR | 2013 |
| MAKE | MERCEDES-BENZ |
| MODEL | SL550 |
| NEW/USED | NEW (XX) |
| SERIAL NUMBER | WDDJK7DA1DF010491 |
| STOCK NO. | DF010491 |
| MILEAGE | 27 |
| DEL DATE | 10/01/12 |

### Insurance Information

- **INSURANCE CO:** GREAT NORTHERN INS
- **POLICY NO:** 1389 38 94
- **AGENT NAME:** CHUBB GROUP INS

### Trade Information

| Field | Trade 1 | Trade 2 |
|---|---|---|
| YEAR | 2011 | 2005 |
| MAKE | MERCEDES-BENZ | |
| MODEL | E350A | SL500 |
| SERIAL NO | WDDKK5GF5BF041577 | WDBSK75F5A101008 |
| MILEAGE | 6867 | 18567 |
| STATE | VA | VA |
| PAYOFF TO | NONE | NONE |

### Pricing

| Item | Amount |
|---|---|
| CASH PRICE OF VEHICLE | 117995.00 |
| OPTIONAL EQUIPMENT - PAINT SEAL, LEATHER T | 798.00 |
| DESTINATION & DELIVERY | N/A |
| TOTAL CASH SALES PRICE | 118793.00 |
| PROCESSING FEE FOR CONSUMER SERVICES | 299.00 |
| DEALER'S BUSINESS LICENSE TAX | 238.18 |
| TITLE TAX 6.00% | 3785.52 |
| REGISTRATION NEW TAGS TRANSFER STATE | 618.00 |
| TOTAL CASH DELIVERED PRICE | 123733.70 |
| ALLOWANCE FOR TRADE-IN | 56000.00 |
| LESS BALANCE OWING | |
| NET EQUITY | 56000.00 |
| DEPOSIT SUBMITTED WITH ORDER | 5000.00 |
| CASH TO BE PAID AT DELIVERY | N/A |
| TOTAL DOWN PAYMENT | 61000.00 |
| BALANCE DUE | 62733.70 |
| BALANCE TO BE PAID AT DELIVERY | 62733.70 |

FOR "AS IS" SALE ONLY: I UNDERSTAND THAT THIS VEHICLE IS BEING SOLD "AS IS" WITH ALL FAULTS AND IS NOT COVERED BY ANY DEALER WARRANTY. I UNDERSTAND THAT THE DEALER IS NOT REQUIRED TO MAKE ANY REPAIRS AFTER I BUY THIS VEHICLE. I WILL HAVE TO PAY FOR ANY REPAIRS THIS VEHICLE WILL NEED. (SEE # 12 ON REVERSE SIDE)

IF THIS BUYERS ORDER IS FOR A NEW VEHICLE WITH MORE THAN 750 MILES PLEASE READ THIS NOTICE. Notice: This new motor vehicle has accumulated mileage in excess of 750 miles as the result of use as a demonstrator and/or as the result of delivery to a prior prospective purchaser who never took title to it and who returned it.

**NO LIABILITY INSURANCE INCLUDED UNLESS SPECIFICALLY INDICATED**

0.7.4730.59786

DOJSCO-402194111

IF THIS BUYERS ORDER IS FOR A NEW VEHICLE WITH MORE THAN 750 MILES PLEASE READ THIS NOTICE.
Notice: This new motor vehicle may have accumulated mileage in excess of 750 miles as the result of test drives by other prospective purchasers and/or as the result of delivery to a prior prospective purchaser who never took title to it and who returned it.

The front and back of this buyer's order, along with other documents signed by Purchaser(s) in connection with this order, comprise the entire agreement between the parties affecting this purchase. No oral agreements or understandings shall be binding. Purchaser(s) acknowledges that he/she has been given the opportunity to review all documents prior to signing them and that he/she has not signed any documents in blank. By executing this Order, Purchaser(s) acknowledges he/she has read all of its terms and has received a fully completed copy. Purchaser(s) certifies he/she is 18 years of age or older. Until made effective, this order is not binding and Purchaser(s) may cancel and recover deposit.

## NO LIABILITY INSURANCE INCLUDED UNLESS SPECIFICALLY INDICATED

SECURITY AGREEMENT: Purchaser hereby grants Seller, its successors and assigns, a security interest in the motor vehicle, equipment and accessories to be purchased pursuant to this agreement, and such security interest shall remain in effect until all sums due hereunder have been paid in full.

