```
                    ***** INVOICE *****                    PAGE:   1


    SCOTT L. WILSON LANDSCAPE & TREE        INVOICE NUMBER: 0002852-IN
    SPECIALISTS, INC. NY Cert. Arborist
    ██████  ██████                          INVOICE DATE: 06/21/10
    WAINSCOTT, NY 11975

    ██████  ████████


    MR.PAUL MANAFORT                         CUSTOMER NO: PMA
    ███████████████████
    ALEXANDRIA          VA  22309

    CONTACT:                                        TERMS:
                                              DUE UPON RECEIPT
--------------------------------------------------------------------------------
SALES CD DESCRIPTION                      QUANTITY      PRICE      AMOUNT
--------------------------------------------------------------------------------
LABOR2  Labor - clear corner       .        200        45.00    9,000.00
MATER2  Boxwoods 6'                .          4     2,600.00   10,400.00
MATER2  kousa dogwood              .          3     1,100.00    3,300.00
MATER2  Buddlea                    .         25        95.00    2,375.00
MATER2  Topsoil                    .          1       400.00      400.00
MATER2  New perennials             .        485        19.00    9,215.00
MATER   Dahlias in back            .         75        30.00    2,250.00
MATER2  Boxwoods 2'                .         22       195.00    4,290.00
MU      Bags of mulch              .        100         9.50      950.00
MATER2  Hydrangeas 20 gal          .         40       225.00    9,000.00
MATER2  Crape myrtle specimen      .          1     3,800.00    3,800.00
MATER   Dahlias in circle          .         35        30.00    1,050.00

DP      Deposit from wire                                      26,305.00-

EW      Edge, weed & fluff mulch 3 x  hrs.  180        45.00    8,100.00
MATER   Impatience flats           .        135        25.00    3,375.00
MATER   Geraniums 12"              .         12        45.00      540.00
MATER   Petunias                   .         10        13.00      130.00
MATER   Bacopa                     .         60         9.50      570.00
MATER   New guinea impatience      .        250         8.00    2,000.00
MATER   Petunias                   .         60         9.50      570.00
LABOR   Plant impatience & flower pots hrs   80        45.00    3,600.00
MATER   Soil amendments            .          1       150.00      150.00

MO      Lawn Mowing thru 6/19      .         12       175.00    2,100.00
FE      Fertilize high organ slow rel .       2       300.00      600.00
DS      Deerspray application      1          7       150.00    1,050.00

DISC    Discount per original proposal                          4,000.00-


THANKYOU FOR THE OPPORTUNITY TO SERVE YOU

                                                    ------------
                                      NET INVOICE:    48,510.00

                                       SALES TAX:      2,331.77
                                                    ------------
                                    INVOICE TOTAL:    50,841.77
```

SCO-SWL-000022

```
                    ***** INVOICE *****                    PAGE:   1


   SCOTT L. WILSON LANDSCAPE & TREE        INVOICE NUMBER: 0002861-IN
   SPECIALISTS, INC. NY Cert. Arborist
   █████████                              INVOICE DATE: 07/16/10
   WAINSCOTT, NY 11975

   (631) 537-2403


   MR.PAUL MANAFORT                         CUSTOMER NO: PMA
   █████████████
   ALEXANDRIA            VA  22309

   CONTACT:                                          TERMS:
                                              DUE UPON RECEIPT
-------------------------------------------------------------------------
SALES CD DESCRIPTION                    QUANTITY       PRICE       AMOUNT
-------------------------------------------------------------------------
MO      Lawn Mowing thru 7/16        .          8      175.00     1,400.00
FG      Fungicide treatment          .          2      650.00     1,300.00
CH      Cut Hedges                   .          1    7,200.00     7,200.00
DEBRIS  Load of debris carted        .          1      300.00       300.00
DS      Deerspray application       1           5      175.00       875.00
LABOR   Watering                     hrs       24       45.00     1,080.00
EW      Edge and weed 2 times        hrs.     120       45.00     5,400.00
```

THANKYOU FOR THE OPPORTUNITY TO SERVE YOU

```
                                          ------------
                           NET INVOICE:     17,555.00

                            SALES TAX:       1,514.12
                                          ------------
                         INVOICE TOTAL:     19,069.12
```

