

 **sabatello companies**

## CHANGE ORDER # 1

### SABATELLO CONSTRUCTION OF FLORIDA, INC.

Date: April 24, 2012
Owner's Name: Paul and Kathy Manafort
E-mail:
Property Address:
Community: BallenIsles

This Change Order is to amend and becomes part of the "Construction Contract dated February 4, 2012 (Section 4.4)" Contractor is authorized to perform the following specifically described additional work:

**IMPACT RESISTANT GLASS BLOCK, MASTER ROMAN TUB:**

1. Remove two existing fixed glass windows above Master Bathroom Roman tub.

2. Infill South facing window with masonry, stucco exterior, insulation and drywall interior. Finished to match existing.

3. Install 8" x 8" impact resistant Endura pattern glass block in West facing fixed glass window area at Roman tub.

| ADDITIONAL CHARGE FOR ABOVE WORK IS: | $11,990 |
|---|---|
| PAYMENT TERMS: Due Upon Execution of Change Order | |

This Change Order becomes void if not signed and returned to our office by May 1, 2012. Execution of this Change Order will add approximately 8 working days to contracted completion date.

Above authorized additional work will be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Date: 4-28-12   Authorizing Signature: _____
                                       Paul Manafort

We hereby agree to furnish labor and materials for this Change Order, in accordance with the same terms and conditions are specified in original contract.

Date: 4/24/12   Authorizing Signature: _____
                                       Sabatello Construction of Florida, Inc.
                                       Paul T. Sabatello, VP

Palm Beach Gardens, Florida 33418
Telephone • Facsimile
www.sabatellocompanies.com
www.sabco.us

CG-C012501   CG-C012678

0.7.4249.1373949

DOJSCO-402195935



**ORIGINAL**

# CHANGE ORDER # 2

## SABATELLO CONSTRUCTION OF FLORIDA, INC.

**Date:** May 2, 2012
**Owner's Name:** Paul and Kathy Manafort
**E-mail:** [redacted]
**Property Address:** [redacted]
**Community:** BallenIsles

This Change Order is to amend and becomes part of the "Construction Contract dated February 4, 2012 (Section 4.4)". Contractor is authorized to perform the following specifically described additional work:

1. Roof replacement to include the following:
   - Removal of existing roofing to level of plywood
   - Re-nail existing plywood to current code
   - Replace up to a total of three (3) sheets of rotted plywood
   - Reuse existing embedded wall flashings
   - New #30 ASTM Asphalt felt tin tagged to plywood deck
   - New mopped mineral surfaced tile underlayment roll roofing
   - Galvanized flashings and white galvanized metal drip
   - Standard color cement tile by Eagle
   - Poly-foam adhesive roof tile installation
   - New aluminum gutters on entire perimeter of home, due to damage by re-roofing

| | |
|---|---|
| **ADDITIONAL CHARGE FOR ABOVE WORK IS:** | $58,300 |
| **PAYMENT TERMS:** 50% Due Upon Execution of Change Order<br>50% Due Upon Completion | |

This Change Order becomes void if not signed and returned to our office by May 9, 2012. Execution of this Change Order will add approximately 10 working days to contracted completion date.

Above authorized additional work will be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Date: 5-3-12    Authorizing Signature: _____
                                       Paul Manafort

We hereby agree to furnish labor and materials for this Change Order, in accordance with the same terms and conditions are specified in original contract.

Date: 5/2/12    Authorizing Signature: _____
                                       Sabatello Construction of Florida, Inc.
                                       Paul T. Sabatello, VP

[redacted] Palm Beach Gardens, Florida 33418
Telephone [redacted]
CG C012501    www.sabatellocompanies.com    CG C012678
              www.sdbco.us

0.7.4249.1374130                                          DOJSCO-402195923



# CHANGE ORDER # 3

## SABATELLO CONSTRUCTION OF FLORIDA, INC.

**Date:** May 21, 2012
**Owner's Name:** Paul and Kathy Manafort
**E-mail:**
**Property Address:**
**Community:** BallenIsles

This Change Order is to amend and becomes part of the *"Construction Contract dated February 4, 2012 (Section 4.4)"* Contractor is authorized to perform the following specifically described additional work:

### REPLACE EXISTING MASTER TOILET AREA SINGLE HUNG WINDOW AS FOLLOWS:

1. Remove existing single hung window above water closet (toilet).

2. Replace single hung window with 8" x 8" impact resistant Endura pattern glass block in window area at water closet.

| ADDITIONAL CHARGE FOR ABOVE WORK IS: | $4,945 |
|---|---|
| PAYMENT TERMS: Due Upon Execution of Change Order | |

This Change Order becomes void if not signed and returned to our office by May 25, 2012. Execution of this Change Order will add approximately 0 working days to contracted completion date.

