

SCO9-Sab-001154