# SENSORYPHILE, INC.

WATER MILL, NY 11976

| Date | Number |
|---|---|
| 3/1/2010 | ■ |

PAID 04/27/2010

**Billed To:**
KATHLEEN MANAFORT
C/O FIRST REPUBLIC BANK
PERSONAL FINANCIAL SERVICES
IRVINE, CA 92619-4086

**Location:**
194 JOBS LANE
BRIDGEHAMPTON, NY
BASEMENT

| Rep | Project |
|---|---|
| GRG | |

| Item | Description | Room | Qty | Rate | Amount |
|---|---|---|---|---|---|
| CN AV2 | CRESTRON AV2 CONTROLLER | SYSTEM | 1 | 2,700.00 | 2,700.00T |
| CN C2ENET-1 | CRESTRON ETHERNET CARD - SINGLE PORT | | 1 | 900.00 | 900.00T |
| CN CHV-THSTATW | CRESTRON THERMOSTAT/HUMIDITY WIRED (WHITE) | | 8 | 600.00 | 4,800.00T |
| CN CNTBLOCK | CRESTRON NETWORK TERMINAL BLOCK | | 6 | 125.00 | 750.00T |
| MISC PART | VANTAGE LIGHTING INTERFACE | | 1 | 1,200.00 | 1,200.00T |
| WEBSITE | WEBSITE DOMAIN SETUP AND SUBSCRIPTION, XPANEL & REMOTE ACCESS | | | 1,800.00 | 1,800.00T |
| NG JGS516NA | NETGEAR 16 PORT GIGABIT SWITCH | | 1 | 200.00 | 200.00T |
| MA 5-43 | MID ATL 43 SPACE RACK | | 1 | 600.00 | 600.00T |
| MA CBS 5 | RACK CASTER BASE | | 1 | 225.00 | 225.00T |
| MA DO-5-43 | MIDDLE ATLANTIC PLEXIGLASS DOORS - 43 SPACE | | 1 | 325.00 | 325.00T |
| MA SP5 43 | SIDE PANELS - PAIR | | 1 | 350.00 | 350.00T |
| INSTALL | NEW RACK ASSEMBLY AND HARDWARE AND SWAP WITH SHORT RACKS | | 6.5 | 105.00 | 682.50T |
| CN C2N-DBF-12... | CRESTRON KEYPAD - WHITE | MASSAGE | 1 | 300.00 | 300.00T |
| BW 686 | BW SPEAKERS-EACH | | 2 | 240.00 | 480.00T |
| S LC-26DV27UT | SHARP 26" HD LCD TV W/ DVD PLAYER | GUEST ROOM | 1 | 500.00 | 500.00T |
| I XHT458-1100 | HDMI-HDMI 11M | | 1 | 200.00 | 200.00T |
| X IR SYSTEM | XANTECH REMOTE REPEATER SYSTEM | | 1 | 225.00 | 225.00T |
| I XHT458-1100 | HDMI-HDMI 11M | GUEST ROOM 2 | 1 | 200.00 | 200.00T |
| X IR SYSTEM | XANTECH REMOTE REPEATER SYSTEM | | 1 | 225.00 | 225.00T |
| I XHT458-1100 | HDMI-HDMI 11M | GUEST ROOM 3 | 1 | 200.00 | 200.00T |
| X IR SYSTEM | XANTECH REMOTE REPEATER SYSTEM | | 1 | 225.00 | 225.00T |

| Phone # | Fax # |
|---|---|
| ■ | ■ |

| | |
|---|---|
| Subtotal | |
| Sales Tax (8.625%) | |
| **Total** | |

Page 1

0.7.3940.752541.pdf                                        DOJSCO-400675816

# SENSORYPHILE, INC.

WATER MILL, NY 11976

| Date | Number |
|---|---|
| 3/1/2010 | |

**PAID 04/27/2010**

**Billed To:**
KATHLEEN MANAFORT
C/O FIRST REPUBLIC BANK
PERSONAL FINANCIAL SERVICES

IRVINE, CA 92619-4086

**Location:**
194 JOBS LANE
BRIDGEHAMPTON, NY
BASEMENT

| Rep | Project |
|---|---|
| GRG | |

| Item | Description | Room | Qty | Rate | Amount |
|---|---|---|---|---|---|
| OM ULPC-S | OMNIMOUNT LOW PROFILE CANTILEVER MOUNT - SMALL | POOL HOUSE | 1 | 125.00 | 125.00T |
| X IR SYSTEM | XANTECH REMOTE REPEATER SYSTEM | | 1 | 225.00 | 225.00T |
| PROGRAM P | CRESTRON SYSTEM INTEGRATION PROGRAMING | | 15 | 250.00 | 3,750.00T |
| MATERIAL | WIRE, CABLE & CONNECTORS | | | 810.00 | 810.00T |
| INSTALL | DESIGN, INSTALLATION & ADMINISTRATION | | 56.5 | 105.00 | 5,932.50T |
| | SUBTOTAL | | | | 27,930.00 |
| DEPOSIT | DEPOSIT RECEIVED | | | -10,000.00 | -10,000.00 |

PLEASE REMIT PAYMENT UPON RECEIPT.

Phone #     Fax #

| | |
|---|---|
| Subtotal | $17,930.00 |
| Sales Tax (8.625%) | $2,408.96 |
| **Total** | **$20,338.96** |

0.7.3940.752541.pdf                              DOJSCO-400675817