# SENSORYPHILE, INC.

WATER MILL, NY 11976

| Date | Number |
|---|---|
| 4/15/2010 | |

**PAID 04/27/2010**

| Billed To: | Location: |
|---|---|
| KATHLEEN MANAFORT<br>C/O FIRST REPUBLIC BANK<br>PERSONAL FINANCIAL SERVICES<br><br>IRVINE, CA 92619-4086 | 194 JOBS LANE<br>BRIDGEHAMPTON, NY<br>karaoke system |

| | Rep | Project |
|---|---|---|
| | GRG | |

| Item | Description | Room | Qty | Rate | Amount |
|---|---|---|---|---|---|
| INT PYMT | DEPOSIT DUE UPON ACCEPTANCE | | | 7,500.00 | 7,500.00T |

PLEASE REMIT PAYMENT UPON RECEIPT.

| Phone # | Fax # |
|---|---|
| | |

| | |
|---|---|
| **Subtotal** | $7,500.00 |
| **Sales Tax (8.625%)** | $646.88 |
| **Total** | $8,146.88 |

# SENSORYPHILE, INC.

WATER MILL, NY 11976

| Date | Number |
|---|---|
| 7/13/2010 | |

**PAID 08/03/2010**

**Billed To:**
KATHLEEN MANAFORT
C/O FIRST REPUBLIC BANK
PERSONAL FINANCIAL SERVICES

IRVINE, CA 92619-4086

**Location:**
194 JOBS LANE
BRIDGEHAMPTON, NY
karaoke system

| Rep | Project |
|---|---|
| GRG | |

| Item | Description | Room | Qty | Rate | Amount |
|---|---|---|---|---|---|
| CAVS DVD203G ... | CAVS KARAOKE MACHINE | STAGE | 1 | 500.00 | 500.00T |
| CAVS 160HD | CAVS 160 GIG HARD DRIVE | | 1 | 100.00 | 100.00T |
| MISC PART | CAVS KARAOKE SONG PACKAGE | | 1 | 950.00 | 950.00T |
| MF ATW-2120 | AUDIO-TECHNICA HAND-HELD WIRELESS SYSTEM | | 2 | 450.00 | 900.00T |
| HO MST-140 | HOSA TRIPOD MIC STAND | | 2 | 25.00 | 50.00T |
| MF QSC-K10 | QSC 10" POWERED PA SPEAKER | | 3 | 1,000.00 | 3,000.00T |
| QSC K10 YOKE | QSC K10 YOKE | | 3 | 135.00 | 405.00T |
| S LC-46E77UN | SHARP 46" LCD | | 1 | 1,400.00 | 1,400.00T |
| CHIEF MFM-UB | CHIEF FLAT PANEL MONITOR CART | | 1 | 650.00 | 650.00T |
| IN RGB4X-R | HDTV 4X1 COMPONENT VIDEO SWITCHER | | 1 | 250.00 | 250.00T |
| MISC PART | IXOS AUDIO VIDEO CONTROL HARNESS | | 1 | 420.00 | 420.00T |
| RTI T2B | RTI 2.4" MONOCHROME TOUCHSCREEN REMOTE | | 1 | 600.00 | 600.00T |
| RTI RP-1 | RTI REMOTE PROCESSOR | | | 500.00 | 500.00T |
| PROGRAM P | REMOTE CONTROL PROGRAMING | | 1 | 450.00 | 450.00T |
| MA WUSS 17.5 | MAP WIDE UNIT SHELF SYSTEM W/ EARS | | 1 | 80.00 | 80.00T |
| MA U2 | MIDDLE ATLANTIC UTILITY SHELF | | 1 | 60.00 | 60.00T |
| MATERIAL | WIRE, CABLE & CONNECTORS | | | 980.00 | 980.00T |
| INSTALL | DESIGN, INSTALLATION & ADMINISTRATION | | 55 | 105.00 | 5,775.00T |
| | SUBTOTAL | | | | 17,070.00 |
| INT PYMT | DEPOSIT RECEIVED - 27 APRIL | | | -7,500.00 | -7,500.00T |

PLEASE REMIT PAYMENT UPON RECEIPT.

| Phone # | Fax # |
|---|---|
| | |

| | |
|---|---|
| **Subtotal** | $9,570.00 |
| **Sales Tax (8.625%)** | $825.41 |
| **Total** | $10,395.41 |

