IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:18 CR 83 |
| PAUL J. MANAFORT, Jr., | The Honorable T.S. Ellis, III |
| Defendant. | |

## STIPULATION REGARDING BUSINESS RECORDS OF BOOKKEEPING AND TAX PREPARATION SERVICES

The parties stipulate to the authenticity of the categories of records listed below in numbered paragraphs 1 and 2, which had previously been produced by the United States to the defense as part of the discovery process, and further agree that they constitute records of a regularly conducted business activity pursuant to Rule 803(6) of the Federal Rules of evidence, without requiring further authentication, certification, witness testimony, or the testimony of a custodian of records.

1. Records of Nigro Karlin Segal Feldstein & Bolno, LLC (NKSFB) and Kositzka, Wicks & Company (KWC).

2. The records referenced in paragraph 1 include, but are not limited to, emails, account statements, checks, wire transfers, loan files, transactions forms, applications, closing files, signature cards, invoices, agreements, deposits slips and corresponding offsets, correspondence, work papers, financial statements, general ledgers, trial balances, adjusting journal entries and supporting documentation, tax

returns and supporting documents, authorization forms, permanent files, and contracts.

We ask for this:

Paul J. Manafort, Jr.,
Defendant

ROBERT S. MUELLER, III
Special Counsel

By: _____
Kevin Downing, Esq.
Tom Zehnle, Esq.
Jay Nanavati, Esq.
Counsel for Defendant

By: _____
Andrew Weissmann
Greg D. Andres
Brandon L. Van Grack
Special Assistant United States Attorneys
Uzo Asonye
Assistant United States Attorney