## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | |
| ) | Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR.,   ) | |
|     Defendant.   ) | |
| ) | |
| ) | |

### ORDER

On July 25, 2018, an order was entered identifying thirty (30) prospective jurors that may need to be excused or stricken for cause based on their responses to the jury questionnaire. The parties were given until noon today to object to excusing the thirty jurors identified by the Court in the July 25th Order. Defendant filed no objections; however, the government did object to excusing jurors 0121, 0143, and 0154.

Given the government's objection to excusing jurors 0121, 0143, and 0154, those jurors will not be excused at this time; however, jurors 0121, 0143 and 0154 will be asked further questions during oral *voir dire* to determine whether they can fairly and impartially judge this case.

It is hereby **ORDERED** that the Clerk of Court shall excuse the following twenty-seven (27) jurors from further service in this case: 0001, 0011, 0023, 0033, 0035, 0043, 0044, 0051, 0053, 0062, 0064, 0065, 0070, 0071, 0074, 0075, 0078, 0079, 0083, 0086, 0089, 0095, 0107, 0111, 0113, 0120, and 0139. These twenty-seven jurors need not appear on Tuesday for oral *voir dire*.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia

July 26, 2018

/s/
T. S. Ellis, III
United States District Judge