THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:18-cr-83 |
| | ) | |
| PAUL J. MANAFORT, | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the government's Motion for Extension of Time to File its response to defendant's second supplemental motion in *limine*. (Doc. 169). On July 20, 2018, defendant filed a supplemental motion *in limine* seeking to preclude the government from presenting argument or evidence concerning the substance of defendant's consulting work for the Ukraine, for former Ukrainian president Victor Yanukovych ("Yanukovych"), and for organizations associated with Yanukovych. (Doc. 143). An Order issued on July 24, 2018, directing defendant to file a supplemental motion in *limine* by July 26, 2018 at 5:00 p.m., and to identify the precise exhibits that defendant is seeking to exclude. The Order further directed the government to respond to defendant's supplemental motion by Friday, July 27, 2018 at 5:00 p.m., but permitted the government to request additional time to respond if necessary. On July 26, 2018, defendant, as directed, filed his supplemental motion seeking to exclude more than 50 exhibits amounting to more than 470 pages of documents. Later that evening, the government moved for an extension of time to file its response. Given the volume of exhibits defendant is seeking to exclude, it is appropriate to extend the government's time to file a response to defendant's motion.

Accordingly, and for good cause,

It is hereby **ORDERED** that the government's Motion for Extension of Time to File (Doc. 169) is **GRANTED**.

It is further **ORDERED** that the government is **DIRECTED** to file its response to defendant's second supplemental motion *in limine* by <u>**Monday, July 30, 2018 at 5:00 p.m.**</u>

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
July 27, 2018

/s/

T. S. Ellis, III
United States District Judge