IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 1:18-CR-83-TSE |
| v. ) | |
| ) | Trial Date: July 31, 2018 |
| PAUL J. MANAFORT, JR., ) | |
| ) | The Honorable T. S. Ellis, III |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through undersigned counsel, hereby submits its list of potential witnesses.

1. Ali, Hesham
2. Ayliff, Philip
3. Brennan, James
4. Day, John
5. DeLuca, Douglas
6. Devine, Tad
7. Duggan, Donna
8. Evenson, Darin
9. Gates, Richard
10. Holland, Wayne
11. Jacobson, Stephen
12. James, Melinda

13. Katzman, Maximillian

14. Kirimca, Irfan

15. Laporta, Cindy

16. LaPorte, Kevin

17. Liss, Paula

18. Magionos, Morgan

19. Maxwell, Joel

20. Metzler, Amanda

21. Miceli, Peggy

22. Michael, Renee

23. Mikuska, Matthew

24. O'Brien, Conor

25. Opsut, Daniel

26. Rabin, Daniel

27. Raico, Dennis

28. Regolizio, Michael

29. Rodriguez, Taryn

30. Seferian, Gary

31. Sullivan, Stacey

32. Trusko, Alex

33. Wall, Ronald

34. Washkuhn, Heather

35. Welch, Michael

The government reserves the right to revise or supplement this list.

                                        Respectfully submitted,

                                        ROBERT S. MUELLER, III
                                        Special Counsel

                            By:        /s/

| | |
|---|---|
| Uzo Asonye | Andrew Weissmann |
| Assistant United States Attorney | Greg D. Andres |
| Eastern District of Virginia | Brandon L. Van Grack |
| | Special Assistant United States Attorneys |
| | Special Counsel's Office |
| | U.S. Department of Justice |
| | 950 Pennsylvania Ave., NW |
| | Washington, DC 20530 |
| | Telephone: (202) 616-0800 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

                                                       /s/
                                         Uzo Asonye
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
uzo.asonye@usdoj.gov
Phone: (703) 299-3700
Fax: (703) 299-3981

*Attorney for the United States of America*