IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., ) | |
|    Defendant. ) | |
| ) | |
| ) | |

## ORDER

Thirty (30) additional prospective jurors were summoned to appear today to complete the jury questionnaire; however, only twenty-nine (29) jurors actually appeared. These jurors' responses to the questionnaire have been thoroughly reviewed by the Court and it appears that ten (10) of these additional prospective jurors need to be excused or stricken for cause based on their responses to the questionnaire.

It appears that the following jurors should be excused:

| |
|---|
| 0266 |
| 0273 |
| 0278 |
| 0282 |
| 0285 |
| 0298 |
| 0309 |
| 0311 |

These jurors have represented that they have obligations – including, but not limited to, prepaid travel and childcare responsibilities – that would preclude them from serving as jurors in this case.

It also appears that the following jurors should be stricken for cause:

| |
|---|
| 0295 |
| 0305 |

These jurors, through their responses, have clearly demonstrated their inability to judge this case fairly and impartially based solely on the evidence presented at trial and the Court's instructions on the law.

As stated above, these ten prospective jurors have been identified by the Court as jurors who should be excused or stricken. If the parties disagree with excusing or striking any of the ten jurors identified by the Court, they must file written objections on or before **Monday, July 30, 2018 at noon**.[1] If no objections are received, these jurors will be excused from further service in this case.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
July 27, 2018

/s/
T. S. Ellis, III
United States District Judge

---

[1] The parties are reminded that the venire list is confidential and under seal and must not be revealed pending further order of the Court. If the parties file objections, their pleadings should not reveal the identity of any prospective juror. The parties may use the four digit number assigned to each juror in their filing(s).