# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):   Kevin M. Downing, Jay R. Nanavati

Thomas E. Zehnle, Richard W. Westling

Brian P. Ketcham, Xiaoming Wang

Electronic Device(s):   Laptop computer

Purpose and Location Of Use:   Trial - Courtroom 900

Case No.:   1:18-CR-83

Date(s) Authorized:   7/31/2018 - 8/17/2018

IT Clearance Waived:   _____(Yes)   _____(No)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
IT Staff Member   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**