IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., ) | |
| Defendant. ) | |

## ORDER

Defense counsel previously represented that they would file a written waiver of defendant's appearance at the afternoon motions hearing held on Monday, July 23, 2018, and a written waiver of defendant's appearance in the Jury Assembly Room when the Court gave prospective jurors additional instructions on Tuesday, July 24, 2018. To date, those written waivers have not been filed on the record.

Accordingly,

It is hereby **ORDERED** that defense counsel shall file the written waivers as represented in open court on or before Tuesday, July 31, 2018.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
July 27, 2018

/s/
T. S. Ellis, III
United States District Judge