UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America, ) | |
| ) | 18 cr 83 TSE |
| ) | |
| v. ) | |
| ) | |
| Paul Manafort, ) | |
|     Defendant. ) | |

**NOTICE OF APPEARANCE**
**AND**
**REQUEST FOR AUTHORIZATION TO BRING ELECTRONIC DEVICE(S) INTO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

Please take notice that subpoenaed third party witness Donna Duggan (subpoena #459) has retained the firm of Goodwin Weber PLLC and GWPLLC attorneys David P. Weber and Richard J. Link, both members of the bar of this honorable court.

Furthermore, attached to this Notice of Appearance is a request for authorization from this Court to bring electronic devices into the United States District Court for the Eastern District of Virginia.

By way of explanation, it is not certain precisely when third party witness Duggan's testimony will be required in this trial, and counsel moves this court to be allowed to work on other matters while awaiting Ms. Duggan's testimony while sitting with Ms. Duggan in the designated witness room. No use of the electronic devices will occur in the courtroom.

                                                                       Respectfully,

Dated: July 30, 2018                                         /s/
                                                          _____
                                                          DAVID P. WEBER, VSB #91945
                                                          Richard J. Link, VSB #36960

                                                          GOODWIN WEBER PLLC
                                                          267 Kentlands Blvd. #250
                                                          Gaithersburg, MD 20878
                                                          (301) 850-3370
                                                          (301) 850-3374 facsimile
                                                          david.weber@goodwinweberlaw.com