# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): David P. Weber and Richard J. Link

Attorneys at Law, Goodwin Weber PLLC

Electronic Device(s): iPhones and laptops

Purpose and Location Of Use: Witness room assigned; near 9th floor courtrooms

Case No.: 1:18 CR 83

Date(s) Authorized: July 31, 2018 - August 17, 2018

IT Clearance Waived: _____(Yes)   _____(No)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
                IT Staff Member                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**