**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 1:18-cr-00083-TSE |
| | ) | |
| v. | ) | Trial Date: July 31, 2018 |
| | ) | |
| PAUL J. MANAFORT, JR., | ) | Judge T. S. Ellis, III |
| | ) | |
| Defendant. | ) | |

## DEFENDANT PAUL J. MANAFORT, JR.'S WAIVER OF APPEARANCE AT THE JULY 24, 2018 PROCEEDINGS IN THE JURY ASSEMBLY ROOM

Pursuant to Fed. R. Crim. P. 43(b)(3), Paul J. Manafort, Jr., by and through counsel, hereby submits his written waiver of his right to appear for proceedings held on July 24, 2018 in the Jury Assembly Room, when the Court gave prospective jurors additional instructions. Mr. Manafort previously waived his right to be present at those proceedings in open court on July 23, 2018.

Mr. Manafort, having been advised of his right to be present at all stages of the proceedings, agreed, then and now, that his interests were represented at the Jury Assembly Room proceedings on July 24, 2018 by the presence of his attorneys, and waived his right to appear at those proceedings because of the time involved in having the U.S. Marshals Service transport him to and from the courthouse.

WHEREFORE, Mr. Manafort submits his written waiver of his right to appear at the July 24, 2018 proceedings in the Jury Assembly Room.

Dated: July 30, 2018                                   Respectfully submitted,


                                                       s/ Kevin M. Downing
                                                       Kevin M. Downing (*pro hac vice*)
                                                       Law Office of Kevin M. Downing
                                                       601 New Jersey Avenue NW
                                                       Suite 620
                                                       Washington, DC 20001
                                                       (202) 754-1992
                                                       kevindowning@kdowninglaw.com

                                                       s/ Thomas E. Zehnle
                                                       Thomas E. Zehnle (VSB No. 27755)
                                                       Law Office of Thomas E. Zehnle
                                                       601 New Jersey Avenue NW
                                                       Suite 620
                                                       Washington, DC 20001
                                                       (202) 368-4668
                                                       tezehnle@gmail.com

                                                       s/ Jay R. Nanavati
                                                       Jay R. Nanavati (VSB No. 44391)
                                                       Kostelanetz & Fink LLP
                                                       601 New Jersey Avenue NW
                                                       Suite 620
                                                       Washington, DC 20001
                                                       (202) 875-8000
                                                       jnanavati@kflaw.com

                                                       *Counsel for Defendant Paul J. Manafort, Jr.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of July, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
Uzo Asonye

U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email:  AAW@usdoj.gov
        GDA@usdoj.gov
        Uzo.Asonye@usdoj.gov

                                  s/ Jay R. Nanavati
                                Jay R. Nanavati (VSB No. 44391)
                                Kostelanetz & Fink LLP
                                601 New Jersey Avenue NW
                                Suite 620
                                Washington, DC 20001
                                (202) 875-8000
                                jnanavati@kflaw.com

                                *Counsel for Defendant Paul J. Manafort, Jr.*