**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 1:18-cr-00083-TSE |
| | ) | |
| v. | ) | Trial Date: July 31, 2018 |
| | ) | |
| PAUL J. MANAFORT, JR., | ) | Judge T. S. Ellis, III |
| | ) | |
| Defendant. | ) | |

### DEFENDANT PAUL J. MANAFORT, JR.'S WAIVER OF APPEARANCE AT JULY 23, 2018 AFTERNOON MOTIONS HEARING

Pursuant to Fed. R. Crim. P. 43(b)(3), Paul J. Manafort, Jr., by and through counsel, hereby submits his written waiver of his right to appear at the afternoon motions hearing held on July 23, 2018.  Mr. Manafort previously waived his right to be present at those proceedings in open court on July 23, 2018.

Mr. Manafort, having been advised of his right to be present at all stages of the proceedings, agreed, then and now, that his interests were represented at the afternoon motions hearing on July 23, 2018 by the presence of his attorneys.  Mr. Manafort waived his right to appear because of the time involved in having the U.S. Marshals Service transport him to and from the courtroom during the course of several afternoon calendar calls related to the July 23, 2018 motions hearing.

WHEREFORE, Mr. Manafort submits his written waiver of his right to appear at the July 23, 2018 afternoon motions hearing.

Dated: July 30, 2018									Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of July, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
Uzo Asonye

U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
        GDA@usdoj.gov
        Uzo.Asonye@usdoj.gov

                                                                   s/ Jay R. Nanavati
                                                           Jay R. Nanavati (VSB No. 44391)
                                                           Kostelanetz & Fink LLP
                                                           601 New Jersey Avenue NW
                                                           Suite 620
                                                           Washington, DC 20001
                                                           (202) 875-8000
                                                           jnanavati@kflaw.com

                                                           *Counsel for Defendant Paul J. Manafort, Jr.*