## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** AUSA Uzo Asonye, SAUSA Greg Andres

SAUSA Brandon Van Grack

Paralegal Evan Binder

**Electronic Device(s):** Laptop

**Purpose and Location Of Use:** Trial - Courtroom 900

**Case No.:** 1:18-CR-83

**Date(s) Authorized:** 7/31/2018 - 8/17/2018

**IT Clearance Waived:** ✓ (Yes) ___ (No)

APPROVED BY: [signature]

Date: 7/30/18

United States District/Magistrate/Bankruptcy Judge

A copy of this signed authorization must be presented upon entering the courthouse.

**IT Clearance:** _____   _____

                           IT Staff Member          Date(s)

**IT clearance must be completed, unless waived, before court appearance.**