IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:18-CR-83 |
| PAUL J. MANAFORT, JR., ) | |
| Defendant. ) | |

## ORDER

A jury trial in this matter is set to begin at 10:00 a.m. on Tuesday, July 31, 2018. To ensure that voir dire and the trial may commence promptly at 10:00 a.m., it is necessary that the parties appear at 9:00 a.m. to discuss some preliminary matters, including defendant's supplemental motion in limine.

Accordingly, for the reasons stated above, and for good cause shown,

It is hereby **ORDERED** that the parties are to appear for a pre-trial hearing at **9:00 a.m. on Tuesday, July 31, 2018**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
July 30, 2018

/s/
T. S. Ellis, III
United States District Judge