IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 1:18-CR-83-TSE |
| v. | ) | |
| | ) | Trial Date:   July 31, 2018 |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | The Honorable T. S. Ellis, III |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S FIRST AMENDED EXHIBIT LIST

The United States of America, by and through undersigned counsel, hereby submits its

list of trial exhibits.

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 1A | Photograph – 1046 N Edgewood Street, Arlington, VA | | | |
| 1B | Photograph – 29 Howard Street, New York, NY | | | |
| 1C | Photograph – 377 Union Street, Brooklyn, NY | | | |
| 1D | Photograph – 601 N Fairfax Street, Alexandria, VA | | | |
| 1E | Photograph – 174 Jobs Lane, Bridgehampton, NY | | | |
| 2A | Immunity Order – D. Raico | | | |
| 2B | Immunity Order – J. Brennan | | | |
| 2C | Immunity Order – D. Duggan | | | |
| 2D | Immunity Order – C. O'Brien | | | |
| 2E | Immunity Order – C. Laporta | | | |
| 2F | Plea Agreement – R. Gates | | | |
| 3 | 2005.10.24 Consulting Agreement | | | |
| 4 | 2009.07.01 Consulting Agreement | | | |
| 5 | 2006.01.03 Memo P. Manafort, T. Devine, V. Yanukovych et al re Messages for January Next Wave of Television and Radio Ads | | | |
| 6 | Devine Mulvey Longabaugh Invoices to Davis Manafort (2010, 2014) | | | |
| 7 | 2010.02.03 Email T. Devine to P. Manafort re Election Night Speech | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 8 | 2010.02.15 Email T. Devine to P. Manafort et al re Job Well Done | | | |
| 9 | 2010.02.16 Email T. Devine to P. Manafort re FYI | | | |
| 10 | 2010.08.12 Memo P. Manafort to V. Yanukovych et al re another memo | | | |
| 11 | 2010.09.01 Email T. Devine to P. Manafort, R. Gates et al re Talking Points | | | |
| 12 | 2011.09.20 Email Chain D. Rabin, J. Mulvey, P. Manafort, R. Gates, K. Kilimnik, T. Devine et al re Ukraine - First Draft | | | |
| 13 | 2012.04.02 Email Chain T. Devine, R. Gates, P. Manafort et al re Ukraine | | | |
| 14 | 2012.08.06 Email T. Devine to P. Manafort re Memo | | | |
| 15 | 2014.03.31 Email T. Devine to R. Gates et al re Call - Important | | | |
| 16 | 2014.03.31 Email T. Devine to R. Gates et al re Draft Proposal | | | |
| 17 | 2014.06.09 Email T. Devine to R. Gates et al re Kyiv | | | |
| 18 | 2014.06.16 Email T. Devine to K. Kilimnik, R. Gates et al re Ukraine Trip | | | |
| 19 | 2014.06.19 Email T. Devine to K. Kilimnik re Can u resend the talking points | | | |
| 20 | 2010.07.12 Memo Devine Mulvey Longabaugh & Rabin Strasberg to Davis Manafort Partners re 2010 Message Strategy and Proposal | | | |
| 21A | 2010.06.30 Email Chain P. Manafort, T. Devine, D. Rabin, R. Gates, K. Kilimnik et al re Local election program | | | |
| 21B | 2010.08.10 Email P. Manafort to T. Devine, D. Rabin re First TV spot | | | |
| 21C | 2010.10.04 Email Chain P. Manafort, A. Strasberg, D. Rabin, K. Kilimnik re brochures | | | |
| 21D | 2014.04.29 Email Chain P. Manafort, D. Rabin, K. Kilimnik, R. Gates re Campaign TPs and Events | | | |
| 21E | 2015.09.23 Email P. Manafort to K. Kilimnik, D. Rabin, V. Stepanov, R. Gates re Media Buy | | | |
| 22 | 2010.09.09 Chart re Every Level V4 | | | |
| 23 | 2010.09.28 Invoice Rabin Strasberg to Davis Manafort Partners | | | |
| 24 | 2010.10.15 Invoice Rabin Strasberg to Davis Manafort Partners | | | |
| 25 | 2012.04.16 Memo D. Rabin, A. Strasberg to P. Manafort, R. Gates re Ukraine Media | | | |
| 26 | 2012.04.19 Memo D. Rabin, A. Strasberg to K. Kilimnik, P. Manafort, R. Gates re Meeting Agenda | | | |
| 27 | 2012.04.24 Memo D. Rabin, A. Strasberg to P. Manafort re Kyiv Meetings | | | |
| 28 | 2012.05.02 Email Chain K. Kilimnik, V. Tolmach, P. Manafort, A. Strasberg, T. Fabrizio, D. Rabin, R. Gates re Euro 2012 Scripts | | | |
| 29 | 2012.06.29 Memo D. Rabin, A. Strasberg to P. Manafort re New film crew recommendations | | | |
| 30 | 2012.10.23 Invoice D. Rabin to DMP International | | | |
| 31 | 2014.04.18 Invoice D. Rabin to DMP International | | | |
| 32 | 2014.05.12 Invoice D. Rabin to DMP International | | | |
| 33A | Photograph – V. Yanukovych #1 | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 33B | Photograph – V. Yanukovych #2 | | | |
| 33C | Photograph – V. Yanukovych #3 | | | |
| 34 | 2017.06.27 DMP International FARA Filing | | | |
| 34A | 2017.06.27 DMP International FARA Filing Certificate of Authenticity | | | |
| 35 | 2015.06.23 Peranova Loan Forgiveness Letter | | | |
| 36 | 2016.03.08 Signed Banc of California Personal Financial Statement and Loan Application | | | |
| 37 | 2017.01.13 First Nationwide Title Disbursement Statement | | | |
| 38 | Genesis Capital Documents | | | |
| 39 | MC Brooklyn Holdings Ledger | | | |
| 40 | 2013.01.15 VY Agenda | | | |
| 41 | 2013.04.05 Memo P. Manafort to S. Lyovochkin re PR Effort this week in Kyiv | | | |
| 42 | 2013.04.22 Memo P. Manafort to V. Yanukovych re US Consultants | | | |
| 43 | 2013.04.25 Memo P. Manafort to S. Lyovochkin re Summary of Overdue Accounts | | | |
| 44 | 2014.09 Ukraine OB Campaign Strategy Powerpoint | | | |
| 45 | 2014.09.24 OB Daily Talking Points | | | |
| 46 | 2014.10.07 Memo P. Manafort to Campaign HQ re OB Campaign Leaflets | | | |
| 47 | Memo re May 17 Rallies | | | |
| 48 | 2010.03.01 Sensoryphile Invoice for $20,000 | | | |
| 49 | Big Picture Solutions Invoice | | | |
| 50 | Big Picture Solutions Bill of Materials | | | |
| 51 | 2011.11.08 Signed SP&C Home Improvement Renovation Proposal for 174 Jobs Lane | | | |
| 52 | 2012.02.16 Signed SP&C Home Improvement Renovation Proposal for 29 Howard St | | | |
| 53 | 2013.03.01 SP&C Proposal for 83 Whooping Hollow Road | | | |
| 54 | SP&C Home Improvement Proposal for 174 Jobs Lane | | | |
| 55 | Photographs – Clothing with Alan Couture Labels | | | |
| 56 | Photographs – Clothing with House of Bijan Labels | | | |
| 57 | Photographs – House of Bijan Watch | | | |
| 58 | J&J Oriental Rug Gallery Documents | | | |
| 59 | 2007.02.14 P. Manafort Cyprus, Berlin, & Kiev Trip Itinerary | | | |
| 59A | 2010.02.16 Memo P. Manafort to V. Yanukovych re Professional Team – Bonuses | | | |
| 59B | 2010.02.22 Memo P. Manafort to V. Yanukovych re Wire Transfer Details for Personal Bonuses | | | |
| 59C | P. Manafort Contact List | | | |
| 59D | Memo to P. Ayliff, R. Gates et al re 2012 estimates | | | |
| 60A | 2016 Season New York Yankees Account | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 60B | Ukraine Documents | | | |
