## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 1)

| | | |
|---|---|---|
| Date: 07/31/2018 | Case No: 1:18-CR-00083-TSE-1 | Time: 09:05AM-09:23AM (00:18) |
| | | 10:04AM-12:15PM (02:11) |
| Before the Honorable: T.S. ELLIS, III | | 12:35PM-02:00PM (01:25) |
| | | 02:50PM-04:05PM (01:15) |
| Court Reporter: Tonia Harris | | 04:27PM-05:45PM (1:18) |
| | | (06:27) |
| Courtroom Deputy: Margaret Pham | | |

| PARTIES | COUNSEL |
|---|---|
| **UNITED STATES OF AMERICA** | JAY R. NANAVATI |
| | THOMAS E. ZEHNLE |
| | BRIAN KETCHAM |
| v. | KEVIN M. DOWNING |
| | RICHARD WESTLING |
| | |
| **PAUL J. MANAFORT, JR.** | BRANDON L. VAN GRACK |
| | GREG D. ANDRES |
| | UZO ASONYE |

This matter came on for Day 1 of trial by jury.   Brandon L. Van Grack, Greg D. Andres, and Uzo Asonye present on behalf of government, with Special Agent Rob Valdini, Special Agent Sherine Ebadi, and Evan Binder (paralegal) present at counsel table.   Defendant present w/ counsel Jay R. Nanavati, Thomas E. Zehnle, Brian Ketcham, Kevin M. Downing, and Richard Westling, with Tim Wang (paralegal) and Spencer Ritchie (paralegal) present for counsel team.

Jury appeared as summoned, Voir Dire held, jury sworn and empaneled (Jurors #0008, #0037, #0276, #0017, #0145, #0115, #0082, #0009, #0299, #0091, #0302, #0060, #0296A, #0054A, #0127A, #0133A).   Selected juror list provided to the Clerk's Office jury clerk.

Rule Invoked on Witnesses [ X ]         Opening Statements Made by Both Parties [ X ]

Government adduced evidence [ X ] and Rests [  ]

Defendant adduced evidence [  ] and Rests [  ]

Instructions Conference Held [  ]     Closing Arguments [  ]

Jury Charged [  ]       Jury Retired to Deliberate at _____   [  ]

Jury Verdict Filed in Open Court [  ] Jurors Individually Polled   [  ]

Jurors excused at **5:40PM** and Case Continued To: **WEDNESDAY, AUGUST 1, 2018 @ 09:30AM**

**DEFENDANT:**
[ X ] Remanded   [  ] Self Surrender   [  ] Cont'd on same terms and conditions of release     [  ] In Custody