IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:18-CR-00083-TSE-1 |
| | ) | |
| PAUL J. MANAFORT, JR. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The jury trial commenced in this matter at 10:00 a.m. on Tuesday, July 31, 2018.

For good cause,

It is hereby **ORDERED** that jurors in this matter shall be delivered a daily meal at the expense of the United States, with any bills or invoices to be submitted to the Clerk of the Court for payment.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
July 31, 2018

/s/
T. S. Ellis, III
United States District Judge