M. Welch - Direct

U.S. v. Manafort

1661

1  an expert in an area and the extent to which you accept that
2  witness' testimony as expert testimony are matters left
3  entirely to you, the jury.  And I'll give you further
4  instructions on this as well as other matters at the end of
5  the case.
6           Mr. Asonye, you may proceed.
7  BY MR. ASONYE:
8  Q.   Agent Welch, have you been present each day in this
9  courtroom so far in this trial?
10 A.   Yes, I have.
11 Q.   Have you heard all of the testimony --
12          THE COURT:  I thought we excluded witnesses.
13          MR. ASONYE:  Except for -- Your Honor, except for
14 expert witnesses, Your Honor --
15          THE COURT:  Is that right?
16          MR. ASONYE:  -- and case agents.
17          THE COURT:  The case agents I did admit.  But the
18 next time we do this, it's my clear recollection, Mr. Asonye,
19 that I wasn't admitting experts.  You need to ask
20 specifically.  You're going to go ahead now, I'm going to
21 permit that, but I want you to remember that.  I typically
22 allow the case agents to remain.  I don't typically allow
23 experts for either side to remain.
24          MR. ASONYE:  Appreciate it, Your Honor.  We'll check
25 the transcript, but we believe that we said case agent

M. Welch - Direct

U.S. v. Manafort

1662

1  and expert witness.
2          THE COURT: Well, let me be clear: I don't care
3  what the transcript says. Maybe I made a mistake. But I want
4  you to remember don't do that again. When I exclude
5  witnesses, I mean everybody. Now, it may be that I didn't
6  make that clear. It may be that I did allow this, but don't
7  do it in the future.
8          MR. ASONYE: Fair enough, Your Honor.
9          THE COURT: I beg your pardon?
10         MR. ASONYE: I said fair enough, Your Honor.
11         THE COURT: Well, it's right. Fair enough.
12         All right. I just want you to have that in mind,
13 Mr. Asonye, because you appear here again. And when I exclude
14 witnesses, I mean everybody unless I make a specific
15 exception, and I do for case agents.
16         Proceed. It's not a big deal, but I want you to be
17 clear about that.
18         MR. ASONYE: May I proceed, Your Honor?
19         THE COURT: You may.
20 BY MR. ASONYE:
21 Q.  Have you heard all of the testimony of the witnesses who
22 have testified thus far in this case?
23 A.  Yes, I have.
24 Q.  And have you reviewed all the exhibits that have been
25 admitted thus far in this trial?

Tonia M. Harris OCR-USDC/EDVA 703-646-1438
EASTERN DISTRICT OF VIRGINIA