1 you need for that?

2         MR. ZEHNLE:  Thirty minutes.

3         THE COURT:  All right.  And you're Mr. Westling?

4         MR. ZEHNLE:  No, I'm Mr. Zehnle.

5         MR. WESTLING:  We've been shuffling around.  We
6 apologize for that.

7         THE COURT:  So she's innocent.

8         All right.  How long did you say you needed?

9         MR. ZEHNLE:  Thirty minutes.

10        THE COURT:  All right.  I think that's appropriate
11 and sensible and be prepared to go on.  I'm not going to
12 address the 40 pages that are still in dispute.  Do you
13 anticipate those coming up in the first witness or so?

14        MR. ANDRES:  Several of them, but not any of the
15 ones that really are the longer ones that are really of
16 concern, but we can let defense know who we are going to call
17 and what exhibit --

18        THE COURT:  Which ones -- yes, advise chambers and
19 the defendants which ones you intend to use in these first few
20 witnesses so that I can pay attention to those.

21        MR. ANDRES:  Okay.

22        THE COURT:  Thank you.

23        MR. ASONYE:  Judge, I'm sorry, we also -- the
24 Government would move to exclude any witnesses once the
25 opening statements start with the exception of our expert and

U.S. v. Manafort

15

```
 1  our case agent.
 2          THE COURT:  All right.  Any objection to the case
 3  agent and the expert?
 4          MR. WESTLING:  No, Your Honor.
 5          THE COURT:  Who is the expert?
 6          MR. ASONYE:  Special Agent Michael Welch, Your
 7  Honor.
 8          THE COURT:  And in what discipline is he an expert?
 9          MR. ASONYE:  In tax, Your Honor, tax computation,
10  Your Honor.  He's the IRS revenue agent.
11          THE COURT:  All right.  I will grant the motion to
12  exclude witnesses.  And other than the defendant, does the
13  defendant wish to have anyone else present.
14          MR. WESTLING:  No, Your Honor.
15          THE COURT:  Anything else before I recess?
16          MR. ANDRES:  No, Judge.  Thank you.
17          MR. WESTLING:  Nothing from the defense, Your Honor.
18          THE COURT:  All right.  I thank counsel for your
19  cooperation.  Court stands in recess until 2:45.
20          (Lunch Recess 2:00 p.m.)
21                    **P R O C E E D I N G S**
22                    **A F T E R N O O N   S E S S I O N**
23
24          THE COURT:  All right.  Mr. Flood, you may bring the
25  jury in, please.
```

Tonia M. Harris OCR-USDC/EDVA 703-646-1438