## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Case No. 1:18-cr-83 (TSE) |

### GOVERNMENT'S MOTION TO SEAL
### PURSUANT TO LOCAL CRIMINAL RULE 49(E)

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby submits this motion to seal a limited portion of a sidebar conference held on August 7, 2018, pursuant to Local Criminal Rule 49(E).[1]  A proposed order and a non-confidential supporting memorandum accompany this motion.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: August 9, 2018

/s/_____

Uzo Asonye
Assistant United States Attorney
Eastern District of Virginia

Greg D. Andres
Brandon L. Van Grack
Special Assistant United States Attorneys
Special Counsel's Office
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

---

[1] The United States communicated with defense counsel on August 7 and 8, 2018, about this motion, and has not received a response.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com


_____/s/_____
Brandon L. Van Grack
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

PAUL J. MANAFORT, JR.,

Defendant

Case No. 1:18-cr-83 (TSE)

## ORDER

This matter comes before the Court on the Motion of the United States to seal a limited portion of a sidebar conference held on August 7, 2018, pursuant to Local Criminal Rule 49(E). For good cause shown, the Court finds:

1.      The United States seeks an order pursuant to Local Criminal Rule 49(E) sealing a limited portion of a sidebar conference held on August 7, 2018.

2.      Sealing a limited portion of the sidebar conference is necessary because it would reveal substantive evidence pertaining to an ongoing government investigation. *See Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 579 (4th Cir. 2004) ("[A] compelling governmental interest exists in protecting the integrity of an ongoing law enforcement investigation.").

3.      The United States and the Court have considered procedures other than sealing, but none would suffice to protect the information subject to sealing.

4.      This Court has the inherent authority to order that documents be filed under seal. "The trial court has supervisory power over its own records and may, in its discretion, seal

documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

5.      The United States requests that the following portions of the sidebar conference held on August 7, 2018, remain sealed until the relevant aspect of the investigation is revealed publicly, if that were to occur: Aug. 7, 2018 Tr. at 1399: 14-19; 1402:1-2, 14-17; 1403: 12-15.


It is therefore ORDERED that the United States' Motion to Seal is GRANTED; it is further ORDERED that the identified portions of the sidebar conference held on August 7, 2018, are sealed until the relevant aspect of the investigation is revealed publicly, if that were to occur.

.


_____                          _____
Date                                                    UNITED STATES DISTRICT JUDGE