**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>                    Defendant | Case No. 1:18-cr-83 (TSE) |

**NOTICE OF FILING OF GOVERNMENT'S MOTION TO SEAL**

The United States of America, by and through Special Counsel Robert S. Mueller, III, has this day filed the government's Motion to Seal, Non-Confidential Memorandum in support thereof, and Proposed Sealing Order, pursuant to Local Criminal Rule 49(E).

                                                      Respectfully submitted,

                                                      ROBERT S. MUELLER, III
                                                      Special Counsel

Dated: August 9, 2018                          */s/*

Uzo Asonye                                       Greg D. Andres
Assistant United States Attorney            Brandon L. Van Grack
Eastern District of Virginia                 Special Assistant United States Attorneys
                                                      Special Counsel's Office

                                                      U.S. Department of Justice
                                                      950 Pennsylvania Avenue NW
                                                      Washington, D.C. 20530
                                                     Telephone: (202) 616-0800

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

/s/
Brandon L. Van Grack
Special Counsel's Office
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorney for the United States of America*