IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant | Case No. 1:18-cr-83 (TSE) |

## ORDER

This matter comes before the Court on the Motion of the United States to seal a limited portion of a sidebar conference held on August 7, 2018, pursuant to Local Criminal Rule 49(E). For good cause shown, the Court finds:

1. The United States seeks an order pursuant to Local Criminal Rule 49(E) sealing a limited portion of a sidebar conference held on August 7, 2018.

2. Sealing a limited portion of the sidebar conference is necessary because it would reveal substantive evidence pertaining to an ongoing government investigation. *See Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 579 (4th Cir. 2004) ("[A] compelling governmental interest exists in protecting the integrity of an ongoing law enforcement investigation.").

3. The United States and the Court have considered procedures other than sealing, but none would suffice to protect the information subject to sealing.

4. This Court has the inherent authority to order that documents be filed under seal. "The trial court has supervisory power over its own records and may, in its discretion, seal

documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

5. The United States requests that the following portions of the sidebar conference held on August 7, 2018, remain sealed until the relevant aspect of the investigation is revealed publicly, if that were to occur: Aug. 7, 2018 Tr. at 1399: 14-19; 1402:1-2, 14-17; 1403: 12-15.

It is therefore ORDERED that the United States' Motion to Seal is GRANTED; it is further ORDERED that the identified portions of the sidebar conference held on August 7, 2018, are sealed until the relevant aspect of the investigation is revealed publicly, if that were to occur.

_____8/9/18_____  
Date

_____  
UNITED STATES DISTRICT JUDGE