## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 9)

| | | |
|---|---|---|
| Date: 08/10/2018 | Case No: 1:18-CR-00083-TSE-1 | Time: 09:47AM-09:52AM (00:05) |
| | | 10:02AM-10:17AM (00:15) |
| Before the Honorable: T.S. ELLIS, III | | 10:20AM-11:05AM (00:45) |
| | | 11:06AM-11:12AM (00:06) |
| Court Reporter: Tonia Harris (AM) / Anneliese Thomson (PM) | | 01:32PM-02:18PM (00:46) |
| | | 02:20PM-04:09PM (01:49) |
| | | (03:46) |

| PARTIES | COUNSEL |
|---|---|
| **UNITED STATES OF AMERICA** | JAY R. NANAVATI |
| | THOMAS E. ZEHNLE |
| | BRIAN KETCHAM |
| v. | KEVIN M. DOWNING |
| | RICHARD WESTLING |
| | |
| **PAUL J. MANAFORT, JR.** | BRANDON L. VAN GRACK |
| | GREG D. ANDRES |
| | UZO ASONYE |

This matter came on for Day 9 of trial by jury.   Brandon L. Van Grack, Greg D. Andres, and Uzo Asonye present on behalf of government, with Special Agent Sherine Ebadi, and Evan Binder (paralegal) present at counsel table. Defendant present w/ counsel Jay R. Nanavati, Thomas E. Zehnle, Brian Ketcham, Kevin M. Downing, and Richard Westling.

Government used evidence presentation system to continue adducing evidence.

- Order of Use Immunity for Trial Testimony as to Dennis Raico entered in open court
- Order of Use Immunity for Trial Testimony as to James Brennan entered in open court

---

Rule Invoked on Witnesses [   ]          Opening Statements Made by Both Parties [   ]

Government continued to adduce evidence [ X ] and Rests [   ]

Defendant adduced evidence [   ] and Rests [   ]

Instructions Conference Held [   ]    Closing Arguments [   ]

Jury Charged [   ]        Jury Retired to Deliberate at _____   [   ]

Jury Verdict Filed in Open Court [   ] Jurors Individually Polled   [   ]

Jurors excused at **05:22PM** and Case Continued To: **MONDAY, AUGUST 13, 2018 @ 01:00PM**

**DEFENDANT:**
[ X ] Remanded   [   ] Self Surrender   [   ] Cont'd on same terms and conditions of release     [   ] In Custody