IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:18-CR-83 |
| v. | ) | |
| | ) | Trial Date: July 25, 2018 |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | The Honorable T. S. Ellis, III |
| | ) | |
| Defendant. | ) | |

### ORDER OF USE IMMUNITY FOR TRIAL TESTIMONY

The United States of America, by and through Special Counsel Robert S. Mueller, III, having moved the Court for an Order requiring James Brennan to testify pursuant to Title 18, United States Code, Sections 6002 and 6003, in regard to a trial styled United States v. Manafort, Criminal No. 1:18-cr-83, and to provide such information at any other proceeding ancillary to the above-styled matter, and being advised that the request for immunity was approved by an appropriate official of the United States Department of Justice, and that the testimony and other information from this witness may be necessary to the public interest, and furthermore, such individual is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination, it is hereby:

ORDERED, ADJUDGED and DECREED that James Brennan be required to testify and provide other information in regard to the above-styled trial, and to provide such information at any other proceeding ancillary to the above-styled matter.

IT IS FURTHER ORDERED that James Brennan is hereby granted immunity from the use against him in any criminal case of any testimony or other information compelled under such order, or any information directly or indirectly derived from such testimony or other information,



except that the above does not immunize James Brennan against charges of perjury, giving a false statement or otherwise failing to comply with the Order of the Court.

_____
The Honorable T. S. Ellis, III
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
Date: _____8/10/18_____