## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 10)

Date: 08/13/2018      Case No:  1:18-CR-00083-TSE-1      Time: 01:00PM-02:40PM
                                                                03:12PM-04:13PM
                                                                04:35PM-04:45PM
                                                                04:50PM-05:10PM
                                                                05:40PM-06:10PM

Before the Honorable: T.S. ELLIS, III

Court Reporter: Anneliese Thomson / Tonia Harris

| PARTIES | COUNSEL |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.** | BRANDON L. VAN GRACK<br>GREG D. ANDRES<br>UZO ASONYE<br><br><br>THOMAS E. ZEHNLE<br>KEVIN M. DOWNING<br>RICHARD WESTLING |

This matter came on for Day 10 of trial by jury.   Brandon L. Van Grack, Greg D. Andres, and Uzo Asonye present on behalf of government, with Special Agent Sherine Ebadi, and Evan Binder (paralegal) present at counsel table.   Defendant present w/counsel Thomas E. Zehnle, Kevin M. Downing, and Richard Westling.

Government used evidence presentation system to continue adducing evidence.

Government adduced evidence and Rests [X]

Jurors excused at **4:55 PM** to return: **TUESDAY, AUGUST 14, 2018 @ 09:30AM**;

Sealed hearing held.


**DEFENDANT:**

[X] Remanded   [  ] Self Surrender   [  ] Cont'd on same terms and conditions of release     [  ] In Custody