## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 11)

Date: 08/14/2018   Case No: 1:18-CR-00083-TSE-1   Time: 09:16AM-09:44AM (00:28)
09:54AM-10:51AM (00:57)
Before the Honorable: T.S. ELLIS, III   11:15AM-11:28AM (00:13)
11:41AM-12:08PM (00:27)
Court Reporter: Tonia Harris / Anneliese Thomson   01:31PM-01:38PM (00:07)
03:46PM-04:24PM (00:38)
04:44PM-04:49PM (00:05)
(02:55)

| PARTIES | COUNSEL |
|---|---|
| **UNITED STATES OF AMERICA** | JAY R. NANAVATI |
| | THOMAS E. ZEHNLE |
| | BRIAN KETCHAM |
| v. | KEVIN M. DOWNING |
| | RICHARD WESTLING |
| | |
| **PAUL J. MANAFORT, JR.** | BRANDON L. VAN GRACK |
| | GREG D. ANDRES |
| | UZO ASONYE |

This matter came on for Day 11 of trial by jury.   Brandon L. Van Grack, Greg D. Andres, and Uzo Asonye present on behalf of government, with Special Agent Sherine Ebadi, and Evan Binder (paralegal) present at counsel table.   Defendant present w/ counsel Jay R. Nanavati, Thomas E. Zehnle, Brian Ketcham, Kevin M. Downing, and Richard Westling.

- Defendant's Motion for Rule 29(a) Judgment of Acquittal on All Counts (but specifically 29 through 32) of the Superseding Indictment – DENIED

- Defendant's Motion [237] to Take Judicial Notice – DENIED at this time for the reasons stated from the Bench

Rule Invoked on Witnesses [   ]          Opening Statements Made by Both Parties [   ]

Government continued to adduce evidence [   ] and Rests [   ]

Defendant adduced evidence [   ] and Rests [ X ]   *(deft voir dired and states he does not wish to testify)*

Instructions Conference Held [ X ]   *(Scott Meisler present w/ govt counsel during instructions conference)*

Closing Arguments made by both parties [   ]

Jury Charged [   ]          Jury Retired to Deliberate at _____ [   ]

Jury Verdict Filed in Open Court [   ] Jurors Individually Polled   [   ]

Jurors excused at **01:36PM** and Case Continued To: **WEDNESDAY, AUGUST 15, 2018 @ 09:30AM**

**DEFENDANT:**
[ X ] Remanded   [   ] Self Surrender   [   ] Cont'd on same terms and conditions of release   [   ] In Custody