IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
) CASE NO. 1:18-CR-83-TSE
v. )
) Trial Date: July 31, 2018
PAUL J. MANAFORT, JR., )
) The Honorable T. S. Ellis, III
)
Defendant. )

## GOVERNMENT'S FOURTH AMENDED EXHIBIT LIST

The United States of America, by and through undersigned counsel, hereby submits its list of trial exhibits.

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 1A | Photograph – 1046 N Edgewood Street, Arlington, VA | | | |
| 1B | Photograph – 29 Howard Street, New York, NY | | | |
| 1C | Photograph – 377 Union Street, Brooklyn, NY | | | |
| 1D | Photograph – 601 N Fairfax Street, Alexandria, VA | | | |
| 1E | Photograph – 174 Jobs Lane, Bridgehampton, NY | | | |
| 1F | Photograph – Palm Beach Gardens House | | | |
| 2A | Immunity Order – D. Raico | | | |
| 2B | Immunity Order – J. Brennan | | | |
| 2C | Immunity Order – D. Duggan | | | |
| 2D | Immunity Order – C. O'Brien | | | |
| 2E | Immunity Order – C. Laporta | | | |
| 2F | Plea Agreement – R. Gates | | | |
| 3 | 2005.10.24 Consulting Agreement | | | |
| 4 | 2009.07.01 Consulting Agreement | | | |
| 5 | 2006.01.03 Memo P. Manafort, T. Devine, V. Yanukovych et al re Messages for January Next Wave of Television and Radio Ads | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 6 | Devine Mulvey Longabaugh Invoices to Davis Manafort (2010, 2014) | | | |
| 7 | 2010.02.03 Email T. Devine to P. Manafort re Election Night Speech | | | |
| 8 | 2010.02.15 Email T. Devine to P. Manafort et al re Job Well Done | | | |
| 9 | 2010.02.16 Email T. Devine to P. Manafort re FYI | | | |
| 10 | 2010.08.12 Memo P. Manafort to V. Yanukovych et al re another memo | | | |
| 11 | 2010.09.01 Email T. Devine to P. Manafort, R. Gates et al re Talking Points | | | |
| 12 | 2011.09.20 Email Chain D. Rabin, J. Mulvey, P. Manafort, R. Gates, K. Kilimnik, T. Devine et al re Ukraine - First Draft | | | |
| 13 | 2012.04.02 Email Chain T. Devine, R. Gates, P. Manafort et al re Ukraine | | | |
| 14 | 2012.08.06 Email T. Devine to P. Manafort re Memo | | | |
| 15 | 2014.03.31 Email T. Devine to R. Gates et al re Call - Important | | | |
| 16 | 2014.03.31 Email T. Devine to R. Gates et al re Draft Proposal | | | |
| 17 | 2014.06.09 Email T. Devine to R. Gates et al re Kyiv | | | |
| 18 | 2014.06.16 Email T. Devine to K. Kilimnik, R. Gates et al re Ukraine Trip | | | |
| 19 | 2014.06.19 Email T. Devine to K. Kilimnik re Can u resend the talking points | | | |
| 20 | 2010.07.12 Memo Devine Mulvey Longabaugh & Rabin Strasberg to Davis Manafort Partners re 2010 Message Strategy and Proposal | | | |
| 21A | 2010.06.30 Email Chain P. Manafort, T. Devine, D. Rabin, R. Gates, K. Kilimnik et al re Local election program | | | |
| 21B | 2010.08.10 Email P. Manafort to T. Devine, D. Rabin re First TV spot | | | |
| 21C | 2010.10.04 Email Chain P. Manafort, A. Strasberg, D. Rabin, K. Kilimnik re brochures | | | |
| 21D | 2014.04.29 Email Chain P. Manafort, D. Rabin, K. Kilimnik, R. Gates re Campaign TPs and Events | | | |
| 21E | 2015.09.23 Email P. Manafort to K. Kilimnik, D. Rabin, V. Stepanov, R. Gates re Media Buy | | | |
| 22 | 2010.09.09 Chart re Every Level V4 | | | |
| 23 | 2010.09.28 Invoice Rabin Strasberg to Davis Manafort Partners | | | |
| 24 | 2010.10.15 Invoice Rabin Strasberg to Davis Manafort Partners | | | |
| 25 | 2012.04.16 Memo D. Rabin, A. Strasberg to P. Manafort, R. Gates re Ukraine Media | | | |
| 26 | 2012.04.19 Memo D. Rabin, A. Strasberg to K. Kilimnik, P. Manafort, R. Gates re Meeting Agenda | | | |
| 27 | 2012.04.24 Memo D. Rabin, A. Strasberg to P. Manafort re Kyiv Meetings | | | |
| 28 | 2012.05.02 Email Chain K. Kilimnik, V. Tolmach, P. Manafort, A. Strasberg, T. Fabrizio, D. Rabin, R. Gates re Euro 2012 Scripts | | | |
| 29 | 2012.06.29 Memo D. Rabin, A. Strasberg to P. Manafort re New film crew recommendations | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 30 | 2012.10.23 Invoice D. Rabin to DMP International | | | |
| 31 | 2014.04.18 Invoice D. Rabin to DMP International | | | |
| 32 | 2014.05.12 Invoice D. Rabin to DMP International | | | |
| 33A | Photograph – V. Yanukovych #1 | | | |
| 33B | Photograph – V. Yanukovych #2 | | | |
| 33C | Photograph – V. Yanukovych #3 | | | |
| 34 | 2017.06.27 DMP International FARA Filing | | | |
| 34A | 2017.06.27 DMP International FARA Filing Certificate of Authenticity | | | |
| 35 | 2015.06.23 Peranova Loan Forgiveness Letter | | | |
| 36 | 2016.03.08 Signed Banc of California Personal Financial Statement and Loan Application | | | |
| 37 | 2017.01.13 First Nationwide Title Disbursement Statement | | | |
| 38 | Genesis Capital Documents | | | |
| 39 | MC Brooklyn Holdings Ledger | | | |
| 40 | 2013.01.15 VY Agenda | | | |
| 41 | 2013.04.05 Memo P. Manafort to S. Lyovochkin re PR Effort this week in Kyiv | | | |
| 42 | 2013.04.22 Memo P. Manafort to V. Yanukovych re US Consultants | | | |
| 43 | 2013.04.25 Memo P. Manafort to S. Lyovochkin re Summary of Overdue Accounts | | | |
| 44 | 2014.09 Ukraine OB Campaign Strategy Powerpoint | | | |
| 45 | 2014.09.24 OB Daily Talking Points | | | |
| 46 | 2014.10.07 Memo P. Manafort to Campaign HQ re OB Campaign Leaflets | | | |
| 47 | Memo re May 17 Rallies | | | |
| 48 | 2010.03.01 Sensoryphile Invoice for $20,000 | | | |
| 49 | Big Picture Solutions Invoice | | | |
| 50 | Big Picture Solutions Bill of Materials | | | |
| 51 | 2011.11.08 Signed SP&C Home Improvement Renovation Proposal for 174 Jobs Lane | | | |
| 52 | 2012.02.16 Signed SP&C Home Improvement Renovation Proposal for 29 Howard St | | | |
| 53 | 2013.03.01 SP&C Proposal for 83 Whooping Hollow Road | | | |
| 54 | SP&C Home Improvement Proposal for 174 Jobs Lane | | | |
| 55 | Photographs – Clothing with Alan Couture Labels | | | |
| 56 | Photographs – Clothing with House of Bijan Labels | | | |
| 57 | Photographs – House of Bijan Watch | | | |
| 58 | J&J Oriental Rug Gallery Documents | | | |
| 59 | 2007.02.14 P. Manafort Cyprus, Berlin, & Kiev Trip Itinerary | | | |
| 59A | 2010.02.16 Memo P. Manafort to V. Yanukovych re Professional Team – Bonuses | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 59B | 2010.02.22 Memo P. Manafort to V. Yanukovych re Wire Transfer Details for Personal Bonuses | | | |
| 59C | P. Manafort Contact List | | | |
| 59D | Memo to P. Ayliff, R. Gates et al re 2012 estimates | | | |
| 60A | 2016 Season New York Yankees Account | | | |
| 60B | Ukraine Documents | | | |
| 60C | Party of Regions Advance and Training | | | |
| 60D | Residential Lease Agreement, Request for Tax Transcripts, Mercedes Benz Records, and Authorization Forms | | | |
