## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 12)

| | | |
|---|---|---|
| Date: 08/15/2018 | Case No: 1:18-CR-00083-TSE-1 | Time: 09:54AM-11:44AM (01:50) |
| | | 01:30PM-03:04PM (01:34) |
| Before the Honorable: T.S. ELLIS, III | | 03:17PM-03:28PM (00:11) |
| | | 03:40PM-06:07PM (02:27) |
| Court Reporter: Tonia Harris / Anneliese Thomson | | (06:02) |

| PARTIES | COUNSEL |
|---|---|
| **UNITED STATES OF AMERICA** | JAY R. NANAVATI |
| | THOMAS E. ZEHNLE |
| | BRIAN KETCHAM |
| v. | KEVIN M. DOWNING |
| | RICHARD WESTLING |
| | |
| **PAUL J. MANAFORT, JR.** | BRANDON L. VAN GRACK |
| | GREG D. ANDRES |
| | UZO ASONYE |

This matter came on for Day 12 of trial by jury.   Brandon L. Van Grack, Greg D. Andres, and Uzo Asonye present on behalf of government, with Special Agent Sherine Ebadi, and Evan Binder (paralegal) present at counsel table.   Defendant present w/ counsel Jay R. Nanavati, Thomas E. Zehnle, Brian Ketcham, Kevin M. Downing, and Richard Westling.

Both parties used evidence presentation system in closing arguments.

---

Rule Invoked on Witnesses [   ]         Opening Statements Made by Both Parties [   ]

Government continued to adduce evidence [   ] and Rests [   ]

Defendant adduced evidence [   ] and Rests [   ]

Instructions Conference Held [   ]

Closing Arguments made by both parties [ X ]

Jury Charged [ X ]

- Alternate jurors released: #0296, #0054, #0127, #0133

Jury Retired to Deliberate at _____   [   ]

Jury Verdict Filed in Open Court [   ] Jurors Individually Polled   [   ]

Jurors excused at **06:04PM** and Case Continued To: **THURSDAY, AUGUST 16, 2018 @ 09:30AM**

**DEFENDANT:**
[ X ] Remanded   [   ] Self Surrender   [   ] Cont'd on same terms and conditions of release   [   ] In Custody