## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 13)

Date: 08/16/2018            Case No:  1:18-CR-00083-TSE-1           Time:  09:47AM-09:57AM (00:10)
                                                                          05:05PM-05:20PM (00:15)
Before the Honorable: T.S. ELLIS, III                                     (00:25)

Court Reporter: Tonia Harris

| PARTIES | COUNSEL |
|---|---|
| **UNITED STATES OF AMERICA** | JAY R. NANAVATI |
|  | THOMAS E. ZEHNLE |
|  | BRIAN KETCHAM |
| v. | KEVIN M. DOWNING |
|  | RICHARD WESTLING |
|  |  |
| **PAUL J. MANAFORT, JR.** | BRANDON L. VAN GRACK |
|  | GREG D. ANDRES |
|  | UZO ASONYE |

This matter came on for Day 13 of trial by jury.   Brandon L. Van Grack, Greg D. Andres, and Uzo Asonye present on behalf of government, with Special Agent Sherine Ebadi, and Evan Binder (paralegal) present at counsel table.   Defendant present w/ counsel Jay R. Nanavati, Thomas E. Zehnle, Brian Ketcham, Kevin M. Downing, and Richard Westling.

---

Rule Invoked on Witnesses [   ]                    Opening Statements Made by Both Parties [   ]

Government continued to adduce evidence [   ] and Rests [   ]

Defendant adduced evidence [   ] and Rests [   ]

Instructions Conference Held [   ]

Closing Arguments made by both parties [   ]

Jury Charged [   ]     Jurors Reconvened and Retired to Deliberate at **09:56AM**    [ X ]

Jury Verdict Filed in Open Court [   ] Jurors Individually Polled   [   ]

Jurors excused at **05:19PM** and Case Continued To: **FRIDAY, AUGUST 17, 2018 @ 09:30AM**

**DEFENDANT:**
[ X ] Remanded    [   ] Self Surrender    [   ] Cont'd on same terms and conditions of release     [   ] In Custody