IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 1:18-CR-83 |
| v. | ) |
| | ) Trial Date:  July 31, 2018 |
| PAUL J. MANAFORT, JR., | ) |
| | ) The Honorable T. S. Ellis, III |
| | ) |
| Defendant. | ) |

# SPECIAL FORFEITURE VERDICT FORM

We, the jury, return the following Special Verdict as to all funds held in account number XXXXXX0969 at Lender D (the property) for which the United States has alleged there is a nexus to the defendant's offenses:

Is there a nexus between the property and Count 29, bank fraud conspiracy?

YES _____     NO _____

Is there a nexus between the property and Count 30, bank fraud?

YES _____     NO _____

So, Say We All, this \_\_\_\_\_ day of August, 2018.

_____
FOREPERSON