# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., | ) | |
| Defendant. | ) | |

## ORDER

The matter is before the Court on a motion to intervene in this case by CNN, the Associated Press, BuzzFeed, Inc., NBC, The New York Times, Politico, and the Washington Post. These media outlets seek an immediate hearing to obtain access to certain sealed materials.

Because Fourth Circuit case law makes it abundantly clear that media sources have a right to intervene in judicial cases under these circumstances,[1]

It is hereby **ORDERED** that the motion to intervene is **GRANTED**.

It is further **ORDERED** that a hearing is scheduled for **today at 2:00 p.m.** for the intervenors to present oral argument. Counsel for the government and counsel for the defense should also be present to protect the interest of their clients.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
August 17, 2018

/s/
T. S. Ellis, III
United States District Judge

---

[1] *See, e.g., Company Doe v. Pub. Citizen*, 749 F.3d 246, 262 (4th Cir. 2014); *United States v. Moussaoui*, 65 F. App'x 881, 884 (4th Cir. 2003).