UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Criminal Action No.: 1:18-cr-83 |

### [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2018, upon consideration of the Media Coalition Motion to Intervene and for Access to Certain Portions of the Record and the Memorandum in support thereof, it is hereby ORDERED that the motion is GRANTED. The Clerk of the Court shall make publicly available a list of the names and addresses of the jurors and alternates in this matter; unseal the records at Docket Nos. 228, 229, 235 and 239; unseal the formerly sealed portions of the trial transcripts; and unseal all other previously sealed portions of the record in this matter as further ordered by the Court.

_____
United States District Judge