FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2018 AUG 16  P 1:59

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Criminal Action No.: 1:18-cr-83 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Criminal Procedure 12.4 and Local Criminal Rule 12.4, undersigned counsel hereby certify that:

1. Cable News Network, Inc., a Delaware corporation, is a wholly owned subsidiary of Turner Broadcasting System, Inc., which formerly was an indirect subsidiary of Time Warner Inc. Time Warner Inc.'s successor in interest is Warner Media, LLC, a direct wholly-owned subsidiary of AT&T Inc., a publicly traded corporation. AT&T Inc. has no parent company and, to the best of CNN's knowledge, no publicly held company owns ten percent or more of AT&T's stock.

2. The Associated Press is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

3. BuzzFeed, Inc. is a privately owned corporation. Ten percent or more of its stock is owned by NBCUniversal Media, LLC, a wholly owned indirect subsidiary of Comcast Corporation, which is publicly traded. No other publicly held company owns ten percent or more of its stock.

2

4. NBCUniversal Media, LLC is wholly owned by NBCUniversal, LLC. Its ultimate parent is Comcast Corporation, which is publically traded. No other publically held corporation holds a ten percent or more equity interest in of NBCUniversal, LLC's stock.

5. The New York Times Company, a publicly traded company, has no parent company and one publicly held corporation, Grupo Financiero Inbursa, S.A.B. de C.V., owns more than 10 percent of its stock through affiliated entities.

6. POLITICO LLC is a wholly owned subsidiary of privately held Capitol News Company, LLC, whose members are Robert L. Allbritton and the Robert L. Allbritton 1996 Trust.

7. WP Company LLC d/b/a The Washington Post is a wholly owned subsidiary of privately held Nash Holdings LLC, whose sole member is Jeffrey P. Bezos.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: August 16, 2018                    BALLARD SPAHR LLP


By: _____

Jay Ward Brown (Va. Bar No. 34355)
brownjay@balladspahr.com
Matthew E. Kelley (Va. Bar No. 84045)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1136
F: (202) 661-2299

*Counsel for Cable News Network, Inc.; The Associated Press; BuzzFeed, Inc.; NBCUniversal Media, LLC; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ The Washington Post*

3