FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2018 AUG 16  P 2: 00

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> vs. <br><br> **PAUL J. MANAFORT, JR.,** <br><br> Defendant. | Criminal Action No.: 1:18-cr-83 |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance in the above-captioned matter of Jay Ward Brown as counsel for Intervenors Cable News Network, Inc. ("CNN"); The Associated Press ("AP"); BuzzFeed, Inc. ("BuzzFeed"); NBCUniversal Media, LLC ("NBC"); The New York Times Company ("The Times"); POLITICO LLC ("Politico"); and WP Co., LLC, d/b/a/ The Washington Post (the "Post") (collectively, the "Media Coalition").

Respectfully submitted,

Dated: August 16, 2018						BALLARD SPAHR LLP


							By: _Jay Ward Brown (by MEL)_
							Jay Ward Brown (Va. Bar No. 34355)
							brownjay@balladspahr.com
							BALLARD SPAHR LLP
							1909 K Street, NW
							Washington, D.C. 20006-1157
							T: (202) 508-1136
							F: (202) 661-2299

							*Counsel for Cable News Network, Inc.; The Associated Press; BuzzFeed, Inc.; NBCUniversal Media, LLC; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ The Washington Post*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2018, I caused true and correct copies of the foregoing Notice of Appearance to be served via electronic mail and U.S. Mail on the following counsel of record:

Andrew A. Weissmann
Adam C. Jed
Brandon Lang Van Grack
Greg D. Andres
Michael R. Dreeben
Scott Andrew Meisler
Uzo Asonye
U.S. Attorney's Office for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
aaw@usdoj.gov
acj@usdoj.gov
bvg@usdoj.gov
GDA@usdoj.gov
mrd@usdoj.gov
sacm@usdoj.gov

*Attorneys for the United States of America*

Jay Rohit Nanavati
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

Thomas E. Zehnle
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

*Attorneys for Defendant Paul J. Manafort, Jr.*

By: _Jay Ward Brown (by MEK)_
    Jay Ward Brown