FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2018 AUG 16 P 2:01

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Criminal Action No.: 1:18-cr-83 |

## NOTICE OF MEDIA COALITION MOTION TO INTERVENE AND FOR ACCESS TO CERTAIN PORTIONS OF THE RECORD

By and through undersigned counsel, Cable News Network, Inc. ("CNN"); The Associated Press ("AP"); BuzzFeed, Inc. ("BuzzFeed"); NBCUniversal Media, LLC ("NBC"); The New York Times Company ("The Times"); POLITICO LLC ("Politico"); and WP Co., LLC, d/b/a/ The Washington Post (the "Post") (collectively, the "Media Coalition") hereby provide notice of their filing on this date of the Media Coalition Motion to Intervene and for Access to Certain Portions of the Record, an accompanying memorandum, and proposed order.

As stated in the Motion, the Media Coalition has requested an expedited hearing on Friday, August 17, 2018, or at the Court's earliest convenience. Should the Court not approve an expedited hearing, the Media Coalition intends to present this Motion at the next regularly scheduled motions hearing on Friday, August 24, 2018.

Respectfully submitted,

Dated: August 16, 2018                  BALLARD SPAHR LLP

By: _____

Jay Ward Brown (Va. Bar No. 34355)
brownjay@balladspahr.com
Matthew E. Kelley (Va. Bar No. 84045)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1136
F: (202) 661-2299

*Counsel for Cable News Network, Inc.; The Associated Press; BuzzFeed, Inc.; NBCUniversal Media, LLC; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ The Washington Post*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2018, I caused true and correct copies of the foregoing Notice of Media Coalition Motion to Intervene and For Access to Certain Portions of the Record to be served via electronic mail and U.S. Mail on the following counsel of record:

Andrew A. Weissmann
Adam C. Jed
Brandon Lang Van Grack
Greg D. Andres
Michael R. Dreeben
Scott Andrew Meisler
Uzo Asonye
U.S. Attorney's Office for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
aaw@usdoj.gov
acj@usdoj.gov
bvg@usdoj.gov
GDA@usdoj.gov
mrd@usdoj.gov
sacm@usdoj.gov

*Attorneys for the United States of America*

Jay Rohit Nanavati
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

Thomas E. Zehnle
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

*Attorneys for Defendant Paul J. Manafort, Jr.*

By: _____
     Matthew E. Kelley