FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

2018 AUG 17  A 11: 37

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**UNITED STATES OF AMERICA,**

vs.

**PAUL J. MANAFORT, JR.,**

**Defendant.**

**Criminal Action No.:  1:18-cr-83**

## NOTICE OF CBS BROADCASTING INC. MOTION TO INTERVENE
## AND JOIN MOTION FOR ACCESS TO CERTAIN PORTIONS OF THE RECORD

By and through undersigned counsel, CBS Broadcasting Inc. ("CBS") hereby provides notice of its filing on this date of its Motion to Intervene and Join Motion for Access to Certain Portions of the Record.

The Media Coalition has requested an expedited hearing on its Motion on Friday, August 17, 2018, or at the Court's earliest convenience.  CBS respectfully requests that its Motion be heard contemporaneously with the original Media Coalition Motion.  Should the Court not approve an expedited hearing, CBS intends to present this Motion at the next regularly scheduled motions hearing on Friday, August 24, 2018.

Respectfully submitted,

Dated: August 17, 2018                    BALLARD SPAHR LLP

By: _____

Jay Ward Brown (Va. Bar No. 34355)
brownjay@balladspahr.com
Matthew E. Kelley (Va. Bar No. 84045)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1136
F: (202) 661-2299

*Counsel for Cable News Network, Inc.; The
Associated Press; BuzzFeed, Inc.; CBS
Broadcasting Inc.; NBCUniversal Media,
LLC; The New York Times Co.; POLITICO,
LLC; and WP Co., LLC, d/b/a/ The
Washington Post*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2018, I caused true and correct copies of

the foregoing Notice of CBS Broadcasting Inc. Motion to Intervene and Join Motion For Access

to Certain Portions of the Record to be served via electronic mail and U.S. Mail on the following

counsel of record:

Andrew A. Weissmann
Adam C. Jed
Brandon Lang Van Grack
Greg D. Andres
Michael R. Dreeben
Scott Andrew Meisler
Uzo Asonye
U.S. Attorney's Office for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
aaw@usdoj.gov
acj@usdoj.gov
bvg@usdoj.gov
GDA@usdoj.gov
mrd@usdoj.gov
sacm@usdoj.gov

*Attorneys for the United States of America*

Jay Rohit Nanavati
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

Thomas E. Zehnle
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

*Attorneys for Defendant Paul J. Manafort, Jr.*

By: _____
Matthew E. Kelley