IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2018 AUG 17 A 11: 37

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Criminal Action No.: 1:18-cr-83 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Criminal Procedure 12.4 and Local Criminal Rule 12.4, undersigned counsel hereby certify that:

1. CBS Broadcasting Inc. is a wholly owned subsidiary of CBS Corporation, a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of CBS Corporation. CBS Corporation is not aware of any other ownership of the Class A voting stock of CBS Corporation in the amount of ten percent or more.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: August 17, 2018          BALLARD SPAHR LLP

By: /s/ 

Jay Ward Brown (Va. Bar No. 34355)
brownjay@balladspahr.com
Matthew E. Kelley (Va. Bar No. 84045)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1136
F: (202) 661-2299

*Counsel for Cable News Network, Inc.; The Associated Press; BuzzFeed, Inc.; CBS Broadcasting Inc.; NBCUniversal Media, LLC; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ The Washington Post*