IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER

On August 17, 2018, CBS Broadcasting Inc. moved for leave to intervene in the prosecution of Paul J. Manafort, Jr. to join Cable News Network, Inc.; The Associated Press; BuzzFeed, Inc.; NBCUniversal Media, LLC; The New York Times Company; POLITICO LLC; and WP Co., LLC, d/b/a The Washington Post in their Motion to Intervene and For Access to Certain Portions of the Record.

For good cause shown,

It is hereby **ORDERED** that the motion (Doc. 252) is **GRANTED**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
August 21, 2018

/s/
T. S. Ellis, III
United States District Judge