## CRIMINAL JURY TRIAL PROCEEDINGS (DAY 16)

Date: 08/21/2018         Case No: 1:18-CR-00083-TSE-1         Time: 09:34AM-09:38AM (00:04)
                                                                     11:20AM-11:32AM (00:12)
Before the Honorable: T.S. ELLIS, III                                11:42AM-11:58AM (00:16)
                                                                     04:20PM-04:49PM (00:29)
Court Reporter: Tonia Harris                                         (01:01)

| PARTIES | COUNSEL |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **PAUL J. MANAFORT, JR.** | JAY R. NANAVATI <br> THOMAS E. ZEHNLE <br> BRIAN KETCHAM <br> KEVIN M. DOWNING <br> RICHARD WESTLING <br><br> BRANDON L. VAN GRACK <br> GREG D. ANDRES <br> UZO ASONYE |

This matter came on for Day 16 of trial by jury.  Brandon L. Van Grack, Greg D. Andres, and Uzo Asonye present on behalf of government, with Special Agent Sherine Ebadi, and Evan Binder (paralegal) present at counsel table.  Defendant present w/ counsel Jay R. Nanavati, Thomas E. Zehnle, Brian Ketcham, Kevin M. Downing, and Richard Westling.

---

Rule Invoked on Witnesses [   ]                    Opening Statements Made by Both Parties [   ]

Government continued to adduce evidence [   ] and Rests [   ]

Defendant adduced evidence [   ] and Rests [   ]

Instructions Conference Held [   ]    Closing Arguments made by both parties [   ]

Jury Charged [   ]     Jurors Reconvened and Retired to Deliberate at **09:37AM** [ X ]

Jury Verdict Filed in Open Court & Jurors Individually Polled [ X ]

- <u>GUILTY:</u> 1, 2, 3, 4, 5, 12, 25, 27
- <u>MISTRIAL:</u> 11, 13, 14, 24, 26, 28, 29, 30, 31, 32

Jurors excused at **04:42PM** and Case Continued To:            **TBD**

- Government given until August 28, 2018 COB to notify the Court on what it intends to do w/ regards to the 10 mistrial counts
- Defendant's request for 30 day extension to file Motion for Judgment of Acquittal/New Trial, taken under advisement
- Government's response due by Friday noon

**DEFENDANT:**
[ X ] Remanded    [   ] Self Surrender    [   ] Cont'd on same terms and conditions of release    [   ] In Custody