IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 1:18-CR-83-TSE |
| ) | |
| v. ) | Trial Date: July 31, 2018 |
| ) | |
| PAUL J. MANAFORT, JR., ) | The Honorable T. S. Ellis, III |
| ) | |
| Defendant. ) | |

GOVERNMENT'S WITNESS LIST

The United States of America, by and through undersigned counsel, hereby submits its list of potential witnesses.

1. Ali, Hesham
2. (13) ✓ Ayliff, Philip 8/2/2018, 8/3/2018
3. (27) ✓ Brennan, James 8/13/2018
4. Day, John
5. (9) ✓ DeLuca, Douglas 8/1/2018
6. (1) ✓ Devine, Tad 7/31/2018
7. Duggan, Donna
8. (20) ✓ Evenson, Darin 8/9/2018
9. (16) ✓ Gates, Richard 8/6/2018, 8/7/2018, 8/8/2018
10. (7) ✓ Holland, Wayne 8/1/2018
11. (8) ✓ Jacobson, Stephen 8/1/2018
12. (19) ✓ James, Melinda 8/9/2018

1

(4) ✓13. Katzman, Maximillian 8/1/2018
(25) ✓14. Kirimca, Irfan 8/10/2018
(14) ✓15. Laporta, Cindy 8/3/2018, 8/6/2018
16. LaPorte, Kevin
(15) ✓17. Liss, Paula 8/6/2018, 8/13/2018
(17) ✓18. Magionos, Morgan 8/8/2018
(10) ✓19. Maxwell, Joel 8/2/2018
20. Metzler, Amanda
(21) ✓21. Miceli, Peggy 8/9/2018
22. Michael, Renee
(3) ✓23. Mikuska, Matthew 8/1/2018
24. O'Brien, Conor
(6) ✓25. Opsut, Daniel 8/1/2018
(2) ✓26. Rabin, Daniel 8/1/2018
(24) ✓27. Raico, Dennis 8/10/2018
(11) ✓28. Regolizio, Michael 8/2/2018
(22) ✓29. Rodriguez, Taryn 8/9/2018
(23) ✓30. Seferian, Gary 8/9/2018
31. Sullivan, Stacey
32. Trusko, Alex
(5) ✓33. Wall, Ronald 8/1/2018
(12) ✓34. Washkuhn, Heather 8/2/2018
(18) ✓35. Welch, Michael 8/8/18
(26) ✓36. ANDREW CHOJNOWSKI 8/10/2018