## DEFT'S EXHIBITS:

- (A) ✓ D3: WORK PAPER/SPREADSHEET/BUSINESS RECORDS — C. LAPORTA 8/6
- ✓ D4: 2016 U.S. RETURN OF PARTNERSHIP INCOME — C. LAPORTA 8/6
- (A) ✓ D2: SCHEDULE/RECORD OF KWC — C. LAPORTA 8/6
- ✓ D5: IRS PUBLICATION — C. LAPORTA 8/6
- (A) ✓ D17: CHART COMPILATION (PULLED FROM INDICTMENT) — R. GATES 8/7/18, 8/8/18
- (A) ✓ D14: CONFIRMATION OF WIRE REQUEST ($65,000.00) — R. GATES 8/7, 8/8
- (A) ✓ D15: CONFIRMATION OF WIRE REQUEST ($120,000.00) R. GATES 8/7 8/8
- ✓ D22: FBI RECORD 9/18/2014 — R. GATES 8/8/18
- ✓ D23: MARFIN LAIKI BANK — ACTINET TRADING LIMITED — M. MAGIONOS 8/8
- ✓ D24: COMPANY RESOLUTION — M. MAGIONOS 8/8
- (A) D25: MARFIN LAIKI BANK — LUCICLE CONSULTANTS LIMITED — M. MAGIONOS 8/8
- D26: MARFIN LAIKI BANK — LUCICLE CONSULTANTS LIMITED — M. MAGIONOS 8/8
- (A) D32: EMAIL W/ ATTACHMENTS — MANAFORT TO FALLARINO — M. JAMES 8/9 (DEC. 24, 2015)
- (A) ✓ D27: EMAIL FALLARINO → MANAFORT (3/11/2016) — P. MICELI 8/9
  T. RODRIGUEZ 8/9
- (A) D40 - 11/8/16 EMAIL CHAIN RE REQUEST FOR SUPPORTING DOCUMENTATION — J. BRENNAN 8/13
- (A) ✓ D41 1/5/17 LOAN MEMORANDUM — J. BRENNAN 8/13