IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:18-CR-00083-TSE-1 |
| | ) |
| PAUL J. MANAFORT, JR. | ) |
| | ) |
| Defendant. | ) |

**TRIAL EXHIBIT CERTIFICATE OF REVIEW**

We, the undersigned counsel have reviewed the trial exhibits as admitted by the Court and find that the exhibits in the custody of the Clerk are appropriate to go to the jury for their deliberation.

_____ Evan Binder, Paralegal
Counsel for Government
Greg D. Andres, Esq.
Uzo Asonye, Esq.
Brandon L. Van Grack, Esq.

8/15/18   3:11 PM
_____
Date & Time

_____
Counsel for Defendant
Kevin M. Downing, Esq.
✓Richard Westling, Esq.
Thomas E. Zehnle, Esq.
Brian Ketcham, Esq.
Jay R. Nanavati, Esq.

8/15/18   6:08 pm
_____
Date & Time

Alexandria, Virginia
August 15TH, 2018