IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 1:18-cr-00083-TSE |
| v. | ) | |
| | ) | |
| | ) | |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | Judge T. S. Ellis, III |
| Defendant. | ) | |

**PAUL J. MANAFORT, JR.'S MOTION TO SEAL**
**CERTAIN PORTIONS OF AUGUST 7, 2018 SIDEBAR CONFERENCE**

Paul J. Manafort, Jr., by and through counsel, hereby submits this motion to seal certain portions of a sidebar conference held on August 7, 2018 pursuant to Local Criminal Rule 49(E). A proposed order and a supporting memorandum accompany this motion.

Dated: August 21, 2018            Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

s/ Richard W. Westling
Richard W. Westling (*pro hac vice*)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
(202) 861-1868
rwestling@ebglaw.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Brian P. Ketcham (*pro hac vice*)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 21st day of August 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
Uzo Asonye

U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email:  AAW@usdoj.gov
         GDA@usdoj.gov
         Uzo.Asonye@usdoj.gov

                                      <u>s/ Jay R. Nanavati</u>
                                      Jay R. Nanavati (VSB No. 44391)
                                      Kostelanetz & Fink LLP
                                      601 New Jersey Avenue NW
                                      Suite 620
                                      Washington, DC 20001
                                      (202) 875-8000
                                      jnanavati@kflaw.com

                                      *Counsel for Defendant Paul J. Manafort, Jr.*