IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:18-cr-00083-TSE |
| v. ) | |
| ) | |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | Judge T. S. Ellis, III |
| Defendant. ) | |

**[PROPOSED] ORDER**

For good cause shown, it is hereby ORDERED that Paul J. Manafort, Jr.'s motion to seal certain portions of the sidebar conference held on August 7, 2018 is GRANTED.

_____                                      _____
Date                                                                                 UNITED STATES DISTRICT JUDGE