**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:18-cr-00083-TSE |
| v. ) | |
| ) | |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | Judge T. S. Ellis, III |
| Defendant. ) | |

**PAUL J. MANAFORT, JR.'S MEMORANDUM IN SUPPORT OF MOTION TO SEAL CERTAIN PORTIONS OF AUGUST 7, 2018 SIDEBAR CONFERENCE**

Paul J. Manafort, Jr., by and through counsel, hereby submits this memorandum in support of his motion to seal pursuant to Local Criminal Rule 49(E).

On August 9, 2018, the Court granted the Government's motion to seal certain portions of a sidebar conference conducted on August 7, 2018. (Doc. 221). The Court granted the Government's motion with regard to the following portions of the sidebar conference: Aug. 7, 2018 Tr. at 1399:14-19; 1402:1-2, 14-17; and 1403:12-15. Mr. Manafort submits that the following additional portions of the sidebar conference should also be sealed because these portions relate to the same discussion as the portions described above that remain under seal: Aug. 7, 2018 Tr. at 1399:23-25 – 1400:1-4; 1400:9-16; 1401:8-11; and 1402:8-10. More specifically, these portions of the record should remain under seal because they similarly refer to an ongoing federal investigation.

WHEREFORE, Mr. Manafort respectfully requests that the portions of the August 7, 2018 sidebar conference identified above remain under seal until the Government's ongoing investigation is publicly revealed.

Dated: August 21, 2018            Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com


s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

s/ Richard W. Westling
Richard W. Westling (*pro hac vice*)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
(202) 861-1868
rwestling@ebglaw.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Brian P. Ketcham (*pro hac vice*)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com


*Counsel for Defendant Paul J. Manafort, Jr.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of August 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
Uzo Asonye

U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
        GDA@usdoj.gov
        Uzo.Asonye@usdoj.gov

                                                      s/ Jay R. Nanavati
                                                    Jay R. Nanavati (VSB No. 44391)
                                                    Kostelanetz & Fink LLP
                                                    601 New Jersey Avenue NW
                                                    Suite 620
                                                    Washington, DC 20001
                                                    (202) 875-8000
                                                    jnanavati@kflaw.com

                                                    *Counsel for Defendant Paul J. Manafort, Jr.*