FILED IN OPEN COURT
AUG 1 6 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Your Honor,

We have a few questions for tomorrow — we are planning to stop today at 5:30 PM.

Is one required to file an FBAR if they own less than 50% of the account, do not have signature authority, but do have authority to direct disbursement of the funds?

Can you define "shell company" and filing requirements related to income?

Can you please re-define "reasonable doubt"?

Can the exhibit list be amended to include the indictment count to which they are related?

REDACTED

FILED IN OPEN COURT
AUG 17 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Your Honor

The jury would like to finish at 5:00PM today as one of the jurors has an event she needs to attend this evening.

REDACTED

08·21·18

Your Honor,

If we cannot come to a concensus on any single count how should we fill in the Jury Verdict Form for that count? And what does that mean for the final verdict.

We will need another form please.

REDACTED

08·21·18

FILED IN OPEN COURT
AUG 21 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Your Honor,

We the jury, after exhausting all options have reached a verdict. Despite lengthy detailed discussions based on the guidance provided by the court, we are not able to reach a consensus on ten of the counts.

We appreciate your guidance throughout this process.

REDACTED