## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:18-CR-83 |
| PAUL J. MANAFORT, JR., | ) | |
| Defendant. | ) | |

### ORDER

The trial in this matter consumed sixteen days, including twelve days of evidence presentation and four days of jury deliberation. In the end, the jury advised the Court that it could not reach a unanimous verdict on Counts 11, 13, 14, 24, 26, 28, 29, 30, 31 and 32 of the Superseding Indictment. This occurred after the jury, without objection, received an instruction pursuant to *United States v. Sawyers*, 423 F.2d 1335, 1342 (4th Cir. 1970), and after the jurors were asked individually to advise the Court whether there was any reasonable prospect that the jury could reach a unanimous verdict on all counts if they deliberated further. The jurors answered individually that there was no reasonable prospect that they could reach a unanimous verdict on all counts with further deliberation. Accordingly, the Court concluded that there was a manifest necessity to declare a mistrial on those counts. *See Arizona v. Washington*, 434 U.S. 497, 509 (1978); *Gilliam v. Foster*, 75 F.3d 881, 895 (4th Cir. 1996).

Accordingly, it is hereby **ORDERED**, for good cause, that there is a mistrial with respect to Counts 11, 13, 14, 24, 26, 28, 29, 30, 31 and 32 of the Superseding Indictment.

It is further **ORDERED** that the government file notice by August 29, 2018 on whether it intends to retry or to dismiss any or all of Counts 11, 13, 14, 24, 26, 28, 29, 30, 31 and 32 of the Superseding Indictment.

TOTAL P.04

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
August 22, 2018

/s/

T. S. Ellis, III
United States District Judge