IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:18-cr-83 |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| Defendant. ) | |

## ORDER

In the course of the trial of this case, bench conferences with counsel were placed under seal to preserve the anonymity of the jurors and alternate jurors and to ensure the orderly progress of the trial. At the time these matters were placed under seal, the Court noted that upon conclusion of the trial, the sealed materials would be placed in the public record with the exception of information relating to the identity of the jurors[1] and alternate jurors and a small portion of a bench conference that involved a matter unrelated to the trial of this case and as to which the government sought sealing and defendant did not object.

Accordingly, and for good cause,

It is hereby **ORDERED** that the bench conferences are to be placed in the public record with the exceptions noted above.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
August 22, 2018

/s/
T. S. Ellis, III
United States District Judge

---

[1] At the conclusion of the trial, the jurors firmly confirmed their desire to remain anonymous.