IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>PAUL J. MANAFORT, JR., )<br>Defendant. ) | Criminal No. 1:18-CR-83 |

## ORDER

Following receipt of the jury's verdict in this case, counsel for defendant moved the Court to extend for thirty days the deadline for filing a motion for judgment of acquittal, pursuant to Rule 29, Fed. R. Crim. The government requested time to consider its response to this oral motion and was given until 12 P.M. on Friday, August 24, 2018 to respond to the motion.

Accordingly, it is hereby ORDERED, for good cause, that the government is directed to file by 12 P.M. on Friday, August 24, 2018 a pleading disclosing whether it objects to defendant's motion to extend the deadline for filing a motion for judgment of acquittal from fourteen days, as provided under Rule 29, to thirty days.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
August 22, 2018

/s/
T. S. Ellis, III
United States District Judge