# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.,**<br><br>**Defendant.** | **Crim. No. 1:18-cr-83 (TSE)** |

## GOVERNMENT'S RESPONSE TO SEALED ORDER

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby submits this response to the Court's sealed order (Doc. 263). On August 22, 2018, the Court issued a sealed order and invited the parties to respond to the order. Accordingly, the government states that it does not object to the Court's order or proposed action.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: August 22, 2018

Uzo Asonye
Assistant United States Attorney
Eastern District of Virginia

/s/
Andrew Weissmann
Greg D. Andres
Brandon L. Van Grack
Special Counsel's Office
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorneys for United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

                /s/
        Brandon Van Grack
        Special Counsel's Office

*Attorney for the United States of America*