**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR.,**<br><br>Defendant. | **Crim. No. 1:18-cr-83 (TSE)** |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE MOTION FOR JUDGMENT OF ACQUITTAL

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby submits this response to the defendant's oral motion to extend the deadline for filing a motion for judgment of acquittal from fourteen days, as provided under Fed. R. Crim. P. 29, to thirty days. The government does not oppose the defendant's motion.

                    Respectfully submitted,

                    ROBERT S. MUELLER, III
                    Special Counsel

Dated: August 22, 2018              */s/*_____

Uzo Asonye                             Andrew Weissmann
Assistant United States Attorney        Greg D. Andres
Eastern District of Virginia             Brandon L. Van Grack
                                         Special Counsel's Office
                                         U.S. Department of Justice
                                         950 Pennsylvania Avenue NW
                                         Washington, D.C. 20530
                                         Telephone: (202) 616-0800

                                         *Attorneys for United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

                                                              /s/
                                           Brandon Van Grack
                                           Special Counsel's Office

                                           *Attorney for the United States of America*