U.S. v. Manafort

2607

```
                    UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          ALEXANDRIA DIVISION

------------------------------x
                              :
UNITED STATES OF AMERICA,     : Criminal Action No.
                              : 1:18-CR-83
        versus                :
                              :
PAUL J. MANAFORT, JR.,        :
                              : August 17, 2018
            Defendant.        : Volume XIV
------------------------------x

                       TRANSCRIPT OF JURY TRIAL
                 BEFORE THE HONORABLE T.S. ELLIS, III
                     UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE GOVERNMENT:          UZO ASONYE, AUSA
                             United States Attorney's Office
                             2100 Jamieson Avenue
                             Alexandria, VA 22314
                                  and
                             GREG ANDRES, SAUSA
                             BRANDON LANG VAN GRACK, SAUSA
                             Special Counsel's Office
                             U.S. Department of Justice
                             950 Pennsylvania Avenue NW
                             Washington, DC 20530

FOR THE DEFENDANT:           JAY ROHIT NANAVATI, ESQ.
                             BRIAN KETCHAM, ESQ.
                             Kostelanetz & Fink LLP
                             601 New Jersey Avenue NW
                             Suite 620
                             Washington, DC 20001
                                and
                             THOMAS E. ZEHNLE, ESQ.
                             Law Office of Thomas E. Zehnle
                             601 New Jersey Avenue NW
                             Suite 620
                             Washington, DC 20001
                                and

```
                            U.S. v. Manafort
                                                                    2608
 1   Appearances continued:
                              KEVIN DOWNING, ESQ.
 2                            Law Office of Kevin Downing
                              601 New Jersey Avenue NW
 3                            Suite 620
                              Washington, DC 20001
 4                                and
                              RICHARD WILLIAM WESTLING, ESQ.
 5                            Epstein, Becker, & Green, PC
                              1227 25th Street NW
 6                            Washington, DC 20037

 7   OFFICIAL COURT REPORTER:  TONIA M. HARRIS, RPR
                               U.S. District Court, Ninth Floor
 8                             401 Courthouse Square
                               Alexandria, VA 22314
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                           Tonia M. Harris OCR-USDC/EDVA 703-646-1438
                         EASTERN DISTRICT OF VIRGINIA
```

TABLE OF CONTENTS

MISCELLANY

Preliminary matters........................................ 2610
Certificate of Court Reporter............................. 2619

U.S. v. Manafort

2610

**P R O C E E D I N G S**

(Court proceedings commenced at 9:34 a.m.)

THE COURT: All right. Good morning.

MR. DOWNING: Good morning, Your Honor.

THE COURT: This is United States against Manafort. And I can see that counsel are present and the defendant is present and prepared to proceed.

I intend to impanel the jury, do my usual check of the jury, permit them to retire to continue their deliberations. After that when the jury leaves, I have a couple of matters I want to raise with counsel and indeed with everyone.

All right. Mr. Flood, you may bring the jury in.

THE DEPUTY CLERK: All rise.

(Jury present.)

THE COURT: You may be seated. Good morning, ladies and gentlemen. As always we'll begin today with the calling of the roll by numbers.

THE DEPUTY CLERK: Ladies and gentlemen, as I call your number, please answer "present" or "here."

Juror 0008.

THE JUROR: Present.

THE DEPUTY CLERK: Juror 0037.

THE JUROR: Here.

THE DEPUTY CLERK: Juror 0276.

U.S. v. Manafort

2611

