─────────────────U.S. v. Manafort─────────────────

2620

1              UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
2                   ALEXANDRIA DIVISION

3   ------------------------------x
                                  :
4   UNITED STATES OF AMERICA,     : Criminal Action No.
                                  : 1:18-CR-83
5             versus              :
                                  :
6   PAUL J. MANAFORT, JR.,        :
                                  : August 20, 2018
7                   Defendant. : Volume XV
    ------------------------------x

8
                   TRANSCRIPT OF JURY TRIAL
9          BEFORE THE HONORABLE T.S. ELLIS, III
                UNITED STATES DISTRICT JUDGE
10

    APPEARANCES:
11

    FOR THE GOVERNMENT:        UZO ASONYE, AUSA
12                             United States Attorney's Office
                               2100 Jamieson Avenue
13                             Alexandria, VA 22314
                                    and
14                             GREG ANDRES, SAUSA
                               BRANDON LANG VAN GRACK, SAUSA
15                             Special Counsel's Office
                               U.S. Department of Justice
16                             950 Pennsylvania Avenue NW
                               Washington, DC 20530
17

    FOR THE DEFENDANT:         JAY ROHIT NANAVATI, ESQ.
18                             BRIAN KETCHAM, ESQ.
                               Kostelanetz & Fink LLP
19                             601 New Jersey Avenue NW
                               Suite 620
20                             Washington, DC 20001
                                    and
21                             THOMAS E. ZEHNLE, ESQ.
                               Law Office of Thomas E. Zehnle
22                             601 New Jersey Avenue NW
                               Suite 620
23                             Washington, DC 20001
                                    and

24

25

────────────Tonia M. Harris OCR-USDC/EDVA 703-646-1438────────────

EASTERN DISTRICT OF VIRGINIA

———U.S. v. Manafort———

2621

1   Appearances continued:

2                               KEVIN DOWNING, ESQ.
                                Law Office of Kevin Downing
                                601 New Jersey Avenue NW
3                               Suite 620
                                Washington, DC 20001
4                                  and
                                RICHARD WILLIAM WESTLING, ESQ.
5                               Epstein, Becker, & Green, PC
                                1227 25th Street NW
6                               Washington, DC 20037

7   OFFICIAL COURT REPORTER:    TONIA M. HARRIS, RPR
                                U.S. District Court, Ninth Floor
8                               401 Courthouse Square
                                Alexandria, VA 22314

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

———Tonia M. Harris OCR-USDC/EDVA 703-646-1438———
EASTERN DISTRICT OF VIRGINIA

U.S. v. Manafort

2622

1                        TABLE OF CONTENTS

2                           MISCELLANY

3    Preliminary matters...................................... 2623
     Certificate of Court Reporter............................ 2643

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

U.S. v. Manafort

2623

1                    **P R O C E E D I N G S**

2  (Court proceedings commenced at 9:27 a.m.)

3              THE COURT:  All right.  Good morning.  It appears

4  that the defendant and counsel are present, prepared to

5  proceed.

6              MR. ASONYE:  Yes, Your Honor.

7              THE COURT:  One of your number is absent.  Do we

8  need to wait?

9              MR. ASONYE:  No, Your Honor.

10             THE COURT:  All right.  I'm going to have the jury

11 brought in.  We will, as always, take the roll by number and

12 proceed to allow the jury to continue their deliberations.

13 Mr. Flood, you may bring the jury in.

14             (Jury present.)

15             THE COURT:  All right.  You may be seated.

16             Good morning, ladies and gentlemen.  We'll begin as

17 always with taking of the roll.

18             THE DEPUTY CLERK:  Ladies and gentlemen, as I call

19 your name, please answer "present" or "here."

