**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 1:18-cr-00083-TSE |
| v. | ) | |
| | ) | |
| | ) | |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | Judge T. S. Ellis, III |
| Defendant. | ) | |

**PAUL J. MANAFORT, JR.'S RESPONSE TO SEALED ORDER**

Paul J. Manafort, Jr., by and through counsel, hereby submits this response to the Court's sealed order (Doc. 263). On August 22, 2018, the Court issued a sealed order and invited the parties to respond to the order. Accordingly, after having sufficient time to consider the issues, Mr. Manafort does not object to the Court's order or proposed action.

Dated: August 23, 2018

Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

<div style="margin-left: 50%;">

s/ Richard W. Westling
Richard W. Westling (*pro hac vice*)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
(202) 861-1868
rwestling@ebglaw.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Brian P. Ketcham (*pro hac vice*)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com


*Counsel for Defendant Paul J. Manafort, Jr.*

</div>

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of August 2018, I will electronically mail the foregoing to the following:

Andrew A. Weissman
Greg D. Andres
Uzo Asonye

U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
       GDA@usdoj.gov
       Uzo.Asonye@usdoj.gov

                                          s/ Jay R. Nanavati
                                          Jay R. Nanavati (VSB No. 44391)
                                          Kostelanetz & Fink LLP
                                          601 New Jersey Avenue NW
                                          Suite 620
                                          Washington, DC 20001
                                          (202) 875-8000
                                          jnanavati@kflaw.com

                                          *Counsel for Defendant Paul J. Manafort, Jr.*