IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., ) | |
| Defendant.  ) | |
| ) | |
| ) | |

## ORDER

On August 22, 2018, the Court indicated its intention to make public the complete jury verdict form, including an indication of how the jury stood on the various counts at issue, and gave the parties until 10:00 A.M. on August 23, 2018 to indicate whether they had any objection. The government and the defendant have indicated that they have no objection to the publication of the full jury verdict form, nor is the court aware of any valid reason to do otherwise.

Accordingly,

It is hereby **ORDERED** that the jury verdict form in its entirety, with the exception of the name and number of the foreperson, be placed in the public record.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
August 23, 2018

/s/
_____
T. S. Ellis, III
United States District Judge