Case 1:18-cr-00083-TSE   Document 280   Filed 08/21/18   Page 1 of 3 PageID# 6015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



FILED
IN OPEN COURT

AUG 2 1 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  Criminal No. 1:18-CR-83 |
| PAUL J. MANAFORT, JR., | ) |
| Defendant. | ) |

### JURY VERDICT FORM

We the jury find as follows:

**COUNT 1:** Subscribing to False United States Individual Income Tax Return for 2010

\_\_\_ Not Guilty       ✓ Guilty

**COUNT 2:** Subscribing to False United States Individual Income Tax Return for 2011

\_\_\_ Not Guilty       ✓ Guilty

**COUNT 3:** Subscribing to False United States Individual Income Tax Return for 2012

\_\_\_ Not Guilty       ✓ Guilty

**COUNT 4:** Subscribing to False United States Individual Income Tax Return for 2013

\_\_\_ Not Guilty       ✓ Guilty

**COUNT 5:** Subscribing to False United States Individual Income Tax Return for 2014

\_\_\_ Not Guilty       ✓ Guilty

**COUNT 11:** Failure to File Reports of Foreign Bank and Financial Accounts 2011

___ Not Guilty   ___ Guilty   NO CONSENSUS   G N 11 to 1

**COUNT 12:** Failure to File Reports of Foreign Bank and Financial Accounts 2012

___ Not Guilty   ✓ Guilty

**COUNT 13:** Failure to File Reports of Foreign Bank and Financial Accounts 2013

___ Not Guilty   ~~Guilty~~   NO CONSENSUS   G N 11 to 1

**COUNT 14:** Failure to File Reports of Foreign Bank and Financial Accounts 2014

___ Not Guilty   ~~Guilty~~   NO CONSENSUS   G N 11 to 1

**COUNT 24:** Bank Fraud Conspiracy on or about December 2015 to March 2016

___ Not Guilty   ___ Guilty   NO CONSENSUS   G N 11 to 1

**COUNT 25:** Bank Fraud on or about December 2015 to March 2016

___ Not Guilty   ✓ Guilty

**COUNT 26:** Bank Fraud Conspiracy on or about March 2016 to May 2016

___ Not Guilty   ___ Guilty   NO CONSENSUS   G N 11 to 1

**COUNT 27:** Bank Fraud on or about December 2015 to March 2016

___ Not Guilty    ✓ Guilty

**COUNT 28:** Bank Fraud Conspiracy on or about March 2016 to August 2016

___ Not Guilty    ___ Guilty    No Consensus   G  N
                                               11 to 1

**COUNT 29:** Bank Fraud Conspiracy on or about April 2016 to November 2016

___ Not Guilty    ___ Guilty    No Consensus   G  N
                                               11 to 1

**COUNT 30:** Bank Fraud on or about April 2016 to November 2016

___ Not Guilty    ___ Guilty    No Consensus   G  N
                                               11 to 1

**COUNT 31:** Bank Fraud Conspiracy on or about April 2016 to January 2017

___ Not Guilty    ___ Guilty    No Consensus   G  N
                                               11 to 1

**COUNT 32:** Bank Fraud on or about April 2016 to January 2017

___ Not Guilty    ___ Guilty    No Consensus   G  N
                                               11 to 1

**SO SAY WE ALL.**

08-21-18
Date

REDACTED