```
 1                 UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
 2                     ALEXANDRIA DIVISION

 3   ------------------------------x
                                   :
 4   UNITED STATES OF AMERICA,     : Criminal Action No.
                                   : 1:18-CR-83
 5              versus             :
                                   : August 15, 2018
 6   PAUL J. MANAFORT, JR.,        :
                                   : Volume XII -
 7               Defendant.        : BENCH CONFERENCE - REDACTED
     ------------------------------x
 8
         TRANSCRIPT OF JURY TRIAL - REDACTED BENCH CONFERENCE
 9              BEFORE THE HONORABLE T.S. ELLIS, III
                   UNITED STATES DISTRICT JUDGE
10
     APPEARANCES:
11
     FOR THE GOVERNMENT:         UZO ASONYE, AUSA
12                               United States Attorney's Office
                                 2100 Jamieson Avenue
13                               Alexandria, VA 22314
                                       and
14                               GREG ANDRES, SAUSA
                                 BRANDON LANG VAN GRACK, SAUSA
15                               Special Counsel's Office
                                 U.S. Department of Justice
16                               950 Pennsylvania Avenue NW
                                 Washington, DC 20530
17
     FOR THE DEFENDANT:          JAY ROHIT NANAVATI, ESQ.
18                               BRIAN KETCHAM, ESQ.
                                 Kostelanetz & Fink LLP
19                               601 New Jersey Avenue NW
                                 Suite 620
20                               Washington, DC 20001
                                    and
21                               THOMAS E. ZEHNLE, ESQ.
                                 Law Office of Thomas E. Zehnle
22                               601 New Jersey Avenue NW
                                 Suite 620
23                               Washington, DC 20001
                                    and
24

25
```

```
 1   Appearances continued:
                                  KEVIN DOWNING, ESQ.
 2                                Law Office of Kevin Downing
                                  601 New Jersey Avenue NW
 3                                Suite 620
                                  Washington, DC 20001
 4                                   and
                                  RICHARD WILLIAM WESTLING, ESQ.
 5                                Epstein, Becker, & Green, PC
                                  1227 25th Street NW
 6                                Washington, DC 20037

 7   OFFICIAL COURT REPORTER:     TONIA M. HARRIS, RPR
                                  U.S. District Court, Ninth Floor
 8                                401 Courthouse Square
                                  Alexandria, VA 22314
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

U.S. v. Manafort

3

1  (Unsealed bench conference at 9:59 a.m.)
2              MR. DOWNING:  Your Honor, we have one pending motion
3  in front of the Court from yesterday regarding to ▇▇▇▇▇.
4              THE COURT:  Regarding what, sir?
5              MR. DOWNING:  Juror ▇.
6              THE COURT:  Oh, yes.
7              MR. DOWNING:  So there was one issue you had
8  reserved and I thought we should get a ruling on that before
9  we proceed.  Our motion was to have her excluded from the jury
10 based on her lack of candor with the Court.
11             THE COURT:  All right.  I recall that.  I don't know
12 why I can't defer that until after closing arguments are made.
13             MR. DOWNING:  Okay.
14             MR. WESTLING:  I think you can defer the decision,
15 Your Honor.  We just wanted to make sure we were not waiving
16 any issues.
17             THE COURT:  You are not.  I have that in mind.
18 You're not waiving anything, but I deliberately am delaying it
19 until after everyone has heard arguments and we'll see.
20             (Bench conference ends.)
21 (Unsealed Bench conference at 5:56 p.m.)
22             THE COURT:  Now, the other thing is the motion
23 that's outstanding to strike the juror and the grounds of that
24 motion.  Would you tell me again please, sir; is that you
25 think she was untruthful.

Tonia M. Harris OCR-USDC/EDVA 703-646-1438
EASTERN DISTRICT OF VIRGINIA

—————————————————— U.S. v. Manafort ——————————————————

4

1     MR. DOWNING:  Yes, Your Honor.

2     THE COURT:  Which of the two do you think was

3 untruthful?

4     MR. DOWNING:  ███.

5     THE COURT:  How do you know that?

6     MR. DOWNING:  Well, I think --

7     THE COURT:  See let me tell you why I raise that and

8 then you can address it.

9     MR. DOWNING:  Sure.

10    THE COURT:  ███ is the juror who came up and said

11 look this is what I've heard.

12    MR. DOWNING:  Yes.

13    THE COURT:  When I asked her to identify it, the

14 only one she can identify was ███.  ███ came said I never said

15 such a thing.  That's the conflict.  But, something happened

16 after that.  I've voir dired all of the jurors and they all

17 said nothing was heard.  So I'm left with a situation where I

18 don't know who is dishonest or untruthful.

19    MR. DOWNING:  I would add the letter -- the note

20 that ███ sent to you saying, ████████████████████████████████

21 ██████████████████████████████████████████████████████████████

22 ████████████

23        It seems to me, to us, and to my client, to being an

24 admission that she had in fact said something.  And if in fact

25 she did, I think ██████ came in very credible as to what the

——————————————— Tonia M. Harris OCR-USDC/EDVA 703-646-1438 ———————————————

EASTERN DISTRICT OF VIRGINIA

U.S. v. Manafort

5

```
 1  statement was and how she had made her mind up.
 2          THE COURT:  Well, that's a different point.  That's
 3  a point about whether she was so ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 4  that she could not function and I asked her a question about
 5  that.  In any other case I've had like this, parties
 6  particularly agree, I don't know -- I take it you're not
 7  willing to agree to excuse her --
 8          Don't nod or shake your head.  Let's wait until it's
 9  answered.
10          (The Court addressing Mr. Asonye.)
11          MR. ANDRES:  No, Your Honor.
12          THE COURT:  Don't worry about it Mr. Asonye.
13          When I was doing what you're doing, I often did
14  that.  But when you become a judge, you'll find it absolutely
15  irritating.
16          All right.  Now, so it's opposed.  In the
17  circumstances, I asked her questions.  I did not determine
18  that she was incompetent to serve.  You have a record and if
19  necessary, you can pursue it, but I don't see a record on
20  which I should now exercise my discretion to strike her.
21          So what I will now do is excuse the alternates.  In
22  fact, I think one of the person who reported it was an
23  alternate.
24          MR. DOWNING:  No.
25          THE COURT:  No.
```

U.S. v. Manafort

6

1        (End of bench conference.)

U.S. v. Manafort

7

CERTIFICATE OF REPORTER

I, Tonia Harris, an Official Court Reporter for the Eastern District of Virginia, do hereby certify that I reported by machine shorthand, in my official capacity, the proceedings had and testimony adduced upon the Unsealed Bench Proceedings in the case of the **UNITED STATES OF AMERICA versus PAUL J. MANAFORT, JR.**, Criminal Action No. 1:18-CR-83, in said court on the 15th day of August, 2018.

I further certify that the foregoing 7 pages is a true and correct transcript of the record of proceedings and incorporating redactions of personal identifiers. Redacted characters appear as a ▇▇▇▇ "blackout block" in the transcript.

In witness whereof, I have hereto subscribed my name, this August 22, 2018.

```
       ___/s/_____
       Tonia M. Harris, RPR
       Official Court Reporter
```

Tonia M. Harris OCR-USDC/EDVA 703-646-1438
EASTERN DISTRICT OF VIRGINIA