```
                          ┌─U.S. v. Manafort─┐
                                                                    1
  1                 UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
  2                      ALEXANDRIA DIVISION

  3    ------------------------------x
                                     :
  4    UNITED STATES OF AMERICA,     : Criminal Action No.
                                     : 1:18-CR-83
  5             versus               :
                                     :
  6    PAUL J. MANAFORT, JR.,        :
                                     : August 17, 2018
  7                   Defendant.     : BENCH CONFERENCE - REDACTED
       ------------------------------x
  8

  9    TRANSCRIPT OF MOTIONS HEARING - REDACTED BENCH CONFERENCE
              BEFORE THE HONORABLE T.S. ELLIS, III
 10                UNITED STATES DISTRICT JUDGE

 11    APPEARANCES:

 12    FOR THE GOVERNMENT:        UZO ASONYE, AUSA
                                  United States Attorney's Office
 13                               2100 Jamieson Avenue
                                  Alexandria, VA 22314
 14                                    and
                                  GREG ANDRES, SAUSA
 15                               BRANDON LANG VAN GRACK, SAUSA
                                  Special Counsel's Office
 16                               U.S. Department of Justice
                                  950 Pennsylvania Avenue NW
 17                               Washington, DC 20530

 18    FOR THE DEFENDANT:         JAY ROHIT NANAVATI, ESQ.
                                  BRIAN KETCHAM, ESQ.
 19                               Kostelanetz & Fink LLP
                                  601 New Jersey Avenue NW
 20                               Suite 620
                                  Washington, DC 20001
 21                                    and
                                  THOMAS E. ZEHNLE, ESQ.
 22                               Law Office of Thomas E. Zehnle
                                  601 New Jersey Avenue NW
 23                               Suite 620
                                  Washington, DC 20001
 24                                    and

 25
```

U.S. v. Manafort

2

1   Appearances continued:

2                                KEVIN DOWNING, ESQ.
                                 Law Office of Kevin Downing
                                 601 New Jersey Avenue NW
3                                Suite 620
                                 Washington, DC 20001
4                                    and
                                 RICHARD WILLIAM WESTLING, ESQ.
5                                Epstein, Becker, & Green, PC
                                 1227 25th Street NW
6                                Washington, DC 20037

7   OFFICIAL COURT REPORTER:     TONIA M. HARRIS, RPR
                                 U.S. District Court, Ninth Floor
8                                401 Courthouse Square
                                 Alexandria, VA 22314

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

—U.S. v. Manafort—

3

1    (Redacted bench conference at 2:17 p.m.)



19            Thank you.

20            MR. ANDRES:  I just wanted to bring to your

21   attention, you already wrote a motion about -- you've already

22   submitted an order on issue three, right, about the side bar.

23   So you've already done that.  You may want to let Mr. Kelley

24   know.

25            THE COURT:  All right.  That's helpful.  Yes, thank

U.S. v. Manafort

4

1    you.  That's helpful.  Appreciate it.  May I have this?

2              MR. ANDRES:  Yes.  You can have it.  It just have

3    highlighting on the back, but you can have it.

4              THE COURT:  Do you need this?

5              MR. ASONYE:  No, but we know how Your Honor feels

6    about highlighting.

7              THE COURT:  Well, it's when you highlight it.  It's

8    not for me.  It doesn't matter to me, but when you give it to

9    the jury, then you're arguing it.

10             All right.  Let's proceed.

11             (End of bench conference.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              CERTIFICATE OF REPORTER

2

3          I, Tonia Harris, an Official Court Reporter for

4    the Eastern District of Virginia, do hereby certify that I

5    reported by machine shorthand, in my official capacity, the

6    proceedings had and testimony adduced upon the Motions

7    hearing in the case of the **UNITED STATES OF AMERICA versus**

8    **PAUL J. MANAFORT, JR.,** Criminal Action No. 1:18-CR-83, in

9    said court on the 17th day of August, 2018.

10         I further certify that the foregoing 5 pages is a

11   true and correct transcript of the record of proceedings

12   and incorporating redactions of personal identifiers.

13   Redacted characters appear as a ███████ "blackout block"

14   in the transcript.

15         In witness whereof, I have hereto subscribed my

16   name, this August 22, 2018.

17

18

19

20

21   _____

22   Tonia M. Harris, RPR
     Official Court Reporter

23

24

25

                                                              5