IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

PAUL J. MANAFORT, JR.,

Crim. No. 1:18-cr-83 (TSE)

Defendant.

## ORDER

On August 22, 2018, the Court ordered the government to file notice by August 29, 2018, on whether the government intends to retry or dismiss any or all of Counts 11, 13, 14, 24, 26, 28, 29, 30, 31, and 32 of the Superseding Indictment, which the jury was unable to reach a unanimous verdict. The government also has not objected to defendant's motion to extend for thirty days the deadline for filing post-trial motions.

Accordingly, it is hereby ORDERED, for good cause, that the government is directed to file notice of whether it intends to retry or dismiss any or all of Counts 11, 13, 14, 24, 26, 28, 29, 30, 31, and 32 of the Superseding Indictment one week after this Court has ruled on any post-trial motions filed by the defendant.

The clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
August 30, 2018

T. S. Ellis, III
United States District Judge