# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CRIMINAL NO. 1:18-CR-00083-TSE-1 |
| ) | |
| PAUL J. MANAFORT, JR.  ) | |
| ) | |
| Defendant.  ) | |

## TRIAL EXHIBIT CUSTODY FORM

The physical evidence provided and admitted during trial on Tuesday, July 31, 2018 through Tuesday, August 21, 2018 are to be secured in the Clerk's Office and maintained until after sentencing if no appeal is filed, or until appeal is resolved.

**ADMITTED EXHIBITS:**

- Government's Exhibit Box (001D through 67A with Table of Contents)
- Government's Exhibit Box (67B through 205)
- Government's Exhibit Box (206 through 446)
- Government's Exhibit Box (447A through 503)

- Defendant's Black Exhibit Binder (2 through 41 with Table of Contents)

/s/ M. Pham_____
Courtroom Deputy

Alexandria, Virginia
August 21, 2018