IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Crim. No. 1:18-cr-83 (TSE) |

## STATUS REPORT

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby files this status report notifying the Court that on September 14, 2018, Paul Manafort, Jr., pleaded guilty to a two count Superseding Criminal Information in *United States v. Manafort*, 1:17-201-1 (D.D.C.) (ABJ) (S-5). A copy of the Superseding Criminal Information, Plea Agreement, and Statement of the Offenses and Other Acts are attached to this filing.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: September 14, 2018

Uzo Asonye
Assistant United States Attorney
Eastern District of Virginia

/s/
Andrew Weissmann
Greg D. Andres
Brandon L. Van Grack
Special Counsel's Office
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorneys for United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

                                                            /s/
                                           Uzo Asonye
                                           Assistant United States Attorney
                                           U.S. Attorney's Office
                                           Eastern District of Virginia
                                           2100 Jamieson Avenue
                                           Alexandria, VA 22314
                                           uzo.asonye@usdoj.gov
                                           Phone: (703) 299-3700
                                           Fax: (703) 299-3981
                                           *Attorney for the United States of America*