IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 1:18-cr-00083-TSE |
| | ) | |
| v. | ) | Judge T. S. Ellis, III |
| | ) | |
| PAUL J. MANAFORT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PAUL J. MANAFORT, JR.'S NOTICE
TO THE COURT REGARDING POST-TRIAL MOTIONS**

Defendant Paul J. Manafort, Jr., by and through counsel, hereby notifies the Court that he does not intend to file any post-trial motions relating to his trial or to the jury verdict returned in this Court on August 21, 2018.

On September 14, 2018, Mr. Manafort entered a guilty plea in *United States v. Manafort*, 1:17-CR-201 (D.D.C.) (ABJ). In his plea agreement in that matter, Mr. Manafort agreed "not to appeal any trial or pre-trial issue in the Eastern District of Virginia, or to challenge in the district court any such issue ... in United States v. Paul J. Manafort, Jr., Crim. No. 1:18-cr-83 (TSE)." Accordingly, because he has waived his right to seek post-trial relief, he hereby provides the Court with notice of that waiver.

Dated: September 19, 2018                    Respectfully submitted,

                                                                  s/ Kevin M. Downing
                                                                  Kevin M. Downing (*pro hac vice*)
                                                                  Law Office of Kevin M. Downing
                                                                  601 New Jersey Avenue NW
                                                                  Suite 620
                                                                  Washington, DC 20001
                                                                  (202) 754-1992
                                                                  kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com


s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of Septmber, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
      GDA@usdoj.gov

                      s/ Jay R. Nanavati
                      Jay R. Nanavati (VSB No. 44391)
                      Kostelanetz & Fink LLP
                      601 New Jersey Avenue NW
                      Suite 620
                      Washington, DC 20001
                      (202) 875-8000
                      jnanavati@kflaw.com

                      *Counsel for Defendant Paul J. Manafort, Jr.*