IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Crim. No. 1:18-cr-83 (TSE) |

**GOVERNMENT'S NOTICE REGARDING REMAINING COUNTS**

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby files this notice in response to the Court's August 30, 2018 Order (Doc. 292).

On August 21, 2018, a jury found the defendant guilty of eight counts of the Superseding Indictment, and was unable to reach a unanimous verdict on Counts 11, 13, 14, 24, 26, 28, 29, 30, 31 and 32 (the hung counts).

On September 14, 2018, defendant Paul J. Manafort, Jr. pleaded guilty in *United States v. Manafort*, 1:17-201-1 (D.D.C.) (ABJ) (S-5), pursuant to a plea agreement. Pursuant to that agreement, which previously was submitted to the Court, Manafort agreed not to pursue any post-trial motions herein, among other things. He also admitted the underlying conduct alleged in the hung counts.

On August 30, 2018, the Court ordered the government to file notice of its intent to retry the hung counts, one week after any defense post-trial motions. On September 20, 2018, the defense filed notice with this Court that pursuant to the plea agreement defendant was not filing any post-trial motions. Pursuant to the plea agreement, the parties agreed that the government will

move to dismiss the hung counts and any other remaining counts at the time of sentence or at the completion of his successful cooperation, whichever is later.

 The government has advised the defense of this filing.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ROBERT S. MUELLER, III<br>Special Counsel |
| Dated: September 26, 2018 | /s/ _____<br>Andrew Weissmann |
| Uzo Asonye<br>Assistant United States Attorney<br>Eastern District of Virginia | Greg D. Andres<br>Brandon L. Van Grack<br>Special Counsel's Office<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-0800 |
|  | *Attorneys for United States of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

                                                                  /s/
                                                 Uzo Asonye
                                                 Assistant United States Attorney
                                                 U.S. Attorney's Office
                                                 Eastern District of Virginia
                                                 2100 Jamieson Avenue
                                                 Alexandria, VA 22314
                                                 uzo.asonye@usdoj.gov
                                                 Phone: (703) 299-3700
                                                 Fax: (703) 299-3981
                                                 *Attorney for the United States of America*