# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:18-cr-00083-TSE |
| v. ) | |
| ) | |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | Judge T. S. Ellis, III |
| Defendant. ) | |

## PAUL J. MANAFORT, JR.'S MOTION FOR ORDER THAT HE BE DRESSED IN A SUIT FOR THE HEARING ON OCTOBER 19, 2018 AND ALL SUBSEQUENT COURT APPEARANCES

Paul J. Manafort, Jr., through counsel, hereby moves the Court for an order that he be dressed in a suit for the hearing on October 19, 2018, and all subsequent court appearances.

Dated: October 16, 2018

Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com


s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

          s/ Richard W. Westling
          Richard W. Westling (*pro hac vice*)
          Epstein Becker & Green, P.C.
          1227 25th Street, N.W.
          Washington, DC 20037
          (202) 861-1868
          rwestling@ebglaw.com

          s/ Jay R. Nanavati
          Jay R. Nanavati (VSB No. 44391)
          Brian P. Ketcham (*pro hac vice*)
          Kostelanetz & Fink LLP
          601 New Jersey Avenue NW
          Suite 620
          Washington, DC 20001
          (202) 875-8000
          jnanavati@kflaw.com

          *Counsel for Defendant Paul J. Manafort, Jr.*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 13th day of August 2018, I will electronically mail the foregoing to the following:

Andrew A. Weissman
Greg D. Andres
Uzo Asonye

U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
    GDA@usdoj.gov
    Uzo.Asonye@usdoj.gov

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*
