Document filed in Error