* UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 10/19/2018  Case #: **1:18cr83**
Time: 1:29 p.m. - 1:47 p.m.  Interpreter/Lang:_____

Honorable **T.S. ELLIS, III,** United States District Judge, Presiding

Richard Banke  T. Harris
Courtroom Deputy  Court Reporter

**UNITED STATES OF AMERICA**

v.

**Paul J. Manafort, Jr.**   Deft appeared: X in person ___ failed to appear
   __X__ with Counsel ___ without Counsel
   ___ through Counsel

Thomas E. Zehnle and Kevin Downing   Brandon L. Van Grack, Greg D. Andres, and Uzo Asonye
**Counsel for Defendant:**   **Counsel for Government:**

**Matter called for:**
[ ] Arraignment    [ ] Pre-Indictment Plea   [ ] Change of Plea   [ ] Motions
[ ] Sentencing    [ ] Revocation Hearing   [ ] Rule 35     [ ] Appeal (USMC)
[ ] Rule 20 & Plea  [ ] Setting Trial Date   [ X ] Other: Setting sentencing, ordering PSR, and discussing dismissal of outstanding counts.

**Filed in open court:**
[ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [ ] Waiver of Indict.  [ ] Discovery Order

**The court orders the preparation of a PSR and sets sentencing for 2/8/2018 at 9:00 a.m. The court also dismisses deadlocked counts without prejudice.**

**Deft is:** [ X ] Remanded   [ ] Self Surrender   [ ] Cont'd on same terms and conditions of release