# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Crim. No. 1:18-CR-83 |

## STATUS REPORT

The United States of America, by and through Special Counsel Robert S. Mueller, III, hereby files this status report notifying this Court that on November 26, 2018, the parties submitted a joint status report before United States District Judge Amy Berman Jackson in the District of Columbia in <u>United States v. Manafort</u>, 17-201-1 (ABJ), per Judge Jackson's order. A copy of the joint status report is attached to this filing.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: November 27, 2018

Uzo Asonye
Assistant United States Attorney
Eastern District of Virginia

*/s/ Andrew Weissmann*
Andrew Weissmann
Greg D. Andres
Brandon L. Van Grack
Special Counsel's Office
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 27th day of November, 2018, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

    /s/ Uzo Asonye
    Assistant United States Attorney
    U.S. Attorney's Office
    Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, VA 22314
    uzo.asonye@usdoj.gov
    Phone: (703) 299-3700
    Fax: (703) 299-3981
    *Attorney for the United States of America*