IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., | ) | |
| Defendant. | ) | |

## ORDER

Defendant, who was found guilty by a jury of multiple counts of subscribing to false tax returns, failing to file reports of foreign bank accounts and bank fraud, is currently scheduled to be sentenced on February 8, 2019 at 9:00 a.m. Because it appears that resolution of the current dispute in defendant's prosecution in the District of Columbia may have some effect on the sentencing decision in this case, it is prudent and appropriate to delay sentencing in this case until the dispute in the D.C. case is resolved.

Accordingly,

It is hereby **ORDERED** that the sentencing hearing currently scheduled for February 8, 2019, is **CANCELLED**. Defendant's sentencing will be postponed until further order of the Court.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
January 28, 2019

/s/
T. S. Ellis, III
United States District Judge