# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:18-cr-00083-TSE |
| ) | |
| PAUL J. MANAFORT, JR., ) | Judge T. S. Ellis, III |
| ) | |
| *Defendant.* ) | |

## PAUL J. MANAFORT, JR.'S REPLY TO THE STATUS REPORT

Paul J. Manafort, Jr., by and through counsel, files this reply to the Status Report filed by the United States (Doc. 312). In reply, defendant respectfully asks the Court, when reviewing the plea agreement breach and false statement litigation in the U.S. District Court for the District of Columbia, to review the submissions of the parties, the hearing transcript, and the transcript of the ruling in unredacted form. The information redacted from the public versions of these documents is critical to the consideration of the issues raised during that litigation.

Mr. Manafort further requests that the Court set a status conference to schedule a sentencing date and dates for the filing of any pleadings relating to the sentencing.

Dated: February 15, 2019

Respectfully submitted,

s/ Kevin M. Downing
Kevin M. Downing (*pro hac vice*)
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

s/ Thomas E. Zehnle
Thomas E. Zehnle (VSB No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

s/ Richard W. Westling
Richard W. Westling (*pro hac vice*)
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Washington, DC 20037
(202) 861-1868
rwestling@ebglaw.com

s/ Jay R. Nanavati
Jay R. Nanavati (VSB No. 44391)
Brian P. Ketcham (*pro hac vice*)
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 875-8000
jnanavati@kflaw.com

*Counsel for Defendant Paul J. Manafort, Jr.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew A. Weissman
Greg D. Andres
Uzo Asonye

U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Email: AAW@usdoj.gov
 GDA@usdoj.gov
 Uzo.Asonye@usdoj.gov

                                                  s/ Jay R. Nanavati
                                                  Jay R. Nanavati (VSB No. 44391)
                                                  Kostelanetz & Fink LLP
                                                  601 New Jersey Avenue NW
                                                  Suite 620
                                                  Washington, DC 20001
                                                  (202) 875-8000
                                                  jnanavati@kflaw.com

                                                  *Counsel for Defendant Paul J. Manafort, Jr.*