# **EXHIBIT A**

## VENDOR AND PROPERTY PAYMENTS FROM FOREIGN BANK ACCOUNTS

| Vendor Name | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|
| SP&C Home Improvement Inc. | $ 626,760 | $ 716,200 | $ 1,015,960 | $ 1,099,000 | $ 90,953 | $ 3,548,873 |
| Big Picture Solutions, Inc. | | $ 102,006 | $ 456,800 | $ 939,475 | $ 162,920 | $ 1,661,201 |
| Alan Couture | $ 103,000 | $ 191,800 | $ 137,850 | $ 230,700 | $ 85,115 | $ 748,465 |
| Scott L. Wilson Landscape & Tree Specialists, Inc. | $ 237,700 | $ 265,800 | | | | $ 503,500 |
| Aegis Holdings LLC | | | | $ 500,000 | | $ 500,000 |
| J&J Oriental Rug Gallery | $ 390,000 | | $ 100,000 | | | $ 490,000 |
| Sabatello Construction of Florida, Inc. | | $ 39,237 | $ 362,950 | $ 30,300 | | $ 432,487 |
| House of Bijan | $ 213,280 | $ 112,000 | $ 7,500 | | | $ 332,780 |
| New Leaf Landscape Maintenance LLC | | $ 4,115 | $ 134,600 | $ 26,025 | $ 90,945 | $ 255,685 |
| Don Beyer Motors, Inc. aka Land Rover of Alexandria | | | $ 163,705 | | | $ 163,705 |
| Federal Stone and Brick LLC | | | $ 87,000 | $ 38,650 | | $ 125,650 |
| American Service Center Associates of Alexandria, LLC aka Mercedes-Benz of Alexandria | | | $ 62,750 | | | $ 62,750 |
| Sensoryphile, Inc. | $ 46,450 | | | | | $ 46,450 |
| **Total** | **$ 1,617,190** | **$ 1,431,158** | **$ 2,529,115** | **$ 2,864,150** | **$ 429,933** | **$ 8,871,546** |

| Purchase of Property | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|
| Howard Street Condominium | | | $ 1,500,000 | | | |
| Arlington House | | | $ 1,900,000 | | | |
| Union Street Brownstone | | | $ 3,299,500 | | | |
| **Total** | **$ -** | **$ -** | **$ 6,699,500** | **$ -** | **$ -** | **$ 6,699,500** |

| Grand Total | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|
| **Grand Total** | **$ 1,617,190** | **$ 1,431,158** | **$ 9,228,615** | **$ 2,864,150** | **$ 429,933** | **$ 15,571,046** |



GOVERNMENT EXHIBIT

U.S. v. MANAFORT, 1:18-cr-83 (T.S.E.)

72