# EXHIBIT B

## Paul Manafort
## Summary of Personal Tax Return Items and Unreported Income
## Tax Years 2010 to 2014

| Tax Year | Approx. Filing Date | Foreign Account Reported (Sch. B, Line 7a) | Total Income Reported (Line 22) | Total Unreported Income |
|---|---|---|---|---|
| 2010 | October 14, 2011 | None | $504,744 | $1,617,190 |
| 2011 | October 15, 2012 | None | $3,071,409 | $1,431,158 |
| 2012 | October 7, 2013 | None | $5,361,007 | $9,228,615 |
| 2013 | October 6, 2014 | None | $1,910,928 | $2,864,150 |
| 2014 | October 14, 2015 | None | $2,984,210 | $1,329,933 |

EXHIBIT
77
tabbies