# **EXHIBIT C**

# AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2011

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 1 | **Black Sea View Limited** <br> Bank of Cyprus | $ 1,025,100.00 | Richard Gates <br> Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 2 | **Black Sea View Limited*** <br> Bank of Cyprus | $ 133.81 | Richard Gates <br> Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 3 | **Global Highway Limited** <br> Bank of Cyprus | $ 684,568.70 | Richard Gates <br> Konstantin Kilimnik (As of 1/15/08) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 4 | **Leviathan Advisors Limited** <br> Bank of Cyprus | $ 124,516.30 | Richard Gates <br> Konstantin Kilimnik (As of 1/15/08) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 5 | **Leviathan Advisors Limited*** <br> Bank of Cyprus | $ 1,582,790.00 | Richard Gates <br> Konstantin Kilimnik (As of 1/15/08) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 6 | **LOAV Advisors Limited** <br> Bank of Cyprus | $ 20,346.93 | Richard Gates <br> Paul Manafort <br> Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |

GOVERNMENT EXHIBIT
U.S. v. MANAFORT, 1:18-cr-83 (T.S.E.)
**73B**

*The maximum account value was converted from Euro to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.

# AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2011

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 7 | **Peranova Holdings Limited** <br> Bank of Cyprus | $ 4,436,680.04 | Richard Gates <br> Konstantin Kilimnik (As of 1/15/08) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 8 | **Peranova Holdings Limited*** <br> Bank of Cyprus | $ 23.84 | Richard Gates <br> Konstantin Kilimnik (As of 1/15/08) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 9 | **Serangon Holdings Limited** <br> Bank of Cyprus | $ 2,831.57 | Richard Gates <br> Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 10 | **Yiakora Ventures Limited** <br> Bank of Cyprus | $ 504,807.56 | Paul Manafort <br> Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| | **AGGREGATE MAXIMUM VALUE:** | **$ 8,381,798.75** | | |

*The maximum account value was converted from Euro to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.

# AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2012

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 1 | **Actinet Trading Limited** <br> Bank of Cyprus | $ 999,987.00 | Paul Manafort <br> Konstantin Kilimnik (As of 1/21/13) | Paul Manafort <br> Richard Gates <br><br> Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Myrianthi Christou <br> Evelina Georgiades <br> Georgoula Mavrides |
| 2 | **Actinet Trading Limited*** <br> Bank of Cyprus | $ 3,416,880.00 | Paul Manafort <br> Konstantin Kilimnik (As of 1/21/13) | Paul Manafort <br> Richard Gates <br><br> Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Myrianthi Christou <br> Evelina Georgiades <br> Georgoula Mavrides |
| 3 | **Black Sea View Limited** <br> Bank of Cyprus | $ 2,519,316.94 | Richard Gates <br> Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 4 | **Black Sea View Limited*** <br> Bank of Cyprus | $ 1,927,720.00 | Richard Gates <br> Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |



GOVERNMENT EXHIBIT
U.S. v. MANAFORT, 1:18-cr-83 (T.S.E.)
73C

*The maximum account value was converted from Euro to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.

# AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2012

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 5 | **Bletilla Ventures Limited**<br>Bank of Cyprus | $ 5,000,000.00 | Paul Manafort<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 6 | **Bletilla Ventures Limited***<br>Bank of Cyprus | $ 1,849,860.00 | Paul Manafort<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 7 | **Global Highway Limited**<br>Bank of Cyprus | $ 531,852.76 | Richard Gates<br>Konstantin Kilimnik (As of 1/15/08) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Georgoula Mavrides<br>Myrianthi Christou |
| 8 | **Leviathan Advisors Limited**<br>Bank of Cyprus | $ 738.45 | Richard Gates<br>Konstantin Kilimnik (As of 1/15/08) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Georgoula Mavrides<br>Myrianthi Christou |
| 9 | **Leviathan Advisors Limited***<br>Bank of Cyprus | $ 66,053.30 | Richard Gates<br>Konstantin Kilimnik (As of 1/15/08) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Georgoula Mavrides<br>Myrianthi Christou |
| 10 | **LOAV Advisors Limited**<br>Bank of Cyprus | $ 5,679.02 | Richard Gates<br>Paul Manafort<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Georgoula Mavrides<br>Myrianthi Christou |

*The maximum account value was converted from Euro to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.

# AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2012

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 11 | **Lucicle Consultants Limited**<br>Bank of Cyprus | $ 1,530,903.16 | Richard Gates<br>Konstantin Kilimnik (As of 1/21/13) | Paul Manafort<br>Richard Gates<br><br>Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 12 | **Lucicle Consultants Limited***<br>Bank of Cyprus | $ 4,183,590.00 | Richard Gates<br>Konstantin Kilimnik (As of 1/21/13) | Paul Manafort<br>Richard Gates<br><br>Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 13 | **Olivenia Trading Limited***<br>Bank of Cyprus | $ 3.28 | Richard Gates<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 14 | **Olivenia Trading Limited**<br>Bank of Cyprus | $ 740,362.98 | Richard Gates<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |

*The maximum account value was converted from Euro to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.

## AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2012

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 15 | **Peranova Holdings Limited** <br> Bank of Cyprus | $ 2,926,680.04 | Richard Gates <br> Konstantin Kilimnik (As of 1/15/08) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 16 | **Peranova Holdings Limited*** <br> Bank of Cyprus | $ 13.08 | Richard Gates <br> Konstantin Kilimnik (As of 1/15/08) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 17 | **Serangon Holdings Limited** <br> Bank of Cyprus | $ 2,379.44 | Richard Gates <br> Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| 18 | **Yiakora Ventures Limited** <br> Bank of Cyprus | $ 2,650.27 | Paul Manafort <br> Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides <br> Chrystalla Pitsilli Dekatris <br> Georgoula Mavrides <br> Myrianthi Christou |
| | **AGGREGATE MAXIMUM VALUE:** | $ 25,704,669.72 | | |

*The maximum account value was converted from Euro to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.

# AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2013

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 1 | **Actinet Trading Limited**<br>Bank of Cyprus | $ 87,728.03 | Paul Manafort<br>Konstantin Kilimnik (As of 1/21/13) | Paul Manafort<br>Richard Gates<br><br>Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 2 | **Actinet Trading Limited***<br>Bank of Cyprus | $ 196,511.00 | Paul Manafort<br>Konstantin Kilimnik (As of 1/21/13) | Paul Manafort<br>Richard Gates<br><br>Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 3 | **Actinet Trading Limited**<br>Hellenic Bank | $ 87,458.48 | Richard Gates<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 4 | **Actinet Trading Limited***<br>Hellenic Bank | $ 202,277.00 | Richard Gates<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |

**GOVERNMENT EXHIBIT**
U.S. v. MANAFORT, 1:18-cr-83 (T.S.E.)
**73D**

*The maximum account value was converted from Euro and GBP to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.

# AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2013

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 5 | **Bletilla Ventures Limited**<br>Bank of Cyprus | $ 1,568,530.54 | Paul Manafort<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 6 | **Bletilla Ventures Limited***<br>Bank of Cyprus | $ 276,703.00 | Paul Manafort<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 7 | **Bletilla Ventures Limited**<br>Hellenic Bank | $ 833,349.39 | Richard Gates<br>Konstantin Kilimnik | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 8 | **Bletilla Ventures Limited***<br>Hellenic Bank | $ 278,614.00 | Richard Gates<br>Konstantin Kilimnik | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 9 | **LOAV Advisors Limited**<br>Bank of Cyprus | $ 5,292.42 | Richard Gates<br>Paul Manafort<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Georgoula Mavrides<br>Myrianthi Christou |

*The maximum account value was converted from Euro and GBP to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.

# AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2013

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 10 | **Lucicle Consultants Limited**<br>Bank of Cyprus | $ 167,664.80 | Richard Gates<br>Konstantin Kilimnik (As of 1/21/13) | Paul Manafort<br>Richard Gates<br><br>Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 11 | **Lucicle Consultants Limited***<br>Bank of Cyprus | $ 288,410.00 | Richard Gates<br>Konstantin Kilimnik (As of 1/21/13) | Paul Manafort<br>Richard Gates<br><br>Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 12 | **Lucicle Consultants Limited**<br>Hellenic Bank | $ 603,131.79 | Richard Gates | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 13 | **Lucicle Consultants Limited***<br>Hellenic Bank | $ 1,427,810.00 | Richard Gates | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |

*The maximum account value was converted from Euro and GBP to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.

# AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2013

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 14 | **Marziola Holdings Limited**<br>Hellenic Bank | $ 2,000,000.00 | Konstantin Kilimnik | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 15 | **Olivenia Trading Limited***<br>Bank of Cyprus | $ 0.64 | Richard Gates<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 16 | **Olivenia Trading Limited**<br>Bank of Cyprus | $ 601,794.98 | Richard Gates<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 17 | **Olivenia Trading Limited**<br>Hellenic Bank | $ 601,079.22 | Richard Gates<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Myrianthi Christou<br>Evelina Georgiades<br>Georgoula Mavrides |
| 18 | **Yiakora Ventures Limited**<br>Bank of Cyprus | $ 11,943.28 | Paul Manafort<br>Konstantin Kilimnik (As of 1/21/13) | Eleni Chrysostomides<br>Chrystalla Pitsilli Dekatris<br>Georgoula Mavrides<br>Myrianthi Christou |

*The maximum account value was converted from Euro and GBP to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.

# AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2013

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 19 | **Pompolo Limited*** <br> HSBC UK | $ 1,838,260.00 | | Richard Gates |
| 20 | **Global Endeavour Inc.** <br> Loyal Bank Ltd. | $ 2,999,950.00 | Konstantin Kilimnik | Myrianthi Christou <br> Chrystalla Dekatris <br> Eleni Chrysostomides <br> Georgoula Mavrides <br> Evelina Georgiades |
| 21 | **Global Endeavour Inc.*** <br> Loyal Bank Ltd. | $ 2,036,960.00 | Konstantin Kilimnik | Myrianthi Christou <br> Chrystalla Dekatris <br> Eleni Chrysostomides <br> Georgoula Mavrides <br> Evelina Georgiades |
| 22 | **Jeunet Ltd.*** <br> Loyal Bank Ltd | $ 2,675,340.00 | Konstantin Kilimnik | Myrianthi Christou <br> Chrystalla Dekatris <br> Eleni Chrysostomides <br> Georgoula Mavrides <br> Evelina Georgiades |
| | **AGGREGATE MAXIMUM VALUE:** | **$ 18,788,808.57** | | |

*The maximum account value was converted from Euro and GBP to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.

# AGGREGATE MAXIMUM VALUE OF FOREIGN BANK ACCOUNTS IN 2014

| Item | Account Name, Financial Institution and Account Number | Maximum Account Value | Beneficial Owner Listed on Bank Account Application | Authorized Signers Listed on Bank Account Application |
|---|---|---|---|---|
| 1 | **Global Endeavour Inc.** <br> Loyal Bank Ltd. | $ 259,797.56 | Konstantin Kilimnik | Myrianthi Christou <br> Chrystalla Dekatris <br> Eleni Chrysostomides <br> Georgoula Mavrides <br> Evelina Georgiades |
| 2 | **Global Endeavour Inc.*** <br> Loyal Bank Ltd. | $ 1,622,660.00 | Konstantin Kilimnik | Myrianthi Christou <br> Chrystalla Dekatris <br> Eleni Chrysostomides <br> Georgoula Mavrides <br> Evelina Georgiades |
| 3 | **Jeunet Ltd.*** <br> Loyal Bank Ltd. | $ 860,846.00 | Konstantin Kilimnik | Myrianthi Christou <br> Chrystalla Dekatris <br> Eleni Chrysostomides <br> Georgoula Mavrides <br> Evelina Georgiades |
| | **AGGREGATE MAXIMUM VALUE:** | $ 2,743,303.56 | | |



GOVERNMENT EXHIBIT
U.S. v. MANAFORT, 1:18-cr-83 (T.S.E.)
**73E**

*The maximum account value was converted from Euro to USD on the date of occurrence per the bank statement using the website https://www.oanda.com/currency/converter/.