IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:18-cr-83 |
| PAUL J. MANAFORT, JR., ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ORDER

Both the special counsel and defendant agree that a sentencing hearing should now be scheduled in this matter.

Accordingly,

It is hereby **ORDERED** that defendant's sentencing hearing is scheduled for **March 8, 2019 at 9:00 a.m.**

It is further **ORDERED** that defendant's sentencing memorandum is due on or before **March 1, 2019 at 5:00 p.m.** Should he choose to do so, the special counsel may file a reply brief on or before **March 6, 2019 at 5:00 p.m.**

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
February 19, 2019

/s/ T. S. Ellis, III
United States District Judge