# SENTENCING MINUTES

| | |
|---|---|
| Date: 03/07/2019 | Judge: **T.S. ELLIS III** |
| | Reporter: T. Harris |
| | Time: 4:00 p.m. – 4:57 p.m. |
| | 5:15 p.m. – 6:09 p.m. |
| | 6:32 p.m. – 7:08 p.m. |
| | (02:39) |
| | Case Number: 1:18-cr-00083-TSE-1 |

UNITED STATES OF AMERICA      Counsel/Govt: Andrew Weissmann, Greg Andres, Uzo Asonye
                                             Brandon Van Grack &
V.                                           FBI Special Agent Sherine Ebadi

**PAUL J. MANAFORT, JR.**        Counsel/Deft: Kevin Downing, Thomas Zehnle, Richard Westling
                                              Brian Ketcham & Tim Wang

Court adopts PSI ( )     without exceptions ( )     with exceptions:

**SENTENCING GUIDELINES:**
Offense Level: 38
Criminal History: I
Imprisonment Range: 235 to 293 months          Fine Range: $50,000 to $24,371,497.42
Supervised Release Range: Ct 1: 1 year         Restitution $28,236,590.64
                          Ct 2: 1 year         Special Assessment $800; $100 for each count
                          Ct 3: 1 year
                          Ct 4: 1 year
                          Ct 5: 1 year
                          Ct 12: 1 year to 3 years
                          Ct 25: 2 year to 5 years
                          Ct 27: 2 year to 5 years

**JUDGMENT OF THE COURT:**
BOP for a total of 47 months. This term consists of 24 months on each of Counts 1, 2, 3, 4, and 5; 30 months on Count 12; 47 months on each of Counts 25 and Count 27, to run concurrently with each other. Defendant to receive credit for 9 months already served.
Court will enter an Order Nunc Pro Tunc that a bond violation occur because there was an adjudication in another court.
Supervised Release for 3 Years Counts total, with special conditions. This term consists of 1 year on each Counts 1, 2, 3, 4, and 5; 3 years on each Counts of 12, 25, and 27 to run concurrently with each other.
Fine Imposed of $50,000 due immediately/ monthly installments of $100 or 25% of income to begin w/in 60 days of release from custody.
Restitution to be determined. Govt to submit a new Restitution Order.
Special Assessment $100 on each Counts 1, 2, 3, 4, 5, 12, 25, and 27 = $800
Govt will not seek forfeiture order in this district.

**SPECIAL CONDITIONS**:
1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

2. The defendant shall provide the probation officer access to any requested financial information.

**RECOMMENDATIONS to BOP**:
  X     Dft. To be designated to: facility in Cumberland, MD, if appropriate and available.

Deft: ( X ) Remanded     ( ) Cont'd on Bond to Self-Surrender     ( ) Referred to USPO     ( ) Immediate Deportation