IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br>Defendant. | Crim. No. 1:18-cr-83 (TSE) |

## GOVERNMENT'S MOTION FOR RESTITUTION ORDER

The United States of America, by and through Special Counsel Robert S. Mueller, III, files this motion for a restitution order per the Court's order on March 7, 2019.  *See* Doc. No. 320.

The government has conferred with defense counsel and they have no objection to the language in the attached proposed restitution order.  Nevertheless, as defense counsel stated at the sentencing hearing, Mr. Manafort declines to sign the restitution order.

A redacted proposed restitution order is attached to this motion.  The government will submit the unredacted proposed order directly to the Clerk's office so it may be transmitted to chambers.

|  | Respectfully submitted, |
|---|---|
| Dated: March 12, 2019 | /s/_____<br>Andrew Weissmann |
| Uzo Asonye<br>Assistant United States Attorney<br>Eastern District of Virginia | Greg D. Andres<br>Brandon L. Van Grack<br>Senior Assistant Special Counsels<br>Special Counsel's Office<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-0800 |
|  | *Attorneys for United States of America* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of March, 2019, I will cause to be filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas E. Zehnle (VA Bar No. 27755)
Law Office of Thomas E. Zehnle
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
tezehnle@gmail.com

Jay R. Nanavati (VA Bar No. 44391)
Kostelanetz & Fink LLP
601 New Jersey Avenue, N.W., Suite 620
Washington, D.C. 20001
jnanavati@kflaw.com

/s/ Uzo Asonye
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
uzo.asonye@usdoj.gov
Phone: (703) 299-3700
Fax: (703) 299-3981
*Attorney for the United States of America*