IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:18-cr-83 (TSE) |
| ) | |
| PAUL J. MANAFORT, JR., ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## CORRECTED RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$25,497,487.60**, and no more than that amount, jointly and severally with any other defendants who are ordered to pay restitution for the same losses.

2. Pursuant to 18 U.S.C § 3583(d), as a condition of supervised release, the defendant is ordered to pay restitution to the Internal Revenue Service in the amount of **$6,164,032**.

3. The amount of restitution paid to any entity shall not exceed the entity's total loss from the offenses of conviction. Any amount paid to an entity under an order of restitution shall be reduced by an amount later recovered for the same loss by the entity in any Federal or State civil proceeding.

4. The entities' names, addresses, and respective total loss amounts are listed in Attachment A to this Corrected Restitution Order.

5. Interest:

   __X__ is waived.

   _____ accrues as provided in 18 U.S.C § 3612(f).

6. Notwithstanding any other provision of this Corrected Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

7. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the

       financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

8. If restitution is not paid in full immediately, the defendant and any other defendants who are ordered to pay restitution for the same losses, shall pay to the Clerk at least $\underline{100}$ per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

9. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

10. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the Special Counsel's Office, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530.

11. No delinquent or default penalties will be imposed except upon Order of the Court.

12. Pursuant to 18 U.S.C. § 3664(i), the priority of payments to entities shall be:

    a. All direct entities shall be paid in full first on a *pro rata* basis.
    b. Internal Revenue Service shall be paid last.

                                                                                                                Honorable T.S. Ellis, III
                                                                                                                United States District Judge

ENTERED this _____ day of _____, 2019.

at Alexandria, Virginia

WE ASK FOR THIS:

                        ROBERT S. MUELLER, III
                        Special Counsel

                        /s/
                        Andrew Weissmann

Uzo Asonye              Greg D. Andres
Assistant United States Attorney     Brandon L. Van Grack
Eastern District of Virginia        Special Counsel's Office
                        U.S. Department of Justice
                        950 Pennsylvania Avenue NW
                        Washington, D.C. 20530
                        Telephone: (202) 616-0800

                        *Attorneys for the United States of America*

## REDACTED ATTACHMENT A TO CORRECTED RESTITUTION ORDER

| Entity: | Loss Amount: |
|---|---|
| Citizens Bank (Lender B) | $3,260,103.66 |
| Banc of California (Lender C) | $685,448.55 |
| Federal Savings Bank (Lender D) | $15,387,903.39 |
| Internal Revenue Service | $6,164,032 |
| | |
| **Total due from defendant:** | **$25,497,487.60** |

**FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002**

SEALED ATTACHMENT A TO CORRECTED RESTITUTION ORDER

| Entity: | Loss Amount: |
|---|---|
| Citizens Bank (Lender B) ▮ | $3,260,103.66 |
| Banc of California (Lender C) ▮ | $685,448.55 |
| Federal Savings Bank (Lender D) ▮ | $15,387,903.39 |
| IRS-RACS ▮ | $6,164,032 |
| **Total due from defendant:** | **$25,497,487.60** |