UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT, JR.,<br><br><br>Defendant. | Crim. No. 1:18-cr-83 (TSE) |

NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Michael Dreeben as counsel for the Government in the above-captioned matter, and please discontinue all NEFs.

Respectfully submitted,

Dated: March 29, 2019

ROBERT S. MUELLER, III
Special Counsel

*/s/ Michael Dreeben*
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800
*Attorney for the United States of America*