AO 245B (Rev. 09/11)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
## Alexandria Division

UNITED STATES OF AMERICA

v.

PAUL J. MANAFORT, JR

Defendant.

Case Number: 1:18-cr-00083-TSE-1

USM Number: 35207-016

Defendant's Attorney: Thomas E. Zehnle, Esquire

Jay Rohit Nanavati, Esquire

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1, 2, 3, 4, 5, 12, 25, 27 of the Superseding Indictment.

Accordingly, the defendant is adjudicated guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 26 U.S.C. § 7206(1); 18 U.S.C. § § 2 and 3551 et seq. | Subscribing to False United States Individual Income Tax Returns for 2010-2014 Tax Years | Felony | 10/14/2011 | 1 |
| 26 U.S.C. § 7206(1); 18 U.S.C. § § 2 and 3551 et seq. | Subscribing to False United States Individual Income Tax Returns for 2010-2014 Tax Years | Felony | 10/15/2012 | 2 |
| 26 U.S.C. § 7206(1); 18 U.S.C. § § 2 and 3551 et seq. | Subscribing to False United States Individual Income Tax Returns for 2010-2014 Tax Years | Felony | 10/07/2013 | 3 |
| 26 U.S.C. § 7206(1); 18 U.S.C. § § 2 and 3551 et seq. | Subscribing to False United States Individual Income Tax Returns for 2010-2014 Tax Years | Felony | 10/06/2014 | 4 |
| 26 U.S.C. § 7206(1); 18 U.S.C. § § 2 and 3551 et seq. | Subscribing to False United States Individual Income Tax Returns for 2010-2014 Tax Years | Felony | 10/14/2015 | 5 |
| 31 U.S.C. §§ 5314 and 5322(a); 18 U.S.C. §§ 2 and 3551 et seq. | Failure to File Reports of Foreign Bank and Financial Accounts for Calendar Years 2011-2014 | Felony | 06/30/2013 | 12 |
| 18 U.S.C. §§ 1344, 2, and 3551 et seq. | Bank Fraud / Lender B / $3.4 million loan | Felony | 03/2016 | 25 |
| 18 U.S.C. §§ 1344, 2, and 3551 et seq. | Bank Fraud / Lender C / $1 million loan | Felony | 03/2016 | 27 |

ALEXANDRIA DIVISION
EASTERN DISTRICT
OF VIRGINIA

2019 MAY 13 PM 1:21

RECEIVED
UNITED STATES MARSHAL

AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

Page 2 of 7

**Defendant's Name:** MANAFORT, JR, PAUL J.
**Case Number:** 1:18-cr-00083-TSE-1

Ordered for good cause, that there was a mistrial with respect to Counts, 11, 13, 14, 24, 26, 28, 29, 30, 31 and 32 of the Superseding Indictment and these Counts are dismissed with prejudice.

On motion of the United States, the Court has already dismissed the remaining counts in the superseding indictment (Counts 6-10) as to defendant PAUL J. MANAFORT, JR.

As pronounced on March 7th, 2019, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 7th day of March, 2019.

T. S. Ellis, III
United States District Judge

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 2 - Imprisonment

Page 3 of 7

Defendant's Name: MANAFORT, JR, PAUL J.
Case Number: 1:18-cr-00083-TSE-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FORTY-SEVEN (47) MONTHS with credit for time already served.

This term consists of 24 months on each of Counts 1, 2, 3, 4, and 5; 30 months on Count 12; 47 months on each of Counts 25 and Count 27, all to run concurrently with one another.

The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be designated to a facility in Cumberland, Maryland, if appropriate and available.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows: _____

Defendant delivered on 4-26-19 by USP CAA hsslt to FCI Loretto
at Loretto, PA _____, with a certified copy of this Judgment.

V. Moser, Warden
~~UNITED STATES MARSHAL~~

By _____ CSO
~~DEPUTY UNITED STATES MARSHAL~~