AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-CR-83-TSE |
| Paul J. Manafort, Jr. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                    .

Date:     01/04/2021

/s/
*Attorney's signature*

William Fitzpatrick
*Printed name and bar number*

Justin W. Williams U.S. Attorney's Building
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virignia 22314
*Address*

William.Fitzpatrick@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*