IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL J. MANAFORT,<br><br>*Defendant.* | Case No. 1:18-cr-83-TSE-1 |

## NOTICE OF PRESIDENTIAL PARDON

The United States of America, by and through its undersigned counsel, hereby notifies the Clerk of Court for the United States District Court for the Eastern District of Virginia that on December 23, 2020, the President of the United States granted Paul J. Manafort a full and unconditional pardon in the above captioned matter.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:   */s/*
William Fitzpatrick
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax:    (703) 299-3868

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filling (NEF) of the foregoing to the attorney of record for the defendant.

_/s/_
William Fitzpatrick
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax:    (703) 299-3768
