# Executive Grant of Clemency

# DONALD J. TRUMP

## President of the United States of America

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

### PAUL J. MANAFORT, JR.

### A FULL AND UNCONDITIONAL PARDON

FOR HIS CONVICTION in the United States District Court for the Eastern District of Virginia on a superseding indictment (Docket No. 1:18-cr-00083-TSE-1), charging him with violations of Sections 2, 1344, and 3551 et seq., Title 18, Section 7206(1), Title 26, and Sections 5314 and 5322(a), Title 31, United States Code, for which he was sentenced on March 7, 2019, to 47 months' imprisonment, three years' supervised release, a $50,000 fine, $25,497,487.60 restitution (as amended by order on March 21, 2019), and a $800 special assessment, and in the United States District Court for the District of Columbia on a superseding information (Docket No. 17-CR-00201-1), charging him with violations of Sections 371, 982(a), and 3551 et seq., Title 18, and Section 2461(c), Title 21, United States Code, for which he was sentenced on March 13, 2019, to 73 months' imprisonment, 36 months' supervised release (concurrent), $6,164,032 restitution, a $200 special assessment, and forfeiture of $11,000,000.

I HEREBY DESIGNATE, direct, and empower the Acting Pardon Attorney, as my representative, to sign a grant of clemency to the person named herein. The Acting Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.

I ALSO DIRECT the Bureau of Prisons, upon receipt of this warrant, to effect immediately the release of the Pardon recipient (Reg. No. 35207-016) with all possible speed.

IN TESTIMONY WHEREOF, I have hereunto caused this Pardon to be recorded with the Department of Justice.

*Done at the City of Washington in the District of Columbia this twenty-third day of December in the year of our Lord Two Thousand and Twenty and of the Independence of the United States the Two Hundred and Forty-fifth.*



**DONALD J. TRUMP**
**PRESIDENT**

