IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 1:18-CR-83 |
| PAUL J. MANAFORT, | **IN CAMERA**, **EX PARTE** **AND UNDER SEAL** |
| *Defendant*. | **Filed with Classified Security Officer** |

### GOVERNMENT'S NOTICE OF FILING
### OF DECLARATION CONCERNING UNREDACTED MEMORANDUM

Respectfully submitted,

Jessica D. Aber
United States Attorney


By:  s/ Drew Bradylyons
Drew Bradylyons
Assistant United States Attorney

1

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 23, 2024, I filed the foregoing with the Office of the Clerk of

Court electronically using the CM/ECF system, which will automatically send a notification of such

filing to all counsel of record.

<div align="center" style="margin-left:40%">

s/Drew Bradylyons<u>     </u>
Drew Bradylyons
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria VA 22314
Tel: (703) 401-9460
Email: drew.bradylyons@usdoj.gov

</div>