IF YOU ARE FINANCING THIS VEHICLE PLEASE READ THIS NOTICE YOU ARE PROPOSING TO ENTER INTO A RETAIL INSTALLMENT SALES CONTRACT WITH THE DEALER. PART OF YOUR CONTRACT INVOLVES FINANCING THE PURCHASE OF YOUR VEHICLE. IF YOU ARE FINANCING THIS VEHICLE AND THE DEALER INTENDS TO TRANSFER YOUR FINANCING TO A FINANCE PROVIDER SUCH AS A BANK, CREDIT UNION OR OTHER LENDER, YOUR VEHICLE PURCHASE DEPENDS ON THE FINANCE PROVIDER'S APPROVAL OF YOUR PROPOSED RETAIL INSTALLMENT SALES CONTRACT. IF YOUR RETAIL INSTALLMENT SALES CONTRACT IS APPROVED WITHOUT A CHANGE THAT INCREASES THE COST OR RISK TO YOU OR THE DEALER, YOUR PURCHASE CANNOT BE CANCELLED. IF YOUR RETAIL INSTALLMENT SALES CONTRACT IS NOT APPROVED THE DEALER WILL NOTIFY YOU VERBALLY OR IN WRITING. YOU CAN THEN DECIDE TO PAY FOR THE VEHICLE IN SOME OTHER WAY OR YOU OR THE DEALER CAN CANCEL YOUR PURCHASE. IF THE SALE IS CANCELLED, YOU NEED TO RETURN THE VEHICLE TO THE DEALER WITHIN 24 HOURS OF VERBAL OR WRITTEN NOTICE IN THE SAME CONDITION IT WAS GIVEN TO YOU, EXCEPT FOR NORMAL WEAR AND TEAR. ANY DOWN PAYMENT OR TRADE-IN YOU GAVE THE DEALER WILL BE RETURNED TO YOU. IF YOU DO NOT RETURN THE VEHICLE WITHIN 24 HOURS OF VERBAL OR WRITTEN NOTICE OF CANCELLATION, THE DEALER MAY LOCATE THE VEHICLE AND TAKE IT BACK WITHOUT FURTHER NOTICE TO YOU AS LONG AS THE DEALER FOLLOWS THE LAW AND DOES NOT CAUSE A BREACH OF THE PEACE WHEN TAKING THE VEHICLE BACK. IF THE DEALER DOES NOT RETURN YOUR DOWN PAYMENT AND ANY TRADE-IN WHEN THE DEALER GETS THE VEHICLE BACK IN THE SAME CONDITION IT WAS GIVEN TO YOU, EXCEPT FOR NORMAL WEAR AND TEAR, THE DEALER MAY BE LIABLE TO YOU UNDER THE VIRGINIA CONSUMER PROTECTION ACT.

IF YOU ARE LEASING THIS VEHICLE, THE SAME PROCEDURES, RIGHTS, AND OBLIGATIONS APPLICABLE TO TRANSACTIONS INVOLVING A RETAIL INSTALLMENT SALES CONTRACT STATED ABOVE APPLY TO THIS LEASE TRANSACTION.

### Arbitration Agreement

PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

In this Arbitration Agreement, "you" refers to the buyer(s) signing below. "We," "us," and "our" refer to the Dealer signing below and anyone to whom the Dealer assigns this Arbitration Agreement.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Agreement, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, your purchase or financing contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign your purchase or financing contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Agreement shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose one of the following arbitration organizations and its applicable rules: the National Arbitration Forum, Box 50191, Minneapolis, MN 55405-0191 (www.arb-forum.com), the American Arbitration Association, 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org), or any other organization that you may choose subject to our approval. You may get a copy of the rules of these organizations by contacting the arbitration organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law in making an award. The arbitration hearing shall be conducted in the federal district in which you reside unless the seller of the vehicle is a party to the claim or dispute, in which case the hearing will be held in the federal district where this Arbitration Agreement was executed. We will advance your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $2500, which may be reimbursed by decision of the arbitrator at the arbitrator's discretion. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Agreement, then the provisions of this Arbitration Agreement shall control. The arbitrator's award shall be final and binding on all parties, except that in the event the arbitrator's award for a party is $0 or against a party is in excess of $100,000, or includes an award of injunctive relief against a party, that party may request a new arbitration under the rules of the arbitration organization by a three-arbitrator panel. The appealing party requesting new arbitration shall be responsible for the filing fee and other arbitration costs subject to a final determination by the arbitrators of a fair apportionment of costs. Any arbitration under this Arbitration Agreement shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration.