SCO-SWL-000023

```
                           ***** INVOICE *****                    PAGE:   1


      SCOTT L. WILSON LANDSCAPE & TREE        INVOICE NUMBER: 0002883-IN
      SPECIALISTS, INC. NY Cert. Arborist
      ████████████                           INVOICE DATE: 08/17/10
      WAINSCOTT, NY 11975

      (631) 537-2403


      MR.PAUL MANAFORT                        CUSTOMER NO: PMA
      ████████████
      ALEXANDRIA          VA  22309

      CONTACT:                                        TERMS:
                                              DUE UPON RECEIPT
```

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| MO | Lawn Mowing | . | 8 | 175.00 | 1,400.00 |
| FG | Fungicide treatment | . | 1 | 650.00 | 650.00 |
| CH | Cut Hedges | . | 1 | 7,200.00 | 7,200.00 |
| DEBRIS | Load of debris carted | . | 1 | 300.00 | 300.00 |
| DS | Deerspray application | 1 | 4 | 175.00 | 700.00 |
| EW | Edge and weed & watering | hrs. | 120 | 45.00 | 5,400.00 |
| LI | Lime application | . | 1 | 500.00 | 500.00 |
| IN | Insecticide Treatment | . | 1 | 575.00 | 575.00 |
| MATER2 | Boxwoods 5' | . | 2 | 3,500.00 | 7,000.00 |
| MATER2 | Hydrangea | . | 10 | 95.00 | 950.00 |
| MATER2 | Sod | . | 1 | 250.00 | 250.00 |
| MATER2 | Gravel 1 yd. | . | 1 | 50.00 | 50.00 |

```
THANKYOU FOR THE OPPORTUNITY TO SERVE YOU
                                                    ------------
                                         NET INVOICE:   24,975.00

                                          SALES TAX:     1,442.53
                                                    ------------
                                       INVOICE TOTAL:   26,417.53
```

SCO-SWL-000024

```
                       ***** INVOICE *****                    PAGE:   1


    SCOTT L. WILSON LANDSCAPE & TREE          INVOICE NUMBER: 0002898-IN
    SPECIALISTS, INC. NY Cert. Arborist
    ██████████                                INVOICE DATE: 09/23/10
    WAINSCOTT, NY 11975

    (631) 537-2403


    MR.PAUL MANAFORT                          CUSTOMER NO: PMA
    ██████████████████████
    ALEXANDRIA          VA  22309

    CONTACT:                                        TERMS:
                                               DUE UPON RECEIPT
---------------------------------------------------------------------------
SALES CD DESCRIPTION                    QUANTITY        PRICE      AMOUNT
---------------------------------------------------------------------------
  MO     Lawn Mowing thru 9/24        .       10       175.00    1,750.00
  EW     Edge and weed 2 times      hrs.     100        45.00    4,500.00
  DS     Deerspray application        1        5       175.00      875.00
```

THANKYOU FOR THE OPPORTUNITY TO SERVE YOU

```
                                               ------------
                                 NET INVOICE:      7,125.00

                                  SALES TAX:         614.53
                                               ------------
                              INVOICE TOTAL:       7,739.53
```

SCO-SWL-000025

```
                        ***** INVOICE *****                    PAGE:   1


    SCOTT L. WILSON LANDSCAPE & TREE        INVOICE NUMBER: 0002906-IN
    SPECIALISTS, INC. NY Cert. Arborist
    ██████████████                          INVOICE DATE: 10/27/10
    WAINSCOTT, NY 11975

    (631) 537-2403


    MR.PAUL MANAFORT                              CUSTOMER NO: PMA
    ████████████████████
    ALEXANDRIA          VA  22309

    CONTACT:                                         TERMS:
                                                 DUE UPON RECEIPT
-----------------------------------------------------------------------
SALES CD DESCRIPTION                    QUANTITY       PRICE      AMOUNT
-----------------------------------------------------------------------
BF       Balance per invoice 2898    num      1    92,125.00   92,125.00

DP       Payment towards work                                  57,000.00-
DP       Payment towards work                                  26,000.00-

         Extras as of 10/26/10:
MATER2   Hydrangeas 7 gal.             .      30       95.00    2,850.00
MATER2   Perennials                    .     125       19.00    2,375.00
MATER2   Buddlea                       .       5       95.00      475.00
MU       Bags of mulch                 .      90        9.50      855.00
LABOR    Cutback perennials, edge,weed hrs  100       45.00    4,500.00
```