Above authorized additional work will be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Date: 5-22-12            Authorizing Signature: _____
                                                   Paul Manafort

We hereby agree to furnish labor and materials for this Change Order, in accordance with the same terms and conditions are specified in original contract.

Date: 5/21/12            Authorizing Signature: _____
                                                   Sabatello Construction of Florida, Inc.
                                                   Paul T. Sabatello, VP

_____, Florida 33418

ORIGINAL

# sabatello companies

## CHANGE ORDER # 4 Revised 6/28/12

### SABATELLO CONSTRUCTION OF FLORIDA, INC.

**Date:** June 28, 2012
**Owner's Name:** Paul and Kathy Manafort
**E-mail:**
**Property Address:**
**Community:** BallenIsles

This Change Order is to amend and becomes part of the *"Construction Contract dated February 4, 2012 (Section 4.4)"*
Contractor is authorized to perform the following specifically described additional work:

1. Wind mitigation required by Palm Beach Gardens Building Department for      $6,358
   roof connection to building. Includes:
   - Removing two (2) sheets of plywood at each of the fourteen (14) existing hip corners
   - Fastening the existing trusses to wall with new specified structural connector per attached design by S.W Engineering, Inc.
   - Installing new plywood at work area

2. Roof tile selection:                                                         N/A
   - Manufacturer: Eagle Tile
   - Style: Capistrano
   - Color: Sanborn Blend #3603

3. Authorization to proceed with removal of wet drywall and insulation         TBD
   in ceiling and walls of Guest Bathroom # 3, if needed.

**ADDITIONAL CHARGE FOR ABOVE WORK IS:**                                        $6,358
**PAYMENT TERMS:** Due Upon Execution of Change Order

This Change Order becomes void if not signed and returned to our office by July 2, 2012. Execution of this Change Order will add approximately 0 working days to contracted completion date.

Above authorized additional work will be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Date: 6-29-12        Authorizing Signature: _____
                                              Paul Manafort

We hereby agree to furnish labor and materials for this Change Order, in accordance with the same terms and conditions are specified in original contract.

Date: 6/28/12        Authorizing Signature: _____
                                              Sabatello Construction of Florida, Inc.
                                              Paul T. Sabatello, VP

Palm Beach Gardens, Florida 33418
Telephone          • Facsimile
CG-C012501       www.sabatellocompanies.com          CG-C012678
                 www.sabco.us

0.7.4249.1373576                                              DOJSCO-402195818



# sabatello companies

## CHANGE ORDER # 5

### SABATELLO CONSTRUCTION OF FLORIDA, INC.

**ORIGINAL**

**Date:** August 6, 2012
**Owner's Name:** Paul and Kathy Manafort
**E-mail:** ▮
**Property Address:** ▮
**Community:** BallenIsles

This Change Order is to amend and becomes part of the "Construction Contract dated February 4, 2012 (Section 4.4)"
Contractor is authorized to perform the following specifically described additional work:

1. Reconciliation of listello allowances in Guest Baths:
   Cost: $ 700
   Allowance: ($1,300)
   Credit: ($600)

2. Remove and replace water damaged and mold affected drywall and insulation in Guest Bathroom #3. Includes the following:     $6,670
   - Containment
   - Negative Air Pressurization
   - Bioaerosol Air samples
   - Installation of new insulation
   - Installation of new Drywall
   - Painting of walls
   - Wallpaper is not included

3. Repair and update Lightning protection system.     $2,280
   Does not include Surge Protection.

**ADDITIONAL CHARGE FOR ABOVE WORK IS:**     **$8,350**
**PAYMENT TERMS:** Due Upon Execution of Change Order

This Change Order becomes void if not signed and returned to our office by August 13, 2012. Execution of this Change Order will add approximately 6 working days to contracted completion date.

Above authorized additional work will be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Date: 8-9-12     Authorizing Signature: _____
    Paul Manafort

We hereby agree to furnish labor and materials for this Change Order, in accordance with the same terms and conditions are specified in original contract.