# SENSORYPHILE, INC.

WATER MILL, NY 11976

**PAID 08/03/2010**

| Date | Number |
|---|---|
| 7/15/2010 | ■ |

**Billed To:**
KATHLEEN MANAFORT
C/O FIRST REPUBLIC BANK
PERSONAL FINANCIAL SERVICES
PO BOX 54086
IRVINE, CA 92619-4086

**Location:**
194 JOBS LANE
BRIDGEHAMPTON, NY

| Rep | Project |
|---|---|
| GRG | |

| Item | Description | Room | Qty | Rate | Amount |
|---|---|---|---|---|---|
| PROGRAM P | CRESTRON SYSTEM PROGRAMING CHANGE - ADD MASSAGE ROOM | MASSAGE | 1 | 250.00 | 250.00T |
| INSTALL | 8 MARCH: PICK UP & INSTALL CABLE BOX IN POOL HOUSE, ACTIVATE AND PROGRAM - TEST, OK. LOAD NEW CRESTRON PROGRAM CHANGES FOR MASSAGE ROOM. ADD MASSAGE ROOM TO XPANEL, TEST | POOL & MASSAGE | 5 | 105.00 | 525.00T |
| INSTALL | 28 APRIL: PERFORM FULL HOUSE SYSTEM TEST PER REQUEST. FOUND LIBRARY TV DEAD, REMOVE FOR REPAIR | HOUSE | 2 | 105.00 | 210.00T |
| REPAIRED | SHARP TV - LIBRARY | LIBRARY | 1 | 450.00 | 450.00T |
| X IR SYSTEM | XANTECH REMOTE REPEATER SYSTEM | POOL HOUSE | 1 | 225.00 | 225.00T |
| INSTALL | 20 MAY: REWIRE POOL HOUSE TV & CABLE BOX, MOVE CABLE BOX IN BEDROOM CLOSET, ADD IR SYSTEM TO CONTROL REMOTE CABLE BOX. TROUBLE SHOOT POOL HOUSE CRESTRON PANEL - CUR WIRE BY LANDSCAPERS - NEED TO REPAIR / REPLACE | | 10 | 105.00 | 1,050.00T |
| INSTALL | 21 MAY: RUN NEW WIRE FOR CRESTRON PANEL / JANDY POOL CONTROL INTERFACE TO POOL HOUSE, ADD CRESTRON POWER SUPPLY TO POOL HOUSE TOUCH PANEL, CONNECT POOL CONTROL TO CRESTRON SYSTEM - TEST | POOL CONTROL | 11 | 105.00 | 1,155.00T |
| INSTALL | 10 JUNE: REPAIR CUT GARDEN SPEAKER WIRES | GARDEN | 2 | 105.00 | 210.00T |
| ONK DSA3* | ONKYO IPOD DOCK | MASSAGE | 1 | 125.00 | 125.00T |

Phone #     Fax #

**Subtotal**

**Sales Tax (8.625%)**

**Total**

Page 1

0.7.3940.752543.pdf

DOJSCO-400675827

# SENSORYPHILE, INC.

WATER MILL, NY 11976

| Date | Number |
|---|---|
| 7/15/2010 | ▉ |

**PAID 08/03/2010**

**Billed To:**
KATHLEEN MANAFORT
C/O FIRST REPUBLIC BANK
PERSONAL FINANCIAL SERVICES
PO BOX 54086
IRVINE, CA 92619-4086

**Location:**
194 JOBS LANE
BRIDGEHAMPTON, NY

| Rep | Project |
|---|---|
| GRG | |

| Item | Description | Room | Qty | Rate | Amount |
|---|---|---|---|---|---|
| PROGRAM P | MODIFY CRESTRON PROGRAM FOR NEW IPOD DOCK | MASSAGE | 1 | 0.00 | 0.00T |
| INSTALL | 24 JUNE: WIRE AND INSTALL IPOD DOCK, ADD TO PROGRAM - TEST - OK | MASSAGE | 2.5 | 105.00 | 262.50T |
| SAM LN22B650 | SAMSUNG 22" LCD TV | | 1 | 440.00 | 440.00T |
| TOS 26LV610U | TOSHIBA 26" LCD WITH BUILT IN DVD PLAYER | | 1 | 500.00 | 500.00T |
| SAM UN32C4000 | SAMSUNG 32" LED LCD TV 720P | | 1 | 750.00 | 750.00T |
| VSMA-601C* | VIEWSONICS RESIDENTIAL AMPLIFIER | | 1 | 50.00 | 50.00T |
| NILES TVA-50 | NILES AB W/AMP | | 1 | 350.00 | 350.00T |
| INSTALL | 28 JUNE: SWAP TVS IN 2ND FLOOR BEDROOM, TEST - OK, INSTALL NEW TV IN KITCHEN & 1ST FLOOR BEDROOM, ADD CABLE AMP TO BOOT CABLE BOX | GUEST ROOMS | 4 | 105.00 | 420.00T |
| INSTALL | 29 JUNE: ADD JANDY LIGHTS TO POOL AREA BUTTON ON VANTAGE SYSTEM, | POOL CONTROL | 2.5 | 0.00 | 0.00T |
| SERVICE | 9 JULY: CHECK KARAOKE SYSTEM - ATTEMPT TO REPRODUCE BLACK BAR PROBLEM - NOT SEEN, CHANGE DRIVE SELECTION | KARAOKE | 2 | 0.00 | 0.00T |
| SERVICE | 12 JULY: MOVE KARAOKE TV OFF STAGE, WIRE & TEST | KARAOKE | 10 | 0.00 | 0.00T |
| SERVICE | 15 JULY: IDENTIFY BLACK BAR PROBLEM WITH KARAOKE DISPLAY, INSTRUCT PAUL. | KARAOKE | 2 | 0.00 | 0.00T |
| | SUBTOTAL | | | | 6,972.50 |

PLEASE REMIT PAYMENT UPON RECEIPT.

| Phone # | Fax # |
|---|---|
| ▉ | ▉ |

| | |
|---|---|
| **Subtotal** | $6,972.50 |
| **Sales Tax (8.625%)** | $601.38 |
| **Total** | $7,573.88 |