| 60C | Party of Regions Advance and Training | | | |
| 60D | Residential Lease Agreement, Request for Tax Transcripts, Mercedes Benz Records, and Authorization Forms | | | |
| 60E | Ukrainian Strategy Memos | | | |
| 61 | Foreign Entities Chart | | | |
| 62A | [Intentionally Left Blank] | | | |
| 62B | [Intentionally Left Blank] | | | |
| 62C | United Kingdom Incorporation Documents | | | |
| 63 | Foreign Bank Accounts | | | |
| 64A | [Intentionally Left Blank] | | | |
| 64B | [Intentionally Left Blank] | | | |
| 64C | Bank Records – United Kingdom | | | |
| 65A | Chart – Aegis Holdings Payments | | | |
| 65A1 | Seacoast Bank Records for Aegis Holdings | | | |
| 65B | Chart – Alan Couture Payments | | | |
| 65B1 | Emails Leviathan (Alan Couture) | | | |
| 65C | Chart – Big Picture Solutions Payments | | | |
| 65C1 | 2011.11.22 Email - Global Highway (Big Picture) | | | |
| 65D | Chart – Federal Stone & Brick Payments | | | |
| 65E | Chart – House of Bijan Payments | | | |
| 65E1 | Emails Global Highway and Leviathan (House of Bijan) | | | |
| 65F | Chart – J&J Oriental Rug Gallery Payments | | | |
| 65G | Chart – Land Rover of Alexandria Motors Payments | | | |
| 65G1 | Wells Fargo Bank Records for Land Rover of Alexandria | | | |
| 65H | Chart – Mercedes Benz of Alexandria Payments | | | |
| 65I | Chart – New Leaf Landscape Payments | | | |
| 65I1 | 2011.12.05 Email - Leviathan (New Leaf) | | | |
| 65J | Chart – Sabatello Construction Payments | | | |
| 65J1 | Anchor Bank Records for Sabatello Construction | | | |
| 65J2 | 2011.12.20 Email - Black Sea View (Sabatello) | | | |
| 65K | Chart – Scott Wilson Landscaping Payments | | | |
| 65K1 | Bridgehampton National Bank Records for Scott Wilson Landscaping | | | |
| 65K2 | 2010.10.05 Email - Global Highway (Scott Wilson) | | | |
| 65L | Chart – Sensoryphile Payments | | | |
| 65L1 | 2010.07.28 Email - Leviathan (Sensoryphile) | | | |
| 65M | Chart – SP&C Home Improvement Payments | | | |
| 65M1 | Emails – Yiakora, Global Highway and Leviathan (SP&C) | | | |
| 66A | Cyprus Incorporation Documents | | | |
| 66B | Eurobank Documents | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 66C | Hellenic Bank Documents | | | |
| 66D | Bank of Cyprus Documents | | | |
| 66E | Bank of Cyprus Documents | | | |
| 66F | Accounting Records | | | |
| 66G | Hellenic Bank Documents | | | |
| 67A | St. Vincent and the Grenadines Documents | | | |
| 67B | St. Vincent and the Grenadines Documents | | | |
| 67C | St. Vincent and the Grenadines Documents | | | |
| 68 | Chart – Property Overview | | | |
| 69A | Payment Flow Chart for 29 Howard St Property | | | |
| 69B | Payment Flow Chart for 1046 N Edgewood St Property | | | |
| 69C | Payment Flow Chart for 377 Union St Property | | | |
| 70A | First Republic Bank Accounts XXXXXXX6573 and XXXXXXX7373 for Jesand | | | |
| 70B | First Republic Bank/Pershing Account XXXXXXX5358 for J. Manafort | | | |
| 70C | First Republic Bank Account XXXXXXX6524 for DMP International | | | |
| 70D | First Republic Bank Account XXXXXXX9730 for P. and K. Manafort | | | |
| 70E | First Republic Bank Account XXXXXXX5868 for MC Soho | | | |
| 71 | TD Bank Trust Account XXXXXX5374 for B. Baldinger | | | |
| 72 | Chart – Vendor and Property Payments From Foreign Bank Accounts | | | |
| 73A | FBAR Chart for 2010 | | | |
| 73B | FBAR Chart for 2011 | | | |
| 73C | FBAR Chart for 2012 | | | |
| 73D | FBAR Chart for 2013 | | | |
| 73E | FBAR Chart for 2014 | | | |
| 74 | Deposit Analysis – Foreign Source of Funds Received by Foreign Accounts | | | |
| 75 | Chart – P. Manafort Summary of Tax Returns | | | |
| 76 | Summary of Foreign Wires to Third Party Vendors for the Benefit of P. Manafort | | | |
| 77 | Chart – P. Manafort Reported Personal Income | | | |
| 78 | Chart – Analysis of Foreign Bank Accounts | | | |
| 78A | Non-Vendor Payments Allowed | | | |
| 79 | Chart – Selected Transactions | | | |
| 80 | Chart – FARA Analysis | | | |
| 81 | 2012.11.19 Email Chain D. DeLuca to P. Manafort, A. Manafort, J. Browning re Contract | | | |
| 82 | 2012.10.26 Email P. Manafort to D. DeLuca re Manafort Project, Edgewood St, Arlington, VA | | | |
| 83 | Draft of Pergola | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 84 | Photograph – Backyard | | | |
| 85 | Photograph – Pergola | | | |
| 85A | Photograph – Outdoor Kitchen | | | |
| 86 | Federal Stone and Brick Bank Records | | | |
| 87 | 2013.05.29 Email Chain P. Manafort, D. Browning., D. DeLuca re Invoice from Federal Stone and Brick | | | |
| 88 | 2012.08.21 Check from A. Manafort to McEnearney | | | |
| 89 | 2012.08.21 Sales Contract for 1046 N. Edgewood St, Arlington, VA | | | |
| 90 | 2012.08.31 A. Manafort Landtech Receipt | | | |
| 91 | 2012.09.01 Email W. Holland to L. Flynn, P. Manafort re 1046 N. Edgewood St | | | |
| 92 | 2012.09.10 Settlement Statement | | | |
| 93 | Chart – Purchase of 1046 N. Edgewood St, Arlington, VA | | | |
| 94 | Vendor Chart – SP&C | | | |
| 94A | SP&C Home Improvement Invoices (2010-2014) | | | |
| 95A | SP&C Home Improvement Bank Records | | | |
| 95B | SP&C Home Improvement Bank Records | | | |
| 95C | SP&C Home Improvement Bank Records | | | |
| 96A | Photograph – Backyard | | | |
| 96B | Photograph – Basement | | | |
| 96C | Photograph – Front of House | | | |
| 96D | Photograph – Kitchen | | | |
| 96E | Photograph – Side of House (1) | | | |
| 96F | Photograph – Side of House (2) | | | |
| 96G | Photograph – Waterfall Pond | | | |
| 97 | Vendor Chart – Alan Couture | | | |
| 97A | Alan Couture Invoices (2010-2014) | | | |
| 97B | Alan Couture Invoices (2010) | | | |
| 98 | Alan Couture Bank Records | | | |
| 99 | 2011.03.21 Email P. Manafort to M. Katzman re update | | | |
| 100 | 2013.08.27 Email M. Katzman to P. Manafort re Statement 7-23-13 | | | |
| 101 | 2014.03.24 Email M. Katzman to R. Gates re Wire transfers | | | |
| 102 | Vendor Chart – Big Picture Solutions | | | |
| 102A | Big Picture Solutions Invoices (2011-2014) | | | |
| 102B | Big Picture Solutions Bank Records (2011 - 2013) | | | |
| 102C | Big Picture Solutions Bank Records (2013-2014) | | | |
| 103 | Vendor Chart – Mercedes Benz of Alexandria | | | |
| 103A | 2012.10.01 Invoice for K. Manafort Purchase of Mercedes Benz SL550 | | | |
| 103B | 2012.10.01 Buyers Order for K. Manafort Purchase of Mercedes Benz SL550 | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 104 | Photographs – Mercedes Benz owned by P. Manafort | | | |