| 60E | Ukrainian Strategy Memos | | | |
| 61 | Foreign Entities Chart | | | |
| 62A | [Intentionally Left Blank] | | | |
| 62B | [Intentionally Left Blank] | | | |
| 62C | United Kingdom Incorporation Documents | | | |
| 63 | Foreign Bank Accounts | | | |
| 64A | [Intentionally Left Blank] | | | |
| 64B | [Intentionally Left Blank] | | | |
| 64C | Bank Records – United Kingdom | | | |
| 65A | Chart – Aegis Holdings Payments | | | |
| 65A1 | Seacoast Bank Records for Aegis Holdings | | | |
| 65B | Chart – Alan Couture Payments | | | |
| 65B1 | Emails Leviathan (Alan Couture) | | | |
| 65C | Chart – Big Picture Solutions Payments | | | |
| 65C1 | 2011.11.22 Email - Global Highway (Big Picture) | | | |
| 65D | Chart – Federal Stone & Brick Payments | | | |
| 65E | Chart – House of Bijan Payments | | | |
| 65E1 | Emails Global Highway and Leviathan (House of Bijan) | | | |
| 65F | Chart – J&J Oriental Rug Gallery Payments | | | |
| 65G | Chart – Land Rover of Alexandria Motors Payments | | | |
| 65G1 | Wells Fargo Bank Records for Land Rover of Alexandria | | | |
| 65H | Chart – Mercedes Benz of Alexandria Payments | | | |
| 65I | Chart – New Leaf Landscape Payments | | | |
| 65I1 | 2011.12.05 Email - Leviathan (New Leaf) | | | |
| 65J | Chart – Sabatello Construction Payments | | | |
| 65J1 | Anchor Bank Records for Sabatello Construction | | | |
| 65J2 | 2011.12.20 Email - Black Sea View (Sabatello) | | | |
| 65K | Chart – Scott Wilson Landscaping Payments | | | |
| 65K1 | Bridgehampton National Bank Records for Scott Wilson Landscaping | | | |
| 65K2 | 2010.10.05 Email - Global Highway (Scott Wilson) | | | |
| 65L | Chart – Sensoryphile Payments | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 65L1 | 2010.07.28 Email - Leviathan (Sensoryphile) | | | |
| 65M | Chart – SP&C Home Improvement Payments | | | |
| 65M1 | Emails – Yiakora, Global Highway and Leviathan (SP&C) | | | |
| 66A | Cyprus Incorporation Documents | | | |
| 66B | Eurobank Documents | | | |
| 66C | Hellenic Bank Documents | | | |
| 66D | Bank of Cyprus Documents | | | |
| 66E | Bank of Cyprus Documents | | | |
| 66F | Accounting Records | | | |
| 66G | Hellenic Bank Documents | | | |
| 67A | St. Vincent and the Grenadines Documents | | | |
| 67B | St. Vincent and the Grenadines Documents | | | |
| 67C | St. Vincent and the Grenadines Documents | | | |
| 68 | Chart – Property Overview | | | |
| 69A | Payment Flow Chart for 29 Howard St Property | | | |
| 69B | Payment Flow Chart for 1046 N Edgewood St Property | | | |
| 69C | Payment Flow Chart for 377 Union St Property | | | |
| 70A | First Republic Bank Accounts XXXXXXX6573 and XXXXXXX7373 for Jesand | | | |
| 70B | First Republic Bank/Pershing Account XXXXXXX5358 for J. Manafort | | | |
| 70C | First Republic Bank Account XXXXXXX6524 for DMP International | | | |
| 70D | First Republic Bank Account XXXXXXX9730 for P. and K. Manafort | | | |
| 70E | First Republic Bank Account XXXXXXX5868 for MC Soho | | | |
| 70F | FRB Account 6524 for DMP Intl (FRB Version) | | | |
| 71 | TD Bank Trust Account XXXXXX5374 for B. Baldinger | | | |
| 72 | Chart – Vendor and Property Payments From Foreign Bank Accounts | | | |
| 73A | FBAR Chart for 2010 | | | |
| 73B | FBAR Chart for 2011 | | | |
| 73C | FBAR Chart for 2012 | | | |
| 73D | FBAR Chart for 2013 | | | |
| 73E | FBAR Chart for 2014 | | | |
| 74 | Deposit Analysis – Foreign Source of Funds Received by Foreign Accounts | | | |
| 75 | Chart – P. Manafort Summary of Tax Returns | | | |
| 76 | Summary of Foreign Wires to Third Party Vendors for the Benefit of P. Manafort | | | |
| 77 | Chart – P. Manafort Reported Personal Income | | | |
| 78 | Chart – Analysis of Foreign Bank Accounts | | | |
| 78A | Non-Vendor Payments Allowed | | | |
| 78B | Summary of Unreported Business Income of DMP International LLC | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 79 | Chart – Selected Transactions | | | |
| 80 | Chart – FARA Analysis | | | |
| 81 | 2012.11.19 Email Chain D. DeLuca to P. Manafort, A. Manafort, J. Browning re Contract | | | |
| 82 | 2012.10.26 Email P. Manafort to D. DeLuca re Manafort Project, Edgewood St, Arlington, VA | | | |
| 83 | Draft of Pergola | | | |
| 84 | Photograph – Backyard | | | |
| 85 | Photograph – Pergola | | | |
| 85A | Photograph – Outdoor Kitchen | | | |
| 86 | Federal Stone and Brick Bank Records | | | |
| 87 | 2013.05.29 Email Chain P. Manafort, D. Browning., D. DeLuca re Invoice from Federal Stone and Brick | | | |
| 88 | 2012.08.21 Check from A. Manafort to McEnearney | | | |
| 89 | 2012.08.21 Sales Contract for 1046 N. Edgewood St, Arlington, VA | | | |
| 90 | 2012.08.31 A. Manafort Landtech Receipt | | | |
| 91 | 2012.09.01 Email W. Holland to L. Flynn, P. Manafort re 1046 N. Edgewood St | | | |
| 92 | 2012.09.10 Settlement Statement | | | |
| 93 | Chart – Purchase of 1046 N. Edgewood St, Arlington, VA | | | |
| 94 | Vendor Chart – SP&C | | | |
| 94A | SP&C Home Improvement Invoices (2010-2014) | | | |
| 95A | SP&C Home Improvement Bank Records | | | |
| 95B | SP&C Home Improvement Bank Records | | | |
| 95C | SP&C Home Improvement Bank Records | | | |
| 96A | Photograph – Backyard | | | |
| 96B | Photograph – Basement | | | |
| 96C | Photograph – Front of House | | | |
| 96D | Photograph – Kitchen | | | |
| 96E | Photograph – Side of House (1) | | | |
| 96F | Photograph – Side of House (2) | | | |
| 96G | Photograph – Waterfall Pond | | | |
| 97 | Vendor Chart – Alan Couture | | | |
| 97A | Alan Couture Invoices (2010-2014) | | | |
| 97B | Alan Couture Invoices (2010) | | | |
| 98 | Alan Couture Bank Records | | | |
| 99 | 2011.03.21 Email P. Manafort to M. Katzman re update | | | |
| 100 | 2013.08.27 Email M. Katzman to P. Manafort re Statement 7-23-13 | | | |
| 101 | 2014.03.24 Email M. Katzman to R. Gates re Wire transfers | | | |
| 102 | Vendor Chart – Big Picture Solutions | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 102A | Big Picture Solutions Invoices (2011-2014) | | | |
| 102B | Big Picture Solutions Bank Records (2011 - 2013) | | | |
| 102C | Big Picture Solutions Bank Records (2013-2014) | | | |
| 102D | Big Picture Solutions Selected Emails | | | |
| 103 | Vendor Chart – Mercedes Benz of Alexandria | | | |
| 103A | 2012.10.01 Invoice for K. Manafort Purchase of Mercedes Benz SL550 | | | |
| 103B | 2012.10.01 Buyers Order for K. Manafort Purchase of Mercedes Benz SL550 | | | |
| 104 | Photographs – Mercedes Benz owned by P. Manafort | | | |
| 105 | 2012.10.01 K. Manafort Promissory Note for Mercedes Benz SL550 | | | |