```
1          THE JUROR:  Present.
2          THE DEPUTY CLERK:  Juror 0017.
3          THE JUROR:  Present.
4          THE DEPUTY CLERK:  Juror 0145.
5          THE JUROR:  Present.
6          THE DEPUTY CLERK:  Juror 0115.
7          THE JUROR:  Present.
8          THE DEPUTY CLERK:  Juror 0082.
9          THE JUROR:  Present.
10         THE DEPUTY CLERK:  Juror 0009.
11         THE JUROR:  Present.
12         THE DEPUTY CLERK:  Juror 0299.
13         THE JUROR:  Present.
14         THE DEPUTY CLERK:  Juror 0091.
15         THE JUROR:  Present.
16         THE DEPUTY CLERK:  Juror 0302.
17         THE JUROR:  Present.
18         THE DEPUTY CLERK:  Juror 0060.
19         THE JUROR:  Present.
20         THE DEPUTY CLERK:  Thank you.
21         THE COURT:  Good morning again, ladies and
22  gentlemen.  Let me ask you to confirm that you, if it's true,
23  that you were able to adhere to the Court's instructions to
24  refrain from discussing the matter among yourselves or with
25  anyone or undertaking any investigation on your own.
```

U.S. v. Manafort

2612

1        THE JURY: Yes, Your Honor.

2        THE COURT: Thank you. All right. I'm going to
3   have you follow Mr. Flood out. You may continue your
4   deliberations. You may deliberate as long or as little as you
5   wish. And you may take your lunch whenever you wish.

6        Remember, if fewer than 12 of you are present in the
7   room with the door closed you may not discuss the case. You
8   may not deliberate. Only if all 12 of you are present in the
9   room with the door closed may you continue to deliberate.

10       Thank you. You may follow Mr. Flood out.

11       (Jury dismissed.)

12       THE COURT: All right. You may be seated. Last
13  night I received a motion to intervene by a group of news
14  organizations. As a matter of public record. And they seek
15  to compel the Court to remove the seal from some proceedings
16  that occurred in this case that were placed under seal.

17       I'm going to grant the motion to intervene. I think
18  they are entitled to intervene and these entities are entitled
19  to seek to compel me to release that information. I don't
20  know -- and they sought an immediate hearing. I'll get to it
21  today. I haven't yet figured out when, but it probably will
22  be early afternoon.

23       Is counsel here for that matter?

24       (No response.)

25       THE COURT: I couldn't tell whether that individual

U.S. v. Manafort

2613

1  getting up to walk is counsel.

2  In any event, the word will get to them very
3  quickly. I did want to point out two things: First, I made
4  the judgment to place something under seal. I made it clear
5  at the time that it was not permanent. I made it clear at the
6  time that when the case was over the matter would be unsealed.
7  I don't do things to keep them under seal and to keep them
8  from being scrutinized and criticized. I'm no stranger to
9  criticism.

10  (Laughter.)

11  THE COURT: This case has brought it to a new level.
12  But everything that I've done will be available for scrutiny.
13  There will be maybe some names that won't be revealed, maybe a
14  couple of medical things that won't be revealed, but
15  everything else that I've placed under seal that I've had
16  bench conferences on or other conferences that's been placed
17  under seal.

18  The second point is, I think this is correct, and
19  I'd ask counsel to confirm it. That what I've placed under
20  seal the Government and the defendant by counsel have not
21  objected to the sealing, temporary sealing.

22  MR. DOWNING: That's correct, Your Honor.

23  MR. ANDRES: Your Honor, that's correct. I just
24  want to -- and maybe we should do this at the bench, but I
25  don't want to make this more troublesome. But there are more

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