20             Juror 0008.

21             THE JUROR:  Present.

22             THE DEPUTY CLERK:  Juror 0037.

23             THE JUROR:  Here.

24             THE DEPUTY CLERK:  Juror 0276.

25             THE JUROR:  Present.

2624

```
 1            THE DEPUTY CLERK:  Juror 0017.

 2            THE JUROR:  Present.

 3            THE DEPUTY CLERK:  Juror 0145.

 4            THE JUROR:  Present.

 5            THE DEPUTY CLERK:  Juror 0115.

 6            THE JUROR:  Present.

 7            THE DEPUTY CLERK:  Juror 0082.

 8            THE JUROR:  Present.

 9            THE DEPUTY CLERK:  Juror 0009.

10            THE JUROR:  Present.

11            THE DEPUTY CLERK:  Juror 0299.

12            THE JUROR:  Present.

13            THE DEPUTY CLERK:  Juror 0091.

14            THE JUROR:  Present.

15            THE DEPUTY CLERK:  Juror 0302.

16            THE JUROR:  Present.

17            THE DEPUTY CLERK:  Juror 0060.

18            THE JUROR:  Present.

19            THE DEPUTY CLERK:  Thank you.

20            THE COURT:  Good morning, ladies and gentlemen.

21  Again, I'm going to release you now to continue your

22  deliberations.  Remember you may deliberate as long or as

23  little as you like.

24            Let me confirm once again that over the weekend you

25  refrained from discussing the matter with anyone or
```

U.S. v. Manafort

2625

1    undertaking any investigation on your own.

2          THE JURY:  Yes, Your Honor.

3          THE COURT:  Thank you.  You may follow the court

4    security officer out to continue your deliberations.

5          (Jury dismissed for deliberations at 9:33 a.m.)

6          THE COURT:  All right.  You may be seated.  As you

7    know I've indicated that I am going to unseal all bench

8    conferences at the conclusion of the case.  That is conclusion

9    of the jury reaching a decision.

10         I want to be clear as to what I'm unsealing, because

11   there were a couple of matters which the counsel moved to have

12   placed under seal.  And those will remain under seal.  Also

13   the names of the jurors will remain under seal.  But I want

14   you to look, both sides, to look at the transcript that is

15   available, because you have transcripts for all of the bench

16   conferences.  And I want you to confirm to me by agreement, I

17   hope, but if not I'll resolve any dispute as to what is going

18   to remain under seal.  It should be a very, very small

19   proportion of the whole that has currently been under seal.

20         You all have the transcripts so I want you to list

21   by date and page number in the transcript, because they aren't

22   volumes yet and tell the Court what it is that you think

23   should remain.  Very, very little.  Names of the jurors, and

24   that one area where counsel did move to have the matter remain

25   under seal.  Everything else should be disclosed.

U.S. v. Manafort

2626

1          All right.  Anything else needs to be addressed this

2    morning, Mr. Asonye?

3          MR. ASONYE:  Not from the Government, Your Honor.

4          MR. DOWNING:  No, Your Honor.

5          THE COURT:  All right.  Now, of course, Mr. Asonye,

6    no, I did not require every lawyer, either for the defendant

7    or the Government, to be present today when I deal with that,

8    but I hope there's nothing -- I hope Mr. Andres is not ill.

9          MR. ASONYE:  He's fine, Your Honor.

10         THE COURT:  My law clerk is ill.  And these are my

11   new law clerks.  Brand new.  Walked into a maelstrom.  But I'm

12   glad to hear he's not ill.

13         All right.  Anything further this morning?

14         MR. DOWNING:  No, Your Honor.

15         THE COURT:  All right.  Court stands in recess.

16         (Recessed at 9:37 a.m.)

17         (Court resumes at 10:07 a.m.)

18         THE COURT:  All right.  There's one other related

19   bench conference I'd like you to come forward for that.  This

20   is another one of those that will be -- will be disclosed at

21   the end.  But you may come forward.

22         (Unsealed Bench Conference.)