You and we retain any rights to self-help remedies, such as repossession. You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies or filing suit. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Agreement shall survive any termination, payoff or transfer of your financing contract. If any part of this Arbitration Agreement, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this arbitration clause shall be unenforceable.

10/01/2012

Approved _____     Signed (1) _____
         Dealer or Authorized Representative              Purchaser

This Order is not valid unless signed and accepted by the Dealer or his authorized representative.

Date: _____        (2) _____
                                                   Co/Purchaser

© 2002 The Virginia Automobile Dealers Association

0.7.4730.59786                                                                    DOJSCO-402194112

**Mercedes-Benz of Alexandria**
ALEXANDRIA, VA 22304
Phone 703-341-2100
www.justmercedes.com

DEAL # 33618

SOLD TO: KATHLEEN BOND MANAFORT
ADDRESS: PALM BEACH GARDENS FL 33418

| YR | MAKE | MODEL | NEW OR USED | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|---|---|
| 13 | MB | SL550 | NEW | WDDJK7DA1DF010491 |

SALESMAN: KATIE PINES

INSURANCE COVERAGE INCLUDES
- THEFT ☐
- COLLISION - AMT. DEDUCTIBLE ☐ N/A
- PUBLIC LIABILITY - AMT. N/A
- PROPERTY DAMAGE - AMT. N/A

| GROUP | DESCRIPTION | PRICE |
|---|---|---|
| | PAINT SEAL, LEATHER T | 798.00 |
| | | N/A |

TRADE IN 56000.00
NET EQUITY 56000.00
**NO LIABILITY INSURANCE INCLUDED**

USED CAR TRADED

| MAKE | MODEL | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|
| MERCEDES-BENZ | E350A | WDDKK5GF5BF041577 |
| MERCEDES-BENZ | SL500 | WDBSK75FX5F101008 |

DATE: 10/01/12
INVOICE NO.: 23946
STOCK NO.: 0F010491 C 8 8 5 4
SOURCE: 10(0) 12(0) 20(0)

| DESCRIPTION | COST | ACC'T NO. | SALE |
|---|---|---|---|
| NEW CAR | | 400_ | 117995.00 |
| | | 401_ | |
| | | 402_ | |
| | | 403_ | |
| TOT ACCESS | | | 798.00 |
| LEASE - N.C. | | 422_ | |
| TOURIST | | 445_ | |
| DOC FEE | | | 299.00 |
| INVENTORY - NEW CARS | | 231_ | |
| USED CARS - RETAIL | | 430_ | |
| - WHOLESALE | | 433_ | |
| DLR BUS LIC TAX | | | 238.18 |
| CAR DEAL NO. | | | 42758 |
| SALES TAX | | 315_ | 3785.52 |
| LICENSE AND TITLE | | 315_ | 618.00 |
| | | | N/A |
| TOTAL CASH PRICE | | | 123733.70 |
| FINANCING | | | N/A |
| INSURANCE | | | N/A |
| TOTAL TIME PRICE | | | 123733.70 |
| DEPOSIT - TOURIST | | 302 | |
| DEPOSIT | | 302A | N/A |
| CAR ACCOUNTS | | 220A | 5000.00 |
| USED CAR ALLOWANCE | | | N/A |
| PAYMENTS | | | 56000.00 |
| MONTHS DOLLARS | | | |
| 1  62733.70 PER MONTH | | | 62733.70 |
| TOTAL | | | 123733.70 |
| PAY OFF BAL. OWING FINANCE CO. | | 316 | N/A |
| FINANCE CONTRACT | | 205 | 62733.70 |
| RECONDITIONING - USED CARS RETAIL | | 631 | |
| COST OF SALES - USED CARS RETAIL | | 630 | |
| F041577A | | | 30000.00 |
| VALUE OF TRADE  S101008 | | I 240 | 26000.00 |
| | | I 241 | N/A |