THANKYOU FOR THE OPPORTUNITY TO SERVE YOU

```
                                           ------------
                                NET INVOICE:   20,180.00

                                SALES TAX:         388.13
                                           ------------
                                INVOICE TOTAL:  20,568.13
```

SCO-SWL-000026

```
***** INVOICE *****                              PAGE:   1


SCOTT L. WILSON LANDSCAPE & TREE          INVOICE NUMBER: 0002922-IN
SPECIALISTS, INC. NY Cert. Arborist
                                          INVOICE DATE: 11/30/10
WAINSCOTT, NY 11975

(631) 537-2403


MR.PAUL MANAFORT                          CUSTOMER NO: PMA

ALEXANDRIA           VA   22309

CONTACT:                                       TERMS:
                                          DUE UPON RECEIPT
```

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|----------|-------------|------|----------|--------|----------|
| MO | Lawn Mowing 9/24 - 11/18 | . | 3 | 175.00 | 525.00 |
| FCU | Fall Clean - Up | . | 95 | 45.00 | 4,275.00 |
| DEBRIS | Load of debris carted | . | 1 | 325.00 | 325.00 |
| WP | Wiltproof application | each | 1 | 450.00 | 450.00 |
| MATER | Burlap 2 rolls | . | 2 | 285.00 | 570.00 |
| LABOR | Wrapboxwoods to protect | hrs | 38 | 45.00 | 1,710.00 |

```
Please let me know when you are out so we can meet
walk the property and decide what to do about
the trees.   Thanks,  Scott




THANKYOU FOR THE OPPORTUNITY TO SERVE YOU

                                          ------------
                               NET INVOICE:    7,855.00

                                SALES TAX:       677.49
                                          ------------
                            INVOICE TOTAL:     8,532.49
```

SCO-SWL-000027

Page:     1

## Invoice

SCOTT L. WILSON LANDSCAPE & TREE
SPECIALISTS, INC. NY Cert. Arborist

WAINSCOTT, NY 11975
(631) 537-2403

Invoice Number: 0002962-IN

Invoice Date: 3/8/2011

Salesperson:

Tax Schedule: NY

MR.PAUL MANAFORT

ALEXANDRIA, VA 22309

Customer Number: PMA

Customer P.O.:

Ship VIA:

Contact:

Terms: Progress Billings

| Item Code | Description | UM | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 2011 MAINTENANCE PROPOSAL | | | | | |
| MO | Lawn Mowing | . | 47.000 | 175.000 | 8,225.00 |
| FE | Fertilize high organ slow rel | . | 4.000 | 300.000 | 1,200.00 |
| CG | Pre-emergent crab grass applic | . | 1.000 | 450.000 | 450.00 |
| BL | Broadleaf herbicide treatment | . | 1.000 | 485.000 | 485.00 |
| LI | Lime application | . | 1.000 | 500.000 | 500.00 |
| IN | Insecticide Treatment | . | 1.000 | 575.000 | 575.00 |
| FG | Fungicide treatment | . | 3.000 | 650.000 | 1,950.00 |
| SCU | Spring Clean - Up | HRS. | 145.000 | 45.000 | 6,525.00 |
| DEBRIS | Load of debris carted | . | 1.000 | 350.000 | 350.00 |
| MU | Bags of mulch | . | 330.000 | 9.750 | 3,217.50 |
| H | Herbicide application | NUM. | 1.000 | 275.000 | 275.00 |
| AER | Aerate lawn | . | 1.000 | 600.000 | 600.00 |
| FCU | Fall Clean - Up | . | 95.000 | 45.000 | 4,275.00 |
| WP | Wiltproof application | EACH | 1.000 | 450.000 | 450.00 |
| CHS | Cut hedges & shrubs | EACH | 2.000 | 7,200.000 | 14,400.00 |
| DEBRIS | Load of debris carted | . | 2.000 | 350.000 | 700.00 |
| FHS | Fertilize hedges & shrubs | . | 1.000 | 800.000 | 800.00 |
| DISC | Discount | | 1.000 | 4,000.000- | 4,000.00- |