Date: 8/6/12     Authorizing Signature: _____
    Sabatello Construction of Florida, Inc.
    Paul T. Sabatello, VP

▮ Palm Beach Gardens, Florida 33418
Telephone ▮ • Facsimile ▮
CG-C012501     www.sabatellocompanies.com     CG-C012678
    www.sabco.us

 sabatello companies

 ORIGINAL

## CHANGE ORDER # 6

### SABATELLO CONSTRUCTION OF FLORIDA, INC.

**Date:** September 20, 2012
**Owner's Name:** Paul and Kathy Manafort
**E-mail:** ███████████████
**Property Address:** ███████████████
**Community:** BallenIsles

This Change Order is to amend and becomes part of the *"Construction Contract dated February 4, 2012 (Section 4.4)"* Contractor is authorized to perform the following specifically described additional work:

1. Change Existing Guest House Bath faucet, tub/ shower valve/ trim and bath accessories from Kohler Revival, color: Polished Gold to Kohler Bancroft, color: Vibrant French Gold.

2. Change New Guest House Bath faucet, tub/shower valve/trim and bath accessories from Kohler Revival, color: Polished Gold to Kohler Bancroft, color: Vibrant French Gold.

**ADDITIONAL CHARGE FOR ABOVE WORK IS:** ($360)
**PAYMENT TERMS:** Credit

This Change Order becomes void if not signed and returned to our office by August 27, 2012. Execution of this Change Order will add approximately 0 working days to contracted completion date.

Above authorized additional work will be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Date: Sept 20, 2012    Authorizing Signature: _____
                                                    Paul Manafort

We hereby agree to furnish labor and materials for this Change Order, in accordance with the same terms and conditions are specified in original contract.

Date: 9/20/12    Authorizing Signature: _____
                                          Sabatello Construction of Florida, Inc.
                                          Paul T. Sabatello, VP

███████████████ • ███████████████ • Palm Beach Gardens, Florida 33418
Telephone ███████████████ • Facsimile ███████████████
CG-C012501    www.sabatellocompanies.com    CG-C012678
              www.sabco.us

0.7.4249.1374443

DOJSCO-402195698



# sabatello companies

## CHANGE ORDER # 7

### SABATELLO CONSTRUCTION OF FLORIDA, INC.


ORIGINAL

**Date:** November 21, 2012
**Owner's Name:** Paul and Kathy Manafort
**E-mail:**
**Property Address:**
**Community:** BallenIsles

This Change Order is to amend and becomes part of the *Construction Contract dated February 4, 2012 (Section 4.4)*
Contractor is authorized to perform the following specifically described additional work:

### A. MASTER BATHROOM:

1. Paint selections to be as follows:     TBD

   Walls to be faux paint: _____

   Ceiling: _____

   Trim: _____

### B. GENERAL INTERIOR:

1. Add one (1) white ceiling fan to each Bedroom. Total of two (2).  $ 500
2. New closet organizers in original Guest House closet and new closet, color: Bisque  $2,495
3. All interior doors to Guest House to have egg shaped knobs, color: Satin Nickel.  $ 340
4. Remove beams from the following locations, then faux finish paint:  $4,290
   - Master Vestibule
   - Dining Room entry
   - Dining Room
   - Den
   Includes removing and reinstalling Den ceiling fan, new large fan medallion in Den, drywall repairs, electrical disconnect of Dining Room rope lighting, faux painting to match existing.

•Palm Beach Gardens, Florida 33418
Telephone • Facsimile
CG-C012501
www.sabatellocompanies.com
www.sabco.us
CG-C012678

DOJSCO-402195573
0.7.4249.1374530

C. **EXTERIOR FRONT ENTRY CEILING:**

   1. Add 1" x 8" wood plank, smooth finish tongue and groove cypress with 7-1/4" crown molding, stain to match front door.
   2. Add two (2) traditional high hats to Front Entry ceiling.     $4,775

D. **EXTERIOR FRONT ELEVATION:**

   1. Add 12" raised stucco frieze under soffit on front elevation of Master Bathroom, Den, Front Entry Tower and Front Bedroom.
   2. Remove selected hurricane shutter top rail, and reinstall on top of new stucco frieze.
   3. Remove existing corbels, and replace with M-77 10" 7" x 6", total of 48, at 4'oc as appropriate.     $11,375

E. **GENERAL EXTERIOR:**

   1. Paint:
      • Repaint exterior in same color scheme as existing.
      • Pressure clean exterior of Home, apply chalky wall sealer and finish with Loxon XP weather proof paint. Varnish front doors and side lites.
      • Varnish Garage doors.     $11,850

| ADDITIONAL CHARGE FOR ABOVE WORK IS: | $35,625 |
|---|---|
| PAYMENT TERMS: Due Upon Execution of Change Order | |

This Change Order becomes void if not signed and returned to our office by November 28, 2012. Execution of this Change Order will add approximately 30 working days to contracted completion date.

Above authorized additional work will be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Date: 11-22-12  Authorizing Signature: _____
                                                    Paul Manafort

We hereby agree to furnish labor and materials for this Change Order, in accordance with the same terms and conditions are specified in original contract.