| 105 | 2012.10.01 K. Manafort Promissory Note for Mercedes Benz SL550 | | | |
| 106 | 2012.10.05 $62,750 Wire Transfer from Lucicle Consultants Limited to Mercedes Benz of Alexandria | | | |
| 106A | 2012 Mercedes Benz of Alexandria Bank Statement and Wire Transfer | | | |
| 107 | Vendor Chart – New Leaf Landscape | | | |
| 107A | New Leaf Landscape Invoices (2010-2014) | | | |
| 108A | Photograph – Bridgehampton Driveway | | | |
| 108B | Photograph – Bridgehampton Pond | | | |
| 108C | Photograph – Bridgehampton Side of House | | | |
| 108D | Photograph – Bridgehampton Pergola | | | |
| 108E | Photograph – Bridgehampton Pool House | | | |
| 108F | Photograph – Bridgehampton Golf Hole | | | |
| 109 | New Leaf Landscape Bank Records | | | |
| 110 | 2012.06.21 Proposal | | | |
| 111 | Vendor Chart – House of Bijan | | | |
| 111A | House of Bijan Invoices (2010-2012) | | | |
| 112 | House of Bijan Bank Records | | | |
| 113 | 2014.10.15 New York Yankees Ticket Agreement | | | |
| 113A | New York Yankees Manafort Payment Schedule | | | |
| 114 | 2011.11.28 Email D. Saltmarsh to R. Barre, N. Pizzutello re FW 2012 renewal payment | | | |
| 114A | 2011.11.23 New York Yankees Bank Record | | | |
| 115 | 2016.03.22 Email P. Manafort to D. Fox re Yankees Season Ticket Licensee News | | | |
| 115A | 2016 New York Yankees Premium Suite Statement | | | |
| 116 | 2017.04.03 Email P. Manafort to D. Fox re Yankees 2017 | | | |
| 117 | FinCEN Certifications | | | |
| 118 | Airbnb 29 Howard St Active Listing Days | | | |
| 119 | Airbnb 29 Howard St Listings | | | |
| 120 | Airbnb 29 Howard St Reservations | | | |
| 121A | 2011 Davis Manafort Partners General Ledger | | | |
| 121B | 2011 Davis Manafort Partners Financial Statements | | | |
| 121C | 2011 P. Manafort and K. Manafort General Ledger | | | |
| 121D | 2011 DMP International General Ledger | | | |
| 121E | 2011 DMP International Financial Statements | | | |
| 122A | 2012 DMP International General Ledger | | | |
| 122B | 2012 DMP International Financial Statements | | | |
| 122C | 2012 P. Manafort and K. Manafort General Ledger | | | |
| 123A | 2013 DMP International General Ledger | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 123B | 2013 DMP International Financial Statements | | | |
| 123C | 2013 P. Manafort and K. Manafort Financial Statements | | | |
| 124A | 2014 DMP International General Ledger | | | |
| 124B | 2014 DMP International Financial Statements | | | |
| 124C | 2014 P. Manafort and K. Manafort Financial Statements | | | |
| 125A | 2015 DMP International General Ledger | | | |
| 125B | 2015 DMP International Financial Statements | | | |
| 125C | 2015 P. Manafort and K. Manafort Financial Statements | | | |
| 126A | 2016 DMP International General Ledger | | | |
| 126B | 2016.07.31 DMP International 2016 YTD P&L | | | |
| 126C | 2016.11.30 DMP International 2016 YTD Financial Statement | | | |
| 126D | 2016 DMP International Financial Statement | | | |
| 126E | [Intentionally Left Blank] | | | |
| 126F | 2016 P. Manafort and K. Manafort Financial Statements | | | |
| 127 | 2015.02.05 Email Chain J. Manafort, K. Manafort, P. Ayliff, H. Washkuhn re MC Soho | | | |
| 128 | 2015.02.24 Email Chain H. Washkuhn, C. O'Brien, P. Ayliff, R. Gates et al re DMP International | | | |
| 129 | 2015.04.13 Email Chain H. Washkuhn, P. Ayliff, C. O'Brien, R. Gates et al re DMP International | | | |
| 130 | 2015.08.26 Email Chain L. Tanner, C. O'Brien, H. Washkuhn re DMP International LLC | | | |
| 131 | 2015.12.01 Email Chain J. Yohai, H. Washkuhn, J. Manafort, P. Manafort re Howard St December Rent | | | |
| 132 | 2015.12.31 Email Chain H. Washkuhn, P. Manafort, R. Gates, C. Laporta, P. Ayliff re Time Sensitive - Collection of Information | | | |
| 133 | 2016 01.06 Email Chain H. Washkuhn, P. Manafort re Bills Through 1.15.16 | | | |
| 134 | 2016.01.07 Email Chain P. Manafort, R. Gates, H. Washkuhn re Transfer | | | |
| 135 | 2016.01.29 Email Chain R. Gates, H. Washkuhn re Transfer - Urgent | | | |
| 136 | 2016.02.22 Email Chain D. Duggan, H. Washkuhn, J. Yohai, P. Manafort et al re Evidence of Insurance; Declarations Page; Invoice attached - 377 Union Street | | | |
| 137 | 2016.02.24 Email R. Gates to M. Francis, P. Manafort, H. Washkuhn re Manafort Chubb Insurance Properties - 377 Union St & 123 Baxter Street - Declarations - NO Mortgagee listed both | | | |
| 138 | 2016.03.16 Email Chain L. Tanner, R. Gates, H. Washkuhn re 2015 P&L - IMPT (#1) | | | |
| 139 | 2016.03.16 Email Chain L. Tanner, R. Gates, H. Washkuhn re 2015 P&L - IMPT (#2) | | | |
| 140 | 2016.03.16 Email H. Washkuhn to R. Gates re 2015 P&L IMPT | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---------|-------------|------|-------|------|
| 141 | 2016.04.04 Email J. Yohai to P. Manafort and H. Washkuhn re Selene Finance Invoices | | | |
| 142 | 2016.05.24 Email Chain H. Washkuhn, R. Gates, P. Manafort re Funds URGENT | | | |
| 143 | 2016.06.02 Email Chain J. Yohai, H. Washkuhn, P. Manafort et al re Travelers Auto Cancellation - J. Manafort - invoice attached | | | |
| 144 | 2016.06.02 Email Chain J. Yohai, H. Washkuhn, P. Manafort et al re Travelers Auto Cancellation - J. Manafort - invoice attached | | | |
| 145 | 2016.08.10 Email Chain A. Ivakhnik, H. Washkuhn, C. Laporta, P. Manafort re Documents needed for Loan | | | |
| 146 | 2016.08.11 Email Chain H. Washkuhn, A. Ivakhnik, P. Manafort, C. Laporta re Documents needed for Loan | | | |
| 147 | 2016.04.21 Email Chain R. Gates, P. Manafort, H. Washkuhn re DMP Open Invoices | | | |
| 148 | 2016.12.20 Email Chain R. Gates, H. Washkuhn, P. Manafort re NKSFB Fee | | | |
| 149 | 2017.01.04 Email Chain, H. Washkuhn, D. Raico, C. Laporta et al re Financials for P. Manafort | | | |
| 149A | 2015 MC Soho General Ledger | | | |
| 150 | 2011 Davis Manafort Partners Ledger Report | | | |
| 151 | 2012.12.31 MAN001-07 DMP International | | | |
| 152 | KWC Tax Organizers for P. Manafort (2012-2014) | | | |
| 153 | KWC Engagement Letters (2012-2016) | | | |
| 154 | 2014.08.26 Email Chain P. Ayliff, R. Gates, C. O'Brien, C. Laporta re Paul's pending matters | | | |
| 155 | 2014.09.02 Email Chain R. Gates, P. Ayliff, C. O'Brien, C. Laporta re Union Street | | | |
| 156 | 2015.03.19 Email Chain R. Gates, C. O'Brien, P. Ayliff, C. Laporta re NYC Property LLCs | | | |