| 106 | 2012.10.05 $62,750 Wire Transfer from Lucicle Consultants Limited to Mercedes Benz of Alexandria | | | |
| 106A | 2012 Mercedes Benz of Alexandria Bank Statement and Wire Transfer | | | |
| 107 | Vendor Chart – New Leaf Landscape | | | |
| 107A | New Leaf Landscape Invoices (2010-2014) | | | |
| 108A | Photograph – Bridgehampton Driveway | | | |
| 108B | Photograph – Bridgehampton Pond | | | |
| 108C | Photograph – Bridgehampton Side of House | | | |
| 108D | Photograph – Bridgehampton Pergola | | | |
| 108E | Photograph – Bridgehampton Pool House | | | |
| 108F | Photograph – Bridgehampton Golf Hole | | | |
| 109 | New Leaf Landscape Bank Records | | | |
| 110 | 2012.06.21 Proposal | | | |
| 111 | Vendor Chart – House of Bijan | | | |
| 111A | House of Bijan Invoices (2010-2012) | | | |
| 112 | House of Bijan Bank Records | | | |
| 113 | 2014.10.15 New York Yankees Ticket Agreement | | | |
| 113A | New York Yankees Manafort Payment Schedule | | | |
| 114 | 2011.11.28 Email D. Saltmarsh to R. Barre, N. Pizzutello re FW 2012 renewal payment | | | |
| 114A | 2011.11.28 Email D. Saltmarsh to R. Barre, N. Pizzutello re FW 2012 renewal payment | | | |
| 115 | 2016.03.22 Email P. Manafort to D. Fox re Yankees Season Ticket Licensee News | | | |
| 115A | 2016 New York Yankees Premium Suite Statement | | | |
| 116 | 2017.04.03 Email P. Manafort to D. Fox re Yankees 2017 | | | |
| 117 | FinCEN Certifications | | | |
| 118 | Airbnb 29 Howard St Active Listing Days | | | |
| 119 | Airbnb 29 Howard St Listings | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 120 | Airbnb 29 Howard St Reservations | | | |
| 121A | 2011 Davis Manafort Partners General Ledger | | | |
| 121B | 2011 Davis Manafort Partners Financial Statements | | | |
| 121C | 2011 P. Manafort and K. Manafort General Ledger | | | |
| 121D | 2011 DMP International General Ledger | | | |
| 121E | 2011 DMP International Financial Statements | | | |
| 122A | 2012 DMP International General Ledger | | | |
| 122B | 2012 DMP International Financial Statements | | | |
| 122C | 2012 P. Manafort and K. Manafort General Ledger | | | |
| 123A | 2013 DMP International General Ledger | | | |
| 123B | 2013 DMP International Financial Statements | | | |
| 123C | 2013 P. Manafort and K. Manafort Financial Statements | | | |
| 124A | 2014 DMP International General Ledger | | | |
| 124B | 2014 DMP International Financial Statements | | | |
| 124C | 2014 P. Manafort and K. Manafort Financial Statements | | | |
| 125A | 2015 DMP International General Ledger | | | |
| 125B | 2015 DMP International Financial Statements | | | |
| 125C | 2015 P. Manafort and K. Manafort Financial Statements | | | |
| 126A | 2016 DMP International General Ledger | | | |
| 126B | 2016.07.31 DMP International 2016 YTD P&L | | | |
| 126C | 2016.11.30 DMP International 2016 YTD Financial Statement | | | |
| 126D | 2016 DMP International Financial Statement | | | |
| 126E | [Intentionally Left Blank] | | | |
| 126F | 2016 P. Manafort and K. Manafort Financial Statements | | | |
| 127 | 2015.02.05 Email Chain J. Manafort, K. Manafort, P. Ayliff, H. Washkuhn re MC Soho | | | |
| 128 | 2015.02.24 Email Chain H. Washkuhn, C. O'Brien, P. Ayliff, R. Gates et al re DMP International | | | |
| 129 | 2015.04.13 Email Chain H. Washkuhn, P. Ayliff, C. O'Brien, R. Gates et al re DMP International | | | |
| 130 | 2015.08.26 Email Chain L. Tanner, C. O'Brien, H. Washkuhn re DMP International LLC | | | |
| 131 | 2015.12.01 Email Chain J. Yohai, H. Washkuhn, J. Manafort, P. Manafort re Howard St December Rent | | | |
| 132 | 2015.12.31 Email Chain H. Washkuhn, P. Manafort, R. Gates, C. Laporta, P. Ayliff re Time Sensitive - Collection of Information | | | |
| 133 | 2016 01.06 Email Chain H. Washkuhn, P. Manafort re Bills Through 1.15.16 | | | |
| 134 | 2016.01.07 Email Chain P. Manafort, R. Gates, H. Washkuhn re Transfer | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 135 | 2016.01.29 Email Chain R. Gates, H. Washkuhn re Transfer - Urgent | | | |
| 136 | 2016.02.22 Email Chain D. Duggan, H. Washkuhn, J. Yohai, P. Manafort et al re Evidence of Insurance; Declarations Page; Invoice attached - 377 Union Street | | | |
| 137 | 2016.02.24 Email R. Gates to M. Francis, P. Manafort, H. Washkuhn re Manafort Chubb Insurance Properties - 377 Union St & 123 Baxter Street - Declarations - NO Mortgagee listed both | | | |
| 138 | 2016.03.16 Email Chain L. Tanner, R. Gates, H. Washkuhn re 2015 P&L - IMPT (#1) | | | |
| 139 | 2016.03.16 Email Chain L. Tanner, R. Gates, H. Washkuhn re 2015 P&L - IMPT (#2) | | | |
| 140 | 2016.03.16 Email H. Washkuhn to R. Gates re 2015 P&L IMPT | | | |
| 141 | 2016.04.04 Email J. Yohai to P. Manafort and H. Washkuhn re Selene Finance Invoices | | | |
| 142 | 2016.05.24 Email Chain H. Washkuhn, R. Gates, P. Manafort re Funds URGENT | | | |
| 143 | 2016.06.02 Email Chain J. Yohai, H. Washkuhn, P. Manafort et al re Travelers Auto Cancellation - J. Manafort - invoice attached | | | |
| 144 | 2016.06.02 Email Chain J. Yohai, H. Washkuhn, P. Manafort et al re Travelers Auto Cancellation - J. Manafort - invoice attached | | | |
| 145 | 2016.08.10 Email Chain A. Ivakhnik, H. Washkuhn, C. Laporta, P. Manafort re Documents needed for Loan | | | |
| 146 | 2016.08.11 Email Chain H. Washkuhn, A. Ivakhnik, P. Manafort, C. Laporta re Documents needed for Loan | | | |
| 147 | 2016.04.21 Email Chain R. Gates, P. Manafort, H. Washkuhn re DMP Open Invoices | | | |
| 148 | 2016.12.20 Email Chain R. Gates, H. Washkuhn, P. Manafort re NKSFB Fee | | | |
| 149 | 2017.01.04 Email Chain, H. Washkuhn, D. Raico, C. Laporta et al re Financials for P. Manafort | | | |
| 149A | 2015 MC Soho General Ledger | | | |
| 150 | 2011 Davis Manafort Partners Ledger Report | | | |
| 151 | 2012.12.31 MAN001-07 DMP International | | | |
| 152 | 2012 KWC Tax Organizers for P. Manafort | | | |
| 152A | 2013-2014 KWC Tax Organizers for P. Manafort | | | |
| 153 | KWC Engagement Letters (2012-2016) | | | |
| 154 | 2014.08.26 Email Chain P. Ayliff, R. Gates, C. O'Brien, C. Laporta re Paul's pending matters | | | |
| 155 | 2014.09.02 Email Chain R. Gates, P. Ayliff, C. O'Brien, C. Laporta re Union Street | | | |
| 156 | 2015.03.19 Email Chain R. Gates, C. O'Brien, P. Ayliff, C. Laporta re NYC Property LLCs | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 157 | 2015.08.26 Email Chain R. Gates, C. O'Brien, C. Laporta, P. Ayliff re Pending Items | | | |
| 158 | 2015.09.15 Email Chain R. Gates, C. O'Brien, P. Ayliff, C. Laporta re Call Me | | | |