```
                         U.S. v. Manafort
                                                           2614
 1   than one category of issues that raised sealing.  And I
 2   think -- and again it might be better to raise this at the
 3   bench.
 4              THE COURT:  All right.
 5              MR. DOWNING:  That's actually correct.
 6              (Sealed bench conference.)
 7              THE COURT:  All right.  This bench conference is
 8   going to be under seal as well because it related -- it
 9   related to something that came up.
10              Everything that's been under seal, with one
11   exception, will be unsealed at the end of the case.  And I
12   sealed it for the reasons that I stated.  I think it will be
13   disruptive for it to be disclosed in the course of the trial.
14   The parties did not object. Agreed with it.  And I'm -- I
15   don't at all question or resent or oppose the thirst of the
16   press to get this information.  A thirsty press is essential
17   to a free country.  And I -- that's why I say, yes, intervene,
18   appeal it to the Fourth Circuit, if you wish.  Do whatever you
19   wish.  I'm not in any way going to resent that.
20              What I do is subject to review.  Has been for 31
21   years.  So I will hear that matter.  I think some time after
22   two o'clock today.  And I'll put out -- and you all should be
23   here.  Counsel should be here.  If you wish.  You're not
24   required to, but I think it would be sensible for you to be
25   here.  And I will hear this request to compel me to lift the
```

U.S. v. Manafort

2615

1  seal.
2       Now, one other very minor matter.  I think we're
3  optimistic that the case might end soon with some sort of
4  verdict.  When it happens, I ask many of you -- it's a lengthy
5  verdict form -- and there will be a strong temptation for you
6  to jump up and leave when you hear something about the verdict
7  that you want to report immediately.  That's fine.  But if you
8  think that might happen, I ask that you go down to the
9  overflow courtroom and sit there.  It's very disruptive for
10 people to get up in the midst of something like jury
11 instructions or reading the verdict or publishing the verdict.
12 And we need to avoid that.  So if you can anticipate that
13 you're going to want to get up and run out, please go to the
14 overflow courtroom and then you'll be free to get up and leave
15 and come back in whenever you please.
16      Here, I would prefer that we maintain some decorum
17 as we go through the entire rather lengthy jury verdict form.
18 And indeed I'll ask Mr. Flood to monitor that.
19      Anything further this morning, Mr. Andres?
20      MR. ANDRES:  No, Your Honor.  Thank you.
21      THE COURT:  Mr. Downing.
22      MR. DOWNING:  No, Your Honor.
23      THE COURT:  Court stands in recess until ten
24 o'clock.  At which time I will hear Antekeier.
25      Court stands in recess.

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

U.S. v. Manafort

2616

1     (Recess at 9:47 a.m.)

2     **A F T E R N O O N  P R O C E E D I N G S**

3 (Court proceedings commenced at 2:51 p.m.)

4     THE COURT: We have another note from the jury. It

5 does not require any response, but I wanted to tell counsel

6 about it.

7     It says: "Your Honor, the jury would like to finish

8 at 5 p.m. today, as one of the jurors has an event she needs

9 to attend this evening. Thank you."

10     And it's signed by the foreperson.

11     I'll have the deputy clerk show you. Not the deputy

12 clerk, the court security officer, show you the note at the

13 podium and you can look at it. It would be made, as always,

14 as part of the record, but the name will be sealed.

15     (A pause in the proceedings.)

16     THE COURT: So we will reconvene maybe a quarter --

17 let's make it ten minutes to 5:00, and I'll reconvene the jury

18 and let them go. I will also be asking them what time they

19 wish to convene on Monday. Whether 9:30 or 11:00 or 1:00.

20 And we'll see what they say. I don't want to set the time.

21 I'd rather let them do it. But, let's see what happens.

22     Anything further at this time?

23     MR. ANDRES: No, Your Honor.

24     MR. DOWNING: No, Your Honor.

25     THE COURT: All right. Court stands in recess.

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

U.S. v. Manafort

2617

1        (Recess at 2:53 p.m.)
2        THE COURT:  All right.  I'll reconvene the jury,
3   excuse them for the evening with the usual instructions and
4   have them return Monday morning at 9:30.
5        All right.  Bring the jury in.
6        (Jury present.)
7        THE COURT:  You may be seated.  I understood that
8   you wanted to be released at 5:00 today.  And I'm going to do
9   that.  Even maybe five minutes before and give you the usual
10  instructions.  Namely, to refrain from discussing the matter
11  with anyone.  Don't talk to anyone about it.  There will be
12  the usual temptations.  Stop them, tell them that the judge
13  has instructed that you may not discuss the case with anyone.
14       Also, you may not undertake any investigation on
15  your own of any kind using any electronic or other means about
16  this case or anybody in it.
17       Put it out of your mind until Monday.  We will
18  reconvene at 9:30 on Monday morning.
19       Thank you for your work today.  You may follow the
20  court security officer out.
21       (Jury dismissed.)
22       THE COURT:  All right.  Court stands in recess in
23  recess until 9:30 Monday morning.
24       MR. ANDRES:  Thank you, Your Honor.
25       THE COURT:  Thank you.

Tonia M. Harris OCR-USDC/EDVA 703-646-1438
EASTERN DISTRICT OF VIRGINIA

U.S. v. Manafort

2618

1  **(Proceedings adjourned at 4:55 p.m.)**

Tonia M. Harris OCR-USDC/EDVA 703-646-1438
EASTERN DISTRICT OF VIRGINIA

```
 1                    CERTIFICATE OF REPORTER
 2
 3          I, Tonia Harris, an Official Court Reporter for
 4   the Eastern District of Virginia, do hereby certify that I
 5   reported by machine shorthand, in my official capacity, the
 6   proceedings had and testimony adduced upon the Jury Trial
 7   in the case of the UNITED STATES OF AMERICA versus PAUL J.
 8   MANAFORT, JR., Criminal Action No. 1:18-CR-83, in said
 9   court on the 17th day of August, 2018.
10          I further certify that the foregoing 13 pages
11   constitute the official transcript of said proceedings, as
12   taken from my machine shorthand notes, my computer realtime
13   display, together with the backup tape recording of said
14   proceedings to the best of my ability.
15          In witness whereof, I have hereto subscribed my
16   name, this August 17, 2018.
```

_____
Tonia M. Harris, RPR
Official Court Reporter