23         THE COURT:  All right.  Mr. Flood has informed me

24   that the jurors have questions that they have written down,

25   but they are reluctant to present those questions here in open

U.S. v. Manafort

2627

1    court.  They are intimidated by the --

2            You're puzzled?

3            There is a lot of -- people are humans and they can

4    feel intimidated by the attention this case has received.

5    That's one of the reasons I have kept their names

6    confidential.  But they have questions and they've written

7    them down.  Mr. Flood, the court security officer, has told

8    them he can't talk to them about anything substantive.  If

9    they have anything they want to report, they should put the

10   question to the judge.

11           Now they tell him:  Well, we don't like the fact

12   that the judge reads their questions in open court, and either

13   answers and will have said something.  They're intimidated.

14           So I understand that.  It is, however, always

15   important that the public know what is happening, but it seems

16   to me, it will know, because I'm going to unseal everything

17   except for what you-all tell me you want to retain under seal.

18   Namely, the names.  There's never been any objection to

19   keeping those under seal.  And this matter that the Government

20   has moved to put under seal, which the defendant has not

21   objected to, which I think is a reasonable request.  So I'm

22   keeping that under seal.

23           What we're saying right now will all be released at

24   some point.

25           Now, what I'd like to know from counsel is do you

U.S. v. Manafort

2628

1  have any objection as to my receiving these questions,

2  reviewing them with you, reviewing answers with you and

3  providing the -- the answers to the questions in writing to

4  the jury.

5          MR. DOWNING:  Can -- I'd like to have a little time

6  to confer with my client.  I'm sorry to cause any delay.  But

7  we should talk to him about this issue.

8          THE COURT:  Yes.

9          MR. ASONYE:  And that might give us some time to

10 confer with defense counsel as well, Your Honor.

11         THE COURT:  All right.  Mr. Flood.

12         (Court security officer present.)

13         THE COURT:  Tell the jurors that you have

14 communicated to me that they have questions that are in

15 writing.  It might be good to receive those questions, because

16 one way or the other they should be answered.

17         And say that you've also communicated to me that

18 they do not want to have the questions read in open court and

19 to have answers in open court.  They're intimidated.  And tell

20 them I'm considering that, but I need to have the questions.

21         Any objection to that from the Government?

22         MR. ASONYE:  No, Your Honor.

23         MR. DOWNING:  No.

24         THE COURT:  From the defendant?

25         THE CSO:  So you would like me to collect what

─────U.S. v. Manafort─────

2629

1 questions they have written down now and bring them to you?

2       THE COURT:  Yes.  If they're willing to give them

3 up.  We can't -- don't demand that whatever they've done has

4 to be given, but say if you have questions, as you have

5 indicated, and they are in writing for the judge, let me have

6 them and I'll give them to the judge.

7       THE CSO:  Okay.

8       MR. ASONYE:  They may ultimately -- I think it's

9 important for them to know they could be disclosed publically

10 depending on Your Honor's ruling.

11       THE COURT:  That's correct.  They -- well the truth

12 is they will be disclosed publically.  The only question is

13 when.  But I will tell them that.  If they need to know that,

14 I will convene them.  But I -- yes?

15       MR. DOWNING:  Just as a matter of procedure, I think

16 we're going to need the marshals to take Mr. Manafort back

17 downstairs so we can talk to him out of the earshot of the

18 reporters that are here in the courtroom.

19       THE COURT:  All right.

20       MR. DOWNING:  They're here.  They've been great on

21 moving him back and forth.  The marshals are sitting behind

22 Mr. Manafort.

23       THE COURT:  I think that's reasonable.  You need a

24 chance to discuss it with him, but let me -- how many marshals

25 do you have?

U.S. v. Manafort

2630

1        MR. DOWNING:  There are two.

2        THE COURT:  Let me have one of them come forward

3   here.

4        THE CSO:  Mike.

5        (Court marshal present.)

6        THE COURT:  It will be necessary for counsel to have

7   an opportunity to consult with their client outside the

8   presence of the crowd.