# DEAL RECAP    MERCEDES BENZ OF ALEXANDRIA
ALEXANDRIA VA 22304

- ☐ Truth in Lending
- ☐ Check in Slip      ☐ Bank _____
- ☐ Appraisal Slip     ☒ Other CASH DEAL
- ☐ Odometer Certs _____
- ☐ Power Sheet _____
- ☐ Insurance _____
- ☐ Cash Receipts: _____
  - Amt. _____ No. _____
  - Amt. _____ No. _____
  - Amt. _____ No. _____
- ☐ Trade: Disc. Lic. _____ Lic. _____
  - ☐ P.O. Amt. _____
  - ☐ Good Till _____
  - ☐ Verified By _____
- ☐ Registration _____
  - Title In _____ Due _____
  - Source _____

| | | |
|---|---|---|
| SELLING PRICE (Inc. all Acc.) | | 118793.00 |
| SALES TAX | | 4023.70 |
| TRADE ALLOWANCE | | 56000.00 |
| PAY-OFF | | N/A |
| LIENHOLDER | N/A | |
| CASH DEPOSIT | | 5000.00 |
| C.O.D. | | N/A |
| DEFERRED DOWN No. 1 | | N/A |
| DEFERRED DOWN No. 2 | | N/A |
| DEFERRED DOWN No. 3 | | N/A |
| TOTAL CASH DOWN PAYMENT | | 5000.00 |
| NUMBER OF PAYMENTS/PAYMENT | 1 @ | 62733.70 |
| NO. DAYS BEFORE 1st PMT./DATE | 45 | 11/15/2012 |
| ADD-ON INTEREST RATE/APR | N/A | 0.00 |
| LICENSE AND REGISTRATION | | 618.00 |

| | | | |
|---|---|---|---|
| 2011 MERCEDES-BENZ E350A WDDKK5GF5BF041577 F041577A | 6867 | 30000.00 | |
| 2005 MERCEDES-BENZ SL500 WDBSK75FX5F101008 5F101008 | 18567 | 26000.00 | |

| | | | | |
|---|---|---|---|---|
| AMOUNT FINANCED | 62733.70 | DISCOUNT RATE: 0.00 | FINANCE RESERVE: | N/A |
| | PREMIUM | COST | | |
| CREDIT LIFE | N/A | N/A | RESERVE: | N/A |
| CREDIT A & H | N/A | N/A | RESERVE: | N/A |
| | N/A | N/A | | N/A |
| PHYSICAL DAMAGE | 798.00 | 155.00 | RESERVE: | 643.00 |
| SERVICE CONTRACTS | N/A | N/A | RESERVE: | N/A |
| OTHER | N/A | N/A | RESERVE: | N/A |

STOCK # DF010491   DESCRIPTION 2013 MERCEDES SL550
DEAL # 33618    I.D. # ███████ 0491
CUSTOMER KATHLEEN BOND MANAFORT   DATE 10/01/2012
ADDRESS ███████ PALM BEACH GA FL 33418
SALESMAN 1 KATIE PINES   MGR. DAVID C HANBURY
SALESMAN 2 _____
CUSTOMER PHONE: (H) ███████
PRICE OF VEHICLE ........ 117995.00
COST OF VEHICLE ........ 110497.00
PACK.../WEOWE ........ 600.00 *
TRADE ALLOWANCE ........ 56000.00 (PAYABLE GROSS)
A.C.V. OF TRADE ........ 56000.00    6898.00
OVER-ALLOWANCE ........ N/A
UNDER-ALLOWANCE ........ N/A
COMMISSION No. 1/BONUS ... N/A    N/A
COMMISSION No. 2/BONUS ... N/A    N/A
MANAGER COMM. ........ N/A
PROFIT OF SALE ........ 7198.00

APPROVED _____

| | | |
|---|---|---|
| TOTAL INSURANCE RESERVE: | | 643.00 |
| TOTAL F & I RESERVE: | | 643.00 |
| FINANCE COMMISSION: | | N/A |
| LAH INSURANCE COMMISSION: | | N/A |
| SERVICE CONTRACT COMMISSION: | | N/A |
| PDI COMMISSION: | | N/A |
| | | N/A |
| NET F & I RESERVE: | | 643.00 |

* PACK   300.00

WE OWE 1   300.00   DX FEE

GROSS PROFIT: 7841.00
NET PROFIT   7841.00

FORM RFI-237 (3-95 REINSTATED)   Reynolds and Reynolds   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055

0.7.4730.59786                                                                                                  DOJSCO-402194110