If you are out this weekend, I would like to walk
the property with you.  Thanks, Scott

* THIS IS A DUPLICATE INVOICE*

| | |
|---|---|
| Net Invoice: | 40,977.50 |
| Freight: | 0.00 |
| Sales Tax: | 3,879.31 |
| Invoice Total: | 44,856.81 |

Page:      1

## Invoice

SCOTT L. WILSON LANDSCAPE & TREE
SPECIALISTS, INC. NY Cert. Arborist

WAINSCOTT, NY 11975
(631) 537-2403

**Invoice Number:** 0002997-IN

**Invoice Date:** 8/24/2011

**Salesperson:**

**Tax Schedule:** NY

MR PAUL MANAFORT

ALEXANDRIA, VA  22309

**Customer Number:** PMA

**Customer P.O.:**

**Ship VIA:**

Contact:

**Terms:** DUE UPON RECEIPT

| Item Code | Description | UM | Quantity | Price | Amount |
|-----------|-------------|-----|----------|-------|--------|
| MO | Lawn Mowing | . | 10.000 | 175.000 | 1,750.00 |
| EW | Edge and weed | HRS. | 130.000 | 45.000 | 5,850.00 |
| CHS | Cut hedges & shrubs | EACH | 1.000 | 7,200.000 | 7,200.00 |
| DEBRIS | Load of debris carted | . | 1.000 | 350.000 | 350.00 |
| DS | Deerspray application | 1 | 8.000 | 175.000 | 1,400.00 |
| FE | Fertilize high organ slow rel | . | 1.000 | 300.000 | 300.00 |
| IN | Insecticide Treatment | . | 1.000 | 575.000 | 575.00 |
| FG | Fungicide treatment | . | 1.000 | 650.000 | 650.00 |

* THIS IS A DUPLICATE INVOICE*

| | |
|---|---|
| Net Invoice: | 18,075.00 |
| Freight: | 0.00 |
| Sales Tax: | 1,558.97 |
| Invoice Total: | 19,633.97 |

Page:        1

## Invoice

SCOTT L. WILSON LANDSCAPE & TREE
SPECIALISTS, INC. NY Cert. Arborist

WAINSCOTT, NY 11975
(631) 537-2403

Invoice Number: 0003019-IN

Invoice Date: 9/30/2011

Salesperson:

Tax Schedule: NY

MR.PAUL MANAFORT

ALEXANDRIA, VA  22309

Customer Number: PMA

Customer P.O.:

Ship VIA:

Contact:

Terms: DUE UPON RECEIPT

| Item Code | Description | UM | Quantity | Price | Amount |
|-----------|-------------|-----|----------|-------|--------|
| MO | Lawn Mowing | . | 10.000 | 175.000 | 1,750.00 |
| FE | Fertilize high organ slow rel | . | 1.000 | 300.000 | 300.00 |
| LABOR | Hurricane cleanup | HRS | 108.000 | 45.000 | 4,860.00 |
| CHIP | Chipper | . | 1.000 | 400.000 | 400.00 |
| DEBRIS | Load of debris carted | . | 3.000 | 350.000 | 1,050.00 |
| DS | Deerspray application | 1 | 2.000 | 175.000 | 350.00 |
| AER | Aerate lawn | . | 1.000 | 600.000 | 600.00 |
| TOS | Thatch & overseed | NUM. | 1.000 | 2,700.000 | 2,700.00 |
| BF | Balance Forward | NUM | 1.000 | 7,633.970 | 7,633.97 |

* THIS IS A DUPLICATE INVOICE*

| | |
|---|---|
| Net Invoice: | 19,643.97 |
| Freight: | 0.00 |
| Sales Tax: | 910.80 |
| Invoice Total: | 20,554.77 |

SCO-SWL-000032