Date: 11/21/12  Authorizing Signature: _____
                                                    Sabatello Construction of Florida, Inc.
                                                    Paul T. Sabatello, VP

•Palm Beach Gardens, Florida 33418
Telephone ███  • Facsimile ███
CG-C012501   www.sabatellocompanies.com   CG-C012678
www.sabco.us

DOJSCO-402195574
0.7.4249.1374530



# sabatello companies

## CHANGE ORDER # 8

**ORIGINAL**

### SABATELLO CONSTRUCTION OF FLORIDA, INC.

**Date:** November 28, 2012
**Owner's Name:** Paul and Kathy Manafort
**E-mail:**
**Property Address:**
**Community:** BallenIsles

This Change Order is to amend and becomes part of the *"Construction Contract dated February 4, 2012 (Section 4.4)"* Contractor is authorized to perform the following specifically described additional work:

1. Change two (2) existing coach lights on Guest House to Maxim, Camden VX, Model #41425WG, Golden Bronze finish, as pictured below.

2. Add two (2) new coach light outlets on existing columns of existing Main House exterior Front Entry. New coach light fixtures are to be Maxim, Camden VX, Model #41425WG, Golden Bronze finish, as pictured below.

3. Change two (2) existing exterior wall sconces in Front Entry to Justice Design Group, Ceramic, Model # 2190, Navarro Sand finish, as pictured below.

#5 Three Light Wall Sconce with Water Glass – 24" High

#6 Single Light Dome Sconce – Ceramic 11 ¾" wide x 5" Hand Painted Finishes Available





**Coach Lights**
Maxim, Camden VX, # 41425WG

**Wall Sconce**
Justice Design Group, Ceramic, #2190

Palm Beach Gardens, Florida 33418
Telephone • Facsimile
CG-C012501   www.sabatellocompanies.com   CG-C012678
www.sabco.us

.7.4249.1374029

Manafort – Change Order # 8
November 28, 2012
Page 2 of 2

| ADDITIONAL CHARGE FOR ABOVE WORK IS: | $4,083 |
|---|---|
| PAYMENT TERMS: Due Upon Execution of Change Order | |

This Change Order becomes void if not signed and returned to our office by December 5, 2012. Execution of this Change Order will add approximately 10 working days to contracted completion date.

Above authorized additional work will be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Date: 11-29-12        Authorizing Signature: _____
                                                 Paul Manafort

We hereby agree to furnish labor and materials for this Change Order, in accordance with the same terms and conditions are specified in original contract.

Date: 11/28/12        Authorizing Signature: _____
                                                 Sabatello Construction of Florida, Inc.
                                                 Paul T. Sabatello, VP

•Palm Beach Gardens, Florida 33418
Telephone ▮▮▮ • Facsimile ▮▮▮
CG-C012501                www.sabatellocompanies.com                CG-C012678
                                    www.sabco.us

0.7.4249.1374029

DOISCO-402195567



# sabatello companies

## CHANGE ORDER # 9

### SABATELLO CONSTRUCTION OF FLORIDA, INC.

**Date:** February 22, 2013
**Owner's Name:** Paul and Kathy Manafort
**E-mail:**
**Property Address:**
**Community:** BallenIsles

This Change Order is to amend and becomes part of the "*Construction Contract dated February 4, 2012 (Section 4.4)*"
Contractor is authorized to perform the following specifically described additional work:

1. Work associated with exterior fountain:                                         $3,345
   - Installation of hose bib
   - Installation of electrical outlet and switch
   - Installation of owners provided mosaic tile
   - Supply and installation of cast stone surrounds

2. Miscellaneous electrical changes throughout.                                    $1,305

| ADDITIONAL CHARGE FOR ABOVE WORK IS: | $4,650 |
|---|---|
| PAYMENT TERMS: Due Upon Execution of Change Order | |

This Change Order becomes void if not signed and returned to our office by March 1, 2013. Execution of this Change Order will add approximately 0 working days to contracted completion date.

Above authorized additional work will be performed under same terms and conditions as specified in original contract unless otherwise stipulated.

Date: 2-23-13          Authorizing Signature: _____
                                                Paul Manafort

We hereby agree to furnish labor and materials for this Change Order, in accordance with the same terms and conditions are specified in original contract.

Date: 2/22/13          Authorizing Signature: _____
                                                Sabatello Construction of Florida, Inc.
                                                Paul T. Sabatello, VP

Palm Beach Gardens, Florida 33418
Telephone ● Facsimile
CG-C012501          www.sabatellocompanies.com          CG-C012678
www.sabco.us