| 157 | 2015.08.26 Email Chain R. Gates, C. O'Brien, C. Laporta, P. Ayliff re Pending Items | | | |
| 158 | 2015.09.15 Email Chain R. Gates, C. O'Brien, P. Ayliff, C. Laporta re Call Me | | | |
| 159 | 2015.09.16 Email R. Gates to C. Laporta re DMP International, LLC | | | |
| 160 | 2015.09.16 Email C. Laporta to R. Gates re Loan doc? | | | |
| 161 | 2015.12.31 Email P. Manafort to H. Washkuhn re Time Sensitive - Collection of Information | | | |
| 162 | 2016.01.07 Email C. Laporta to D. Fallarino, P. Manafort re PJM CPA FIRM - Account Manager Details - C. Laporta | | | |
| 163 | 2016.02.04 Email Chain C. Laporta, D. Fallarino, M. Francis, R. Gates, P. Manafort re DMP Int'l Income Question | | | |
| 164 | 2016.02.05 Email C. Laporta to R. Gates re Manafort #XXXXX5212 | | | |
| 165 | 2016.02.08 Email R. Gates to C. Laporta re Letter | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 166 | 2016.02.08 Email R. Gates to C. Laporta re Letter | | | |
| 167 | 2016.02.09 Email R. Gates to C. Laporta re Letter | | | |
| 168 | 2016.02.24 Email Chain C. Laporta, M. Francis, D. Fallarino, R. Gates, P. Manafort re Manafort #XXXXX5212 | | | |
| 169 | 2016.03.15 Email Chain C. Laporta, P. Manafort, R. Gates re 377 Union St Construction Loan | | | |
| 170 | 2016.03.25 DMP International Ledger Report re Peranova | | | |
| 171 | 2016.04.05 Email Chain C. Laporta, C. O'Brien, R. Gates re DMP International Questions | | | |
| 172 | 2016.04.12 Email R. Gates to C. O'Brien re Pending Questions | | | |
| 173 | 2016.05.02 Email R. Gates to C. Laporta re Letter | | | |
| 174 | 2016.05.16 Email Chain C. Laporta, D. Fallarino, R. Gates re Manafort Items Needed | | | |
| 175 | 2016.08.11 Email C. Laporta to P. Manafort re 377 Union St loan | | | |
| 176 | 2016.08.11 Email Chain C. Laporta, A. Ivakhnik, P. Manafort, H. Washkuhn re Documents needed for Loan | | | |
| 177 | 2016.08.11 Email Chain H. Washkuhn, A. Ivakhnik, C. Laporta, P. Manafort re Documents needed for Loan | | | |
| 178 | 2016.09.04 Email Chain P. Ayliff, R. Gates, C. O'Brien, C. Laporta re Paul's tax returns - more questions | | | |
| 179 | 2016.09.13 Email P. Manafort to R. Gates re Updates - DMP | | | |
| 180 | 2016.09.14 Email Chain R. Gates, P. Ayliff, C. Laporta re Updates - DMP | | | |
| 181 | 2016.10.04 Email Chain C. Laporta, T. Von Traer, P. Ayliff re Paul Manafort's pending matters | | | |
| 182 | 2016.10.06 Email Chain C. Laporta, P. Manafort, R. Gates re up to date? | | | |
| 183 | 2016.10.07 Email C. Laporta to P. Manafort re Lola Partners, LLC and draft gift tax returns | | | |
| 184 | 2016.12.28 Email Chain C. Laporta, R. Gates, H. Washkuhn, D. Raico re Financial Needed Asap | | | |
| 185 | 2014 Adjusted Journal Entry Report | | | |
| 186 | DMP International 2014 1099-MISC Form | | | |
| 187 | DMP International Funds Due to Peranova | | | |
| 188 | 2012 MC Soho General Ledger | | | |
| 189 | 2015.09.15 DMP International Ledger Report – Telmar Investments | | | |
| 190 | DMP International Ledger Reports – Peranova Entries | | | |
| 191 | KWC Manafort Tax Returns Chart | | | |
| 192 | 2011.09.09 Peranova Loan Agreement | | | |
| 193 | TB-01 - Adjusted Trial Balance (2014) | | | |
| 194 | TB-01 - Adjusted Trial Balance (2015) | | | |
| 195 | 2015.09.15 Email R. Gates to C. Laporta re Forms | | | |
| 196 | 2009.09.09 Email Chain N. Lakkis, P. Ayliff, P. Manafort, D. Walters re LOAV | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 197 | 2011.03.24 Email P. Manafort to M. Chrysostomides re Transfers from Leviathan | | | |
| 198 | 2011.08.21 Email P. Ayliff to P. Manafort re 2010 Taxes | | | |
| 199 | 2011.10.04 Email Chain P. Ayliff, N. Lakkis, P. Manafort re 2010 tax filing | | | |
| 200 | 2011.11.29 Email Chain P. Manafort to R. Gates re Payments | | | |
| 201 | 2012.06.29 Email Chain R. Gates, N. Lakkis, D. Walters, N. Lakkis re Foreign Accounts | | | |
| 202 | 2012.09.06 Email Chain R. Gates, N. Lakkis, P. Ayliff, C. O'Brien re DMP International, LLC tax return - DUE 9.17.12 | | | |
| 203 | 2012.09.16 Email Chain R. Gates, N. Lakkis, P. Ayliff, C. O'Brien re FINAL FINAL Questions | | | |
| 204 | 2012.10.14 P. Manafort Signed IRS Form 8879 | | | |
| 205 | 2013.02.05 Shipment from KWC to P. Manafort | | | |
| 206 | 2013.06.24 Email Chain R. Gates, N. Lakkis, P. Ayliff, C. O'Brien re Foreign account report due 6.30.13 | | | |
| 207 | 2014.08.29 Email P. Ayliff to R. Gates, C. O'Brien re Paul unidentified transaction | | | |
| 208 | 2013.09.13 Email P. Ayliff to C. O'Brien re Paul's tax return questions - including 3rd qtr est - due 9/16 | | | |
| 209 | 2014.09.04 Email R. Gates to P. Ayliff re Paul's tax returns - more questions | | | |
| 210 | 2014.09.14 Email Chain H. Washkuhn, P. Ayliff, C. Laporta, R. Gates, L. Tanner re MC Soho Holdings | | | |
| 211 | 2014.12.07 Email Chain P. Ayliff, C O'Brien, C. Laporta re Call with Gates - for the 2014 file | | | |
| 212 | 2015.01.08 Email From P. Manafort to P. Ayliff re - UBS Mortgage | | | |
| 213 | 2015.02.05 Email Chain P. Manafort, J. Manafort, J. Yohai, K. Manafort, P. Ayliff, H. Washkuhn re MC Soho | | | |
| 214 | 2015.03.19 Email Chain R. Gates, C. O'Brien, P. Ayliff, C. Laporta re NYC Property LLCs | | | |
| 215 | 2016.03.16 Email Chain P. Ayliff, N. Zeien, R. Gates, H. Washkuhn, C. O'Brien, C. Laporta re DMP International - Open Items | | | |
| 216 | 2016.10.03 Email Chain P. Manafort, C. Laporta, R. Gates, P. Ayliff re P. Manafort's pending matters | | | |
| 217 | Selected KWC Invoices Manafort-Related Entities | | | |
| 218 | 2015.09.11 Email Chain C. O'Brien, C. Laporta, P. Ayliff, H. Washkuhn, R. Gates re DMP Sports Tickets | | | |
| 219 | 2015.09.15 Email from C. O'Brien to R. Gates cc C. Laporta, P. Ayliff re DMP Loan | | | |
| 220 | 2015.10.07 Email Chain R. Gates, C. O'Brien re Paul's 1040 | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 221 | 2016.04.05 Email Chain R. Gates, C. O'Brien, C. Laporta re DMP International Questions | | | |
| 222 | 2016.04.15 Email Chain R. Gates, C. O'Brien, C. Laporta, P. Ayliff re Pending Questions | | | |
| 223 | 2015.12.24 Email Chain P. Manafort, D. Fallarino re 27 Howard Street Re-fi | | | |
| 224 | 2016.01.15 Email Chain D. Fallarino, M. Francis, J. Del Bene re Citizens Bank, N.A. Package Submitted (Loan Number XXXXX3998) | | | |
| 225 | 2016.01.21 Email Chain P. Manafort, M. Francis, D. Fallarino re Next Steps | | | |