| 159 | 2015.09.16 Email R. Gates to C. Laporta re DMP International, LLC | | | |
| 160 | 2015.09.16 Email C. Laporta to R. Gates re Loan doc? | | | |
| 161 | 2015.12.31 Email P. Manafort to H. Washkuhn re Time Sensitive - Collection of Information | | | |
| 162 | 2016.01.07 Email C. Laporta to D. Fallarino, P. Manafort re PJM CPA FIRM - Account Manager Details - C. Laporta | | | |
| 163 | 2016.02.04 Email Chain C. Laporta, D. Fallarino, M. Francis, R. Gates, P. Manafort re DMP Int'l Income Question | | | |
| 164 | 2016.02.05 Email C. Laporta to R. Gates re Manafort #XXXXX5212 | | | |
| 165 | 2016.02.08 Email R. Gates to C. Laporta re Letter | | | |
| 166 | 2016.02.08 Email R. Gates to C. Laporta re Letter | | | |
| 167 | 2016.02.09 Email R. Gates to C. Laporta re Letter | | | |
| 168 | 2016.02.24 Email Chain C. Laporta, M. Francis, D. Fallarino, R. Gates, P. Manafort re Manafort #XXXXX5212 | | | |
| 169 | 2016.03.15 Email Chain C. Laporta, P. Manafort, R. Gates re 377 Union St Construction Loan | | | |
| 170 | 2016.03.25 DMP International Ledger Report re Peranova | | | |
| 171 | 2016.04.05 Email Chain C. Laporta, C. O'Brien, R. Gates re DMP International Questions | | | |
| 172 | 2016.04.12 Email R. Gates to C. O'Brien re Pending Questions | | | |
| 173 | 2016.05.02 Email R. Gates to C. Laporta re Letter | | | |
| 174 | 2016.05.16 Email Chain C. Laporta, D. Fallarino, R. Gates re Manafort Items Needed | | | |
| 175 | 2016.08.11 Email C. Laporta to P. Manafort re 377 Union St loan | | | |
| 176 | 2016.08.11 Email Chain C. Laporta, A. Ivakhnik, P. Manafort, H. Washkuhn re Documents needed for Loan | | | |
| 177 | 2016.08.11 Email Chain H. Washkuhn, A. Ivakhnik, C. Laporta, P. Manafort re Documents needed for Loan | | | |
| 178 | 2016.09.04 Email Chain P. Ayliff, R. Gates, C. O'Brien, C. Laporta re Paul's tax returns - more questions | | | |
| 179 | 2016.09.13 Email P. Manafort to R. Gates re Updates - DMP | | | |
| 180 | 2016.09.14 Email Chain R. Gates, P. Ayliff, C. Laporta re Updates - DMP | | | |
| 181 | 2016.10.04 Email Chain C. Laporta, T. Von Traer, P. Ayliff re Paul Manafort's pending matters | | | |
| 182 | 2016.10.06 Email Chain C. Laporta, P. Manafort, R. Gates re up to date? | | | |
| 183 | 2016.10.07 Email C. Laporta to P. Manafort re Lola Partners, LLC and draft gift tax returns | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 184 | 2016.12.28 Email Chain C. Laporta, R. Gates, H. Washkuhn, D. Raico re Financial Needed Asap | | | |
| 185 | 2014 Adjusted Journal Entry Report | | | |
| 186 | DMP International 2014 1099-MISC Form | | | |
| 187 | DMP International Funds Due to Peranova | | | |
| 188 | 2012 MC Soho General Ledger | | | |
| 189 | 2015.09.15 DMP International Ledger Report – Telmar Investments | | | |
| 190 | DMP International Ledger Reports – Peranova Entries | | | |
| 191 | KWC Manafort Tax Returns Chart | | | |
| 192 | 2011.09.09 Peranova Loan Agreement | | | |
| 193 | TB-01 - Adjusted Trial Balance (2014) | | | |
| 194 | TB-01 - Adjusted Trial Balance (2015) | | | |
| 195 | 2015.09.15 Email R. Gates to C. Laporta re Forms | | | |
| 196 | 2009.09.09 Email Chain N. Lakkis, P. Ayliff, P. Manafort, D. Walters re LOAV | | | |
| 197 | 2011.03.24 Email P. Manafort to M. Chrysostomides re Transfers from Leviathan | | | |
| 198 | 2011.08.21 Memo P. Ayliff to P. Manafort re 2010 Taxes | | | |
| 199 | 2011.10.04 Email Chain P. Ayliff, N. Lakkis, P. Manafort re 2010 tax filing | | | |
| 200 | 2011.11.29 Email Chain P. Manafort to R. Gates re Payments | | | |
| 201 | 2012.06.29 Email Chain R. Gates, N. Lakkis, D. Walters, N. Lakkis re Foreign Accounts | | | |
| 202 | 2012.09.06 Email Chain R. Gates, N. Lakkis, P. Ayliff, C. O'Brien re DMP International, LLC tax return - DUE 9.17.12 | | | |
| 203 | 2012.09.16 Email Chain R. Gates, N. Lakkis, P. Ayliff, C. O'Brien re FINAL FINAL Questions | | | |
| 204 | 2011-2015 IRS E-File Signature Authorizations | | | |
| 205 | 2013.02.05 Shipment from KWC to P. Manafort | | | |
| 206 | 2013.06.24 Email Chain R. Gates, N. Lakkis, P. Ayliff, C. O'Brien re Foreign account report due 6.30.13 | | | |
| 207 | 2014.08.29 Email P. Ayliff to R. Gates, C. O'Brien re Paul unidentified transaction | | | |
| 208 | 2013.09.13 Email P. Ayliff to C. O'Brien re Paul's tax return questions - including 3rd qtr est - due 9/16 | | | |
| 209 | 2014.09.04 Email R. Gates to P. Ayliff re Paul's tax returns - more questions | | | |
| 210 | 2014.09.14 Email Chain H. Washkuhn, P. Ayliff, C. Laporta, R. Gates, L. Tanner re MC Soho Holdings | | | |
| 211 | 2014.12.07 Email Chain P. Ayliff, C O'Brien, C. Laporta re Call with Gates - for the 2014 file | | | |
| 212 | 2015.01.08 Email From P. Manafort to P. Ayliff re - UBS Mortgage | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 213 | 2015.02.05 Email Chain P. Manafort, J. Manafort, J. Yohai, K. Manafort, P. Ayliff, H. Washkuhn re MC Soho | | | |
| 214 | 2015.03.19 Email Chain R. Gates, C. O'Brien, P. Ayliff, C. Laporta re NYC Property LLCs | | | |
| 215 | 2016.03.16 Email Chain P. Ayliff, N. Zeien, R. Gates, H. Washkuhn, C. O'Brien, C. Laporta re DMP International - Open Items | | | |
| 216 | 2016.10.03 Email Chain P. Manafort, C. Laporta, R. Gates, P. Ayliff re P. Manafort's pending matters | | | |
| 217 | Selected KWC Invoices Manafort-Related Entities | | | |
| 218 | 2015.09.11 Email Chain C. O'Brien, C. Laporta, P. Ayliff, H. Washkuhn, R. Gates re DMP Sports Tickets | | | |
| 219 | 2015.09.15 Email from C. O'Brien to R. Gates cc C. Laporta, P. Ayliff re DMP Loan | | | |
| 220 | 2015.10.07 Email Chain R. Gates, C. O'Brien re Paul's 1040 | | | |
| 221 | 2016.04.05 Email Chain R. Gates, C. O'Brien, C. Laporta re DMP International Questions | | | |
| 222 | 2016.04.15 Email Chain R. Gates, C. O'Brien, C. Laporta, P. Ayliff re Pending Questions | | | |
| 223 | 2015.12.24 Email Chain P. Manafort, D. Fallarino re 27 Howard Street Re-fi | | | |
| 224 | 2016.01.15 Email Chain D. Fallarino, M. Francis, J. Del Bene re Citizens Bank, N.A. Package Submitted (Loan Number XXXXX3998) | | | |
| 225 | 2016.01.21 Email Chain P. Manafort, M. Francis, D. Fallarino re Next Steps | | | |
| 226 | 2016.01.21 Email P. Manafort to M. Francis re Part One | | | |
| 227 | 2016.01.26 Initial Loan Documents | | | |
| 228 | 2016.01.27 Email P. Manafort to M. Francis re Remaining Docs - Howard Mortgage | | | |
| 229 | 2016.02.02 Email P. Manafort to M. Francis re Use of Cash Memo | | | |
| 230 | 2016.05.02 Email Chain D. Fallarino, P. Manafort, C. Laporta, R. Gates, J. Yohai re Primary Residence Letter - Union St | | | |