9        Can you take Mr. Manafort downstairs and provide

10  counsel with an opportunity for them to confer with him down

11  there?

12       THE MARSHAL:  Yes, sir.

13       THE COURT:  I don't think this will take longer than

14  15 minutes or so.

15       MR. DOWNING:  That sounds fine.

16       THE COURT:  Anything further?

17       MR. ASONYE:  No, Your Honor.

18       THE COURT:  All right.  All right.  Let's proceed in

19  that fashion.

20       MR. ASONYE:  Your Honor, may the Government be

21  excused as well while they consult with their client?

22       THE COURT:  Oh, of course.  You need to consult with

23  yours as well, of course.

24       And I'm not going to set any time.  Tell Mr. Flood

25  as soon as you're ready and that to come back and discuss it.

U.S. v. Manafort

2631

1    And I will in the meantime, of course, if they give me

2    questions, I will review them and I'll make them available to

3    counsel, of course.

4              MR. ASONYE:  Okay.  Thank you, Your Honor.

5              (End of sealed bench conference.)

6              THE COURT:  All right.  Court stands in recess.

7              (Recess.)

8              (Court resumes at 10:58 a.m.)

9              THE COURT:  You may be seated.

10             I simply do want to communicate we do not have

11   questions.  And I wanted you to know that.  If you need to

12   communicate anything to me that you think should be at the

13   bench, you may come to the bench.

14             (Off the record discussion held.)

15             (Unsealed bench conference.)

16             THE COURT:  Yes, sir.

17             MR. DOWNING:  I just wanted to be clear they did not

18   give you the questions that they have.

19             THE COURT:  That's correct.  I don't know if they

20   have questions.

21             MR. DOWNING:  Okay.

22             THE COURT:  He told them to write them down.  Mr.

23   Flood.

24             (Court security officer present.)

25             THE COURT:  Mr. Flood, you told them if they have

──────────────── U.S. v. Manafort ────────────────

2632

1    questions, write them down, I'll give them to the Court.

2           THE CSO:  Correct.

3           THE COURT:  And they are intimidated.  They're

4    worried that their questions are read in open court and

5    answered.  They're just intimidated.

6           MR. DOWNING:  So on that issue, I think we're in

7    agreement with the Government.  I think we would like to have

8    some time -- or no.

9           MR. ASONYE:  No.  This is for you guys.

10          MR. DOWNING:  Then I would say I would like some

11   time.  The defense would like some time to go do some research

12   about this issue.  It seems to me that --

13          THE COURT:  Now, they haven't told me that they're

14   intimidated.

15          MR. DOWNING:  I understand that.  And Your Honor,

16   quite frankly, why I would like to go do some research is to

17   find out that when this has occurred before and what the

18   appropriate inquiry may be.

19          THE COURT:  Yes, you may do whatever research you

20   wish but this case is going forward.

21          MR. DOWNING:  Your Honor --

22          THE COURT:  Just a moment.  Let me finish.  They've

23   been deliberating now for two-and-a-half days.  There are 17

24   counts.  I don't know whether they've reached any decision on

25   any count.  And I don't know whether they are hung on any

─U.S. v. Manafort─

2633

1    count or on all counts.

2             If I do get questions, one of the things that I may

3    suggest to you is that I may ask the jurors:  Have you reached

4    a unanimous conclusion as to any counts?

5             And if they have, I'll consider sealing those and

6    letting them go forward.  We got to get this thing done.  It's

7    got to go forward.  But right now you want to do research on

8    what I reported to you.  Don't put much weight on my statement

9    that they feel intimidated.  They have not told me they feel

10   intimidated.  They've told the court security officer that

11   they prefer not to come into open court and have their

12   questions read and answered in open court.