| 226 | 2016.01.21 Email P. Manafort to M. Francis re Part One | | | |
| 227 | 2016.01.26 Initial Loan Documents | | | |
| 228 | 2016.01.27 Email P. Manafort to M. Francis re Remaining Docs - Howard Mortgage | | | |
| 229 | 2016.02.02 Email P. Manafort to M. Francis re Use of Cash Memo | | | |
| 230 | 2016.05.02 Email Chain D. Fallarino, P. Manafort, C. Laporta, R. Gates, J. Yohai re Primary Residence Letter - Union St | | | |
| 231 | 2016.02.09 Email Chain D. Fallarino, P. Manafort, M. Francis re DMP Int'l Income question | | | |
| 232 | 2016.02.12 Email Chain M. Guadron, D. Fallarino, T. Rodriguez re Manafort #XXXXX5212 | | | |
| 233 | 2016.02.17 Log Entry Email P. Miceli, M. Guadron, D. Fallarino, M. Francis re ATP submitted Loan XXXXX5212 - Manafort, P. | | | |
| 234 | 2016.08.11 Email Chain C. Laporta, P. Manafort, D. Fallarino, H. Washkuhn et al re Paul & DMP International | | | |
| 235 | 2016.02.21 Email Chain M. Francis, P. Manafort, H. Washkuhn, R. Gates, D. Fallarino re final document request | | | |
| 236 | 2016.02.23 Email M. Francis to D. Duggan re manafort morgagee clause update | | | |
| 237 | 2016.02.23 Email Chain R. Gates, M. Francis, P. Manafort, H. Washkuhn re Final Document Request | | | |
| 238 | 2016.02.24 Email D. Duggan to M. Francis re manafort morgagee clause update | | | |
| 239 | 2016.02.24 Email D. Duggan to M. Francis re manafort morgagee clause update | | | |
| 240 | 2016.02.24 Email Chain M. Francis, R. Gates, P. Manafort, H. Washkuhn re Final Document Request | | | |
| 241 | 2016.02.24 Email Chain M. Francis, R. Gates, P. Manafort, H. Washkuhn re Final Document Request | | | |
| 242 | 2016.02.24 Email Chain R. Gates, M. Francis, P. Manafort, H. Washkuhn re Manafort Chubb Insurance Properties - 377 Union St & 123 Baxter Street - Declarations - NO Mortgagee listed both | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 243 | 2016.02.17 Email Chain P. Miceli , D. Fallarino, M. Guadron re Secret Exception Request Submission [Manafort/0024625212] | | | |
| 244 | 2016.02.24 Email M. Francis to J. Dos Santos re Manafort Additional conditions | | | |
| 245 | 2016.03.04 29 Howard St Signed 1003 Form ($2,730,000 Conventional) | | | |
| 246 | 2016.03.04 29 Howard St Signed 1003 Form ($682,500 HELOC) | | | |
| 247 | 2016.03.04 29 Howard St Closing Documents | | | |
| 248 | 2016.04.25 Email Chain P. Manafort, R. Gates, J. Yohai, D. Fallarino, C. Laporta, T. Rodriguez, H. Washkuhn re 377 Union St Construction Loan | | | |
| 249 | 2016.05.04 Email Chain P. Manafort, D. Fallarino, T. Rodriguez re KWC Letter | | | |
| 250 | 2016.05.02 Letter P. Manafort to D. Fallarino | | | |
| 251 | 2016.05.06 Email Chain P. Manafort, D. Fallarino, R. Gates. T. Rodriguez re Primary Residence Letter - Union St | | | |
| 252 | 2016.05.09 Email Chain T. Rodriguez, J. Yohai, D. Fallarino, P. Manafort re 377 Union St Consruction Loan | | | |
| 253 | 2016.03.16 Email Chain P. Manafort, R. Gates, C. Laporta re 377 Union St Consruction Loan | | | |
| 254 | 2016.05.17 Email Chain P. Manafort, R. Gates, D. Fallarino, J. Yohai, T. Rodriguez re Manafort Items Needed | | | |
| 255 | 2016.07.13 377 Union St Uniform Residential Loan Application | | | |
| 256 | 2016.08.09 Email Chain T. Rodriguez, D. Fallarino, P. Miceli, M. Guadron re Manafort - OMG | | | |
| 257 | 2016.08.16 Email T. Rodriguez to D. Fallarino re Manafort file | | | |
| 258 | 2017.08.17 Email Chain D. Fallarino, A. Howey, T. Rodriguez, M. Francis re Manafort #002789869 | | | |
| 259 | 2016.02.09 Email Chain D. Duggan, S. Belleau, J .Yohai, P. Manafort Re Evidence of Insurance; Decl. Page; Invoice Att. - 377 Union St | | | |
| 260 | 2016.02.22 Email Chain D. Duggan, H. Washkuhn, P. Manafort, J. Yohai re Evidence of Insurance; Decl. Page; Invoice Att. - 377 Union St | | | |
| 261 | 2016.02.23 Email D. Duggan to H. Washkuhn re Manafort Insurance Requests | | | |
| 262 | 2016.02.24 Email D. Duggan to R. Gates re Manafort Chubb Insurance Properties - 377 Union St & 123 Baxter Street - Declarations - NO Mortgagee listed both | | | |
| 263 | 2016.02.24 Email D. Duggan to R. Gates re Call | | | |
| 264 | Moody Insurance Client Log | | | |
| 265 | 2016.07.28 Email S. Calk to D. Raico et al re Revised Portfolio Summary - P. Manafort and J. Yohai | | | |
| 266 | 2016.08.02 Email Chain C. Laporta, A. Ivakhnik, D. Raico, P. Manafort, R. Gates, H. Washkuhn re Documents Needed for Loan | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 267 | 2016.08.03 Email Chain C. Laporta, A. Ivakhnik, P. Manafort, H. Washkuhn re Documents Needed for Loan | | | |
| 268 | 2016.08.03 Email D. Raico to P. Manafort re Need S. Calk Resume | | | |
| 269 | 2016.08.04 Email P. Manafort to S. Calk re S. Calk- Professional Bio | | | |
| 270 | 2016.08.10 Email Chain A. Ivakhnik, H. Washkuhn, C. Laporta, P. Manafort re Documents needed for Loan | | | |
| 271 | D. Raico Journal | | | |
| 272 | 2016.08.09 Email A. Ivakhnik to D. Raico et al re New Appraisal Order | | | |
| 273 | 2016.08.11 Notice Titled Mortgage Fraud is Investigated by the FBI | | | |
| 274 | 2016.08.16 Email Chain A. Ivakhnik, T. Horn, D. Raico re 2013 P. Manafort's tax returns | | | |
| 275 | 2016.09.13 Email Chain T. Horn, J. Ubarri, J. Norini, J. Brennan re Manafort | | | |
| 276 | 2016.10.05 Email D. Raico to J. Ubarri re Manafort/Yohai and M. Bello files - update post S. Calk meeting | | | |
| 277 | 2016.10.07 Email Chain S. Calk, P. Manafort, D. Raico re Closing on Nottingham & Bridgehampton Loans | | | |
| 278 | 2016.10.11 Email Chain T. Horn, D. Raico, P. Manafort, C. Laporta, J. Brennan re My 2015 Tax Return - FINAL Draft | | | |
| 279 | 2016.10.19 Email Chain J. Brennan, J. Ubarri, P. Manafort, D. Raico, B. Baldinger, J. Yohai re Restructure framework of Loan Agreement | | | |
| 280 | 2016.10.19 Email P. Manafort to B. Baldinger, D. Raico, J. Yohai re Restructure framework of Loan Agreement | | | |
| 281 | 2016.10.20 Email Chain D. Raico, P. Manafort, B. Baldinger, J. Yohai re Restructure framework of Loan Agreement | | | |
| 282 | 2016.10.21 Email P. Manafort to D. Raico re DMP P&L Sept 2016 | | | |
| 283 | 2016.10.21 Email Chain D. Raico, E. Cholakis, P. Manafort re DMP P&L Sept 2016 | | | |
| 284 | 2016.10.21 Email Chain D. Raico, J. Ubarri, J. Brennan re Manafort loan | | | |
| 285 | 2016.10.26 Email Chain C. Laporta, P. Manafort, D. Raico, J. Yohai, B. Baldinger, H. Washkuhn re Hampton Refinance - Deliverables Update | | | |