| 231 | 2016.02.09 Email Chain D. Fallarino, P. Manafort, M. Francis re DMP Int'l Income question | | | |
| 232 | 2016.02.12 Email Chain M. Guadron, D. Fallarino, T. Rodriguez re Manafort #XXXXX5212 | | | |
| 233 | 2016.02.17 Log Entry Email P. Miceli, M. Guadron, D. Fallarino, M. Francis re ATP submitted Loan XXXXX5212 - Manafort, P. | | | |
| 234 | 2016.08.11 Email Chain C. Laporta, P. Manafort, D. Fallarino, H. Washkuhn et al re Paul & DMP International | | | |
| 235 | 2016.02.21 Email Chain M. Francis, P. Manafort, H. Washkuhn, R. Gates, D. Fallarino re final document request | | | |
| 236 | 2016.02.23 Email M. Francis to D. Duggan re manafort morgagee clause update | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 237 | 2016.02.23 Email Chain R. Gates, M. Francis, P. Manafort, H. Washkuhn re Final Document Request | | | |
| 238 | 2016.02.24 Email D. Duggan to M. Francis re manafort morgagee clause update | | | |
| 239 | 2016.02.24 Email D. Duggan to M. Francis re manafort morgagee clause update | | | |
| 240 | 2016.02.24 Email Chain M. Francis, R. Gates, P. Manafort, H. Washkuhn re Final Document Request | | | |
| 241 | 2016.02.24 Email Chain M. Francis, R. Gates, P. Manafort, H. Washkuhn re Final Document Request | | | |
| 242 | 2016.02.24 Email Chain R. Gates, M. Francis, P. Manafort, H. Washkuhn re Manafort Chubb Insurance Properties - 377 Union St & 123 Baxter Street - Declarations - NO Mortgagee listed both | | | |
| 243 | 2016.02.17 Email Chain P. Miceli , D. Fallarino, M. Guadron re Secret Exception Request Submission [Manafort/0024625212] | | | |
| 244 | 2016.02.24 Email M. Francis to J. Dos Santos re Manafort Additional conditions | | | |
| 245 | 2016.03.04 29 Howard St Signed 1003 Form ($2,730,000 Conventional) | | | |
| 246 | 2016.03.04 29 Howard St Signed 1003 Form ($682,500 HELOC) | | | |
| 247 | 2016.03.04 29 Howard St Closing Documents | | | |
| 248 | 2016.04.25 Email Chain P. Manafort, R. Gates, J. Yohai, D. Fallarino, C. Laporta, T. Rodriguez, H. Washkuhn re 377 Union St Construction Loan | | | |
| 249 | 2016.05.04 Email Chain P. Manafort, D. Fallarino, T. Rodriguez re KWC Letter | | | |
| 250 | 2016.05.02 Letter P. Manafort to D. Fallarino | | | |
| 251 | 2016.05.06 Email Chain P. Manafort, D. Fallarino, R. Gates. T. Rodriguez re Primary Residence Letter - Union St | | | |
| 252 | 2016.05.09 Email Chain T. Rodriguez, J. Yohai, D. Fallarino, P. Manafort re 377 Union St Consruction Loan | | | |
| 253 | 2016.03.16 Email Chain P. Manafort, R. Gates, C. Laporta re 377 Union St Consruction Loan | | | |
| 254 | 2016.05.17 Email Chain P. Manafort, R. Gates, D. Fallarino, J. Yohai, T. Rodriguez re Manafort Items Needed | | | |
| 255 | 2016.07.13 377 Union St Uniform Residential Loan Application | | | |
| 256 | 2016.08.09 Email Chain T. Rodriguez, D. Fallarino, P. Miceli, M. Guadron re Manafort - OMG | | | |
| 257 | 2016.08.16 Email T. Rodriguez to D. Fallarino re Manafort file | | | |
| 258 | 2017.08.17 Email Chain D. Fallarino, A. Howey, T. Rodriguez, M. Francis re Manafort #002789869 | | | |
| 259 | 2016.02.09 Email Chain D. Duggan, S. Belleau, J .Yohai, P. Manafort Re Evidence of Insurance; Decl. Page; Invoice Att. - 377 Union St | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 260 | 2016.02.22 Email Chain D. Duggan, H. Washkuhn, P. Manafort, J. Yohai re Evidence of Insurance; Decl. Page; Invoice Att. - 377 Union St | | | |
| 261 | 2016.02.23 Email D. Duggan to H. Washkuhn re Manafort Insurance Requests | | | |
| 262 | 2016.02.24 Email D. Duggan to R. Gates re Manafort Chubb Insurance Properties - 377 Union St & 123 Baxter Street - Declarations - NO Mortgagee listed both | | | |
| 263 | 2016.02.24 Email D. Duggan to R. Gates re Call | | | |
| 264 | Moody Insurance Client Log | | | |
| 265 | 2016.07.28 Email S. Calk to D. Raico et al re Revised Portfolio Summary - P. Manafort and J. Yohai | | | |
| 266 | 2016.08.02 Email Chain C. Laporta, A. Ivakhnik, D. Raico, P. Manafort, R. Gates, H. Washkuhn re Documents Needed for Loan | | | |
| 267 | 2016.08.03 Email Chain C. Laporta, A. Ivakhnik, P. Manafort, H. Washkuhn re Documents Needed for Loan | | | |
| 268 | 2016.08.03 Email D. Raico to P. Manafort re Need S. Calk Resume | | | |
| 269 | 2016.08.04 Email P. Manafort to S. Calk re S. Calk- Professional Bio | | | |
| 270 | 2016.08.10 Email Chain A. Ivakhnik, H. Washkuhn, C. Laporta, P. Manafort re Documents needed for Loan | | | |
| 271 | D. Raico Journal | | | |
| 272 | 2016.08.09 Email A. Ivakhnik to D. Raico et al re New Appraisal Order | | | |
| 273 | 2016.08.11 Notice Titled Mortgage Fraud is Investigated by the FBI | | | |
| 274 | 2016.08.16 Email Chain A. Ivakhnik, T. Horn, D. Raico re 2013 P. Manafort's tax returns | | | |
| 275 | 2016.09.13 Email Chain T. Horn, J. Ubarri, J. Norini, J. Brennan re Manafort | | | |
| 276 | 2016.10.05 Email D. Raico to J. Ubarri re Manafort/Yohai and M. Bello files - update post S. Calk meeting | | | |
| 277 | 2016.10.07 Email Chain S. Calk, P. Manafort, D. Raico re Closing on Nottingham & Bridgehampton Loans | | | |
| 278 | 2016.10.11 Email Chain T. Horn, D. Raico, P. Manafort, C. Laporta, J. Brennan re My 2015 Tax Return - FINAL Draft | | | |
| 279 | 2016.10.19 Email Chain J. Brennan, J. Ubarri, P. Manafort, D. Raico, B. Baldinger, J. Yohai re Restructure framework of Loan Agreement | | | |
| 280 | 2016.10.19 Email P. Manafort to B. Baldinger, D. Raico, J. Yohai re Restructure framework of Loan Agreement | | | |
| 281 | 2016.10.20 Email Chain D. Raico, P. Manafort, B. Baldinger, J. Yohai re Restructure framework of Loan Agreement | | | |
| 282 | 2016.10.21 Email P. Manafort to D. Raico re DMP P&L Sept 2016 | | | |
| 283 | 2016.10.21 Email Chain D. Raico, E. Cholakis, P. Manafort re DMP P&L Sept 2016 | | | |
| 284 | 2016.10.21 Email Chain D. Raico, J. Ubarri, J. Brennan re Manafort loan | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 285 | 2016.10.26 Email Chain C. Laporta, P. Manafort, D. Raico, J. Yohai, B. Baldinger, H. Washkuhn re Hampton Refinance - Deliverables Update | | | |
| 286 | 2016.10.26 Email Chain T. Horn, D. Raico, J. Brennan et al re Manafort Review - compared both files too | | | |
| 287 | 2016.10.28 Signed Uniform Residential Loan Application Bridgehampton | | | |
| 288 | 2016.10.28 Undisclosed Debt Acknowledgement | | | |
| 289 | 2016.11.01 377 Union St Uniform Residential Loan Application | | | |
| 290 | 2016.11.08 Email Chain V. Bartholomew, D. Raico, S. Miller, A. Sparks re Request for supporting documentation - Mr. P. Manafort/Loan #XXX3572 | | | |