13            Is that correct, Mr. Flood?

14            THE CSO:  That's correct.

15            MR. DOWNING:  So, Your Honor, what we would like to

16   figure out --

17            THE COURT:  I'm not deducing -- assuming that they

18   are --

19            MR. DOWNING:  Formally, at this time, the defense

20   moves for a mistrial.  But what I would like to do is go get

21   some legal support either there is or there's nothing.  And

22   what should be done at a point in time where a jury is

23   reluctant to ask the Court a question because it would be made

24   public.  I've not -- I've done this for 21 years and I've

25   never had this happen.  So that's what we're asking time for.

──────────────U.S. v. Manafort──────────────

2634

1        THE COURT:  Were you ever in a trial with this many

2   people and this much TV outside?

3        MR. DOWNING:  I have.  I actually have.

4        THE COURT:  No, you haven't.  This is unique in

5   American history.  Yes.

6        MR. ASONYE:  The Government's view is we're -- the

7   jury is deliberating.  It appears thoroughly.  And there's no

8   real issue at this point.  We would have liked -- the place

9   where we are in agreement with defense counsel -- if the Court

10  received the questions and would have put them under seal, we

11  did want time to research that issue because our view is that

12  if there wasn't an appropriate record, there could be an error

13  there.  We're going to take our time now and do that research,

14  but --

15        THE COURT:  All right.  Let me do this.  I will deny

16  your motion for a mistrial.  I see no earthly reason for a

17  mistrial.

18        I don't know what the -- it's only my impression

19  that they may be intimidated simply because they don't want

20  their questions read in open court and answered in open court.

21        I can understand that with this whole crowd here.

22  But that's no reason for any mistrial.

23        I agree with you, Mr. Asonye, there's nothing here

24  before the Court to decide or to do anything about.  We should

25  just let them proceed.  If they have questions, you'll be told

─────U.S. v. Manafort─────

2635

1    what the questions are.  I'll elicit your suggestions as to

2    appropriate answers, as I did before, and I will answer them

3    either in writing or here orally in open court.  And I'll hear

4    from you about all of that.

5              Anything further, Mr. Asonye?

6              MR. ASONYE:  One other issue.  Your Honor indicated

7    you might contemplate asking the jury if they've reached a

8    verdict on any counts --

9              THE COURT:  It's premature.

10             MR. ASONYE:  It's premature, Your Honor.

11             THE COURT:  Absolutely.  But you know you need to

12   think about these things.

13             MR. ASONYE:  We will start getting our --

14             THE COURT:  So by that I mean if you want to go and

15   do research -- by the way, the library is available for you

16   downstairs.

17             MR. DOWNING:  Thank you.

18             THE COURT:  If you want to do research, that's a

19   possibility.  I don't know whether that will come up.  But

20   we've tried this case for almost three weeks.  And I don't see

21   any basis for a mistrial at this time.

22             MR. DOWNING:  And, Your Honor, just to be clear what

23   we want to go look at is when the jury says that they don't

24   want to ask the Court a question --

25             THE COURT:  In open court.

─────Tonia M. Harris OCR-USDC/EDVA 703-646-1438─────
EASTERN DISTRICT OF VIRGINIA

U.S. v. Manafort

2636

1      MR. DOWNING: -- in open court.  That's where our

2  concern lies.  If they have questions but they're not asking

3  them --

4      THE COURT:  I don't even know if they have

5  questions.  I think --

6      MR. DOWNING:  Well, I think they indicated they had

7  --

8      THE COURT:  Just a moment.

9      MR. DOWNING:  Sorry.

10      THE COURT:  All I know is that they indicated to Mr.

11  Flood that they might have questions.  He thought that they

12  might be in writing, but they aren't.

13      THE CSO:  They said they had nothing to present in

14  writing.

15      THE COURT:  Nothing to present at this time.  So

16  there's no point in getting at all upset about it now.  You

17  may do your research and you may renew your motion if you

18  think that there's anything, but I find not even a whisper of

19  anything that warrants a mistrial at this time.