| 286 | 2016.10.26 Email Chain T. Horn, D. Raico, J. Brennan et al re Manafort Review - compared both files too | | | |
| 287 | 2016.10.28 Signed Uniform Residential Loan Application Bridgehampton | | | |
| 288 | 2016.10.28 Undisclosed Debt Acknowledgement | | | |
| 289 | 2016.11.01 377 Union St Uniform Residential Loan Application | | | |
| 290 | 2016.11.08 Email Chain V. Bartholomew, D. Raico, S. Miller, A. Sparks re Request for supporting documentation - Mr. P. Manafort/Loan #XXX3572 | | | |
| 291 | 2016.12.07 Email D. Raico to J. Brennan re Moving forward with Manafort's Brooklyn property | | | |
| 292 | 2016.12.07 Email S. Calk to D. Raico re Nervousness is setting in | | | |
| 293 | 2017.01.05 377 Union St Loan Memorandum | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 294 | 2016.08.11 2401 Nottingham Uniform Residential Loan Application | | | |
| 295 | 2016.12.07 Email S. Calk to P. Manafort, D. Raico re Updates? | | | |
| 296 | 2016.03.09 Banc of California Loan Application | | | |
| 297 | 2016.03.10 Email P. Manafort to P. Kaufman re Schedule of Real Estate | | | |
| 298 | 2016.03.16 Email R. Gates to P. Kaufman, P. Manafort, J. Yohai re Manafort BTRs | | | |
| 299 | 2016.03.16 Email R. Gates to P. Kaufman, P. Manafort, J. Yohai re Response | | | |
| 300 | 2016.03.23 Email P. Manafort to P. Kaufman, J. Yohai re K. Manafort PFS | | | |
| 301 | 2016.03.23 Email Chain J. Yohai, P. Manafort, R. Gates, P. Kaufman, K. LaPorte re Manafort Yohai information | | | |
| 302 | 2016.05.05 Email Chain S. Bently, T. Quick, G. Seferian, P. Kaufman, K. LaPorte et al re Baylor Holdings | | | |
| 303 | 2016.05.09 Credit Approval Memorandum | | | |
| 304 | 2016.03.16 Email Chain J. Yohai, P. Manafort, R. Gates re STATUS | | | |
| 305 | 2016.05.11 Business Loan Agreement | | | |
| 306 | 2016.05.11 Commercial Guaranty | | | |
| 307 | 2016.03.11 377 Union St Title Search | | | |
| 308 | 2016.07.13 Email Chain K. LaPorte, T. Holmes, G. Seferian et al re Baylor Holding, LLC | | | |
| 309 | 2016.09.08 Memo K. LaPorte to File, G. Seferian, P. Alexander re Meeting with P. Manafort and J. Yohai | | | |
| 310 | 2017.03.23 Handwritten Notes | | | |
| 311 | 2017.06.27 Forbearance Agreement | | | |
| 312 | Handwritten Notes on Chart | | | |
| 313 | 2016.02.08 P. Manafort Borrower's Affidavit | | | |
| 314 | 2016.02.09 377 Union St Building Loan Agreement | | | |
| 315 | 2016.02.09 Evidence of Property Insurance | | | |
| 316 | 2016.02.09 P. Manafort Borrower's Affidavit | | | |
| 317 | 2016.02.09 P. Manafort Guarantee | | | |
| 318 | 2016.02.09 P. Manafort Guarantee | | | |
| 319 | 2016.02.23 Recorded Building Loan Mortgage and Security Agreement | | | |
| 320 | 2016.02.23 Recorded Mortgage, Assignment of Leases and Rents and Security Agreement | | | |
| 321 | 2016.09.02 Email Chain J. Day, B. Baldinger, J. Yohai re M. Solow communications | | | |
| 322 | 2016.09.20 Genesis Capital v. MC Brooklyn Holdings et al Filed Notice of Pendency | | | |
| 323 | 2016.09.20 Genesis Capital v. MC Brooklyn Holdings et al Served Notice of Pendency | | | |
| 324 | 2017.01.23 Genesis Capital v. MC Brooklyn et al Affirmation Canceling Notice of Pendency | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 325A | P. Manafort American Express Bank Records for Account No. XXXX-XXXXXXX-3007 | | | |
| 325B | P. Manafort American Express Bank Records for Account No. XXXX-XXXXXXX-5007, 2016-17 | | | |
| 325C | P. Manafort American Express Bank Records for Account No. XXXX-XXXXXXX-6002, 2016 | | | |
| 326 | R. Gates American Express Bank Records for Account No. XXXX-XXXXXXX-3003 | | | |
| 327 | Aegis Holdings Stipulation | | | |
| 327A | Aegis Holdings Stipulation Exhibit | | | |
| 328 | First Nationwide Title Stipulation | | | |
| 328A | First Nationwide Title Stipulation Exhibits | | | |
| 329 | J&J Oriental Rug Gallery Stipulation | | | |
| 329A | J&J Oriental Rug Gallery Stipulation Exhibits | | | |
| 330 | Kensington Vanguard Stipulation | | | |
| 330A | Kensington Vanguard Stipulation Exhibits | | | |
| 331 | Land, Carroll & Blair Stipulation | | | |
| 331A | Land, Carroll & Blair Stipulation Exhibits | | | |
| 332 | Land Rover of Alexandria Stipulation | | | |
| 332A | Land Rover of Alexandria Stipulation Exhibits | | | |
| 333 | Mercedes Benz of Alexandria Stipulation | | | |
| 333A | Mercedes Benz of Alexandria Stipulation Exhibit | | | |
| 334 | Sabatello Construction Stipulation | | | |
| 334A | Sabatello Construction Stipulation Exhibits | | | |
| 335 | Scott Wilson Landscaping Stipulation | | | |
| 335A | Scott Wilson Landscaping Stipulation Exhibit | | | |
| 336 | Sensoryphile Stipulation | | | |
| 336A | Sensoryphile Stipulation Exhibits | | | |
| 337 | Tax Returns Stipulation | | | |
| 337A | 1040 Paul J. Manafort 2010 (certified) | | | |
| 337B | 1040 Paul J. Manafort 2011 (certified) | | | |
| 337C | 1040 Paul J. Manafort 2012 (certified) | | | |
| 337D | 1040 Paul J. Manafort 2013 (certified) | | | |
| 337E | 1040 Paul J. Manafort 2014 (certified) | | | |
| 337F | 1065 DMP International 2011 (certified) | | | |
| 337G | 1065 DMP International 2012 (certified) | | | |
| 337H | 1065 DMP International 2013 (certified) | | | |
| 337I | 1065 DMP International 2014 (certified) | | | |
| 337J | 1065 MC Brooklyn 2012-2014 (lack of records) | | | |
| 337K | 1065 MC Soho 2012-2014 (lack of records) | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 337L | 1065 MC Soho 2015 (certified) | | | |
| 337M | 1065 MC Soho 2016 (certified) | | | |
| 337N | 1120S Davis Manafort Partners 2010 (certified) | | | |
| 337O | 1120S Davis Manafort Partners 2011 (certified) | | | |
| 337P | 1120S Davis Manafort Partners 2012-2014 (lack of records) | | | |
| 337Q | 1065 John Hannah 2010 (certified) | | | |
| 337R | 1065 John Hannah 2011 (certified) | | | |
| 337S | 1065 John Hannah 2012 (certified) | | | |
| 337T | 1065 John Hannah 2013 (certified) | | | |
| 337U | 1065 John Hannah 2014 (certified) | | | |
| 338A | R. Gates 2009 Passport | | | |
| 338B | R. Gates 2011 Passport | | | |
| 338C | R. Gates 2013 Passport | | | |
| 339 | 2016.11.24 Email P. Manafort to R. Gates re DOD Service secretaries | | | |
| 340 | 2010.02.20 Memo P. Manafort to V. Yanukovych re Launch of Public Affairs Plan | | | |
| 341 | 2012.04.08 Memo P. Manafort to V. Yanukovych re AC Project - Update | | | |
| 342 | 2012.06.04 Email Chain P. Manafort, K. Kilimnik, R. Gates re ST documents | | | |