| 291 | 2016.12.07 Email D. Raico to J. Brennan re Moving forward with Manafort's Brooklyn property | | | |
| 292 | 2016.12.07 Email S. Calk to D. Raico re Nervousness is setting in | | | |
| 293 | 2017.01.05 377 Union St Loan Memorandum | | | |
| 294 | 2016.08.11 2401 Nottingham Uniform Residential Loan Application | | | |
| 295 | 2016.12.07 Email S. Calk to P. Manafort, D. Raico re Updates? | | | |
| 296 | 2016.03.09 Banc of California Loan Application | | | |
| 297 | 2016.03.10 Email P. Manafort to P. Kaufman re Schedule of Real Estate | | | |
| 298 | 2016.03.16 Email R. Gates to P. Kaufman, P. Manafort, J. Yohai re Manafort BTRs | | | |
| 299 | 2016.03.16 Email R. Gates to P. Kaufman, P. Manafort, J. Yohai re Response | | | |
| 300 | 2016.03.23 Email P. Manafort to P. Kaufman, J. Yohai re K. Manafort PFS | | | |
| 301 | 2016.03.23 Email Chain J. Yohai, P. Manafort, R. Gates, P. Kaufman, K. LaPorte re Manafort Yohai information | | | |
| 302 | 2016.05.05 Email Chain S. Bently, T. Quick, G. Seferian, P. Kaufman, K. LaPorte et al re Baylor Holdings | | | |
| 303 | 2016.05.09 Credit Approval Memorandum | | | |
| 304 | 2016.03.16 Email Chain J. Yohai, P. Manafort, R. Gates re STATUS | | | |
| 305 | 2016.05.11 Business Loan Agreement | | | |
| 306 | 2016.05.11 Commercial Guaranty | | | |
| 307 | 2016.03.11 377 Union St Title Search | | | |
| 308 | 2016.07.13 Email Chain K. LaPorte, T. Holmes, G. Seferian et al re Baylor Holding, LLC | | | |
| 309 | 2016.09.08 Memo K. LaPorte to File, G. Seferian, P. Alexander re Meeting with P. Manafort and J. Yohai | | | |
| 310 | 2017.03.23 Handwritten Notes | | | |
| 311 | 2017.06.27 Forbearance Agreement | | | |
| 312 | Handwritten Notes on Chart | | | |
| 313 | 2016.02.08 P. Manafort Borrower's Affidavit | | | |
| 314 | 2016.02.09 377 Union St Building Loan Agreement | | | |
| 315 | 2016.02.09 Evidence of Property Insurance | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 316 | 2016.02.09 P. Manafort Borrower's Affidavit | | | |
| 317 | 2016.02.09 P. Manafort Guarantee | | | |
| 318 | 2016.02.09 P. Manafort Guarantee | | | |
| 319 | 2016.02.23 Recorded Building Loan Mortgage and Security Agreement | | | |
| 320 | 2016.02.23 Recorded Mortgage, Assignment of Leases and Rents and Security Agreement | | | |
| 321 | 2016.09.02 Email Chain J. Day, B. Baldinger, J. Yohai re M. Solow communications | | | |
| 322 | 2016.09.20 Genesis Capital v. MC Brooklyn Holdings et al Filed Notice of Pendency | | | |
| 323 | 2016.09.20 Genesis Capital v. MC Brooklyn Holdings et al Served Notice of Pendency | | | |
| 324 | 2017.01.23 Genesis Capital v. MC Brooklyn et al Affirmation Canceling Notice of Pendency | | | |
| 325A | P. Manafort American Express Bank Records for Account No. XXXX-XXXXXXX-3007 | | | |
| 325B | P. Manafort American Express Bank Records for Account No. XXXX-XXXXXXX-5007, 2016-17 | | | |
| 325C | P. Manafort American Express Bank Records for Account No. XXXX-XXXXXXX-6002, 2016 | | | |
| 326 | R. Gates American Express Bank Records for Account No. XXXX-XXXXXXX-3003 | | | |
| 327 | Aegis Holdings Stipulation | | | |
| 327A | Aegis Holdings Stipulation Exhibit | | | |
| 328 | First Nationwide Title Stipulation | | | |
| 328A | First Nationwide Title Stipulation Exhibits | | | |
| 329 | J&J Oriental Rug Gallery Stipulation | | | |
| 329A | J&J Oriental Rug Gallery Stipulation Exhibits | | | |
| 330 | Kensington Vanguard Stipulation | | | |
| 330A | Kensington Vanguard Stipulation Exhibits | | | |
| 331 | Land, Carroll & Blair Stipulation | | | |
| 331A | Land, Carroll & Blair Stipulation Exhibits | | | |
| 332 | Land Rover of Alexandria Stipulation | | | |
| 332A | Land Rover of Alexandria Stipulation Exhibits | | | |
| 333 | Mercedes Benz of Alexandria Stipulation | | | |
| 333A | Mercedes Benz of Alexandria Stipulation Exhibit | | | |
| 334 | Sabatello Construction Stipulation | | | |
| 334A | Sabatello Construction Stipulation Exhibits | | | |
| 335 | Scott Wilson Landscaping Stipulation | | | |
| 335A | Scott Wilson Landscaping Stipulation Exhibit | | | |
| 336 | Sensoryphile Stipulation | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 336A | Sensoryphile Stipulation Exhibits | | | |
| 337 | Tax Returns Stipulation | | | |
| 337A | 1040 Paul J. Manafort 2010 (certified) | | | |
| 337B | 1040 Paul J. Manafort 2011 (certified) | | | |
| 337C | 1040 Paul J. Manafort 2012 (certified) | | | |
| 337D | 1040 Paul J. Manafort 2013 (certified) | | | |
| 337E | 1040 Paul J. Manafort 2014 (certified) | | | |
| 337F | 1065 DMP International 2011 (certified) | | | |
| 337G | 1065 DMP International 2012 (certified) | | | |
| 337H | 1065 DMP International 2013 (certified) | | | |
| 337I | 1065 DMP International 2014 (certified) | | | |
| 337J | 1065 MC Brooklyn 2012-2014 (lack of records) | | | |
| 337K | 1065 MC Soho 2012-2014 (lack of records) | | | |
| 337L | 1065 MC Soho 2015 (certified) | | | |
| 337M | 1065 MC Soho 2016 (certified) | | | |
| 337N | 1120S Davis Manafort Partners 2010 (certified) | | | |
| 337O | 1120S Davis Manafort Partners 2011 (certified) | | | |
| 337P | 1120S Davis Manafort Partners 2012-2014 (lack of records) | | | |
| 337Q | 1065 John Hannah 2010 (certified) | | | |
| 337R | 1065 John Hannah 2011 (certified) | | | |
| 337S | 1065 John Hannah 2012 (certified) | | | |
| 337T | 1065 John Hannah 2013 (certified) | | | |
| 337U | 1065 John Hannah 2014 (certified) | | | |
| 338A | R. Gates 2009 Passport | | | |
| 338B | R. Gates 2011 Passport | | | |
| 338C | R. Gates 2013 Passport | | | |
| 339 | 2016.11.24 Email P. Manafort to R. Gates re DOD Service secretaries | | | |
| 340 | 2010.02.20 Memo P. Manafort to V. Yanukovych re Launch of Public Affairs Plan | | | |
| 341 | 2012.04.08 Memo P. Manafort to V. Yanukovych re AC Project - Update | | | |
| 342 | 2012.06.04 Email Chain P. Manafort, K. Kilimnik, R. Gates re ST documents | | | |
| 343 | 2012.06.19 Memo P. Manafort to AK re Polling Project - Update | | | |
| 344 | 2012.07.12 Email K. Kilimnik to P. Manafort, R. Gates re EI Outreach - International Plan | | | |
| 345 | 2012.07.13 Email K. Kilimnik to P. Manafort, R. Gates re Demidko documents - Party program | | | |
| 346 | 2012.10.06 Email P. Manafort to K. Kilimnik, R. Gates, D. Rabin et al re Memo on campaign Status | | | |
| 347 | 2013.02.04 Memo P. Manafort to V. Yanukovych re US Government Activity | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 348 | 2013.02.19 Memo P. Manafort to V. Yanukovych re US Government Update | | | |