20      MR. DOWNING:  Thank you, Your Honor.

21      MR. ASONYE:  Thank you, Your Honor.

22      THE COURT:  Thank you.

23      (End of sealed bench conference.)

24      THE COURT:  This too will be disclosed.

25      All right.  Court stands in recess.

─────────── U.S. v. Manafort ───────────

2637

1          (Recessed at 11:05 a.m.)

2

3                    **P R O C E E D I N G S**

4              **A F T E R N O O N   S E S S I O N**

5   (Court reconvenes at 4:49 p.m.)

6          THE COURT:  The jury has indicated a desire to

7   continue to deliberate until 6:15.  So I'm going to recess.  I

8   don't expect to call you before then unless we receive a

9   question.

10         But I'll take counsel quickly at the bench one last

11  time.

12         (Unsealed Bench Conference.)

13         MR. ANDRES:  Hello, Your Honor.

14         THE COURT:  I'm glad to see you are here because I

15  was concerned.  Well, my law clerk has been ill for four days

16  now.

17         All right.  I looked at the transcript.  And I want

18  to be clear about something.

19         In the transcript I said something about the jurors

20  being intimidated.  That was an ill-considered statement on my

21  part.  It really has nothing to do with the facts.

22         Mr. Flood.

23         (Court security officer present.)

24         THE COURT:  Of course I've had no contact at all

25  with the jurors.  Has any juror said anything to you about

─────────── Tonia M. Harris OCR-USDC/EDVA 703-646-1438 ───────────

EASTERN DISTRICT OF VIRGINIA

U.S. v. Manafort

2638

1   being pressured or coerced or intimidated in any way by the

2   circumstances of this case?

3           THE CSO:  No.

4           THE COURT:  So my remark is completely without any

5   factual basis.  I mean it's sort of a human thing, but it has

6   nothing whatever to do with the facts.  And I wanted to make

7   that clear.

8           Now, Mr. Asonye you said there was something you

9   needed to do research on.

10          Do you recall what that was?

11          MR. ASONYE:  It was simply, Your Honor, if Your

12  Honor was going to respond to a question under seal that the

13  Government would have wanted an opportunity --

14          THE COURT:  I don't intend to do that.

15          MR. ASONYE:  All right.

16          THE COURT:  I think the fact of the matter is if we

17  get a question you-all will receive the question in advance.

18  I will elicit from you.  I'll tell you what response I would

19  propose to give and then I'll elicit from you whether you have

20  any objections or suggestions as to a response.  And then I

21  will do it.

22          Now, I may not do it in open court.  I may write an

23  answer and send it to them.  I do that frequently and that's

24  an appropriate way to do it.  I don't have to do it in open

25  court.  Although I can read the question in open court, which

U.S. v. Manafort

2639

1    I might well do.  But I don't have to call them into open

2    court and give them the answer.  But if you have -- I've told

3    you about that.  If you have any objection about that, I want

4    to hear it.  You think you would have any objection if I

5    answered -- this is all premature.  I don't have any

6    questions.  Don't have any questions.  But there are

7    circumstances where I would answer the question in writing and

8    not convene here in open court.  But if I did that, a preface

9    to that would be that the questions would be made available to

10   you and in open court.  And the answers that I would propose

11   or that you would object to or consent to would also be here

12   in open court.

13            Any objection to that?

14            MR. ANDRES:  Not from the Government.

15            MR. DOWNING:  No, Your Honor.

16            THE COURT:  All right.  Now, I wanted to be clear

17   because I did make that remark in here about intimidation.

18            I also noted, Mr. Downing, you said that, I don't

19   know, I said something like this is unprecedented and so forth

20   and so on.  That's kind of a ridiculous thing for me to say.

21   How do I know about all the history of trials in the past 2000

22   some years.  I don't.

23            It certainly is unprecedented in my experience.  But

24   my experience is but a small part.  And I'm sure you've had

25   situations like this that you think are the same.  So be it.