| 343 | 2012.06.19 Memo P. Manafort to AK re Polling Project - Update | | | |
| 344 | 2012.07.12 Email K. Kilimnik to P. Manafort, R. Gates re EI Outreach - International Plan | | | |
| 345 | 2012.07.13 Email K. Kilimnik to P. Manafort, R. Gates re Demidko documents - Party program | | | |
| 346 | 2012.10.06 Email P. Manafort to K. Kilimnik, R. Gates, D. Rabin et al re Memo on campaign Status | | | |
| 347 | 2013.02.04 Memo P. Manafort to V. Yanukovych re US Government Activity | | | |
| 348 | 2013.02.19 Memo P. Manafort to V. Yanukovych re US Government Update | | | |
| 349 | 2013.02.21 Memo P. Manafort to V. Yanukovych re Hapsburg - Update | | | |
| 350 | [Intentionally Left Blank] | | | |
| 351 | Memo P. Manafort to BVK, S. Lyovochkin re Campaign budget for national and regional TV, radio advertising | | | |
| 352 | 2014.10.29 Memo P. Manafort to S. Lyovochkin, R. Akhmetov re Roadmap for November - December 2014 | | | |
| 353 | DMP International Consulting Agreement | | | |
| 354 | 2010.01.31 Memo P. Manafort to V. Yanukovych et al re Final Week - Strategy, Tactics and Messages | | | |
| 355 | 2009.04.20 Memo P. Manafort to O. Deripaska re Cyprus | | | |
| 356 | 2009.04.20 Memo P. Manafort to O. Deripaska re Cyprus | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 357 | 2010.04.06 Memo P. Manafort to K. Kilimnik re SL Staff Meeting | | | |
| 358 | 2010.04.09 Memo P. Manafort to V. Yanukovych re Goals of US Trip | | | |
| 359 | 2011.10.11 Memo P. Manafort to V. Yanukovych and S. Lyovochkin re Consulting Payments | | | |
| 360A | 2010.05.01 Leviathan and Telmar Consultancy Agreement | | | |
| 360B | 2011.11.01 Peranova and Telmar Consultancy Agreement | | | |
| 360C | 2012.04.01 Black Sea and Dresler Consultancy Agreement | | | |
| 360D | 2012.06.01 Black Sea and Telmar Consultancy Agreement | | | |
| 360E | 2012.06.05 Black Sea and Dresler Consultancy Agreement | | | |
| 360F | 2014.03.01 DMP International and Telmar Consultancy Agreement | | | |
| 360G | 2014.05.15 DMP International and Telmar Consultancy Agreement | | | |
| 361 | 2013.09.20 Email A. Damianou to R. Gates re Yiakora | | | |
| 362 | 2014.01.24 Email C. Nicolaou to R. Gates, G. Ioannou re Payments/Transfers | | | |
| 363 | 2015.07.10 Email R. Gates to K. Kilimnik re Contract for 1 | | | |
| 364 | 2015.08.25 Email K. Kilimnik to R. Gates re Contract for 1 | | | |
| 365 | 2015.08.28 Email Chain P. Manafort, R. Gates, K. Kilimnik re FYI | | | |
| 366 | Invoice DMP International to Opposition Bloc Party | | | |
| 367 | 2014.03.19 Email A. Damianou to R. Gates re Serangon Holdings Limited | | | |
| 368 | 2014.05.02 Email A. Damianou to R. Gates re Cyprus Companies | | | |
| 369 | [Intentionally Left Blank] | | | |
| 370 | 2011.11.29 Email Chain P. Manafort, R. Gates re Payments | | | |
| 371 | [Intentionally Left Blank] | | | |
| 372 | 2013.03.21 R. Gates Agenda | | | |
| 373 | 2014.12.13 Email Chain R. Gates, P. Manafort re con call this morning - around 800 am | | | |
| 374 | 2013.09.11 Email Chain R. Gates, N. Lakkis, P. Ayliff, C. O'Brien re DMP International | | | |
| 375 | 2015.04.17 Email Chain R. Gates, P. Manafort re Tax - Extensions | | | |
| 376 | 2015.08.31 Email Chain H. Washkuhn, E. Paik, L. Tanner, R. Gates re Income | | | |
| 377 | 2016.03.16 Email P. Manafort to R. Gates re 377 Union St Consruction Loan | | | |
| 378 | 2016.09.13 Email Chain H. Washkuhn, R. Gates, L. Tanner re Manafort related entities - due by 9.15 | | | |
| 379 | 2016.07.26 Email Chain H. Washkuhn, R. Gates re DMP Funding | | | |
| 380 | 2016.01.06 Email P. Manafort to R. Gates re VIP TIME SENSITIVE | | | |
| 381 | 2012.08.10 Email R. Gates to V. Weber, T. Podesta re Question | | | |
| 382 | 2012.10.09 Memo P. Manafort to S. Lyovochkin re Translation Expenses | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 383 | 2013.03.23 Memo P. Manafort to S. Lyovochkin re US Consultants Activity - Weekly Update | | | |
| 384 | 2016.02.24 Email Chain R. Gates, P. Manafort re Update | | | |
| 385 | [Intentionally Left Blank] | | | |
| 386 | [Intentionally Left Blank] | | | |
| 387 | [Intentionally Left Blank] | | | |
| 388 | 2016.02.08 Email Chain P. Manafort, R. Gates re Letter | | | |
| 389 | 2016.02.08 Email R. Gates to P. Manafort re Letter | | | |
| 390 | [Intentionally Left Blank] | | | |
| 391 | 2016.03.16 Email Chain R. Gates, P. Manafort, J. Yohai re needs | | | |
| 392 | 2016.03.16 Email Chain P. Manafort, R. Gates re Responses | | | |
| 393 | 2016.01.14 Email Chain P. Manafort, R. Gates, Yankees Premium re Important 2016 Ticket License Balance Due | | | |
| 394 | 2016.01.23 Email Chain R. Gates, P. Manafort, D. Fox re Updated Contact Information | | | |
| 395 | 2016.01.26 Email Chain P. Manafort, R. Gates, D. Fox re Please Reply "I authorize this payment" | | | |
| 396 | 2016.01.26 Email Chain R. Gates, P. Manafort re 2 things | | | |
| 397 | [Intentionally Left Blank] | | | |
| 398 | 2016.03.15 Email R. Gates, P. Manafort, C. Laporta re 377 Union St Consruction Loan | | | |
| 399 | [Intentionally Left Blank] | | | |
| 400 | 2016.03.22 Email Chain P. Manafort, D. Fallarino, R. Gates re 377 Union St Consruction Loan | | | |
| 401 | 2016.05.01 Email Chain P. Manafort, R. Gates, D. Fallarino, J. Yohai, T. Rodriguez re 377 Union St Consruction Loan | | | |
| 402 | [Intentionally Left Blank] | | | |
| 403 | 2016.05.06 Email Chain P. Manafort, R. Gates, D. Fallarino, T. Rodriguez re Primary Residence Letter - Union St | | | |
| 404 | [Intentionally Left Blank] | | | |
| 405 | 2016.10.21 Email Chain P. Manafort, R. Gates, H. Washkuhn re 2016 P&L | | | |
| 406 | 2016.10.21 Email P. Manafort to R. Gates re pls convert | | | |
| 407 | 2016.10.21 Email R. Gates to P. Manafort re 2016 P&L | | | |
| 408 | 2016.10.21 Email R. Gates to P. Manafort re 2016 P&L | | | |
| 409 | 2016.10.21 Email P. Manafort to R. Gates re AGENDA | | | |
| 410 | [Intentionally Left Blank] | | | |
| 411 | 2016.10.21 Email R. Gates to P. Manafort re pls convert | | | |
| 412A | P. Manafort 2008-2018 Passport | | | |
| 412B | P. Manafort 2012-2014 Passport | | | |
| 412C | [Intentionally Left Blank] | | | |
| 413 | 2016.01.01 - 2017.07.25 P. Manafort AT&T Phone Records | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 414 | 2010.06.01 Email P. Manafort to K. Kilimnik re Q and A for VY | | | |
| 415 | 2010.06.02 Email P. Manafort to K. Kilimnik re Press and Diplomatic Package | | | |