| 349 | 2013.02.21 Memo P. Manafort to V. Yanukovych re Hapsburg - Update | | | |
| 350 | 2013.04.22 Memo P. Manafort to V. Yanukovych re US Consultants | | | |
| 351 | Memo P. Manafort to BVK, S. Lyovochkin re Campaign budget for national and regional TV, radio advertising | | | |
| 352 | 2014.10.29 Memo P. Manafort to S. Lyovochkin, R. Akhmetov re Roadmap for November - December 2014 | | | |
| 353 | DMP International Consulting Agreement | | | |
| 354 | 2010.01.31 Memo P. Manafort to V. Yanukovych et al re Final Week - Strategy, Tactics and Messages | | | |
| 355 | 2009.04.20 Memo P. Manafort to O. Deripaska re Cyprus | | | |
| 356 | 2009.04.20 Memo P. Manafort to O. Deripaska re Cyprus | | | |
| 357 | 2010.04.06 Memo P. Manafort to K. Kilimnik re SL Staff Meeting | | | |
| 358 | 2010.04.09 Memo P. Manafort to V. Yanukovych re Goals of US Trip | | | |
| 359 | 2011.10.11 Memo P. Manafort to V. Yanukovych and S. Lyovochkin re Consulting Payments | | | |
| 360A | 2011.04.18 Email Chain P. Manafort, R. Gates, N. Lakkis, P. Ayliff re 2010 extension | | | |
| 360B | 2012.04.14 Email Chain P. Manafort, N. Lakkis, R. Gates, P. Ayliff, C. O'Brien re Mirror Cube Films | | | |
| 360C | 2012.12.14 Email P. Ayliff to P. Manafort, R. Gates, N. Lakkis re Tax planning and year end issues | | | |
| 360D | 2013.03.19 Email Chain N. Lakkis, C. O'Brien, P. Manafort, R. Gates re Ameriprise Statement of income 2012 | | | |
| 360E | 2014.09.10 Email P. Ayliff to P. Manafort, R. Gates, C. O'Brien, C. Laporta re Summary of call today | | | |
| 360F | 2015.06.01 Email P. Manafort to P. Ayliff, T. Barry re LilRED | | | |
| 361 | 2013.09.20 Email A. Damianou to R. Gates re Yiakora | | | |
| 362 | 2014.01.24 Email C. Nicolaou to R. Gates, G. Ioannou re Payments/Transfers | | | |
| 363 | 2015.07.10 Email R. Gates to K. Kilimnik re Contract for 1 | | | |
| 364 | 2015.08.25 Email K. Kilimnik to R. Gates re Contract for 1 | | | |
| 365 | 2015.08.28 Email Chain P. Manafort, R. Gates, K. Kilimnik re FYI | | | |
| 366 | Invoice DMP International to Opposition Bloc Party | | | |
| 367 | 2014.03.19 Email A. Damianou to R. Gates re Serangon Holdings Limited | | | |
| 368 | 2014.05.02 Email A. Damianou to R. Gates re Cyprus Companies | | | |
| 369 | [Intentionally Left Blank] | | | |
| 370 | 2011.11.29 Email Chain P. Manafort, R. Gates re Payments | | | |
| 370A | 2012.04.30 Email Chain P. Manafort, R. Gates re May Payments | | | |
| 370B | 2012.09.26 Email Chain P. Manafort, R. Gates re Payments | | | |
| 370C | 2012.11.27 Email Chain P. Manafort, R. Gates re Payments | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 371 | [Intentionally Left Blank] | | | |
| 372 | 2013.03.21 R. Gates Agenda | | | |
| 373 | 2014.12.13 Email Chain R. Gates, P. Manafort re con call this morning - around 800 am | | | |
| 374 | 2013.09.11 Email Chain R. Gates, N. Lakkis, P. Ayliff, C. O'Brien re DMP International | | | |
| 375 | 2015.04.17 Email Chain R. Gates, P. Manafort re Tax - Extensions | | | |
| 376 | 2015.08.31 Email Chain H. Washkuhn, E. Paik, L. Tanner, R. Gates re Income | | | |
| 377 | 2016.03.16 Email P. Manafort to R. Gates re 377 Union St Consruction Loan | | | |
| 378 | 2016.09.13 Email Chain H. Washkuhn, R. Gates, L. Tanner re Manafort related entities - due by 9.15 | | | |
| 379 | 2016.07.26 Email Chain H. Washkuhn, R. Gates re DMP Funding | | | |
| 380 | 2016.01.06 Email P. Manafort to R. Gates re VIP TIME SENSITIVE | | | |
| 381 | 2012.08.10 Email R. Gates to V. Weber, T. Podesta re Question | | | |
| 382 | 2012.10.09 Memo P. Manafort to S. Lyovochkin re Translation Expenses | | | |
| 383 | 2013.03.23 Memo P. Manafort to S. Lyovochkin re US Consultants Activity - Weekly Update | | | |
| 384 | 2016.02.24 Email Chain R. Gates, P. Manafort re Update | | | |
| 385 | 2016.02.26 Email R. Gates to P. Manafort re Success | | | |
| 386 | 2015.05.11 Email R. Gates to P. Manafort re Updates | | | |
| 387 | 2012.12.20 Memo from R. Gates to P. Manafort re 2012 Taxes | | | |
| 388 | 2016.02.08 Email Chain P. Manafort, R. Gates re Letter | | | |
| 389 | 2016.02.08 Email R. Gates to P. Manafort re Letter | | | |
| 390 | [Intentionally Left Blank] | | | |
| 391 | 2016.03.16 Email Chain R. Gates, P. Manafort, J. Yohai re needs | | | |
| 392 | 2016.03.16 Email Chain P. Manafort, R. Gates re Responses | | | |
| 393 | 2016.01.14 Email Chain P. Manafort, R. Gates, Yankees Premium re Important 2016 Ticket License Balance Due | | | |
| 394 | 2016.01.23 Email Chain R. Gates, P. Manafort, D. Fox re Updated Contact Information | | | |
| 395 | 2016.01.26 Email Chain P. Manafort, R. Gates, D. Fox re Please Reply "I authorize this payment" | | | |
| 396 | 2016.01.26 Email Chain R. Gates, P. Manafort re 2 things | | | |
| 397 | 2016.08.04 Email Chain R. Gates, J. Miller, M. Abboud, P. Manafort et al re Campaign Announces Economic Advisory Council | | | |
| 398 | 2016.03.15 Email R. Gates, P. Manafort, C. Laporta re 377 Union St Consruction Loan | | | |
| 399 | 2016.11.24 Email P. Manafort to R. Gates re DOD Service secretaries | | | |
| 400 | 2016.03.22 Email Chain P. Manafort, D. Fallarino, R. Gates re 377 Union St Consruction Loan | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 401 | 2016.05.01 Email Chain P. Manafort, R. Gates, D. Fallarino, J. Yohai, T. Rodriguez re 377 Union St Consruction Loan | | | |
| 402 | 2016.12.23 Email P. Manafort to R. Gates re Urgent Inaugural Invitations Lists - Final | | | |
| 403 | 2016.05.06 Email Chain P. Manafort, R. Gates, D. Fallarino, T. Rodriguez re Primary Residence Letter - Union St | | | |
| 404 | [Intentionally Left Blank] | | | |
| 405 | 2016.10.21 Email Chain P. Manafort, R. Gates, H. Washkuhn re 2016 P&L | | | |
| 406 | 2016.10.21 Email P. Manafort to R. Gates re pls convert | | | |
| 407 | 2016.10.21 Email R. Gates to P. Manafort re 2016 P&L | | | |
| 408 | 2016.10.21 Email R. Gates to P. Manafort re 2016 P&L | | | |
| 409 | 2016.10.21 Email P. Manafort to R. Gates re AGENDA | | | |
| 410 | [Intentionally Left Blank] | | | |
| 411 | 2016.10.21 Email R. Gates to P. Manafort re pls convert | | | |
| 412A | P. Manafort 2008-2018 Passport | | | |
| 412B | P. Manafort 2012-2014 Passport | | | |
| 412C | [Intentionally Left Blank] | | | |
| 413 | 2016.01.01 - 2017.07.25 P. Manafort AT&T Phone Records | | | |
| 414 | 2010.06.01 Email P. Manafort to K. Kilimnik re Q and A for VY | | | |
| 415 | 2010.06.02 Email P. Manafort to K. Kilimnik re Press and Diplomatic Package | | | |
| 416 | 2011.11.29 Email Chain P. Manafort, R. Gates re Payments | | | |