┌─────────────── U.S. v. Manafort ───────────────┐

2640

1  That has nothing to do with anything I have to decide.

2          Anything else that we should discuss this evening?

3          MR. ANDRES:  No, Your Honor.

4          THE COURT:  I have what you submitted.  You've made

5  it available to counsel relating to forfeiture?

6          MR. VAN GRACK:  Yes, Your Honor.

7          THE COURT:  And you-all have that as well.

8          MR. WESTLING:  We do, Your Honor.

9          THE COURT:  If you have arguments about those

10  instructions, I might appreciate having that in advance.

11          MR. WESTLING:  Okay.  We'll take -- I don't think we

12  do, Your Honor, but I'm going to go back and double check.

13          THE COURT:  All right.  So I will convene them at

14  6:15 and inquire whether they have anything further.  I'll

15  permit them to go longer if they wish or I would let them go

16  home and reconvene them tomorrow morning.

17          Anything further?

18          MR. ANDRES:  No.  Thank you, Judge.

19          THE COURT:  All right.  Let's proceed.

20          (End of sealed bench conference.)

21          (Open court.)

22          THE COURT:  I will recess now.  The jury indicated

23  it wishes to deliberate at least until 6:15.  At that time, I

24  will ascertain whether they want to continue to deliberate or

25  to return in the morning and I will likely then recess for the

─────U.S. v. Manafort─────

2641

1    evening if that's what they wish to do.

2              Court stands in recess.

3              (Recessed at 4:55 p.m.)

4              (Court reconvened at 6:13 p.m.)

5              THE COURT:  All right.  I will convene the jury and

6    the usual instructions and excuse them for the evening and

7    we'll begin tomorrow morning at 9:30.

8              Anything else at this time?

9              MR. ANDRES:  Not from the Government.  Thank you,

10   Your Honor.

11             MR. DOWNING:  No, Your Honor.

12             THE COURT:  All right.  Mr. Flood, you may bring the

13   jury in.

14             (Jury present.)

15             THE COURT:  All right.  You may be seated.

16             All right.  Ladies and gentlemen, I'm able to excuse

17   you for the evening.  You worked lather this evening.

18             And we will reconvene tomorrow morning then at 9:30.

19   Let me again remind you that you must refrain from discussing

20   the matter with anyone or among yourselves or undertaking any

21   investigation of any kind using any kind of device.  Put it

22   out of your mind and we will see you tomorrow morning at 9:30.

23             Did you fill out your menus?

24             THE JURY:  Yes, Your Honor.

25             THE COURT:  Thank you.  You may follow Mr. Flood

─Tonia M. Harris OCR-USDC/EDVA 703-646-1438─

EASTERN DISTRICT OF VIRGINIA

U.S. v. Manafort

2642

1   out.

2          (Jury dismissed.)

3          THE COURT:  Anything further this evening?

4          MR. ANDRES:  No, Your Honor.  Enjoy your evening.

5          THE COURT:  All right.  I'll see you tomorrow

6   morning.  Court stands in recess until 9:30.

7

8              **(Proceedings adjourned at 6:15 p.m.)**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3          I, Tonia Harris, an Official Court Reporter for

4    the Eastern District of Virginia, do hereby certify that I

5    reported by machine shorthand, in my official capacity, the

6    proceedings had and testimony adduced upon the Jury Trial

7    in the case of the **UNITED STATES OF AMERICA versus PAUL J.**

8    **MANAFORT, JR.**, Criminal Action No. 1:18-CR-83, in said

9    court on the 20th day of August, 2018.

10         I further certify that the foregoing 24 pages is

11   a true and correct transcript of the record of proceedings

12   and incorporating redactions of personal identifiers.

13         In witness whereof, I have hereto subscribed my

14   name, this August 22, 2018.

15

16

17

18

19        _____
          Tonia M. Harris, RPR
20        Official Court Reporter

21

22

23

24

25

                                                            2643