| 416 | 2011.11.29 Email Chain P. Manafort, R. Gates re Payments | | | |
| 417 | 2012.07.14 Email Chain P. Manafort, D. Rabin, T. Fabrizio, B. Ward, K. Kilimnik, R. Gates, V. Stepanov re testimonials, Accomplishments, schedule | | | |
| 418 | 2014.05.24 Email P. Manafort to K. Kilimnik cc R. Gates re Organization of Package of documents | | | |
| 419 | 2014.08.25 Email Chain P. Manafort, N. Azzam, T. Barry, R. Joyce re Mortgage Rates | | | |
| 420 | 2015.09.25 Email Chain P. Manafort, R. Gates re update | | | |
| 421 | 2012.10.15 Monday Agenda | | | |
| 422 | 2016.01.26 Email P. Manafort to J. Yohai re Howard St Appraisal | | | |
| 423 | 2016.02.09 Email Chain P. Manafort, R. Gates, M. Francis, D. Fallarino re Lease for 5th Ave property | | | |
| 424 | 2016.02.11 Email Chain P. Manafort, R. Gates, D. Fallarino, M. Francis re Letter of Forgiveness | | | |
| 425 | 2016.02.12 Email P. Manafort to J. Yohai re Citizens Loan - Howard St | | | |
| 426 | 2016.02.16 Email Chain P. Manafort, R. Gates, K. Mazzocco, T. Barry, H. Washkuhn re Personal and DMP bills | | | |
| 427 | 2016.02.17 Email Chain P. Manafort, R. Gates re My signature | | | |
| 428 | 2016.02.24 Email P. Manafort to D. Fallarino re 2 issues re Union St and Baxter St | | | |
| 429 | 2016.02.26 Email Chain P. Manafort, R. Gates, M. Francis, D. Fallarino re Success | | | |
| 430 | 2016.03.09 Email R. Gates to P. Manafort re Personal Finance Statement | | | |
| 431 | 2016.03.10 Email P. Kaufman to P. Manafort re Schedule of Real Estate | | | |
| 432 | 2016.03.22 Email Chain P. Manafort, R. Gates, D. Fallarino, J. Yohai, C. Laporta re 377 Union St Consruction Loan | | | |
| 433 | 2016.08.04 Email Chain S. Calk, P. Manafort re S. Calk- Professional Bio | | | |
| 434 | 2016.08.15 Email J. Wetzel to P. Manafort re Scan | | | |
| 435 | 2016.10.26 Email Chain J. Yohai, P. Manafort, J. Yohai, D. Raico re Hampton Refinance - Deliverables Update | | | |
| 436A | Alan Couture Certificate of Authenticity | | | |
| 436B | Rabin Strasberg Certificate of Authenticity | | | |
| 436C | Devine Mulvey Longabaugh Certificate of Authenticity #1 | | | |
| 436D | Devine Mulvey Longabaugh Certificate of Authenticity #2 | | | |
| 436E | Federal Stone & Brick Certificate of Authenticity | | | |
| 436F | New York Yankees Certificate of Authenticity | | | |
| 436G | Joel Maxwell Certificate of Authenticity | | | |
| 436H | New Leaf Landscape Certificate of Authenticity | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 436I | Moody & Associates Certificate of Authenticity | | | |
| 436J | SP&C Home Improvement Certificate of Authenticity | | | |
| 436K | SunTrust Certificate of Authenticity | | | |
| 436L | Cyprus Incorporation Documents (66A) Certificate of Authenticity | | | |
| 436M | Eurobank Documents (66B) Certificate of Authenticity | | | |
| 436N | Hellenic Bank Documents (66C) Certificate of Authenticity | | | |
| 436O | Bank of Cyprus (66D) Certificate of Authenticity | | | |
| 436P | Bank of Cyprus (66E) Certificate of Authenticity | | | |
| 436Q | Accounting Records (66F) Certificate of Authenticity | | | |
| 436R | Hellenic Bank (66G) Certificate of Authenticity | | | |
| 436S | St. Vincent and the Grenadines (67A) Certificate of Authenticity | | | |
| 436T | St. Vincent and the Grenadines (67B) Certificate of Authenticity | | | |
| 436U | St. Vincent and the Grenadines (67C) Certificate of Authenticity | | | |
| 437 | 2016.11.12 Summerbreeze Loan Memorandum | | | |
| 438 | 2016.12.13 Email Chain D. Raico, P. Manafort, J. Brennan, C. Laporta, T. Horn re My 2015 Tax Return - FINAL Draft | | | |
| 439 | 2016.08.04 Email S. Calk to P. Manafort re Stephen Calk-Professional Bio | | | |
| 440 | 2016.09.25 Email P. Manafort to S. Calk re Monday | | | |
| 441 | 2016.10.07 Email S. Calk to P. Manafort re Closing on Nottingham & Bridgehampton loans | | | |
| 442 | 2016.10.08 Email P. Manafort to S. Calk re sorry I missed you | | | |
| 443 | 2016.11.14 Email S. Calk to P. Manafort re | | | |
| 444 | December 11 Conference Call Agenda | | | |
| 445 | R. Gates Agenda | | | |
| 446 | Gates - payments | | | |
| 447A | Actinet BOC Account Documents | | | |
| 447B | Actinet Hellenic Account Documents | | | |
| 447C | Black Sea BOC Account Documents | | | |
| 447D | Bletilla BOC Account Documents | | | |
| 447E | Bletilla Hellenic Account Documents | | | |
| 447F | Global Endeavour Loyal Bank Account Documents | | | |
| 447G | Global Highway BOA Account Documents | | | |
| 447H | Jeunet Loyal Bank Account Documents | | | |
| 447I | Leviathan BOC Account Documents | | | |
| 447J | LOAV BOC Account Documents | | | |
| 447K | Lucicle BOC Account Documents | | | |
| 447L | Lucicle Hellenic Statements | | | |
| 447M | Marziola Hellenic and BOC Account Documents | | | |
| 447N | Olivenia Hellenic and BOC Account Documents | | | |
| 447O | Peranova BOC Account Documents | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 447P | Serangon BOC Account Documents | | | |
| 447Q | Yiakora BOC Account Documents | | | |
| 448 | Email Stipulation | | | |
| 449 | FDIC Stipulation | | | |
| 450 | Financial Records Stipulation | | | |
| 451 | Business Records of Bookkeeping and Tax Preparation Services Stipulation | | | |

The government further respectfully requests leave of the Court to file additional exhibits if necessary.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

By:        /s/

Uzo Asonye                       Andrew Weissmann
Assistant United States Attorney        Greg D. Andres
Eastern District of Virginia           Brandon L. Van Grack
                               Special Assistant United States Attorneys
                               Special Counsel's Office
                               U.S. Department of Justice
                               950 Pennsylvania Ave., NW
                               Washington, DC 20530
                               Telephone: (202) 616-0800

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 31st day of July, 2018, I will cause to be filed electronically

the foregoing with the Clerk of Court using the CM/ECF system, which will then send a

notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com


/s/ Uzo Asonye
Uzo Asonye
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
uzo.asonye@usdoj.gov
Phone: (703) 299-3700
Fax: (703) 299-3981

*Attorney for the United States of America*