| 417 | 2012.07.14 Email Chain P. Manafort, D. Rabin, T. Fabrizio, B. Ward, K. Kilimnik, R. Gates, V. Stepanov re testimonials, Accomplishments, schedule | | | |
| 418 | 2014.05.24 Email P. Manafort to K. Kilimnik cc R. Gates re Organization of Package of documents | | | |
| 419 | 2014.08.25 Email Chain P. Manafort, N. Azzam, T. Barry, R. Joyce re Mortgage Rates | | | |
| 420 | 2015.09.25 Email Chain P. Manafort, R. Gates re update | | | |
| 421 | 2012.10.15 Monday Agenda | | | |
| 422 | 2016.01.26 Email P. Manafort to J. Yohai re Howard St Appraisal | | | |
| 423 | 2016.02.09 Email Chain P. Manafort, R. Gates, M. Francis, D. Fallarino re Lease for 5th Ave property | | | |
| 424 | 2016.02.11 Email Chain P. Manafort, R. Gates, D. Fallarino, M. Francis re Letter of Forgiveness | | | |
| 425 | 2016.02.12 Email P. Manafort to J. Yohai re Citizens Loan - Howard St | | | |
| 426 | 2016.02.16 Email Chain P. Manafort, R. Gates, K. Mazzocco, T. Barry, H. Washkuhn re Personal and DMP bills | | | |
| 427 | 2016.02.17 Email Chain P. Manafort, R. Gates re My signature | | | |
| 428 | 2016.02.24 Email P. Manafort to D. Fallarino re 2 issues re Union St and Baxter St | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 429 | 2016.02.26 Email Chain P. Manafort, R. Gates, M. Francis, D. Fallarino re Success | | | |
| 430 | 2016.03.09 Email R. Gates to P. Manafort re Personal Finance Statement | | | |
| 431 | 2016.03.10 Email P. Kaufman to P. Manafort re Schedule of Real Estate | | | |
| 432 | 2016.03.22 Email Chain P. Manafort, R. Gates, D. Fallarino, J. Yohai, C. Laporta re 377 Union St Consruction Loan | | | |
| 433 | 2016.08.04 Email Chain S. Calk, P. Manafort re S. Calk- Professional Bio | | | |
| 434 | 2016.08.15 Email J. Wetzel to P. Manafort re Scan | | | |
| 435 | 2016.10.26 Email Chain J. Yohai, P. Manafort, J. Yohai, D. Raico re Hampton Refinance - Deliverables Update | | | |
| 436A | Alan Couture Certificate of Authenticity | | | |
| 436B | Rabin Strasberg Certificate of Authenticity | | | |
| 436C | Devine Mulvey Longabaugh Certificate of Authenticity #1 | | | |
| 436D | Devine Mulvey Longabaugh Certificate of Authenticity #2 | | | |
| 436E | Federal Stone & Brick Certificate of Authenticity | | | |
| 436F | New York Yankees Certificate of Authenticity | | | |
| 436G | Joel Maxwell Certificate of Authenticity | | | |
| 436H | New Leaf Landscape Certificate of Authenticity | | | |
| 436I | Moody & Associates Certificate of Authenticity | | | |
| 436J | SP&C Home Improvement Certificate of Authenticity | | | |
| 436K | SunTrust Certificate of Authenticity | | | |
| 436L | Cyprus Incorporation Documents (66A) Certificate of Authenticity | | | |
| 436M | Eurobank Documents (66B) Certificate of Authenticity | | | |
| 436N | Hellenic Bank Documents (66C) Certificate of Authenticity | | | |
| 436O | Bank of Cyprus (66D) Certificate of Authenticity | | | |
| 436P | Bank of Cyprus (66E) Certificate of Authenticity | | | |
| 436Q | Accounting Records (66F) Certificate of Authenticity | | | |
| 436R | Hellenic Bank (66G) Certificate of Authenticity | | | |
| 436S | St. Vincent and the Grenadines (67A) Certificate of Authenticity | | | |
| 436T | St. Vincent and the Grenadines (67B) Certificate of Authenticity | | | |
| 436U | St. Vincent and the Grenadines (67C) Certificate of Authenticity | | | |
| 437 | 2016.11.12 Summerbreeze Loan Memorandum | | | |
| 438 | 2016.12.13 Email Chain D. Raico, P. Manafort, J. Brennan, C. Laporta, T. Horn re My 2015 Tax Return - FINAL Draft | | | |
| 439 | 2016.08.04 Email S. Calk to P. Manafort re Stephen Calk-Professional Bio | | | |
| 440 | 2016.09.25 Email P. Manafort to S. Calk re Monday | | | |
| 441 | 2016.10.07 Email S. Calk to P. Manafort re Closing on Nottingham & Bridgehampton loans | | | |
| 442 | 2016.10.08 Email P. Manafort to S. Calk re sorry I missed you | | | |
| 443 | 2016.11.14 Email S. Calk to P. Manafort re | | | |

| Ex. No. | Description | Obj. | Off'd | Adm. |
|---|---|---|---|---|
| 444 | December 11 Conference Call Agenda | | | |
| 445 | R. Gates Agenda | | | |
| 446 | Gates - payments | | | |
| 447A | Actinet BOC Account Documents | | | |
| 447B | Actinet Hellenic Account Documents | | | |
| 447C | Black Sea BOC Account Documents | | | |
| 447D | Bletilla BOC Account Documents | | | |
| 447E | Bletilla Hellenic Account Documents | | | |
| 447F | Global Endeavour Loyal Bank Account Documents | | | |
| 447G | Global Highway BOA Account Documents | | | |
| 447H | Jeunet Loyal Bank Account Documents | | | |
| 447I | Leviathan BOC Account Documents | | | |
| 447J | LOAV BOC Account Documents | | | |
| 447K | Lucicle BOC Account Documents | | | |
| 447L | Lucicle Hellenic Statements | | | |
| 447M | Marziola Hellenic and BOC Account Documents | | | |
| 447N | Olivenia Hellenic and BOC Account Documents | | | |
| 447O | Peranova BOC Account Documents | | | |
| 447P | Serangon BOC Account Documents | | | |
| 447Q | Yiakora BOC Account Documents | | | |
| 448 | Email Stipulation | | | |
| 449 | FDIC Stipulation | | | |
| 450 | Financial Records Stipulation | | | |
| 451 | Business Records of Bookkeeping and Tax Preparation Services Stipulation | | | |
| 452 | 2016.11.19 Email S. CalK to P. Manafort re S. M. Calk - Candidate for SEC ARMY | | | |
| 453 | 2012.01.24 Email P. Manafort to M. Gibson re Transfers | | | |
| 454 | P. Manafort Flight Manifests | | | |
| 456 | Stipulation Regarding Foreign Bank Records | | | |
| 458 | 2018.07.31 Email C. Moody to B. Flores re Incident Report: Deletion of an email/mortgagee spreadsheet - P. Manafort | | | |
| 460 | 2014.12.24 Email R. Gates to P. Manafort re Wire today | | | |
| 500 | Genesis Capital Stipulation | | | |
| 501 | 2016.10.26 Email Chain P. Manafort, J. Yohai, D. Raico re Hampton Refinance - Deliverables Update | | | |
| 502 | 2016.11.30 Email Chain J. Kushner, P. Manafort re 3 Recommendations for Major Appointments | | | |
| 503 | 2016.03.12 Email P. Manafort to H. Washkuhn re Howard St Monthly Payments - Set Up Automatic Deposits | | | |

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

By: /s/

Andrew Weissmann
Greg D. Andres
Brandon L. Van Grack
Special Assistant United States Attorneys
Special Counsel's Office
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Telephone: (202) 616-0800

Uzo Asonye
Assistant United States Attorney
Eastern District of Virginia

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

/s/ Uzo Asonye
Uzo Asonye
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
uzo.asonye@usdoj.gov
Phone: (703) 299-3700
Fax: (703) 299-3981

*Attorney for the United States of America*